IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS<br><br>*Plaintiff*,<br><br>vs.<br><br>ERIC H. HOLDER, JR., in his official Capacity as Attorney General of the United States<br><br>*Defendant*. | Case No. 1:12-cv-00128<br>RMC-DST-RLW |

### ADVISORY TO THE COURT

The State of Texas ("Texas") hereby files its Advisory to the Court regarding Defendants' defective notice of deposition of Lt. Governor Dewhurst without proper service of subpoena.

1. On May 1, 2012, the United States advised Texas of its intentions to take the deposition of Lt. Governor Dewhurst.

2. Texas has consistently advised Defendants and this Court of the need to serve Lt. Governor Dewhurst with a subpoena along with a notice of deposition. (Exhibit "1" - Transcript of May 3 Hearing at 45, 76, 86-87, 89-92). Consistent with Texas's stated position, the Court in its May 7, 2012 order did not include Lt. Governor Dewhurst in the list of witnesses Texas for whom would *not* require the service of a subpoena. (Order, May 7, 2012

[Docket No. 107] at 5 ¶5)(listing staff members of the Lt. Governor's office but not the Lt. Governor himself).

3. Nevertheless, on Friday, May 18, 2012, the United States issued a notice of deposition for Lt. Governor Dewhurst but without proper service of a subpoena. (Exhibit "2" - Notice of Deposition).

4. On May 21, 2012, during a conference call regarding this discovery matter, counsel for Texas advised counsel for Defendant of its failure to serve a subpoena. Counsel for the United States refused to withdraw the issued notice of deposition.

5. Texas continues to insist upon service of a subpoena on Lt. Governor Dewhurst. Defendant's unilateral issuance of a notice of deposition of Lt. Governor Dewhurst without subpoena is procedurally defective. Fed. R. Civ. P. 30, 45. The State of Texas therefore advises the Court that the notice of deposition issued by the United States is defective.

6. Although this advisory seeks no relief from the Court, Plaintiff files this advisory in the interest of keeping the Court informed of issues impacting discovery.

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN
Assistant Attorney General
ADAM W. ASTON
Principal Deputy Solicitor General
ARTHUR C. D'ANDREA
Assistant Solicitor General
MATTHEW H. FREDERICK
Assistant Attorney General

209 West 14th Street
P.O. Box 12548
Austin, Texas  70711-2548
(512) 936-1695

## CERTIFICATE OF SERVICE

I certify that on May 21, 2012, I served the following via CM/ECF or email on the following counsel of record:

Elizabeth Stewart Westfall
David J. Freeman
Bruce I. Gear
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW
NWB-Room 7202
Washington, DC 20530
(202) 305-7766/Fax: (202) 307-3961
Email: elizabeth.westfall@usdoj.gov
Email: daniel.freeman@usdoj.gov
Email: bruce.gear@usdoj.gov

Jennifer Lynn Maranzano
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-0185
Email: jennifer.maranzano@usdoj.gov
*Counsel for the United States*

Chad W. Dunn
BRAZIL & DUNN
4201 FM 1960 West, Suite 530
Houston, TX 77068
(281) 580-6310
Email: chad@brazilanddunn.com

J. GERALD HEBERT
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
Email: hebert@voterlaw.com
*Counsel for Eric Kennie, Anna Burns, Michael Montez, Penny Pope, Marc Veasy, Jane Hamilton, David De La Fuente, Lorraine Birabil, Daniel Clayton, and Sergio Deleon*

JOHN K. TANNER
3743 Military Road, NW
Washington, DC 20015
202-503-7696
Email: john.k.tanner@gmail.com

MOFFATT LAUGHLIN McDONALD
NANCY GBANA ABUDU
KATIE O'CONNOR
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street, NW
Suite 1440
Atlanta, Georgia 30303-1227
(404) 523-2721/(404) 653-0331 (fax)
Email: lmcdonald@aclu.org
Email: nabudu@aclu.org
Email: koconnor@aclu.org

LISA GRAYBILL
REBECCA ROBERTSON
American Civil Liberties Union Foundation of Texas
1500 McGowan Street
Houston, Texas 77004
(713) 942-8146
Email: lgraybill@aclutx.org
Email: rrobertson@aclutx.org

PENDA HAIR
KUMIKI GIBSON
Advancement Project
1220 L Street, NW, Suite 850
Washington, DC 20005
(202) 728-9557
Email: phair@advancementproject.org
Email: kgibson@advancementproject.org
*Counsel for Texas Legislative Black Caucus, the League of Women Voters of Texas, the Justice Seekers, Reverend Peter Johnson, Reverend Ronald Wright and Donald Wright*

Mark A. Posner
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
(202) 307-1388
Email: mposner@lawyerscommittee.org

Ezra D. Rosenberg *Pro Hac Vice*
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540
(609) 955-3200/Fax: (609) 955-3259
Email: ezra.rosenberg@dechert.com
Email: michelle.yeary@dechert.com

Ian Vandewalker   *Pro Hac Vice*
Myrna Perez
Wendy Weiser
THE BRENNAN CENTER FOR JUSTICE AT NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
Tel: (646) 292-8362 / Fax: (212) 463-7308
Email: ian.vandewalker@nyu.edu
Email: myrna.perez@nyu.edu
Email: wendy.weiser@nyu.edu

Myrna Perez   *Pro Hac Vice*
Ian Vandewalker   *Pro Hac Vice*
THE BRENNAN CENTER FOR JUSTICE AT
NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
 (646) 292-8329 / (212)463-7308 (fax)
Email:  myrna.perez@nyu.edu
Email:  ian.vandewalker@nyu.edu

Victor L. Goode
NAACP National Headquarters
4805 Mt. Hope Dr.
Baltimore, Maryland 21215-3297
(410) 580-5120 (phone)
Email: vgoode@naacpnet.org

Robert S. Notzon
The Law Office of Robert Notzon
1507NuecesSt.
Austin, Texas 78701
(512) 474.7563 (phone)
Email: Robert@notzonlaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 98209
(210) 392-2856 (phone)
Email:  garzapalm@aol.com
*Counsel for Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

Ryan Haygood         *Pro Hac Vice*
Natasha M. Korgaonkar
Leah C. Aden
Debo P. Adegbile
Dale E. Ho
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200 / (212) 226-7592 (fax)
Email: rhaygood@naacpldf.org
Email: nkorgaonkar@naacpldf.org
Email: laden@naacpldf.org
Email: dho@naacpldf.org
Email: dadegbile@naacpldf.org
Email: eboddie@naacpldf.org

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Douglas H. Flaum
Michael B. de Leeuw
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Email: douglas.flaum@friedfrank.com
Email: michael.deleeuw@friedfrank.com
Email: adam.harris@friedfrank.com
*Counsel for Texas League of Young Voters Education Fund, Imani Clark, KiEssence Culbreath, Demariano Hill, Felicia Johnson, Dominique Monday, and Brianna Williams*

Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND, INC.
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476 / 210-224-5382 (fax)
Email: nperales@maldef.org
*Counsel for Mi Familia Vota Education Fund, Southwest Voter Registration Education Project, Nicole Rodriguez, Victoria Rodriguez*


                                               */s/ Patrick K. Sweeten*
                                               PATRICK K. SWEETEN