IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,

               Plaintiff,

  v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, *et. al.*

               Defendant,

Case No. 1:12-cv-00128
RMC-DST-RLW

## DEFENDANT-INTERVENORS'[1] MOTION TO CLARIFY AND RE-SET DATE BY WHICH DEFENDANT-INTERVENORS' EXPERT REPORTS ARE DUE

Last week, this Court asked the parties to advise it of the status of database production by Texas, and the impact of the timing of that production on the ability of the parties to serve their expert reports by the current deadline of June 1. As was stipulated at the hearing, full database production was not made by the State of Texas on Defendant-Intervenors until May 15, over six weeks after originally ordered, and a scant two weeks before expert reports are due. For the reasons explained by Defendant-Intervenors on the record at the May 18 hearing, this is insufficient time for Defendant-Intervenors' experts to undertake the sort of analysis that this case – and this Court – merit.

---

[1] This motion is submitted on behalf of all Defendant-Intervenors, specifically, the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives; the Texas League of Young Voters Education Fund, Imani Clark, KiEssence Culbreath, Demariano Hill, Felicia Johnson, Dominique Monday, and Brianna Williams; Eric Kennie, Anna Burns, Michael Montez, Penny Pope, Marc Veasey, Jane Hamilton, David De La Fuente, Lorraine Birabil, Daniel Clayton, and Sergio Deleon; the Texas Legislative Black Caucus, the League of Women Voters of Texas, the Justice Seekers, Peter Johnson, Ronald Wright, and Donald Wright; Southwest Workers Union, La Union Del Pueblo Entero; Victoria Rodriguez, Nicole Rodriguez, Southwest Voter Registration Education Project, Mi Familia Vota Education Fund.

1

Through no fault of Defendant-Intervenors, the time in which their experts have to prepare their reports has been cut by three-quarters. The experts, who undertook these assignments in good faith, did so with the understanding that they would be able to balance their obligations in connection with these assignments with their other responsibilities, including teaching and administering a faculty at the end of the academic calendar. Furthermore, Defendant-Intervenors' purpose experts had to wait not only for the preparation of Defendant-Intervenors' effects expert report (so as to factor that into their purpose analysis), but also the conclusion of the depositions of the legislators and the production of relevant information, such as legislative hearings transcripts, which have also been delayed, for reasons summarized by this Court in its Order of May 7 (Doc. 107).

For all of these reasons, Defendant-Intervenors respectfully request an extension of time of at least four weeks beyond the June 1 deadline to serve their expert reports.[2]

## Conclusion

For the reasons set forth above, Defendant-Intervenors respectfully request that the Court clarify and re-set the date by which Defendant-Intervenor's experts' reports are due.

Dated:  May 21, 2012

/s/ Ezra D. Rosenberg_____
Ezra D. Rosenberg (D.C. Bar No. 360927)
Michelle Hart Yeary (*Pro Hac Vice*)
Dechert LLP
902 Carnegie Center, Suite 500

---

[2] Four weeks is the bare minimum needed, and is proposed only on the assumption that the trial date of July 9 will hold. If, as Defendant-Intervenors have also argued, the trial date is moved, we would request that additional time be allotted for expert report preparation accordingly.

2

Princeton, NJ 08540-6531
(609) 955 3222 (phone)
Ezra.rosenberg@dechert.com
Michelle.yeary@dechert.com

Jon Greenbaum (D.C. Bar No. 489887)
Mark A. Posner (D.C. Bar No. 457833)
Robert A. Kengle
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, D.C. 20005
(202) 662-8389 (phone)
bkengle@lawyerscommittee.org
mposner@lawyerscommittee.org

Wendy Weiser (*Pro Hac Vice*)
Myrna Perez (*Pro Hac Vice*)
Ian Vandewalker (*Pro Hac Vice*)
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
Wendy.weiser@nyu.edu
Myrna.perez@nyu.edu
Ian.vandewalker@nyu.edu

