IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, <br><br>　　　　　Defendant. <br><br>ERIC KENNIE, *et al.*, <br><br>　　　　　Defendant-Intervenors, <br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>　　　　　Defendant-Intervenors, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>　　　　　Defendant-Intervenors. <br><br>TEXAS LEGISLATIVE BLACK CAUCUS, *et al.*, <br><br>　　　　　Defendant-Intervenors, <br><br>VICTORIA RODRIGUEZ, *et al.*, <br><br>　　　　　Defendant-Intervenors. | CASE NO. 1:12-CV-00128 <br>(RMC-DST-RLW) <br>Three-Judge Court |

## ATTORNEY GENERAL'S MOTION TO COMPEL THE PRODUCTION OF TESITMONY AND DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37, and pursuant to the briefing schedule set out in this Court's Order of May 7, 2012 (Doc. 107), Defendant Eric H. Holder Jr. respectfully

moves for an order compelling the production of testimony and documents that the State of Texas has improperly withheld from discovery. For the reasons set out in the Attorney General's Memorandum of Points and Authorities, the State has misapplied three categories of privilege. First, Texas has withheld deposition testimony and documents based on the state legislative privilege, which is a qualified privilege that should be overcome in whole or in part in this critical litigation. Moreover, the State has asserted a state legislative privilege that far exceeds the permissible scope of that privilege. Second, Texas has asserted an attorney-client privilege over deposition testimony and documents without establishing the existence of each element of the privilege, including the existence of an attorney-client relationship, the conveyance of confidential client information, and the provision of legal advice. Third, the State has similarly asserted the deliberative without establishing all necessary elements, including that documents are deliberative and pre-decisional. The Attorney General therefore respectfully requests that the Court enter the attached Proposed Order Compelling the Production of Testimony and Documents.

Date:  May 21, 2012

|  |  |
|---|---|
|  | Respectfully submitted, |
| RONALD C. MACHEN, JR.<br>United States Attorney<br>District of Columbia | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
|  | */s/ Risa Berkower*<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>RISA BERKOWER<br>DANIEL J. FREEMAN<br>Attorneys<br>Voting Section, Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>(800) 253-3931 |

## **CERTIFICATE OF CONFERRAL**

      I hereby certify that on May 21, 2012, I met and conferred with counsel for the State of Texas in an effort to obtain the requested discovery without court intervention.

                                            */s/ Elizabeth S. Westfall*
                                            ELIZABETH S. WESTFALL
                                            U.S. Department of Justice
                                            950 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20530
                                            elizabeth.westfall@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 21, 2012, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

Jonathan Franklin Mitchell
Adam W. Aston
Matthew Hamilton Frederick
Patrick Kinney Sweeten
Office of the Attorney General of Texas
jonathan.mitchell@oag.state.tx.us
adam.aston@oag.state.tx.us
matthew.frederick@oag.state.tx.us
Patrick.sweeten@texasattorneygeneral.gov

*Counsel for Plaintiff*

Debo P. Adegbile
Leah C. Aden
Elise C. Boddie
Ryan Haygood
Dale E. Ho
Natasha Korgaonkar
NAACP Legal Defense and Education Fund
dadegbile@naacpldf.org
laden@naacpldf.org
eboddie@naacpldf.org
rhaygood@naacpldf.org
dho@naacpldf.org
nkorgaonkar@naacpldf.org

Michael Birney de Leeuw
Douglas H. Flaum
Adam M. Harris
Fried, Frank, Harris, Shriver & Jacobson
douglas.flaum@friedfrank.com
adam.harris@friedfrank.com
michael.deleeuw@friedfrank.com

*Counsel for Texas League of Young Voters Intervenors*

J. Gerald Hebert
hebert@voterlaw.com

Chad W. Dunn
Brazil & Dunn
chad@brazilanddunn.com

*Counsel for Kennie Intervenors*

Jon M. Greenbaum
Mark A. Posner
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org

Ezra David Rosenberg
Michelle Hart Yeary
Dechert LLP
ezra.rosenberg@dechert.com
michelle.yeary@dechert.com

Robert Stephen Notzon
Robert@notzonlaw.com

Gary L. Bledsoe
Law Office of Gary L. Bledsoe and
 Associates
garybledsoe@sbcglobal.net

Myrna Perez
Wendy Robin Weiser
Ian Arthur Vandewalker
The Brennan Center for Justice
myrna.perez@nyu.edu
wendy.weiser@nyu.edu
ian.vandewalker@nyu.edu

*Counsel for NAACP Intervenors*

| | |
|---|---|
| John Tanner<br>john.k.tanner@gmail.com<br><br>Nancy G. Abudu<br>M. Laughlin McDonald<br>Katie O'Connor<br>Arthur B. Spitzer<br>American Civil Liberties Union<br>nabudu@aclu.org<br>lmcdonald@aclu.org<br>koconnor@aclu.org<br>artspitzer@gmail.com<br><br>*Counsel Texas Legislative Black Caucus Intervenors* | Nina Perales<br>Amy Pederson<br>Mexican American Legal Defense &<br>    Educational Fund, Inc.<br>nperales@maldef.org<br>apederson@maldef.org<br><br>*Counsel for Rodriguez Intervenors* |

 

*s/ Daniel J. Freeman*
DANIEL J. FREEMAN
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530