IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>        Plaintiff,<br><br>        v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>        Defendant.<br><br>ERIC KENNIE, *et al.*,<br><br>        Defendant-Intervenors,<br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>        Defendant-Intervenors,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Defendant-Intervenors.<br><br>TEXAS LEGISLATIVE BLACK CAUCUS, *et al.*,<br><br>        Defendant-Intervenors,<br><br>VICTORIA RODRIGUEZ, *et al.*,<br><br>        Defendant-Intervenors. | CASE NO. 1:12-CV-00128<br>(RMC-DST-RLW)<br>Three-Judge Court |

## **[PROPOSED] ORDER COMPELLING THE PRODUCTION OF TESTIMONY AND DOCUMENTS**

Upon consideration of the Attorney General's motion to compel the production of testimony and documents (Doc. __), the State of Texas's response thereto (Doc. ___), and the

Attorney General's reply in further support (Doc. __), it is hereby **ORDERED** that:

1. The Attorney General's motion to compel is **GRANTED**.

2. The State of Texas shall produce all documents withheld on the basis of state legislative privilege within **two days** of the date of this order.

3. The State of Texas shall produce for deposition within **five days** all witnesses whom it instructed not to answer questions on the basis of the state legislative privilege and permit the Attorney General to ask those questions and follow-up questions. The duration of the depositions shall be enlarged as necessary.

4. The State of Texas shall not instruct deponents not to answer questions based on the state legislative privilege.

5. The State of Texas is hereby ordered to produce within **two days** of the date of this order all documents improperly withheld under the attorney-client privilege, as set out in Exhibit 13 to the Attorney General's Motion to Compel (Doc. __-15).

6. The State of Texas shall not instruct deponents not to answer questions based on an objection resting on the attorney-client privilege unless the State is first able to establish the elements of the privilege.

7. The State of Texas shall produce all documents previously withheld based on an assertion of the deliberative process privilege within **two days** of the date of this order.

8. The State of Texas shall not instruct deponents not to answer questions based on an objection resting on the deliberative process privilege unless the State is first able to establish the elements of the privilege.

9. Senator Troy Fraser and Representative Patricia Harless shall appear for deposition and answer questions to which they previously provided non-responsive deposition

testimony.

**SO ORDERED.**

Date: June \_\_\_\_, 2012

                                                    _____
DAVID S. TATEL
United States Circuit Judge

                                                    _____
ROSEMARY M. COLLYER
United States District Judge

                                                    _____
ROBERT L. WILKINS
United States District Judge