# EXHIBIT 9



2011 TEXAS INAUGURAL

Rick Perry

David Dewhurst

## Lieutenant Governor David Dewhurst
## 2011 Inaugural Address
## January 18, 2011

*Remarks as prepared for delivery*

Thank you, Senator Ogden. My Friends, Governor Perry, Speaker Straus, Chief Justice Jefferson, Members of the Legislature, my fellow Texans. I'm deeply honored to once again take the oath of office as your Lieutenant Governor, to serve the greatest people on this planet – the people of Texas. You have my profound gratitude.

It's very special for me to take this oath with Tricia by my side and with our little daughter Carolyn. For me, there is no greater blessings in life than a wonderful wife and family. I learned that from a very special woman who loved her children unconditionally, who overcame great adversity, who put her children's future ahead of her own – my mom. A member of the "Greatest Generation," she was prepared to sacrifice so her boys might grow up and be half the man their dad was.

When I first told Mom that I had decided to run for public office, I'll never forget what she told me. She said, "David, have you completely lost your mind?" And then she thought about it, and with moist eyes she said, "David, you have my blessing as long as you promise me every day you are in politics, you'll push the envelope – you'll help people who have no one else to help them. And the day you don't, you'll get out of office."

I stand before you today the Lieutenant Governor of Texas on the shoulders of that very special woman and also with a very special wife. As long as I have the opportunity to serve the people of Texas, I will keep my solemn vow to help those who cannot help themselves, to ensure that the promise of opportunity is available to all without favoring the few. To the good people of Texas, I'm honored by the responsibility you have given me, and I promise to use the power you have loaned me humbly to help all people.

There's a lot that is special about being a Texan; we are independent, optimistic, and occasionally stubborn. Those men and women who made their way to Texas, who settled these unforgiving plains, who sought neither a handout nor a stimulus check – they simply sought freedom. What makes Texas great is not cattle, cotton, or crude oil; it's people.

We have big challenges facing us in this 2011 Legislative Session. But we will be successful because our challenges are not bigger than the sheer will and determination of the people of Texas. I know this for a fact because eight years ago when I was sworn in for the first time, we faced some of the same problems. But we didn't shrink from these challenges. We looked at the mountain in front of us and began to climb. And working together, we passed major lawsuit reform, school finance, and we balanced four state budgets without raising taxes, while protecting essential services for our most vulnerable.

Job one is to balance the budget without raising taxes. In the worst economy in 70 years with unemployment at its highest in decades, now is not the time to ask families to make do with less so government can spend more. As President Ronald Reagan once said, "There are no easy answers, but there are simple answers." Simply put, government must live within its means. This last election, Texans spoke clearly about excessive government spending when they said, "No," to the Washington Way, where they spend $5 for every $3 they take in. In contrast to Washington, we offer limited government to create unlimited opportunity. We know people agree because they are voting with their feet and moving to Texas in larger numbers than any other state. Last year, more than 200,000 people moved to Texas from the other 49 states, and it's not because of our weather. It's because we are a fortress of economic freedom – a lone bastion of opportunity in the midst of a global economic crisis.

Let me tell you what I hear from Texans. Over the past 18 months, as I crisscrossed the state, I heard neither a clamoring for more taxes nor a call for more government. What I heard was anger over reckless spending in Washington. I listened to ranchers, lawyers, doctors, factory workers, small business owners – some of the same men and women who formed a grassroots rebellion against reckless spending: the patriots of the Tea Party! From Boston Harbor in 1773 to Austin, Texas, in 2011, the cry of everyday citizens is to be freed from a distant government which doesn't listen to us but tries to control our lives at the expense of our liberty.

Washington should listen to the people and look to the states – the laboratories of innovation and governing. The Tea Party, Independents, Republicans, and Conservative Democrats should all be proud of Texas as a shining example of limited government, low taxes, and economic growth. I'm proud of the role I played with Governor Perry, the Speaker, and the Legislature cutting the size of government in 2003 and in 2010 and again this year. Working together, we've held the line on spending for the last eight years.

