IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS<br><br>    *Plaintiff*,<br><br>vs.<br><br>ERIC H. HOLDER, JR., in his official Capacity as Attorney General of the United States<br><br>    *Defendant*. | Case No. 1:12-cv-00128 RMC-DST-RLW |

### TEXAS'S MOTION TO EXTEND TIME TO RESPOND TO THE COURT'S ORDER REGARDING PRIVILEGE LOGS

By Order dated May 21, 2012 (Doc. 128) the Court ordered, *inter alia*, that Texas produce to the Court and the United States a complete and sufficient privilege log for the Office of the Governor and the Texas Legislative Council by no later than 6:00 p.m. EST on May 23, 2012. Texas has worked diligently to respond to the Court's Order but anticipates that it will need a very brief extension to prepare its filing. Texas therefore respectfully requests a two-hour extension to file its response.

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

 <u>/s/ Patrick K. Sweeten</u>
PATRICK K. SWEETEN
Assistant Attorney General
ADAM W. ASTON
Principal Deputy Solicitor General
ARTHUR C. D'ANDREA
Assistant Solicitor General
MATTHEW H. FREDERICK
Assistant Attorney General

209 West 14th Street
P.O. Box 12548
Austin, Texas  70711-2548
(512) 936-1695

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served by CM/ECF and/or electronic mail on May 23, 2012 on the following:

Elizabeth Stewart Westfall
Jennifer Lynn Maranzano
Daniel J. Freeman
Bruce I. Gear
Meredith E.B. Bell-Platts
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW
NWB-Room 7202
Washington, DC 20530
(202) 305-7766/Fax: (202) 307-3961
Email: elizabeth.westfall@usdoj.gov
Email: daniel.freeman@usdoj.gov
Email: bruce.gear@usdoj.gov
Email: jennifer.maranzano@usdoj.gov
Email: Meredith.Bell-Platts@usdoj.gov
*Counsel for the United States*

Chad W. Dunn
BRAZIL & DUNN
4201 FM 1960 West, Suite 530
Houston, TX 77068
(281) 580-6310
Email: chad@brazilanddunn.com

J. Gerald Hebert
Attorney at Law
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
hebert@voterlaw.com
*Counsel for Eric Kennie, Anna Burns, Michael Montez, Penny Pope, Marc Veasey, Jane Hamilton, David De La Fuente, Lorraine Birabil, Daniel Clayton, and Sergio Deleon*

Ezra D. Rosenberg
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540
(609) 955-3200/Fax: (609) 955-3259
Email: ezra.rosenberg@dechert.com
Email:  michelle.yeary@dechert.com

Jon M. Greenbaum
Mark A. Posner
Robert A. Kengle
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
(202) 662-8325
Email: jgreenbaum@lawyerscommittee.org
Email: mposner@lawyerscommittee.org
Email: bkengle@lawyerscommittee.org

Myrna Perez
Ian Arthur Vandewalker
Wendy Robin Weiser
THE BRENNAN CENTER FOR JUSTICE AT NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
(646) 292-8329/Fax:  (212)463-7308
Email:  myrna.perez@nyu.edu
Email:  ian.vandewalker@nyu.edu
Email:  wendy.weiser@nyu.edu

Robert Stephen Notzon
1507 Nueces Street
Austin, TX 78701-1501
(512) 474-7563
Fax: (512) 852-4788
Email: robert@notzonlaw.com

Victor L. Goode
NAACP National Headquarters
4805 Mt. Hope Dr.
Baltimore, Maryland 21215-3297
(410) 580-5120
Email: vgoode@naacpnet.org

Case 1:12-cv-00128-RMC-DST-RLW   Document 138   Filed 05/23/12   Page 5 of 7

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 98209
(210) 392-2856 (phone)
Email: garzpalm@aol.com

Gary L Bledsoe
Law Office of Gary L. Bledsoe and Associates
316 West 12th Street, Suite 307
Austin, Texas 78701
(512) 322-9992
Email:  garybledsoe@sbcglobal.net
*Counsel for Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

Douglas H. Flaum
Michael B. de Leeuw
Adam Harris
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Email:  douglas.flaum@friedfrank.com
Email: michael.deleeuw@friedfrank.com
Email: adam.harris@friedfrank.com

Ryan Haygood
Natasha M. Korgaonkar
Leah C. Aden
Dale E. Ho
Debo P. Adegbile
Elise C. Boddie
NAACP Legal Defense and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200
(212) 226-7592
Email: rhaygood@naacpldf.org
Email: nkorgaonkar@naacpldf.org
Email: laden@naacpldf.org
Email: dadegbile@naacpldf.org
Email: dho@naacpldf.org
Email:  eboddie@naacpldf.org

*Counsel for Texas League of Young Voters Education Fund, Imani Clark, KiEssence Culbreath, Demariano Hill, Felicia Johnson, Dominique Monday, and Brianna Williams*

John Kent Tanner
3743 Military Road, NW
Washington, DC 20015
(202) 503-7696
Email: john.k.tanner@gmail.com

Nancy Abudu
Katie O'Connor
Laughlin McDonald
AMERICAN CIVIL LIBERTIES UNION FOUNDATION INC
230 Peachtree Street NW, Suite 1440
Atlanta, GA 30303
(404) 523-2721
Email: nabudu@aclu.org
Email:  koconnor@aclu.org
Email:  lmcdonald@aclu.org

Arthur B. Spitzer
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
(202) 457-0800
Email: artspitzer@gmail.com

Lisa Graybill
Rebecca Robertson
American Civil Liberties Union Foundation of Texas
1500 McGowan Street
Houston, Texas 77004
(713) 942-8146
Email: lgraybill@aclutx.org
Email: rrobertson@aclutx.org

Penda Hair
Kumiki Gibson
Advancement Project
1220 L Street, NW, Suite 850
Washington, DC 20005
(202) 728-9557
Email:  phair@advancementproject.org
Email:  kgibson@advancementproject.org
*Counsel for Justice Seekers, League of Women Voters of Texas, Texas Legislature Black Caucus, Donald Wright, Peter Johnson, Ronald Wright, Southwest Workers Union and La Union Del Pueblo Entero*

Nina Perales
Amy Pedersen
MEXICAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND, INC.
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Email: nperales@maldef.org
Email: apedersen@maldef.org
*Counsel for Mi Familia Vota Education Fund, Southwest Voter Registration Education Project, Nicole Rodriguez, Victoria Rodriguez*

                                                   /s/   *Patrick K. Sweeten*
                                                   PATRICK K. SWEETEN
                                                   Assistant Attorney General