## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS

     *Plaintiff,*

vs.

ERIC H. HOLDER, JR., in his official
Capacity as Attorney General of
the United States

     *Defendant.*

Case No. 1:12-cv-00128
RMC-DST-RLW

<u>**ORDER**</u>

The Court has before it Texas's Motion to Extend Time to Respond to the Court's Order Regarding Privilege Logs.  Having considered the Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Texas shall have until 8:00pm EDT to file its response to the Court's Order dated May 21, 2012 (Doc. 128).

_____
Presiding Judge