Gary Bledsoe
Law Office of Gary L. Bledsoe & Associates
316 West 12th St., Suite 307
Austin, TX 78701
(512) 322-992 (phone)
garybledsoe@sbcglobal.net

Victor L. Goode
NAACP National Headquarters
4805 Mt. Hope Dr.
Baltimore, MD 21215-3297
(410) 580-5120 (phone)
vgoode@naacpnet.org

Robert S. Notzon (D.C. Bar No. TX0020)
The Law Office of Robert Notzon
1507 Nueces St.
Austin, TX 78701
(512) 474 7563 (phone)
Robert@notzonlaw.com

3

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, TX 98209
(210) 392-2856 (phone)
garzapalm@aol.com

*Counsel for Defendant-Intervenors*
*Texas State Conference of NAACP Branches and*
*the Mexican American Legislative Caucus of*
*Texas House Representatives*

Ryan Haygood
Natasha M. Korgaonkar
Leah C. Aden
Dale E. Ho
Debo P. Adegbile
Elise C. Boddie
NAACP Legal Defense and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013
(212) 965-2200/Fax: (212) 226-7592
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dadegbile@naacpldf.org
dho@naacpldf.org
eboddie@naacpldf.org

FRIED, FRANK, HARRIS
SHRIVER & JACOBSON LLP
Douglas H. Flaum
Michael B. de Leeuw
Adam M. Harris
One New York Plaza
New York, NY 10004-1980
(212) 859-8000
Douglas.flaum@friedfrank.com
Michael.deleeuw@friedfrank.com
Adam.harris@friedfrank.com

*Counsel for Texas League of Young Voters*
*Education Fund, Imani Clark, KiEssence*
*Culbreath, Demariano Hill, Felicia Johnson,*
*Dominique Monday, and Brianna Williams*

4

J. Gerald Hebert
D.C. Bar No. 447676
Attorney at Law
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
hebert@voterlaw.com

Chad W. Dunn
D.C. Bar No. 987454
Texas Bar No. 24036507
Brazil & Dunn LLP
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
chad@brazilanddunn.com

*Counsel for Kennie Defendant-Intervenors*

John Kent Tanner
3743 Military Road, N.W.
Washington, DC 20015
(202) 503-7696
Email: john.k.tanner@gmail.com


Nancy Abudu
Katie O'Connor
Moffatt Laughlin McDonald
American Civil Liberties Union Foundation Inc.
230 Peachtree Street NW, Suite 1440
Atlanta, GA 30303
(404) 523-2721/Fax: (404) 653-0331
Email: nabudu@aclu.org
Email: koconnor@aclu.org
Email: lmcdonald@aclu.org

Lisa Graybill
Rebecca Robertson
American Civil Liberties Union Foundation of Texas
1500 McGowan Street
Houston, Texas 77004
(713) 942-8146
Email: lgraybill@aclutx.org

Email: rrobertson@aclutx.org

Kumiki Gibson
Advancement Project
1220 L Street, NW, Suite 850
Washington, DC 20005
(202) 728-9557
Email: kgibson@advancementproject.org

*Counsel for Justice Seekers, League of Women Voters of Texas, Texas Legislature Black Caucus, Donald Wright, Peter Johnson, Ronald Wright, Southwest Workers Union and La Union Del Pueblo Entero*


Nina Perales
Mexican American Legal Defense & Educational Fund, Inc.
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476/Fax: 210-224-5382
Email: nperales@maldef.org

*Counsel for Mi Familia Vota Education Fund, Southwest Voter Registration Education Project, Nicole Rodriguez, Victoria Rodriguez*

## CERTIFICATE OF SERVICE

  I certify that on May 21, 2012, the Motion to Clarify was filed with the Clerk of the Court using the CM/ECF system which will electronically serve all counsel of record.

                /s/ Ezra D. Rosenberg
                Ezra D. Rosenberg