In Texas, we will never concede our freedom to Washington because we believe government exists to empower people, not rule over them. Like many of you, I've studied the Constitution, and I have a profound respect for its enduring wisdom. But as amazing as our Constitution is for what it does, it's just as amazing for what it doesn't do. It does not make Washington all-powerful. Our Founding Fathers had the chance to centralize power in a government that they themselves would run; yet, they chose to give it away. They gave power to the people enshrined in the Declaration of Independence, the Constitution, and the 10th Amendment -- in peace, on purpose. Theirs was an act of courage rare in the annals of history.

Our Founding Fathers knew that absolute power in the hands of a few meant lost liberty for the many. The same is true today. The only thing as outrageous as the amount of money Washington is borrowing from foreign creditors is the amount of money they withhold from states unless we comply with their edicts. Washington has run roughshod over state sovereignty.

The examples are more and more outrageous: the offshore drilling ban, misguided Congressmen blocking almost $1 billion of funding for our Texas school children, the EPA taking over 167 clean air permits, cap-and-trade which will increase your taxes, and Obamacare – the largest expansion of government in a generation!

What the Obama Administration has failed to achieve through legislation, they are instead trying to pass through regulation. And unfortunately, Texas has been forced to use our last option: litigation.

And while Washington intrudes upon the rights of states, they have yet to meet their most basic constitutional obligation: to secure our borders. Today, our borders are under siege by gangs and cartels that traffic in drugs, weapons, and human beings. Border Security is a federal job, but the states pay the price. That's why Texas has spent more than a quarter billion dollars over the last four years – putting state troopers, helicopters, and local law enforcement on the border. And you know what we've found? Manpower is the key to securing the border. Every time we do surge operations, massing personnel on our southern border, nothing moves! Criminal activity virtually shuts down in the area. Therefore, today I'm asking the federal government to triple the number of border patrol agents on our borders! If that doesn't secure our borders, then I will keep demanding additional boots on the ground until we have sufficient manpower to seal it, control it, and enforce it. When it comes to our sovereignty and security, there is no compromise.

My priorities this Session are clear. In addition to securing our borders, we will pass legislation to encourage more job creation; to protect the integrity of our elections, we will again pass voter ID; we will continue to improve our public schools because a quality education gives every child a chance to realize their dreams; we will continue building a world-class transportation system because quality roads without congestion are the economic arteries of future prosperity; we will make healthcare more accessible and more affordable with better medical outcomes at a lower cost by passing reforms that will lead the nation because Texans deserve better health care, not more bureaucracy; and we will achieve all these goals while balancing our budget without raising taxes because I want a budget that grows the Texas economy, not the Texas government.

Can we do all these things? You bet! Eight years ago, at our inaugural prayer service, my friend Dr. Ed Young joked that Texans are accused of having an accent that causes us to mispronounce some words. We pronounce the word "C-R-I-S-I-S" as "opportunity." Our economic ascent is the result of bedrock conservative principles: limited government, low taxes, creating a level playing field and a predictable, dependable business climate.

For years, the Texas landscape has bloomed with opportunity. One of the many things I love about Texas, and which I've experienced, is that the Texas of today is a place where any day anyone from any background can climb heights as improbable as they are breathtaking. We are Texans, and we can do anything we set our minds to! But our optimism of the Texas that is and the Texas that can be cannot, and should not, cause us to lose sight of the jobless, the helpless, the hopeless.

I want everyone to have the opportunity to be all they can be. To me, the best investments are those that give Texans the tools of self-sufficiency: a world-class education, quality, affordable healthcare, a stable, dependable business climate so that entrepreneurs can build successful companies and workers can make better wages. These are the kinds of investments we must make in good times or bad. But government cannot solve every problem or address every ill. Centralized government that attempts too much achieves too little.

So for those of us who have been blessed, we have a special calling to serve and sacrifice to help people. Service and sacrifice are what define our "Greatest Generation" – the men and women who fought the forces of tyranny in the trenches of Europe, on the islands of the Pacific, on the high seas and at high altitudes. During World War II, 750,000 Texans – including 12,000 women – served our country. My father was one: an ordinary Texan who went to war, did his job, and became a highly decorated B-26 bomber pilot, flying 85 missions over Nazi Europe. Every time he roared down the runway, he knew it might be his last. But he did it anyway, just like your fathers and your grandfathers.

I've been to the shores of Normandy where thousands and thousands of brave Americans are buried – Americans who made the ultimate sacrifice. An indescribable peace permeates such hallowed ground; where heroes rest, the silence speaks.

It was not just my father and the millions of servicemen who sacrificed; it was all of American society. It was the factory workers; it was the women who not only raised families without their husbands, but worked in plants to support the war; it was citizens who bought war bonds and prayed every night for the safe return of their loved ones. Each had a role to play, and virtually all rose to the challenge. We see that same spirit of sacrifice alive and well today in our fighting men and women in Afghanistan and Iraq. They are freedom's greatest ambassadors: warriors willing to sacrifice all, including their own safety, for a greater good. We must never become oblivious to their sacrifice or fail to remember the generations that came before them. We, too, as individual citizens and civilians must be willing to sacrifice for the good of our state and our country.

Many in America have been trained to believe we can have all we want when we want it. But at the core of being a Texan and an American is not what we get from society, but what we give back. For most of us Texans, the question is not what government can do for us, but what we can do if government doesn't stand in our way. Government cannot replace the role of parents in families, cannot legislate personal responsibility, cannot replace the private sector in creating jobs, and cannot govern an individual's life better than his own conscience.

Texas still offers the promise of a better tomorrow, where a little boy or girl can grow up with nothing, work hard, and have the storybook ending they would never dare to imagine as a child. I know because that's my story. And it's the story of millions of Texans who have lived the American Dream in this state so abundant with opportunity – those who sacrifice, those who persevere, those who dust off their boots and get back up every time they get knocked down. They are the ones who know the meaning of the American Dream, the Texas Dream.

The promise of Texas is a light on the distant horizon piercing the darkness. It's a promise available to any and all who are willing to work hard, sacrifice, and never give up. This has never been more true than today with thousands of new pilgrims settling here each day in this modern Promised Land we call Texas. We who have inherited that promise must preserve and protect it. We must never allow its light to lose its luster. We must be united in our quest for a better Texas – a Texas rich in values, abundant in opportunity, wealthy in spirit. One people, one star, one destiny.

May God bless each and every one of you, and may He continue to bless the great State of Texas. Thank you.



**OFFICE OF THE LIEUTENANT GOVERNOR**
David Dewhurst

FOR IMMEDIATE RELEASE
January 20, 2010

CONTACT: Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

# Lt. Governor Dewhurst Statement Regarding
# Governor Perry's Emergency Call
*Voter ID and Federal Balanced Budget Amendment Added to Emergency Items*

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding Governor Perry's declaration of additional emergency items for the 2011 legislative session:

"I'm pleased that Governor Perry has agreed to include a Federal Balanced Budget Amendment and Voter ID in his Emergency Call.

"Texas has a Constitutional duty to balance our budget which forces lawmakers to regularly review and prioritize state spending, and Washington should be forced to do the same with federal spending.

"Texans have fought and died for the principle of one person, one vote; and Republicans, Independents and Democrats all agree that we must uphold the integrity of our elections."

###



## OFFICE OF THE LIEUTENANT GOVERNOR
### David Dewhurst

**FOR IMMEDIATE RELEASE**  
January 24, 2011

**CONTACT:** Mike Walz  
(512) 463-0715  
mike.walz@ltgov.state.tx.us

# Lt. Governor David Dewhurst Announces Filing of Senate Bill 1 and Senate Finance Committee Assignments

AUSTIN—Lt. Governor David Dewhurst today appointed the Members of the Senate Finance Committee and joined Chairman Steve Ogden in unveiling the 2012-13 state budget.

"Since the state budget, especially in these trying times, is the Legislature's number one priority, I pushed the LBB to distribute the Senate version of the state's budget this morning, as soon as it could be printed following the House's submittal of their base budget last week. I have asked the Senators to study the base budget this week so our Senate Finance Committee can start work as soon as possible."

Senate Bill 1, the General Appropriations Act, was distributed to members today and will be filed today. The bill provides funding of $73.8 billion in General Revenue – a 10.1-percent reduction from the FY10-11 base – and $79.7 billion in General Revenue and General Revenue-Dedicated funds – a 9.9-percent reduction from the 2010-11 base. SB 1 does not assume use of the Rainy Day Fund and is within Available Revenue based on the Comptroller's revenue estimate and actions to be taken to reduce expenditures in 2011.

Lt. Governor Dewhurst reappointed Senator Steve Ogden as Chairman of the Senate Finance Committee and Senator Juan "Chuy" Hinojosa as Vice-Chairman. He also made the following assignments to the Committee: Senator Bob Deuell, Senator Robert Duncan, Senator Kevin Eltife, Senator Craig Estes, Senator Eddie Lucio, Jr., Senator Jane Nelson, Senator Dan Patrick, Senator Kel Seliger, Senator Florence Shapiro, Senator Royce West, Senator John Whitmire, Senator Tommy Williams, and Senator Judith Zaffirini.

"To use our time efficiently this week, I have also asked the Senate to take up Senate Bill 14 in order to protect the integrity of our elections process. We will take the time to carefully consider Voter ID legislation, and then, I believe, the Senate will pass Senate Bill 14. Next week, I plan to bring up and pass a resolution calling on Congress to convene a constitutional convention to pass a balanced budget amendment to the Constitution. I believe Congress must reduce spending and live within its means, just like the rest of us Texans do."

TX_00034461



**OFFICE OF THE LIEUTENANT GOVERNOR**
David Dewhurst

**FOR IMMEDIATE RELEASE**
January 26, 2011

**CONTACT:** Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

# Lt. Governor Dewhurst Statement Regarding Passage of Voter ID

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding the Senate's passage of Voter ID legislation:

"I'm proud the Texas Senate has taken swift action on Voter ID because it's my hope to see this long-overdue legislation finally signed into law this year. Voter ID will help stamp out voter fraud and increase public confidence in our election process by ensuring that only U.S. citizens – who are legally eligible – vote in Texas elections."

###

TX_00034462

TLC

## Frank Battle

| | |
|---|---|
| **From:** | Document Production |
| **Sent:** | Wednesday, January 26, 2011 11:59 AM |
| **To:** | Bryan Hebert |
| **Cc:** | Document Production |
| **Subject:** | 82r 6678 |
| **Attachments:** | 82R6678.doc |

552.101
323.017
323.018

DO NOT REPLY TO THIS MESSAGE.

The attachment to this message is the council document you requested. Please note that a document delivered by e-mail may differ in format from the same document printed and delivered by the council.

Questions on substantive issues in the document should be addressed to the drafter of that document.

# ARTICLE I - GENERAL GOVERNMENT
## 307 Secretary of State
### DIFFERENCES ONLY

### House

2. **Capital Budget.** None of the funds appropriated above may be expended for capital budget items except as listed below. The amounts shown below shall be expended only for the purposes shown and are not available for expenditure for other purposes.

|  | 2012 | 2013 |
|---|---|---|
| a. Acquisition of Information Resource Technologies |  |  |
| (1) Acquisition of Information Resource Technologies | $ 150,000 | $ 127,500 |
| (2) Data Center Consolidation | $ 2,010,076 | $ 2,089,796 |
| Total, Acquisition of Information Resource Technologies | $ 2,160,076 | $ 2,217,296 |
| **Total, Capital Budget** | **$ 2,160,076** | **$ 2,217,296** |
| Method of Financing (Capital Budget): |  |  |
| General Revenue Fund | $ 2,010,076 | $ 2,089,796 |
| Appropriated Receipts | 150,000 | 127,500 |
| **Total, Method of Financing** | **$ 2,160,076** | **$ 2,217,296** |

11. **Contingency Appropriation for Senate Bill 14: Voter Identification.** Contingent on the passage of Senate Bill 14 by the Eighty-second Legislature, Regular Session, or similar legislation relating to requiring a voter to present certain proof of identification and contingent upon the availability of Help America Vote Act (HAVA) Federal Funds and approval by the federal government that HAVA Federal Funds may be used for voter identification purposes as provided in this Act, it is the intent of the Legislature that the Secretary of State shall allocate $2,024,000 in fiscal year 2012 out of General Revenue-Dedicated Election Improvement Fund No. 5095 in Strategy B.1.4, Elections Improvement, for allowable costs associated with implementing the legislation.

### Senate

2. **Capital Budget.** None of the funds appropriated above may be expended for capital budget items except as listed below. The amounts shown below shall be expended only for the purposes shown and are not available for expenditure for other purposes.

|  | 2012 | 2013 |
|---|---|---|
| a. Acquisition of Information Resource Technologies |  |  |
| (1) Acquisition of Information Resource Technologies | $ 150,000 | $ 150,000 |
| (2) Data Center Consolidation | $ 2,482,643 | $ 2,263,730 |
| Total, Acquisition of Information Resource Technologies | $ 2,632,643 | $ 2,413,730 |
| **Total, Capital Budget** | **$ 2,632,643** | **$ 2,413,730** |
| Method of Financing (Capital Budget): |  |  |
| General Revenue Fund | $ 2,482,643 | $ 2,286,230 |
| Appropriated Receipts | 150,000 | 127,500 |
| **Total, Method of Financing** | **$ 2,632,643** | **$ 2,413,730** |

11. **Contingency Appropriation for Senate Bill 14: Voter Identification.** Contingent on the passage of Senate Bill 14 by the Eighty-second Legislature, Regular Session, or similar legislation relating to requiring a voter to present certain proof of identification and contingent upon the availability of Help America Vote Act (HAVA) Federal Funds and approval by the federal government that HAVA Federal Funds may be used for voter identification education purposes as provided in this Act, it is the intent of the Legislature that the Secretary of State shall allocate $2,000,000 in fiscal year 2012 out of General Revenue-Dedicated Election Improvement Fund No. 5095 in Strategy B.1.4, Elections Improvement, for allowable voter education costs associated with implementing the legislation.

TX_00034517

Secretary of State

| Agency/Item | House | | Senate | | Biennial Difference | Explanation |
|---|---|---|---|---|---|---|
| | 2012 | 2013 | 2012 | 2013 | | |
| Contingency Appropriation for Senate Bill 14: Voter Identification | I-82, Rider #11 Rider Packet, page I-44 | | I-81, Rider #11 Rider Packet, page I-44 | | | House allocates $2,024,000 out of Help America Vote Act (HAVA) Federal Funds for federally approved voter identification purposes contingent on passage of Senate Bill 14 or similar legislation.<br><br>Senate allocates $2,000,000 out of HAVA Federal Funds for federally approved voter education costs contingent on passage of Senate Bill 14 or similar legislation. |

Legislative Budget Board
5/16/2011   5:09 PM

76

TX_00034518



**OFFICE OF THE LIEUTENANT GOVERNOR**
David Dewhurst

FOR IMMEDIATE RELEASE                          CONTACT: Mike Walz
May 9, 2011                                                      (512) 463-0715
                                                          mike.walz@ltgov.state.tx.us

# Lt. Governor Dewhurst Statement Regarding
# Senate Adoption of Voter ID Conference Report

AUSTIN—Today, Lt. Governor David Dewhurst issued the following statement regarding the adoption of the Conference Committee Report on Senate Bill 14:

"The Texas Senate has taken a stand for free and fair elections by again passing Voter ID. As lawmakers, we have a responsibility to protect and defend the Constitution as well as the laws of our state and nation, and I'm proud to stand with Texans and Members of the Texas Senate to uphold the sanctity of our most fundamental democratic principle: one person, one vote."

###



LEAGUE OF WOMEN VOTERS
OF TEXAS

January 12, 2011

Lieutennant Governor David Dewhurst
PO Box 12068
Austin, TX 78711-2068

RECEIVED
LT. GOVERNOR'S OFFICE
11 JAN 19 AM 8:42
ASSIGNED TO:_____
CC'D TO:_____

Dear Lieutenant Governor Dewhurst:

The League of Women Voters of Texas once again has plans to be actively involved in the 2011 legislative session. We see this as both a very important and a very difficult session. We have identified the budget, redistricting and campaign finance with an overlying umbrella of the need for transparency and public input as critical priorities. These points will give you a taste of what we're thinking:

- We've joined a coalition called Texas Forward (http://www.txforward.org/) whose slogan is "A balanced approach to a balanced budget" with a recognition that we cannot solve this session's budget crisis nor the next session's likely crisis with cuts alone.
- We're inviting other non-partisan organizations to join us in an effort to work to increase transparency and public input to the existing redistricting process.
- Campaign finance is listed because we want to use a recent US Supreme Count ruling, *Caperton v. Massey*, to suggest alternative ways to select judges or to finance judicial races. This will significantly improve the public perception of judicial independence.

As always we are preparing for a wide range of additional issues. Our issue chairs are subject matter experts. Their names and contact information are listed in the attached document. Feel free to contact them or me if you wish to ask for or support or discuss possible legislation. You may also contact me at advocacy@lwvtexas.org or 512-524-0925 / 512-467-2674(c).

Sincerely yours,

Anita Privett
Advocacy VP, League of Women Voters of Texas

1212 Guadalupe St., Suite 107 ★ Austin, TX 78701 ★ 512 472-1100 ★ 512 472-4114 fax ★ lwvtexas@lwvtexas.org ★ www.lwvtexas.org

# Issues We Support

These are the issues that the LWV-TX will be supporting during the 2011 Texas legislative session. Contact Anita Privett, Advocacy VP, LWV-TX, advocacy@lwvtexas.org for general issues.

**Government Coordinator**– Julie Lowenberg, Dallas LWV, jmlowenberg@sbcglobal.net

Action: To achieve an efficient, effective, and responsive state governmental system through constitutional revision and legislative action which includes:

*Constitutional Revision* – Sandy Ashby, Montgomery County LWV, marieashby7@comcast.net
   Support the revision of the State Constitution to make it a framework of basic law.

*Election Laws and Voting Rights* – Linda Krefting, Lubbock County LWV, lkrefting@att.net
   Support election laws that facilitate citizen participation and voter convenience as well as monitor all legislation relating to HAVA.

*Financing State Government* – Bonnie Leitch, Comal Area LWV, bleitch@earthlink.net
   Promote adequate, fair funding for major state responsibilities such as public education and transportation.

*Judicial Selection* – Barbara Weinstein, Dallas LWV, gewwendt@swbell.net
   Support the appointment/retention method and/or nonpartisan election of the judiciary.

*Open Government* – Linda Pavlik, Fort Worth, Tarrant County LWV, lindap@pavlikandassociates.com
   Promote transparency and public participation in government.

*Political Campaign Process* – Stewart Snider, Austin Area LWV, s2snider@gmail.com
   Support fair campaign finance laws to reduce the perceived influence of large contributions to candidates and office holders.

*Public Policy on Reproductive Choice/Women's Health* - Julie Lowenberg, Dallas LWV, jmlowenberg@sbcglobal.net
   Promote and protect women's access to health care, including all aspects of reproductive health.

*Public School Funding, Testing and Accountability* – Nan Clayton, Austin Area LWV, nanclayton@yahoo.com
   Promote adequate state funding for public schools, and changes in the state's accountability rating system to make it fairer and less punitive.

*Redistricting* – A committee will lead this effort, Anita Privett Advocacy VP LWV-TX, advocacy@lwvtexas.org
   Support transparency and public input in the 2011 redistricting process.

*State and Local Relations* – Karen Rankin, Austin Area LWV, karenrankin@austin.rr.com
   Support increased county authority in order to enable better manage growth in urbanizing areas.

**Administration of Justice Coordinator**– Elaine Talarski, San Antonio Area LWV, etalarski@earthlink.net

Action: To achieve an equitable system of criminal justice in Texas for adults and juveniles which includes:

*Capital Punishment* – Susybelle Gosslee, Dallas LWV, sgosslee@airmail.net
   Promote a moratorium on the death penalty while an official study is conducted. Support the option of life sentence without parole in capital cases.

# Issues We Support

*Criminal Justice* – open
> Support a professional parole and probation staff and work to decrease their caseload.
> Provide a secure prison environment with maximum education opportunities.

*Drug Laws and Policies* – Elaine Talarski, San Antonio Area LWV, etalarski@earthlink.net
> Support treatment programs for drug abuse and addiction as an alternative to incarceration.

*Immigration* – Sally Bolster, San Antonio Area LWV, sallymbolster@aol.com
> Support state services for undocumented immigrants, especially in the area of education and healthcare. Monitor any attempt to curb civil rights of immigrants.

*Juvenile Justice* – open
> Support and fund substance abuse treatment, mental health needs, and education for youth at risk and for those incarcerated.

## Social Policy and Human Resources Coordinator – Jensie Madden, Comal Area LWV, j-dmadden@att.net

Action: To achieve equal rights for all; to combat discrimination and poverty; and to provide equal access to housing, employment, quality education, and health care in Texas which includes:

*Health Care For Those of Lesser Means* – Lynda Ender, Dallas LWV, lender@theseniorsource.org
> Support providing basic health care services for those who are unable to pay. Basic services include emergency care, primary care, preventive care, care for catastrophic illness, nutrition, substance abuse treatment, and health education.

*Child Abuse and Neglect* – Joyce Robinson, Sherman/Grayson County LWV, jbrobinson@cableone.net
> Support the development and implementation of adequate legislation, policies, services, and programs to protect children from abuse and neglect.

*Early Childhood* – Marlene Lobberecht, Houston Area LWV, marlene@lobberecht.com
> Support early childhood education professional development. Expand access to high quality pre-kindergarten. Improve safe care for infants and toddlers.

*Child Health* – Susan Majors, Richardson LWV, majorssusan@gmail.com
> Ensure that state budget cuts do not undermine children's access to health care. Improve enrollment and retention for CHIP and Children's Medicaid and maintain effective delivery systems for both. Preserve Texas' public health safety net.

*Equal Opportunity/Income Assistance* – Libbie Terrell Lee, Dallas LWV, libbie_lee@yahoo.com
> Support policies that improve well-being for families in poverty, programs that provide job training for living wage jobs, and equal education opportunities from preschool to higher education.

*Health Care for the Elderly* – Lynda Enders, Dallas LWV, lender@theseniorsource.org
> Support increased funding to provide adequate programs to serve the elderly.

*Services for the Seriously Mentally Ill* – Linda Camin, Dallas LWV, lrcamin@hotmail.com
> Maintain and increase funding for services to persons with serious mental illness, and include post-crisis and crisis prevention community care.

## Issues We Support

**Natural Resources** Coordinator-Linda Hanratty, Tarrant County, llswenson@yahoo.com

Action: To achieve conservation, protection, and judicious development of the state's natural resources which includes:

*Air Quality* – Laura Blackburn, Houston Area LWV, laura2blackburn@yahoo.com
   Support air quality and climate change legislation.
*Energy* – Penny Miller, Wichita Falls LWV, pdmiller.lwv@gmail.com
   Promote incentives for renewable and clean energy sources and energy conservation.
   Monitor the building of coal fired plants and nuclear power plants. Promote energy policy to reduce global warming.
*Hazardous Waste* – Susybelle Gosslee, Dallas LWV, sgosslee@airmail.net
   Support safe transportation handling and disposal of radioactive materials. Support legislation promoting recycling efforts, in particular for electronic waste.
*Land Use* – Karen Rankin, Austin Area LWV, karenrankin@austin.rr.com
   Increase county authority to regulate land development. Support full funding for Texas Parks and Wildlife Dept.
*Transportation* – Edie Jones, Tarrant County LWV, edithsjones@hotmail.com
   Increase funding for public roads, mass transit, and light rail.
*Water* – Mary Vogelson, Dallas LWV, mmev@swbell.net
   Support funding for safe and adequate water supplies, using sound ecological/economic strategies that emphasize conservation. Support enhanced protection for environmental flows; Texas rivers, bays and estuaries.



**LEAGUE OF WOMEN VOTERS®**
**OF THE HOUSTON AREA**
4001 N. Shepherd Dr., Suite 213 · Houston, TX 77018-5507
Office 713-784-2923 · Fax: 713-784-2984
Email: lwv@lwvhouston.org  www.lwvhouston.org

RECEIVED
LT. GOVERNOR'S OFFICE
11 MAY -2 AM 9: 30

ASSIGNED TO:_____

CC'D TO:_____

Lieutenant Governor David Dewhurst
P.O. Box 12068
Austin, TX 78711-2068

April 27, 2011

Dear Lieutenant Governor Dewhurst:

The League of Women Voters of the Houston Area will hold a silent auction on May 19, 2011, in conjunction with its annual meeting. The auction proceeds will benefit the League of Women Voters of Houston Education Fund, a 501(c)(3) organization, whose mission is to encourage active and informed civic participation in government and increased understanding of major public policy issues. The Tax ID number for the Education Fund is 74-1860431. Proceeds from the auction will help fund Voters Guides for the November 2011 Houston city elections and the 2012 spring primaries as well as many other educational materials the League distributes to citizens and students throughout the greater Houston area. The League is also gearing up to help voters comply with the anticipated Voter ID law.

Our members and guests love to bid on a variety of baskets, gift certificates, tickets to performances and sporting events, books, wine and political curios provided by you or any of your supporters.

You may mail or deliver your contribution to the League office at 4001 N. Shepherd, Suite 213, Houston, Texas 77018 by Monday, May 16, 2011. Office hours are weekdays 10 a.m. to 2 p.m. You may also call the League office at 713-784-2923 or email lwv@houston.org if you need a volunteer to pick up your item.

To maintain our strict nonpartisan policies, we are unable to auction items autographed by office holders or candidates. Donors are identified on the bid sheets.

As an alternative, you may wish to make a donation of money to the Education Fund, which is tax deductible to the full extent provided by law, or to the League of Women Voters of the Houston Area. Donations to LWV-HA are not tax deductible.

Thank you for supporting the League of Women Voters and for your service to our state.

Sincerely,

Leslie C. Taylor
Auction Chair



## LEAGUE OF WOMEN VOTERS®
### OF THE HOUSTON AREA
4001 N. Shepherd Dr., Suite 213 · Houston, TX 77018-5507
Office 713-784-2923 · Fax: 713-784-2984
Email: lwv@lwvhouston.org   www.lwvhouston.org

---

### Donation Form – May 19, 2011
### Silent Auction
Benefiting the League of Women Voters of Houston Education Fund, a 501(c)(3) organization

Donor Name: _____

Contact Person: _____

Phone # _____

Address: _____
_____
_____

Email: _____

Item description: _____
_____

Estimated value:   $ _____

Comments: _____
_____

Contribution in lieu of auction item: $ _____

Please note: To maintain our strict nonpartisan policies, we are unable to auction items autographed by office holders or candidates. Donors are identified on the bid sheets. Contributions to the League of Women Voters Education Fund are tax deductible to the full extent provided by law.

---

*Please have your contributions delivered to the League office by*
*Monday, May 16, 2011*

---

### Make a tax-deductible contribution to the Education Fund
- ☐ In Lieu of an Auction Item                                       $25
- ☐ In Lieu of an Auction Item                                       $50
- ☐ In Lieu of an Auction Item                                       $100
- ☐ Patron—Contribution in Excess of Auction Item             $100-249
- ☐ Benefactor—Contribution in Excess of Auction Item         $250-999
- ☐ Underwriter—Contribution in Excess of Auction Item        $1000+

Check Enclosed (Circle One)    YES  NO        Check Total:        $_____
Credit Card Information Provided: YES  NO   Credit Card Total:    $_____
Credit Card Number:_____ CVC 3-digit code:____
Expiration Date:      ___/___   Signature:_____

TX_00034549