State of Texas v. Eric Holder, Jr., Attorney General of the United States
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

REVISED PRIVILEGE LOG
May 23, 2012

| Beginning Document | End Document | Recipient | Sender/Author | Issues | Attynotes | Date | Sources |
|---|---|---|---|---|---|---|---|
| TX_00034902 | TX_00034902 | Governor Rick Perry | Representative Betty Brown | Legislative Privilege | Letter from State Representative Betty Brown regarding actions the Governor could take to advance the legislative enactment of a voter ID law. | 6/18/2009 | GOVERNOR PART 2 |
| TX_00037744 | TX_00037744 | Governor Rick Perry | Rep. Doug Miller | Legislative Privilege | Letter from State representative Doug Miller to Governor Perry regarding actions the Governor could take to advance the legislative enactment of a voter ID law. | 6/26/2009 | GOVERNOR PART 2 |
| TX_00038291 | TX_00038291 | Beverley Wooley | Rick Perry | Legislative Privilege | Letter from Representative Beverley Wooley to Governor Rick Perry regarding actions that Governor Perry could take to advance the enactment of the 2009 voter ID bill. | 6/15/2009 | GOVERNOR PART 2 |
| TX_00057287 | TX_00057288 | Governor Perry | Greg Davidson | DNP - ATTY CLIENT;DELIBERATIVE PROCESS | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.  This document consists of | 5/18/2011 | GOVERNOR PART 3 |

| | | | | PRIVILEG E | an in-depth analysis of SB 14. The document contains the advice, opinion, and recommendations of the author regarding legislation addressing economic development. The document was created to assist the Governor and his staff in deciding whether to support or oppose SB14. The Governor personally reviewed this document. Ultimately, the document was used to advise the Governor on whether to sign or veto SB 14. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00057 289 | TX_00057 289 | Jeff Boyd | David Morales | DNP - ATTY CLIENT | Confidential e-mail from Governor's General Counsel to Governor's Chief of Staff sent for purposes of providing legal advice regarding SB 14 preclearance. | 9/23/2011 | GOVERN OR PART 3 |
| TX_00057 290 | TX_00057 290 | Jeff Boyd | David Morales | DNP - ATTY CLIENT | Attachment to above confidential attorney-client copmmunication (TX_00057289) sent for purposes of providing legal advice regardign SB 14 preclearance | 9/23/2011 | GOVERN OR PART 3 |
| TX_00057 | TX_00057 | Jeff Boyd | David Morales | DNP - | Attachment to above confidential | 9/23/2011 | GOVERN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 291 | 293 | | | ATTY CLIENT | attorney-client copmmunication (TX_00057289) sent for purposes of providing legal advice regardign SB 14 preclearance | | OR PART 3 |
| TX_00057 294 | TX_00057 308 | General Counsel~ Budget Planning and Policy~Ex ecutive | General Counsel's Office | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 79th Legislature.~~This document consists of bill summaries and bill tracking of bills from the 79th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the | 00/00/2005 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 309 | TX_00057 309 | Coby Shorter~Jimmy Blacklock ~Daniel Hodge~Ken Armbrister | Jeff Boyd | DNP - ATTY CLIENT | Confidential e-mail from Governor's Chief of Staff to Secretary of State Director, OAG Attorneys, and Governor's staff sent for purposes of seeking legal advice regarding SB 14 preclearance submission | 1/12/2012 | GOVERN OR PART 3 |
| TX_00057 310 | TX_00057 319 | Coby Shorter~Jimmy Blacklock ~Daniel Hodge~Ken Armbrister | Jeff Boyd | DNP - ATTY CLIENT | Attachment to above confidential attorney-client communication (TX_00057309) sent for purpose of seeking legal advice regarding SB 14 preclearance submission | 1/12/2012 | GOVERN OR PART 3 |
| TX_00057 320 | TX_00057 320 | Jeff Boyd~Blaine Brunsen | Daniel Hodge | DNP - ATTY CLIENT | Confidential communications from OAG First Assistant Attorney General to Governor Chief of Staff and Lt. Governor Chief of Staff sent for the purposes of providing legal advice regarding Voter ID | 12/23/2011 | GOVERN OR PART 3 |
| TX_00057 321 | TX_00057 321 | Press Office~Jeff Boyd~Matthew Thompson~Konathan Hurst~Ken Armbrister~Mike | Allison Castle | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document transmits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding | 8/31/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Morrissey | | | certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 322 | TX_00057 323 | Press Office~Je ff Boyd~Ma tthew Thompso n~Konath an Hurst~Ke n Armbrist er~Mike Morrissey | Allison Castle | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Draft press release attachment to above privileged communication (TX_00057322) and privileged for the same reasons as the email to which it was attached. | 8/31/2011 | GOVERN OR PART 3 |
| TX_00057 324 | TX_00057 324 | Jeff Boyd, Marty Brandy | Colin Parish | DNP - ATTY CLIENT | Confidential communications between Governor's Office Attorneys and staff sent for the purpose of seeking or | 5/6/2011 | GOVERN OR PART 3 |

| | | | | | providing legal advice regarding Voter ID | | |
|---|---|---|---|---|---|---|---|
| TX_00057325 | TX_00057356 | Jeff Boyd, David Morales, Stacy Napier,~ David, Schenck, ~Jimmy Blacklock, Jonathan Mitchell, ~Michael Schofield, Daniel Hodge,Ken Armbrister, Sarah Floerke, David Eichler, Ray Sullivan, ~Brandy Marty, Mike Vitris,~Press Office, EBM_Cooridnators, Senior Staff, BPP 4th, General Counsel, | Daniel Hodge, David Morales,~Jeff Boyd,~ Stacy Napier~Colin Parrish,~BPP Advisors,~GC Lawyers, Gregg Davidson, | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID.~~This document contains and solicits legal advice on the constitutionality of Section 5.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor in formulating a policy on bills in 82nd legislature that might trigger a preclearance obligation under Section 5.  Ultimately, the document was used to advise the Governor on whether to support or oppose certain legislation.  The document was created prior to a final decision by the Governor whether to support or oppose legislation that might require preclearance.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 3/21/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ATLAS Analysts, Legislative, Blake Bell, Logan Jack | | | | | |
| TX_00057 357 | TX_00057 358 | Jonathan Hurst~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - DELIBERATIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document transmits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoron a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the | 8/30/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 359 | TX_00057 360 | Jonathan Hurst~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft press release attachment to above confidential attorney-client, deliberative process privileged communication (TX_00057357), and privileged for the same reasons. | 8/31/2011 | GOVERN OR PART 3 |
| TX_00057 361 | TX_00057 362 | Lucy Nashed~Batherine Frazier~Jeff Boyd~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey~Kethy Walt | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document transmits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoron a policy statement.  As such, the document does not memorialize or | 8/31/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | evidence the Office of the Governor's final policy. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057363 | TX_00057364 | Lucy Nashed~Batherine Frazier~Jeff Boyd~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey~Kethy Walt | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft press release attachment to above attorney-client, deliberative process privileged communication (TX_00057362) and privileged for the same reasons as the email attaching it. | 8/31/2011 | GOVERN OR PART 3 |
| TX_00057365 | TX_00057366 | Press Office~Jonathan hurst~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document transmits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers. The document contains | 8/30/2011 | GOVERN OR PART 3 |

| | | | | | the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoron a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00057367 | TX_00057368 | Press Offfice~Jonathan hurst~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft press release attachment to above confidential attorney-client, deliberative process privileged document (TX_00057365) and privileged for the same reasons as the email to which it is attached. | 8/30/2011 | GOVERNOR PART 3 |
| TX_00057369 | TX_00057414 | Lisa Ried, Jeff Boyd, ~Press Offfice, | Andrew Barlow | DNP - ATTY CLIENT;DNP - | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and numerous | 2/7/2011 | GOVERNOR PART 3 |

| | | Ray Sullivan, Rob Johnson, Marty Brandy, Ken Armbrister, Mike Morrissey | | DELIBERATIVE PROCESS PRIVILEGE | other laws and policy initiatives.~~This document transmits a draft State of the State" speech discussing numerous issues that were deemed important by the Governor's policy advisers, including Voter ID.  The document contains the advice, opinion, and recommendations of the author regarding numerous pieces of legislation and various policy statements.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on which policy statement he would publicly adopt.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information." | | |
| TX_00057 415 | TX_00057 415 | Allison Castle~Stephanie Duke~Jonathan Hurst~Kathy Walt | Jeff Boyd | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the | 8/30/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | PRIVILEG E | 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 416 | TX_00057 417 | Allison Castle~St ephanie Duke~Jo nathan Hurst~Ka thy Walt | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorney-client, deliberative process privileged document (TX_00057415) and privileged for the same reasons as the email to which it is attached. | 8/30/2011 | GOVERN OR PART 3 |
| TX_00057 418 | TX_00057 450 | Jeff Boyd | Colin Parrish | DNP - DELIBERA | Confidential email communication and attachments involving Governor's | 5/6/2011 | GOVERN OR PART |

| | | | | TIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | General Counsel and Governor's Staff sent for purposes of providing legal advice regarding SB 14.~~This document transmits committee reports and other materials on SB 14 that were deemed important by the Governor's policy and advisers.  The document reflects the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in deciding whether to support or oppose voter ID.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document was created prior to a final decision by the Governoron a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | 3 |
| TX_00057451 | TX_00057455 | Jeff Boyd, Brandy Marty, Colin Parish Amando Saenz | Colin Parrish~Amando Saenz | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of collecting information about SB 14.  The document contains the advice, opinion, | 3/30/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | and recommendations of the author regarding whom the Governor should contact and consult regarding SB 14. Jeff Boyd is an attorney recipient and author of several emails in the email string.  The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 456 | TX_00057 475 | Travis Richmond Jeff Boyd John Sepehri AnnMcGe ehan Erik Wilson Paul Miles Elizabeth Winn | John Sepehri~Eliza beth Winn | DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and SOS General Counsel sent for purposes of seeking or providing legal advice regarding SB 14 preclearance submission | 7/22/2011 | GOVERN OR PART 3 |
| TX_00057 476 | TX_00057 511 | Travis Richmond Jeff Boyd | John Sepehri~Ann McGeehan | DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys, SOS General Counsel, and OAG Attorneys sent for | 7/26/2011 | GOVERN OR PART 3 |

| | | John Sepehri Erik Wilson Paul Miles Elizabeth Winn Jay Dyer~Jimmy Blacklock David Schenck Stacy Napier Reed Clay | | | purposes of seeking or providing legal advice regarding SB 14 preclearance submission | | |
|---|---|---|---|---|---|---|---|
| TX_00057 512 | TX_00057 518 | Jeff Boyd ~David Morales | Jay Dyer~David Morales | DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID, containing advice, opinions, and deliberations that precede a final decision relating to voter ID implementation | 9/23/2011 | GOVERN OR PART 3 |
| TX_00057 519 | TX_00057 537 | Jeff Boyd~Travis Richmond f~Jay Dyer~John Sepehri | John Sepehri~Jimm y Blacklock | DNP - ATTY CLIENT | Confidential communication among OAG Attorneys, SOS General Counsel, Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID. | 7/20/2011 | GOVERN OR PART 3 |
| TX_00057 538 | TX_00057 539 | Jeff Boyd | Colin Parrish | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of | 5/13/2011 | GOVERN OR PART 3 |

| | | | | PRIVILEG E | collecting information about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding whom the Governor should contact and consult regarding SB 14. Jeff Boyd is an attorney recipient of emails in the email string.  The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00057 540 | TX_00057 546 | Jeff Boyd | Lisa Reid | DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID | 9/2/2011 | GOVERN OR PART 3 |
| TX_00057 547 | TX_00057 562 | Ann McGeeha n,~Elizab eth Winn~Eri k Wilson~E speranza Andrade~ | John Sepehri | DNP - ATTY CLIENT | Confidential communications between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice. | 7/22/2011 | GOVERN OR PART 3 |

| | | Coby Shorter~Jeff Boyd~Travis Richmond | | | | | |
|---|---|---|---|---|---|---|---|
| TX_00057563 | TX_00057564 | Jeff Boyd | Lisa Ried | DNP - ATTY CLIENT | Confidential communication between Governor Office Attorney and Staff sent for purposes of seeking or providing legal advice regarding Voter ID | 5/6/2011 | GOVERNOR PART 3 |
| TX_00057565 | TX_00057566 | Lucy Nashed~Jeff Boyd~Mary Anne Wiley~Kathy Wall~Josh Havens~Matthew Thompson~Ken Armbrister~Jonathan Hurst~Steffany Duke | Allison Castle | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of responding to media inquiries about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the public policy positions that the Governor would adopt on SB 14.  Jeff Boyd is an attorney recipient.  The document was created to assist the Governor in deciding whether which public positions, if any, he would take on SB 14.  Ultimately, the document was used to advise the Governor on his decision on policy positions relating to SB 14.  The document was created prior to a final decision by the Governor on which public policy positions he should take as to SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. | 9/14/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 567 | TX_00057 568 | Steffany Duke~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Jonathan Hurst | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 8/30/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TX_00057569 | TX_00057570 | Jonathan Hurst~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;DNP - WORK PRODUCT | Confidential communications between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID, containing advice, opinions, and deliberations that precede a final decision relating to voter ID implementation | 8/31/2011 | GOVERNOR PART 3 |
| TX_00057571 | TX_00057572 | Steffany Duke~Lucy Nashed~Catherine Frazier~Jeff Boyd~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey~Kathy Walt | Matthew Thompson | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor | 8/31/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057573 | TX_00057574 | Steffany Duke~Lucy Nashed~Catherine Frazier~Jeff Boyd~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey~Kathy Walt | Matthew Thompson | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft press release attachment to above confidential attorney-client, deliberative process privileged document (TX_00057571) and privileged for the same reasons as the email to which it is attached. | 8/31/2011 | GOVERNOR PART 3 |
| TX_00057575 | TX_00057577 | Jeff Boyd~Steffany Duke~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike | Catherine Frazier | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The | 8/31/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Morrissey~Kathy Walt | | | document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057578 | TX_00057579 | Jeff Boyd~Steffany Duke~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey~Kathy Walt | Catherine Frazier | DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft press release attachment to above confidential attorney-client, deliberative process privileged document (TX_00057575) and privileged for the same reasons as the email to which it is attached. | 8/31/2011 | GOVERNOR PART 3 |
| TX_00057 | TX_00057 | Catherine | Lucy Nached | DNP - | Confidential communication between | 8/31/2011 | GOVERN |

| 580 | 582 | Frazier~Jeff Boyd~Steffany Duke~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrisey~Kathy Walt | | ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoron a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | OR PART 3 |
| TX_00057583 | TX_00057584 | Catherine Frazier~Jeff Boyd~Steffany | Lucy Nached | DNP - DELIBERATIVE PROCESS PRIVILEG | Draft press release attachment to above confidential attorney-client, deliberative process privileged document (TX_00057580) and privileged for the same reason as the email to which it is | 8/31/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Duke~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrisey ~Kathy Walt | | E:DNP - ATTY CLIENT | attached. | | |
| TX_0057585 | TX_0057587 | Steffany Duke~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey | Jeff Boyd | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney author of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the | 8/31/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document does not memorialize or evidence the Office of the Governor's final policy. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057588 | TX_00057589 | Steffany Duke~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey | Jeff Boyd | DNP - DELIBERATIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | Draft press release attachment to above confidential attorney-client, deliberative process privileged documents (TX_00057585) and privileged for the same reasons as the email to which it was originally attached. | 8/31/2011 | GOVERNOR PART 3 |
| TX_00057590 | TX_00057591 | Matthew Thompson~Steffany Duke~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Jonathan Hurst | DNP - DELIBERATIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding certain legislation. Jeff Boyd is an attorney recipient of the document. The document was created to assist the | 8/30/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoron a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 592 | TX_00057 593 | Matthew Thompson~Jonathan Hurst~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the | 8/30/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoro n a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_0057 594 | TX_0057 595 | Jonathan Hurst~St effany Duke~Pr ess Office~Je ff Boyd~Ke n Armbrist er | Matthew Thompson | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoro | 8/30/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | n a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 596 | TX_00057 597 | Steffany Duke~Press Office~Jeff Boyd~Ken Armbrister~Mike Morrissey | Jonathan Hurst | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed | 8/30/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 598 | TX_00057 599 | Lucy Nashed~ Catherine Frazier~J eff Boyd~Ma tthew Thompso n~Jonath an Hurst~Pr ess Office~Ke n Armbrist er~Mike Morrissey ~Kathy Walt | Steffany Duke | DNP - DELIBERA TIVE PROCESS PRIVILEG E:DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governoro n a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the | 8/31/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057600 | TX_00057601 | Lucy Nashed~Catherine Frazier~Jeff Boyd~Matthew Thompson~Jonathan Hurst~Press Office~Ken Armbrister~Mike Morrissey~Kathy Walt | Steffany Duke | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Draft press release attachment to above confidential attorney-client, deliberative process privileged documents (TX_00057598) and privileged for the same reasons as the original email to which it is attached. | 8/31/2011 | GOVERNOR PART 3 |
| TX_00057602 | TX_00057603 | Allison Castle~Lucy Nashed~Mary Anne Wiley~Kathy Walt~Josh Havens~Matthew Thompson~Ken Armbrister~Jonat | Jeff Boyd | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of responding to media inquiries about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the public policy positions that the Governor would adopt on SB 14.  Jeff Boyd is an attorney author and recipient of emails in this email string.  The document was created to assist the Governor in deciding | 9/14/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | hen Hurst~Steffany Duke | | | whether which public positions, if any, he would take on SB 14.  Ultimately, the document was used to advise the Governor on his decision on policy positions relating to SB 14.  The document was created prior to a final decision by the Governor on which public policy positions he should take as to SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057604 | TX_00057605 | Allison Castle~Lucy Nashed~Mary Anne Wiley~Kathy Walt~Josh Havens~Matthew Thompson~Ken Armbrister~Jonathen Hurst~Steffany Duke | Jonathan Hurst~Allison Castle | DNP - DELIBERATIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of responding to media inquiries about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the public policy positions that the Governor would adopt on SB 14.  Jeff Boyd is an attorney recipient of emails in the email string.  The document was created to assist the Governor in deciding whether which public positions, if any, he would take on SB 14.  Ultimately, the document was used to advise the Governor on his decision on policy positions relating to SB | 9/14/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 14.  The document was created prior to a final decision by the Governor on which public policy positions he should take as to SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 606 | TX_00057 607 | Becky Dean~Lu cy Nashed~ Allison Castle~Je ff Boyd~Pre ss Office~M ary Anne Wiley | Steffany Duke | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Confidential communication between Governor Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and several other bills from the 82nd legislative session.~~This document edits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or | 8/31/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057608 | TX_00057609 | Becky Dean~Lucy Nashed~Allison Castle~Jeff Boyd~Press Office~Mary Anne Wiley | Steffany Duke | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Attachment to above confidential attorney-client, delibertaive process privileged document (TX_00057606) and privileged for the same reasons as the email to which it is attached. | 8/31/2011 | GOVERNOR PART 3 |
| TX_00057610 | TX_00057626 | Colin Parrish~Brandy Marty | Jeff Boyd~Colin Parrish | DNP - DELIBERATIVE PROCESS PRIVILEGE:DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of collecting information about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding whom the Governor should contact and consult regarding SB 14.  Jeff Boyd is an attorney recipient and author of emails in the email string.  The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document | 3/29/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_0005 7627 | TX_0005 7644 | Jeff Boyd ~Michael Schofield ~Rep Anchia~D eirdre Delisi | Michael Schoenfiled~Je ff Boyd~Rep. Anchia | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT;D NP - LEGISLATI VE PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of collecting information about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding whom the Governor should contact and consult regarding SB 14.  Jeff Boyd is an attorney recipient of emails in the email string.  The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or | 5/6/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 645 | TX_00057 678 | Collin Parrish~ Michael Schofield ~Brandy Marty | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of collecting information about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding whom the Governor should contact and consult regarding SB 14. Jeff Boyd is an attorney author and recipient of emails in the email string. The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the | 4/16/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_0057 679 | TX_0057 695 | John Sepehri~ Keff Boyd | Travis Richmond | DNP - ATTY CLIENT | Confidential communications between Governor Office Attorneys and SOS General Counsel sent for purposes of seeking or providing legal advice regarding SB 14 preclearance submission | 7/25/2011 | GOVERN OR PART 3 |
| TX_0057 696 | TX_0057 698 | Katherine Cesinger ~Michael Schofield | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of discussing preclearance of SB 14. The document contains the advice, opinion, and recommendations of the author regarding the Governor's role, if any, in the preclearance of SB 14. Jeff Boyd is an attorney author and recipient of emails in the email string. The document was created to assist the Governor in deciding his post-enactment role in the preclearance of SB 14. Ultimately, the document was used to advise the Governor on his decision on his post-enactment role in the preclearance of SB 14. The document was created prior to a final decision by the Governor on what role he would play in the preclearance of SB 14. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The | 6/7/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00057 699 | TX_00057 718 | John Sepehri~ Jeff Boyd | Travis Richmond | DNP - ATTY CLIENT | Confidential comunication between Governor's Office Attorneys and SOS General Counsel sent for purposes of providing or seeking legal advice regarding SB 14 preclearance submission | 7/21/2011 | GOVERN OR PART 3 |
| TX_00057 719 | TX_00057 743 | Travis Richmond ~Jeff Boyd | John Sepehri | DNP - ATTY CLIENT | Confidential comunication between Governor's Office Attorneys and SOS General Counsel sent for purposes of providing or seeking legal advice regarding SB 14 preclearance submission | 7/20/2011 | GOVERN OR PART 3 |
| TX_00057 744 | TX_00057 746 | Travis Richmond ~Jeff Boyd | John Sepehri | DNP - ATTY CLIENT | Confidential comunication between Governor's Office Attorneys and SOS General Counsel sent for purposes of providing or seeking legal advice regarding SB 14 preclearance submission | 7/20/2011 | GOVERN OR PART 3 |
| TX_00057 747 | TX_00057 753 | Colin Parrish~ Brandy Marty | Jeff Boyd | DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of collecting information about the fiscal impact of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the fiscal impact of SB 14.  Jeff Boyd is an attorney recipient and author of emails in the email string.  The document was created to assist the Governor in making a final policy determination on whether the fiscal impact of SB 14 has constitutional or other legal implications. | 5/6/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TX_00057 754 | TX_00057 755 | | Jeff Boyd | Travis Richmond | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel attorneys sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor's Counsel attorneys opining on the legality and constitutionality of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the legality and constitutionality of SB 14.  Jeff Boyd is an attorney recipient and author of emails in string.  The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 1/28/2011 | GOVERN OR PART 3 |
| TX_00057 756 | TX_00057 759 | Allison Castle~L ucy Nashed~ Mary Anne Wiley~Ka | Jeff Boyd | | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of | 9/14/2011 | GOVERN OR PART 3 |

| | | thy Walt~Josh Havens~Matthew thompson~Ken Armbrister~Konathan Hurst | | PRIVILEGE | responding to media inquiries about SB 14. The document contains the advice, opinion, and recommendations of the author regarding the public policy positions that the Governor would adopt on SB 14. Jeff Boyd is an attorney recipient. The document was created to assist the Governor in deciding whether which public positions, if any, he would take on SB 14. Ultimately, the document was used to advise the Governor on his decision on policy positions relating to SB 14. The document was created prior to a final decision by the Governor on which public policy positions he should take as to SB 14. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_0057760 | TX_0057779 | Jimmy Blacklock~Jay Dyer~Stacey Napier~Devid Schenck~Reed Clay~Jeff Boyd~Travis Richmond | John Sepehri | DNP - ATTY CLIENT | Confidential e-mail from SOS General Counsel to OAG Attorneys and Governor's Office Attorneys sent for purpose of providing or seeking legal advice regarding SB 14 preclearance submission | 7/21/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ~Ann McGeehan~Elizabeth Winn | | | | | |
| TX_00057 780 | TX_00057 781 | Jeff Boyd | Ray Sullivan | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of discussing preclearance of SB 14 and relating legal advice from the Office of the Attorney General.  The document contains the advice, opinion, and recommendations of the author regarding the Governor's role, if any, in the preclearance of SB 14.  Jeff Boyd is an attorney author and recipient of emails in the email string.  The document was created to assist the Governor in deciding his post-enactment role in the preclearance of SB 14.  Ultimately, the document was used to advise the Governor on his decision on his post-enactment role in the preclearance of SB 14.  The document was created prior to a final decision by the Governor on what role he would play in the preclearance of SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without | 7/14/2011 | GOVERNOR PART 3 |

| | | | | | disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00057 782 | TX_00057 803 | Jimmy Blacklock ~Jeff Boyd~Travis Richmond ~David Schenck~ Jay Dyer | John Sepehri | DNP - ATTY CLIENT | Confidential communication between SOS General Counsel, OAG Attorneys, and Governor's Office Attorneys sent for purposes of seeking or providing legal advice regarding SB 14 preclearance submission | 7/20/2011 | GOVERN OR PART 3 |
| TX_00057 804 | TX_00057 806 | Daniel Hodge~Reed Clay | Jeff Boyd | DNP - ATTY CLIENT | Confidential communication between Governor's Office Attorney and OAG Attorneys sent for purpose of providing or seeking legal advice regarding SB 14 preclearance | 7/11/2011 | GOVERN OR PART 3 |
| TX_00057 807 | TX_00057 999 | Press Office~Jonathan Hurst~Jeff Boyd~Ken Armbrister~Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document transmits a draft press release regarding bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the | 8/30/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governoron a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 000 | TX_00058 000 | Jeff Boyd | Travis Richmond | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel attorneys sent for purposes of giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor's Counsel attorneys opining on the legality and constitutionality of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the legality and constitutionality of SB 14.  Jeff Boyd is an attorney recipient and author of emails in string.  The document was created to assist the Governor in deciding whether to veto or sign SB 14.  Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14.  The document was created prior to a final decision by the Governor on whether to sign or veto SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The | 1/27/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 001 | TX_00058 036 | Executive ~Budget, Planning, and Policy | Press Office | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document transmits a draft State of the State" speech discussing numerous issues that were deemed important by the Governor's policy advisers, including Voter ID.  The document contains the advice, opinion, and recommendations of the author regarding numerous pieces of legislation and various policy statements.  Jeff Boyd is an attorney recipient of the document.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on which policy statement he would publicly adopt.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information." | 2/8/2011 | GOVERN OR PART 3 |
| TX_00058 037 | TX_00058 038 | General Counsel~ Press Office~Ex | Press Office | DNP - DELIBERA TIVE PROCESS | This document is a draft press release explaining the Governor's policies behind signing SB 14.  The document contains the advice, opinion, and | 5/27/2011 | GOVERN OR PART 3 |

| | | ecutive | | PRIVILEGE | recommendations of the author regarding certain SB 14.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 039 | TX_00058 069 | Budget, Planning, and Policy~Ex ecutive~G eneral Counsel~ Legislativ e | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This document was created to assist the Office of the Governor employee in providing analyses, opinions, and recommendations to Office of the Governor policy-making staff.  The content of the document reveals analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The analyses, opinions, and recommendations contain legal and policy advice.  The document was created prior to an ultimate decision by the Governor on whether to sign or veto bills pending in the House.  It cannot be redacted in a manner that would preclude the disclosure of privileged information.  It | 5/8/2007 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | also does not memorialize or evidence the Office of the Governor's final decision on the matters identified in the document. It was not shared with the public. | | |
| TX_0058070 | TX_0058143 | Budget, Planning, and Policy~Executive~General Counsel~Legislative | Michael Schofield | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice bills from the 81st Legislature.~~This document consists of bill summaries and bill tracking of bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a | 8/13/2008 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | redacted form without disclosing privileged information. | | |
| TX_00058 144 | TX_00058 150 | Budget, Planning, and Policy~Ex ecutive~G eneral Counsel~ Legislativ e | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document was created to assist the Office of the Governor employee in providing analyses, opinions, and recommendations to Office of the Governor policy-making staff.  The content of the document reveals analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The document was created prior to an ultimate decision by the Governor on whether to sign or veto bills pending in the House.  It cannot be redacted in a manner that would preclude the disclosure of privileged information.   It also does not memorialize or evidence the Office of the Governor's final decision on the matters identified in the document.  It was not shared with the public. | 00/00/2009 | GOVERN OR PART 3 |
| TX_00058 151 | TX_00058 234 | Budget, Planning, and Policy~Ex ecutive~G eneral Counsel~ Legislativ e | Michael Schofield | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries and bill tracking of bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the | 00/00/2009 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 235 | TX_00058 298 | Budget, Planning, and Policy~Ex ecutive~G eneral Counsel~ Legislativ e | Michael Schofield | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice bills from the 82nd Legislature.~~This document consists of bill summaries and bill tracking of bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of | 8/13/2008 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 299 | TX_00058 304 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document was created to assist the Office of the Governor employee in providing analyses, opinions, and recommendations to Office of the Governor policy-making staff.  The content of the document reveals analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The document was created prior to an ultimate decision by the Governor on whether to sign or veto bills pending in the House.  It cannot be redacted in a manner that would preclude the disclosure of privileged information.   It also does not memorialize or evidence the Office of the Governor's final decision on the matters identified in the document.  It was not shared with the public. | 00/00/2011 | GOVERN OR PART 3 |
| TX_00058 305 | TX_00058 308 | Michael Schofield | Legislative | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 309 | TX_00058 310 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of a policy outline on the features that a Texas Voter ID bill should have if the legislature were to consider such a bill.  The document contains the advice, opinion, and recommendations of the author regarding Voter ID.  The document was created to assist the Governor and his staff in deciding whether to support or oppose Voter ID legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created | 00/00/2010 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  This document reflects analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 311 | TX_00058 330 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied | 00/00/2009 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 331 | TX_00058 332 | Budget, Planning, and Policy~Ex ecutive~G eneral Counsel~ Legislativ e | Michael Schofield | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses of a Voter ID bill.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to support or oppose a bill.  The document was created prior to a final decision by the Governor whether to support or oppose the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 00/00/2007 | GOVERN OR PART 3 |
| TX_00058 334 | TX_00058 336 | Ryan Brannan | Jonathan Hurst | DNP - DELIBERA TIVE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of | 3/22/2012 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | PROCESS PRIVILEGE;DNP - ATTY CLIENT;DNP - WORK PRODUCT | giving or receiving legal advice regarding SB 14.~~This document is an email string among Governor Staff and Governor Counsel sent for the purpose of responding to media inquiries about SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the public policy positions that the Governor would adopt on SB 14.  Jeff Boyd is an attorney author and recipient of emails in this email string.  The document was created to assist the Governor in deciding whether which public positions, if any, he would take on SB 14.  Ultimately, the document was used to advise the Governor on his decision on policy positions relating to SB 14.  The document was created prior to a final decision by the Governor on which public policy positions he should take as to SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 337 | TX_00058 342 | | | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document is a copy of DOJ preclearance rejection letter sent to the Texas SOS with handwritten notes.~The document contains the advice, opinion, and recommendations of the author regarding the what the Governor's legal and policy positions should be on | 3/12/2012 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | preclearance of SB 14.  The document was created to assist the Governor in deciding what the Governor's legal and policy positions should be on preclearance of SB 14.  Ultimately, the document was used to advise the Governor on his decision on what the Governor's legal and policy positions should be on preclearance of SB 14.  The document was created prior to a final decision by the Governor on what role he would play in the preclearance of SB 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 343 | TX_00058 343 | Budget, Planning, and Policy~Ex ecutive~G eneral Counsel | Ryan Brannan | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document contains handwritten notes on the preclearance of SB 14.~The document contains the advice, opinion, and recommendations of the author regarding the what the Governor's legal and policy positions should be on preclearance of SB 14.  The document was created to assist the Governor in deciding what the Governor's legal and policy positions should be on preclearance of SB 14.  Ultimately, the document was used to advise the Governor on what the Governor's legal and policy positions should be on preclearance of SB 14.  The document was created prior to a final | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | decision by the Governor on what role he would play in the preclearance of SB 14. As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  It was stored in files available to internal Governor staff, but it document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 344 | TX_00058 345 | Executive | Ray Sullivan (Executive) | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document is a draft constituent communication to a prominent business leader.~The document contains the advice, opinion, and recommendations of the author regarding the what the Governor's public stated policy positions should be on Voter ID.  The document was created to assist the Governor in deciding public stated policy positions should be on Voter ID.  Ultimately, the document was used to advise the Governor on his decision on public stated policy positions should be on Voter ID. The document was created prior to a final decision by the Governor on public stated policy positions should be on Voter ID.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  It was stored in files available to internal Governor staff, but it document was not | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 346 | TX_00058 352 | Communi cation Division. | Ashton Morgan (Communicati on Division) | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document is a legislative communication plan prepared by the Governor's staff on a variety of topics.~The document contains the advice, opinion, and recommendations of the author regarding the what the Governor's public stated policy positions should be on a variety of policies.  The document was created to assist the Governor in deciding public stated policy positions should be on a variety of policies.  Ultimately, the document was used to advise the Governor on his decision on public stated policy positions should be on a variety of issues and other policies as well as whether he should sign or veto certain bills.  The document was created prior to a final decision by the Governor on public stated policy positions on a variety of issues.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  It was stored in files available to internal Governor staff, but it document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00058 353 | TX_00058 377 | Budget, Planning, | Governor's Legislative | DNP - ATTY | Confidential communication from Governor's General Counsel to | 4/6/2009 | GOVERN OR PART |

| | | and Policy~General Counsel | Division | CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | 3 |
| TX_0058 378 | TX_0058 405 | Budget, Planning, and | Governor's Legislative Division | DNP - DELIBERATIVE | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of | 4/7/2009 | GOVERNOR PART 3 |

| | | Policy~General Counsel | | PROCESS PRIVILEGE | providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058406 | TX_00058545 | Executive ~Budget, Planning, and | Governor's Legislative Division | DNP - ATTY CLIENT;DNP - | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding | 3/5/2009 | GOVERNOR PART 3 |

| | | Policy~General Counsel~Legislative Counsel | | DELIBERATIVE PROCESS PRIVILEGE | engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058546 | TX_00058783 | Executive~Budget, Planning, and Policy~Ge | Governor's Legislative Division | DNP - ATTY CLIENT;DNP - DELIBERA | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st | 4/6/2009 | GOVERNOR PART 3 |

| | | neral Counsel~ Legislative Counsel | | TIVE PROCESS PRIVILEGE | Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 784 | TX_00058 791 | Governor's Communications/Scheduling Division. | Governor's Communications/Scheduling Division. | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document contains a list of persons and organizations from whom the Governor solicited , or to whom the Governor provided, information regarding a variety of bills pending before the 82nd Legislature.  It reflects | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the Office of the Governor's internal deliberations regarding which individuals and groups can contribute policy advice on a variety of issues, including Voter ID.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was made prior to a final decision on whether to sign or veto the legislation identified in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 792 | TX_00058 811 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Budget, Planning, and Policy Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the | 02/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 812 | TX_00058 829 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding | 1/24/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00058 830 | TX_00059 449 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E:DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the | 2/18/2009 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00059 450 | TX_00059 703 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E:DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00059 714 | TX_00059 716 | Legislativ e Division | Jordan Root | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00059717 | TX_00059956 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative Counsel | Governor's Legislative Division | DNP - DELIBERATIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision | 00/00/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00059 957 | TX_00060 257 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060258 | TX_00060258 | Kimberly Snyder~Kristy French~Ray Sullivan~Clint Harp~Ken Armbrister~David Eichler~Sarah Floerke | Sarah Floerke | DNP - DELIBERATIVE PROCESS PRIVILEGE;DNP - ATTY CLIENT | Confidential e-mail between Governor's Office Attorneys and Staff sent for purposes of seeking or providing legal advice regarding Voter ID and numerous other items.~~This email consists of bill tracking and summaries regarding the procedural posture of pending bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to | 3/22/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 259 | TX_00060 559 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Staff | DNP - DELIBERA TIVE PROCESS PRIVILEG E;DNP - ATTY CLIENT | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 82nd Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the | 00/00/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 560 | TX_00060 560 | Executive | Executive~Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill tracking and summaries regarding the procedural posture of pending bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 561 | TX_00060 561 | | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document was created to assist the Office of the Governor employee in providing analyses, opinions, and recommendations to Office of the Governor policy-making staff.  The content of the document reveals analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The document was created prior to an ultimate decision by the Governor on whether to sign or veto bills pending in the House.  It cannot be redacted in a manner that would preclude the disclosure of privileged information.   It also does not memorialize or evidence the Office of the Governor's final decision on the matters identified in the document.  It was not shared with the public. | | GOVERN OR PART 3 |
| TX_00060 562 | TX_00060 563 | Governor' s Staff | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of a list of Governor policy priorities.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified.  Ultimately, the document was used to advise the Governor on his decision whether to veto | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 564 | TX_00060 565 | Governor' s Budget, Planning, and Policy Division | Greg Stein | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of a list of Governor policy priorities.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document | 2/3/2009 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 566 | TX_00060 566 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 2194.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERNOR PART 3 |
| TX_00060 567 | TX_00060 569 | Executive ~Budget, Planning, and Policy~General | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 16.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the | 12/21/2010 | GOVERNOR PART 3 |

| | | Counsel~ Legislative Counsel | | | Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 570 | TX_00060 571 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 101. The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 572 | TX_00060 573 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 112.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a | 12/21/2010 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | redacted form without disclosing privileged information. | | |
| TX_00060 574 | TX_00060 577 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses for HB 125.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00060 578 | TX_00060 579 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses for HB 186.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the | 12/21/2010 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | e Counsel | | | legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 580 | TX_00060 582 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses for HB 218.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared | 2/22/2007 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 583 | TX_00060 583 | | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document was created to assist the Office of the Governor employee in providing analyses, opinions, and recommendations to Office of the Governor policy-making staff.  The content of the document reveals analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The document was created prior to an ultimate decision by the Governor on whether to sign or veto bills pending in the House.  It cannot be redacted in a manner that would preclude the disclosure of privileged information.   It also does not memorialize or evidence the Office of the Governor's final decision on the matters identified in the document. It was not shared with the public. | | GOVERN OR PART 3 |
| TX_00060 584 | TX_00060 585 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Budget, Planning, and Policy Division | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses for HB 373.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 586 | TX_00060 587 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 401.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive | 12/21/2010 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 588 | TX_00060 589 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 539.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 1/7/2011 | GOVERNOR PART 3 |
| TX_00060 | TX_00060 | Executive | Governor's | DNP - | This document consists of bill analyses | 3/7/2005 | GOVERN |

| 590 | 591 | ~Budget, Planning, and Policy~General Counsel~Legislative Counsel | Budget, Planning, and Policy Division | DELIBERATIVE PROCESS PRIVILEGE | for a 2005 Voter ID bill. The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | OR PART 3 |
| TX_00060 592 | TX_00060 593 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for a HB 1726 bill. The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 594 | TX_00060 595 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for a HB 1882 bill.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 596 | TX_00060 598 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 2194. The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 4/17/2011 | GOVERN OR PART 3 |
| TX_00060 599 | TX_00060 600 | Executive ~Budget, Planning, | Governor's Budget, Planning, and | DNP - DELIBERATIVE | This document consists of bill analyses for HB 3556. The document contains a summary of the bill as well as advice, | | GOVERN OR PART 3 |

| | | and Policy~General Counsel~Legislative Counsel | Policy Division | PROCESS PRIVILEGE | opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 601 | TX_00060 602 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 3901 The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 603 | TX_00060 604 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for HB 3902  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 605 | TX_00060 606 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses for HB 3948  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00060 607 | TX_00060 608 | Executive ~Budget, Planning, and Policy~Ge | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG | This document consists of bill analyses for HB 1351  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | neral Counsel~ Legislativ e Counsel | | E | document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 609 | TX_00060 609 | Executive | Ray Sullivan (Executive) | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document is a draft constituent communication to a prominent business leader.~The document contains the advice, opinion, and recommendations of the author regarding the what the Governor's public stated policy positions should be on Voter ID.  The document was created to assist the Governor in deciding public stated policy positions should be on Voter ID.  Ultimately, the document was used to advise the Governor on his decision on public stated policy positions should be on Voter ID.  The document was created prior to a final decision by the Governor on public | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | stated policy positions should be on Voter ID.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 618 | TX_00060 640 | Governor' s Staff | Governor's Budget, Planning, and Policy Division | GOV - Deliberativ e Process Privilege | Confidential communications between Governor Staff containing advice, opinions, and deliberations that precede a final decision relating to voter ID and other policies. | | GOVERN OR PART 3 |
| TX_00060 641 | TX_00060 686 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 687 | TX_00060 706 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 707 | TX_00060 814 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 815 | TX_00060 932 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00060 933 | TX_00061 396 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00061 397 | TX_00062 024 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00062 025 | TX_00062 984 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00062 985 | TX_00064 428 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00064 429 | TX_00065 892 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00065 893 | TX_00067 976 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00067 977 | TX_00069 906 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00069 907 | TX_00071 582 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00071 583 | TX_00073 582 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e Counsel | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as | | GOVERN OR PART 3 |

| | | | | | part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00073 583 | TX_00073 584 | Mark Miner,~Ken Armbrister,~Steve McGraw, ~Mary Katherine, Stout~Jim Harrison, ~Kyle Mitchell, Brandy Marty,~David Eichler,~ Allison Castle, RuthAnn Nicholson | Amanda Arriaga | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists a list of studies that the Governor's policy advisers deemed important on the policy issues of immigration/border issues.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00073 | TX_00073 | Executive | Governor's | DNP - | Confidential communication from | | GOVERN |

| 585 | 604 | ~Budget, Planning, and Policy~General Counsel~Legislative Counsel | Legislative Division | ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | OR PART 3 |
| TX_00073605 | TX_00073613 | Executive ~Budget, | Governor's Legislative | DNP - DELIBERA | This document consists of a list of Governor legislative priorities for the | 5/24/2011 | GOVERN OR PART |

| | | Planning, and Policy~General Counsel~Legislative Counsel | Division | TIVE PROCESS PRIVILEGE | 82nd Legislature and the procedural posture of bills addressing these priorities.  The document was prepared by the Governor's staff.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | 3 |
| TX_00073 614 | TX_00073 627 | Executive ~Budget, Planning, and Policy~General Counsel~Legislativ | Governor's Legislative Division | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEG | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 81st Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 81st | | GOVERNOR PART 3 |

| | | e | | E | legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00073 628 | TX_00073 633 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of a list of Governor policy priorities on border security entitled Priority Issues: Texas Border Security Plan."  The document contains the advice, opinion, and recommendations of the author regarding legislation addressing the border security priorities identified in the document.  The document was created to assist the | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information." | | |
| TX_00073 634 | TX_00073 707 | Executive ~Budget, Planning, and Policy | Governor's Budget, Planning, and Policy Division & Communicatio ns Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of a list of Governor policy priorities on economic development entitled Economic Development and Job Creation"  The document contains the advice, opinion, and recommendations of the author regarding legislation addressing economic development.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified.  Ultimately, the document was used to advise the Governor on which publicly stated policy positions he would take on economic | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | development issues. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information." | | |
| TX_00073 708 | TX_00073 708 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This email consists of a discussion on the public policy positions that the Governor should take on DOJ's denial of administrative preclearance of SB 14. The document contains the advice, opinion, and recommendations of the author regarding legislation addressing economic development. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation affecting the policy priorities identified. Ultimately, the document was used to advise the Governor on which publicly stated policy positions he would take on economic development issues. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's | 3/12/2012 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | final policy.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 709 | TX_00073 709 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of an in-depth analysis of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding legislation addressing economic development.  The document was created to assist the Governor and his staff in deciding whether to support or oppose SB14.  Ultimately, the document was used to advise the Governor on whether to sign or veto SB 14.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor taff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00073 710 | TX_00073 712 | Executive ~Budget, Planning, | Governor's Budget, Planning, and | DNP - DELIBERA TIVE | This document consists of bill analyses for a Voter ID Bill.  The document contains a summary of the bill as well as | 1/14/2011 | GOVERN OR PART 3 |

| | | and Policy~General Counsel~Legislative | Policy Division | PROCESS PRIVILEGE | advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 716 | TX_00073 717 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for SB 14.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to | 1/14/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 718 | TX_00073 722 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of amendment analyses and tracking as well as recommendations for SB 14.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied | 3/21/2011 | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 742 | TX_00073 744 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e | Governor's Budget, Planning, and Policy Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill analyses for SB 178 The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00073 764 | TX_00073 766 | Executive ~Budget, Planning, | Governor's Budget, Planning, and | DNP - DELIBERA TIVE | This document consists of bill analyses for a voter ID bill. The document contains a summary of the bill as well as | | GOVERN OR PART 3 |

| | | and Policy~General Counsel~Legislative | Policy Division | PROCESS PRIVILEGE | advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 767 | TX_00073 769 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for a voter ID bill.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 770 | TX_00073 773 | Executive ~Budget, Planning, and Policy~General Counsel~Legislative | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for a voter ID bill.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's | | GOVERNOR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 774 | TX_00073 775 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document was created to assist the Office of the Governor employee in providing analyses, opinions, and recommendations to Office of the Governor policy-making staff.  The content of the document reveals analyses, opinions, and recommendations that were ultimately communicated to Office of the Governor policy-making staff.  The document was created prior to an ultimate decision by the Governor on whether to sign or veto bills pending in the House.  It cannot be redacted in a manner that would preclude the disclosure of privileged information.   It also does not memorialize or evidence the Office of the Governor's final decision on the matters identified in the document. It was not shared with the public. | | GOVERN OR PART 3 |
| TX_00073 776 | TX_00073 777 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of a bill comparison for two voter ID bills--SB 362 and HB125.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | final policy.  The content of this document was ultimately communicated to the Governor's policy-making staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00073 796 | TX_00073 799 | Executive ~Budget, Planning, and Policy~General Counsel~ Legislative | Governor's Budget, Planning, and Policy Division | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill analyses for SB 1647.  The document contains a summary of the bill as well as advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing | | GOVERNOR PART 3 |

| | | | | | privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00073 800 | TX_00073 860 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TX_00073 861 | TX_00073 866 | Executive ~Budget, Planning, and Policy~Ge neral Counsel~ Legislativ e | Governor's Legislative Division | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential communication from Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | GOVERN OR PART 3 |
| TX_00073 | TX_00073 | Executive | Governor's | DNP - | Confidential communication from | | GOVERN |

| 867 | 878 | ~Budget, Planning, and Policy~General Counsel~Legislative | Legislative Division | ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Governor's General Counsel to Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | OR PART 3 |
| TX_0007 3879 | TX_0007 4003 | Executive ~Budget, | Governor's Legislative | DNP - ATTY | Confidential communication from Governor's General Counsel to | | GOVERN OR PART |

| | | Planning, and Policy~General Counsel~Legislative | Division | CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Governor's Staff sent for purposes of providing legal advice regarding engrossed bills from the 80th Legislature.~~This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | 3 |
| TX_00074010 | TX_00074011 | Michael Schofield | Budget, Planning, and Policy | DNP - DELIBERATIVE | This document consists of document describing how SB 14 will work.  The document contains advice, opinion, and | | GOVERNOR PART 3 |

| | | | | PROCESS PRIVILEGE | recommendations of the author regarding SB 14. The document was created to assist the Governor and his staff in deciding the public policy position that the Governor would take on SB 14. Ultimately, the document was used to advise the Governor on his decision the public policy position his office would take on SB 14. The document was created prior to a final decision by the Governor on the public policy grounds supporting SB 14. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 012 | TX_00074 012 | Press Office,~B randy Marty,~J eff Boyd | Catherine Frazier | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This email consists of a discussion on the public policy positions that the Governor should take on DOJ's denial of administrative preclearance of SB 14. The document contains the advice, opinion, and recommendations of the author regarding legislation addressing potential responses to the decision to deny preclearance of SB 14. The document was created to assist the Governor and his staff in deciding the proper policy response to denial of preclearance. Ultimately, the document | 3/12/2012 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | was used to advise the Governor on which publicly stated policy positions he would take on the denial of preclearance. As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 031 | TX_00074 046 | GCPD (Governor's Committee on People with Disabilities) Mail Drop | GCPD Mail Drop | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied | 1/21/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 047 | TX_00074 071 | GCPD Mail Drop | Angela English | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing | 1/28/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | privileged information. | | |
| TX_00074 072 | TX_00074 113 | GCPD Mail Drop | Angela English | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 2/25/2011 | GOVERN OR PART 3 |
| TX_00074 114 | TX_00074 136 | GCPD Mail Drop | GCPD Mail Drop | DNP - DELIBERA TIVE PROCESS PRIVILEG | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy | 2/18/2011 | GOVERN OR PART 3 |

| | | | | E | advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 137 | TX_00074 149 | Tammy Tatom | GCPD Mail Drop | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the | 6/20/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 150 | TX_00074 175 | Tammy Tatom | GCPD Mail Drop | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation. The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto | 5/27/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 176 | TX_00074 225 | GCPD Mail Drop | GCPD Mail Drop | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 82nd legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive | 5/20/2011 | GOVERN OR PART 3 |

| | | | | | and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| TX_00074 226 | TX_00074 227 | Executive ~Commu nications Division | Communicatio ns Division | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document is a draft press release explaining the Governor's policies behind signing SB 14.  The document contains the advice, opinion, and recommendations of the author regarding certain SB 14.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature. Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 5/27/2011 | GOVERN OR PART 3 |
| TX_00074 | TX_00074 | GCPD | GCPD | DNP - | This document is a draft press release | 11/28/2011 | GOVERN |

| 228 | 234 | | | DELIBERATIVE PROCESS PRIVILEGE | explaining the Governor's policies relating to disabled Texans.  The document contains the advice, opinion, and recommendations of the author regarding the Governor's policy priorities for disabled Texans.  The document was created to assist the Governor in formulating a policy announcement on legislation from the 82nd legislature.  Ultimately, the document was used to advise the Governor on his decision on which policy positions the Governor should take.  The document is a draft and was created prior to a final decision by the Governor on a policy statement.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | OR PART 3 |
| TX_00074 235 | TX_00074 235 | Communications Division | Josh Havens | DNP - DELIBERATIVE PROCESS PRIVILEGE | This email consists of a discussion on the public policy positions that the Governor should take on the administrative preclearance of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding legislation addressing potential responses to administrative  preclearance of SB 14.  The document was created to assist the Governor and his staff in | 9/22/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | deciding the proper policy seeking administrative preclearance.  Ultimately, the document was used to advise the Governor on which publicly stated policy positions he would take on administrative preclearance.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 236 | TX_00074 236 | | | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document is a draft constituent communication to a prominent business leader.~The document contains the advice, opinion, and recommendations of the author regarding the what the Governor's public stated policy positions should be on Voter ID.  The document was created to assist the Governor in deciding public stated policy positions should be on Voter ID.  Ultimately, the document was used to advise the Governor on his decision on public stated policy positions should be on Voter ID. The document was created prior to a final decision by the Governor on public stated policy positions should be on Voter ID.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office. The document was reviewed and relied | 3/21/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 237 | TX_00074 237 | Matthew Thompson~Allison Castle~Josh Havens | Lucy Nashed | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This email consists of a discussion on the public policy positions that the Governor should take on the administrative preclearance of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the administrative  preclearance of SB 14..  The document was created to assist the Governor and his staff in deciding the proper policy seeking administrative preclearance.  Ultimately, the document was used to advise the Governor on which publicly stated policy positions he would take on administrative preclearance.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 9/14/2011 | GOVERN OR PART 3 |
| TX_00074 238 | TX_00074 238 | Allison Castle~Lucy Nashed~Josh Havens | Matthew Thompson | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This email consists of a discussion on the public policy positions that the Governor should take on the administrative preclearance of SB 14.  The document contains the advice, opinion, and recommendations of the author regarding | 9/14/2011 | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the administrative  preclearance of SB 14..  The document was created to assist the Governor and his staff in deciding the proper policy seeking administrative preclearance.  Ultimately, the document was used to advise the Governor on which publicly stated policy positions he would take on administrative preclearance.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00074 239 | TX_00074 242 | Jeff Boyd,~Pr ess Office | Kalese Hammonds | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This is a draft press release on school finance lawsuits.  The document contains the advice, opinion, and recommendations of the author regarding school finance lawsuits.  The document was created to assist the Governor and his staff in deciding the proper policy on school finance lawsuits.  Ultimately, the document was used to advise the Governor on which publicly stated policy positions he would take on school finance lawsuits.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be | | GOVERN OR PART 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | produced in a redacted form without disclosing privileged information. | | |
| TX_00074 243 | TX_00074 705 | Budget, Planning, and Policy Division, ~General Counsel | Legislative~Di vision | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 5/5/2009 | GOVERN OR PART 3"|"|"|"|" |"|463" |
| TX_00074 706 | TX_00075 089 | Budget, Planning, and Policy | Legislative~Di vision | DNP - DELIBERA TIVE PROCESS | This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed | | GOVERN OR PART 3"|"|"|"|" |"|384" |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Division, ~General Counsel | | PRIVILEGE | important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00075 090 | TX_00075 153 | Julie Johnson | Pat Pound | DNP - DELIBERATIVE PROCESS PRIVILEGE | This document consists of bill summaries, bill tracking, and recommendations for bills from the 80th legislative session that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding | | GOVERNOR PART 3"\|"\|"\|"\| "\|64" |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | whether to support or oppose the legislation at issue in the document. Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 058 | TX_00089 059 | Jeff Boyd | Ray Sullivan | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a new SEC investment adviser rule and the preclearance obligations related to eliminating elected offices.  The document contains the advice, opinion, and recommendations of the author regarding the new SEC rule and the elimination of elected offices.  The document was created to assist the Governor and his staff in deciding whether to support or oppose legislation relating to the elimination of elected offices.  The emails also discuss the effect of the SEC rule on the appointee process. Ultimately, the document was used to advise the Governor on his decision on | 3/24/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | legislation and the appointee process. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document and how to proceed on appointing political appointees.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also forwards legal advice from the office of the attorney general sent for the purpose of giving or receiving legal advice on preclearance obligations relating to the the elimination of elected offices.  Jeff Boyd is also an attorney-recipient of the document. | | |
| TX_00089 060 | TX_00089 061 | David Zimmerm an | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a new SEC investment adviser rule and the preclearance obligations related to eliminating elected offices.  The document contains the advice, opinion, and recommendations of the author regarding the new SEC rule and the elimination of elected offices.  The document was created to assist the Governor and his staff in deciding whether to support or oppose legislation relating to the elimination of elected offices.  The emails also discuss the effect of the SEC rule on the appointee process.  Ultimately, the document was used to | 3/24/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | advise the Governor on his decision on legislation and the appointee process. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also forwards legal advice from the office of the attorney general sent for the purpose of giving or receiving legal advice on preclearance obligations relating to the the elimination of elected offices.  Jeff Boyd is also an attorney-author of the document. | | |
| TX_00089 062 | TX_00089 063 | Ray Sullivan | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a new SEC investment adviser rule and the preclearance obligations related to eliminating elected offices.  The document contains the advice, opinion, and recommendations of the author regarding the new SEC rule and the elimination of elected offices.  The document was created to assist the Governor and his staff in deciding whether to support or oppose legislation relating to the elimination of elected offices.  The emails also discuss the effect of the SEC rule on the appointee process.  Ultimately, the document was used to | 3/24/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | advise the Governor on his decision on legislation and the appointee process. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also forwards legal advice from the office of the attorney general sent for the purpose of giving or receiving legal advice on preclearance obligations relating to the the elimination of elected offices.  Jeff Boyd is also an attorney-author of the document. | | |
| TX_00089 064 | TX_00089 066 | Collin Parish~B randy Marty | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a request for information relating to SB 14 from Representative Anchia's office to an executive agency that reports to the Governor--TxDOT.  The document contains the advice, opinion, and recommendations of the author regarding potential responses to Representative Anchia's request.  The document was created to assist the Governor and his staff in deciding how to respond to Representative Anchia's request. Ultimately, the document was used to advise the Governor's Office on the proper response to Representative | 3/29/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Anchia's request.  The document was created prior to a final decision by the Governor on how to respond.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also contains legal advice from Governor's General Counsel attorneys to the Governor's staff sent for the purpose of giving or receiving legal advice on SB 14 and DPS statistics relating to the bill. | | |
| TX_00089 067 | TX_00089 067 | Jeff Boyd~Bra ndy Marty | Colin Parrish | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This email transmits information collected from DPS and relating to SB 14. The document reflects the information that the Governor's office considered pertinent in its review of SB 14.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. | 3/30/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 068 | TX_00089 068 | Amadeo Saenz | James Bass | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This email transmits information collected from DPS and relating to SB 14.  The document reflects the information that the Governor's office considered pertinent in its review of SB 14.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation.  Ultimately, the document was used to advise the Governor on his decision whether to veto or sign a bill.  The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | 3/29/2011 | OOG STAFF ELECTRO NIC RECORDS |
| TX_00089 069 | TX_00089 069 | Amadeo Saenz | James Bass | DNP - DELIBERA | Charts attached to document TX_00089068 and privileged for the same | 3/29/2011 | OOG STAFF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | TIVE PROCESS PRIVILEGE | reasons as the email to which the charts are attached. | | ELECTRONIC RECORDS |
| TX_00089070 | TX_00089070 | Amadeo Saenz | James Bass | DNP - DELIBERATIVE PROCESS PRIVILEGE | Charts attached to document TX_00089068 and privileged for the same reasons as the email to which the charts are attached. | 3/29/2011 | OOG STAFF ELECTRONIC RECORDS |
| TX_00089072 | TX_00089075 | Collin Parrish~ Michael Schofield, ~Brandy Marty | Jeff Boyd | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | This email discusses a free election IDs in SB 14.  The document contains the advice, opinion, and recommendations of the author regarding the free election IDs.  The document was created to assist the Governor and his staff in deciding whether to support or oppose SB 14.  Ultimately, the document was used to advise the Governor on his decision to sign or veto SB 14.  The document was created prior to a final decision by the Governor whether to veto or sign Sb 14.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice from the office of the attorney general sent for the purpose of giving or receiving legal advice on free election IDs.  Jeff Boyd is also an attorney-author of the document. | 4/15/2011 | OOG STAFF ELECTRONIC RECORDS |
| TX_00089 | TX_00089 | Brandy | Chip Roy | DNP - | This email fo discusses Section 5 in the | 6/1/2011 | OOG |

| 076 | 078 | Marty,~Travis Richmond,~Jeff Boyd | | ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | context of redistricting.  The document contains reflections of the author regarding the free election IDs.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance litigation.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance.  The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates a request for attorney review of applicable Section 5 standards.  Jeff Boyd and Travis Richmond are also attorney recipients of the document. | | STAFF ELECTRONIC RECORDS |
| TX_00089079 | TX_00089079 | Jeff Boyd | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | This email transmits and discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding the preclearance.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his | 7/19/2011 | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance . As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from a Secretary of State attorney to other executive attorneys.  Attorney John Sepehri is the attorney author and Jeff Boyd is the attorney recipient. | | |
| TX_00089 080 | TX_00089 095 | Jeff Boyd | John Sepehri | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Draft preclearance submission attachment to TX-00089079 and privileged for the same reasons as the email to which it is attached. | 7/19/2011 | OOG STAFF ELECTRO NIC RECORDS |
| TX_00089 096 | TX_00089 097 | Jimmy Blacklock , Jeff Boyd, Travis Richmond , David Schenck, Jay Dyer, | John Sepehri | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding the preclearance. The document was created to assist the Governor and his staff in deciding on a final policy position regarding | 7/20/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | Stacey Napier | | | preclearance. Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance . As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys. Attorney John Sepehri is the attorney author and attorneys from the Governor's Office and Office of the Attorney General are recipients. | | |
|---|---|---|---|---|---|---|---|
| TX_00089 098 | TX_00089 098 | Jeff Boyd~Travis Richmond | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | This email transmits and discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State. The document contains reflections of the author regarding the preclearance. The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance. Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance. The document was created prior to a | 7/20/2011 | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State and Attorney General attorneys.  Attorney John Sepehri is the attorney author and attorneys from the Governor's Office are recipients. | | |
| TX_00089099 | TX_00089113 | Jeff Boyd~Travis Richmond | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Attachment to TX-00089098 and privileged for the same reasons as the email to which it is attached. | 7/20/2011 | OOG STAFF ELECTRONIC RECORDS |
| TX_00089114 | TX_00089114 | Jimmy Blacklock ,~Jay Dyer, Stacey Napier, David Schenck, Reed Clay, Jeff Boyd, | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | This email discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding preclearance. The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his | 7/21/2011 | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Travis Richmond, Ann McGeehan, Elizabeth Winn | | | final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance . As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys.  Attorney John Sepehri is the attorney author and attorneys from the Governor's Office, Secretary of State, and Office of the Attorney General are recipients. | | |
| TX_00089115 | TX_00089129 | Jimmy Blacklock,~Jay Dyer, Stacey Napier, David Schenck, Reed Clay, Jeff Boyd, Travis Richmond, Ann McGeehan, | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft preclearance submission attachment to TX-00089115 and privileged for the same reasons as the email to which it is attached. | 7/21/2011 | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Elizabeth Winn | | | | | |
| TX_00089 130 | TX_00089 130 | John Sepehri,~ Jeff Boyd | Travis Richmond | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | This email discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding preclearance.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance.  The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys.  Attorney Travis Richmond is the attorney author and attorneys from the Governor's Office and Secretary of State are recipients. | 7/21/2011 | OOG STAFF ELECTRONIC RECORDS |
| TX_00089 131 | TX_00089 145 | John Sepehri,~ Jeff Boyd | Travis Richmond | DNP - ATTY CLIENT;D | Draft preclearance submission attachment to TX-00089131 and privileged for the same reasons as the | 7/21/2011 | OOG STAFF ELECTRO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | NP - DELIBERA TIVE PROCESS PRIVILEG E | email to which it is attached. | | NIC RECORDS |
| TX_00089 146 | TX_00089 146 | Ann McGeeha n, Elizabeth Winn, Erik Wilson, Esperanz a Andrade, Coby Shorter, Jeff Boyd, Travis Richmond | John Sepehri | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding preclearance. The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys. Attorney John Sepehri is the attorney author and attorneys and staff from the Governor's Office and Secretary of State | 7/22/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | are recipients. | | |
| TX_00089147 | TX_00089161 | Ann McGeehan, Elizabeth Winn, Erik Wilson, Esperanza Andrade, Coby Shorter, Jeff Boyd, Travis Richmond | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Draft preclearance submission attachment to TX-00089146 and privileged for the same reasons as the email to which it is attached. | 7/22/2011 | OOG STAFF ELECTRONIC RECORDS |
| TX_00089162 | TX_00089166 | Travis Richmond,~Jeff Boyd | John Sepehri | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | This email discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding preclearance.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance.  The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the | 7/22/2011 | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys. Attorney John Sepehri is the attorney author and attorneys from the Governor's Office are recipients. | | |
| TX_00089 167 | TX_00089 181 | Travis Richmond ,~Jeff Boyd | John Sepehri | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Draft preclearance submission attachment to TX-00089166 and privileged for the same reasons as the email to which it is attached. | 7/22/2011 | OOG STAFF ELECTRO NIC RECORDS |
| TX_00089 182 | TX_00089 187 | John Sepehri,~ Jeff Boyd | Travis Richmond | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses a draft administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding preclearance. The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor | 7/25/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys.  Attorney Travis Richmond is the attorney author and attorneys from the Governor's Office and Secretary of State are recipients. | | |
| TX_00089 188 | TX_00089 189 | Travis Richmond ,~Jeff Boyd,~Ji mmy Blacklock ,~Jay Dyer,~St acey Napier,~ David Schenck, ~Reed Clay | John Sepehri | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses the final administrative preclearance submission prepared by attorneys in the Secretay of State office--an executive agency of the State.  The document contains reflections of the author regarding preclearance.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance.  The document was created after a final decision, but contains numerous pre-decision deliberations throughout the email string on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be | 7/26/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance from Secretary of State, Attorney General, and Office of the Governor attorneys. Attorney John Sepehri is the attorney author and attorneys from the Governor's Office, Office of the Attorney General, and Secretary of State are recipients. | | |
| TX_00089 224 | TX_00089 225 | Jeff Boyd,~De nise Davis,~Bl aine Brunson | Daniel Hodge | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses the constitutionality of Section 5. The document contains reflections of the author regarding Section 5's constitutionality. The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance. Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance . As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on the constitutionality of Section 5. Attorney Daniel Hodge from the Attorney General's Office is the author. | 8/26/2011 | OOG STAFF ELECTRO NIC RECORDS |
| TX_00089 | TX_00089 | Jeff Boyd | John Sepehri | DNP - | This email discusses the administrative | 8/29/2011 | OOG |

| 226 | 227 | | | ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | preclearance process.  The document contains reflections of the author regarding Section 5's constitutionality.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance.  The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance.  Attorney John Sepehri from the Secretary of State's office is the author and Jeff Boyd is the recipient. | | STAFF ELECTRONIC RECORDS |
| TX_00089229 | TX_00089229 | Jay Dyer,~John Sepehri,~ Richard Parsons | Ann McGeehan | DNP - ATTY CLIENT | This document is an email sent for the purpose of giving or seeking legal advice on the progress of the administrative preclearance process.  Attorney Ann McGeehan of the Secretary of State's office is the author of the email and attorneys Jay Dyer and John Sepehri of the Office of the Attorney General and Secretary of State's office are among the recipients. | 9/23/2011 | OOG STAFF ELECTRONIC RECORDS |
| TX_00089 | TX_00089 | David | Daniel Hodge | DNP - | This document is an email sent for the | 11/8/2011 | OOG |

| 233 | 233 | Morales, Jeff Boyd, Doug Davis, Denise Davis, Blaine Brunson. | | ATTY CLIENT | purpose of giving or seeking legal advice on the progress of the administrative preclearance process.  Attorney Daniel Hodge of the Attorney General is the author of the email. | | STAFF ELECTRO NIC RECORDS |
|---|---|---|---|---|---|---|---|
| TX_00089 234 | TX_00089 235 | Coby Shorter,~ Kathy Walt | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses the MOVE Act requirements.  The document contains opinions, advice, and reflections of the author regarding MOVE Act requirements.  The document was created to assist the Governor and his staff in deciding on actions it must take to facilitate MOVE act compliance.  Ultimately, the document was used to advise the Governor on his final policy decisions on MOVE Act Compliance.  The document was created prior to a final decision on MOVE Act Compliance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on Move Act Compliance.  Attorney Jeff Boyd to Coby Shorter and Kathy Walt. | 12/2/2011 | OOG STAFF ELECTRO NIC RECORDS |
| TX_00089 236 | TX_00089 238 | Jeff Boyd | Blaine Brunson | DNP - ATTY CLIENT;D NP - | This email discusses the Texas primaries.  The document contains opinions, advice, and reflections of the author regarding bifurcated primaries. | 12/13/2011 | OOG STAFF ELECTRO NIC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | DELIBERATIVE PROCESS PRIVILEGE | The document was created to assist the Governor and his staff in deciding its position on bifurcated primaries. Ultimately, the document was used to advise the Governor on his final policy decisions on bifurcated primaries  The document was created prior to a final decision on bifurcated primaries .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on bifurcated primaries.  Blaine Brunson is the author and attorney Jeff Boyd is the recipient. | | RECORDS |
| TX_00089 239 | TX_00089 239 | Jeff Boyd,~Bl aine Brunson, | Daniel Hodge | DNP - ATTY CLIENT;D NP - DELIBERATIVE PROCESS PRIVILEGE | This email discusses the administrative preclearance process.  The document contains reflections of the author regarding Section 5's constitutionality. The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance. The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed | 12/23/2011 | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance.  Attorney Daniel Hodge is the author of the email | | |
| TX_00089 240 | TX_00089 240 | Coby Shorter, Jimmy Blacklock, Daniel Hodge, Ken Armbrist er | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This email discusses the administrative preclearance process.  The document contains reflections of the author regarding Section 5's constitutionality.  The document was created to assist the Governor and his staff in deciding on a final policy position regarding preclearance.  Ultimately, the document was used to advise the Governor on his final policy decisions on preclearance.  The document was created prior to a final decision on the Governor's public position on preclearance .  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was reviewed and relied upon by Office of the Governor Staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information.~~The email also relates legal advice on administrative preclearance.  Attorney Jeff Boyd is the author of the email | 1/12/2012 | OOG STAFF ELECTRO NIC RECORDS |
| TX_00089 241 | TX_00089 250 | | | DNP - ATTY | Attachment to TX_0089240 containing edits to an email responsive to a DOJ | 1/12/2012 | OOG STAFF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | request for information and privileged for the same reasons as the email to which it is attached. | | ELECTRONIC RECORDS |
| TX_00089251 | TX_00089252 | OOG Press Office; Jonathan Hurst; Jeff Boyd; Ken Armbrister; Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential e-mail communication between OOG Press staff and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Press Assistant Steffany Duke and OOG Executives and Press Office staff regarding the drafting of a press statement summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, | | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 253 | TX_00089 254 | OOG Press Office; Jonathan Hurst; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorne-client e-mail communication (TX_00089251) sent for the purposes of seeking legal advice legislative summaries and effective dates.~~This document consists of a draft press release prepared by OOG Press Assistant Steffany Duke summarizing notable legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding the format and substance of the Press Statement.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 255 | TX_00089 256 | Steffany Duke; OOG Office staff; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Jonathan Hurst | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Director and OOG Chief of Staff and Attorney Jeff Boyd sent for purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of e-mail communications between OOG Director Jonathan Hurst and OOG Executives and Press Office staff regarding edits to a draft Press Release summarizing legislation passed during the 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final Press Release from the Governor's Office regarding the legislation addressed in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 257 | TX_00089 258 | Jonathan Hurst; Steffany Duke; OOG Press Office; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Matthew Thompson | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Speechwriter and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding implementation of SB 14.~~This document consists of an e-mail communication between OOG Speechwriter Matthew thompson and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 259 | TX_00089 261 | Matthew Thompson; Jonathan Jurst; OOG Press Office; Jeff Boyd; | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Press staff and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding implementation of SB 14.~~This document consists of an e-mail communication between OOG Press staff Steffany Duke and OOG Chief of Staff, Executives and Press Office staff | | OOG STAFF ELECTRO NIC RECORDS |

| | | Ken Armbrister; Mike Morrissey | | | regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 262 | TX_00089 264 | Matthew Thompson; | Jonathan Hurst | DNP - ATTY CLIENT;D | Confidential e-mail communication between OOG Director of Budget, Planning and Policy Jonathan Hurst and | | OOG STAFF ELECTRO |

| | | Steffany Duke; OOG Press Office; Jeff Boyd; Ken Armbrist er; Mike Morrissey | | NP - DELIBERA TIVE PROCESS PRIVILEG E | OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding the implementation of SB 14.~~This document consists of an e-mail communication between OOG Director Jonathan Hurst and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the | | NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 265 | TX_00089 266 | Jonathan Hurst; OOG Press Office; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Press Office staffer Steffany Duke and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Press staff and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 267 | TX_00089 268 | Jonathan Hurst; OOG Press Office; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorney-client communication (TX_00089265) between OOG Press Staff and OOG CHief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Press Office staffer Steffany Duke summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.   As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 269 | TX_00089 270 | Steffany Duke; OOG Press Office; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Jonathan Hurst | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Director of Budget, Planning and Policy Jonathan Hurst and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Director Jonathan Hurst and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 271 | TX_00089 271 | Allison Castle; Stephani e Duke; Jonathan Hurst; Kathy Walt | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication from OOG Chief of Staff and Attorney Jeff Boyd to OOG Executives and Press Office Staff sent for the purposes of providing legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Chief of Staff Jeff Boyd and OOG Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | legislature that were deemed important by the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein. The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each. The document was created prior to creation and issuance of a final press release issued by the Governor's Office. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 272 | TX_00089 273 | Allison Castle; Stephani e Duke; Jonathan | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA | Attachment to above confidential attorney-client communication (TX_00089271) between OOG Chief of Staff and Attorney Jeff Boyd and OOG Executives and Press Office staff sent for | | OOG STAFF ELECTRO NIC RECORDS |

| | | Hurst; Kathy Walt | | TIVE PROCESS PRIVILEGE | the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Press Office staffer Steffany Duke summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.   As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without | | |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | disclosing privileged information. | | |
| TX_00089274 | TX_00089276 | Steffany Duke; Matthew Thompson; Jonathan Hurst; OOG Press Office; Ken Armbrister; Mike Morrissey; Kathy Walt | Jeff Boyd | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential e-mail communication from OOG Chief of Staff and Attorney Jeff Boyd to OOG Executives and Press Office Staff sent for the purposes of providing legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Chief of Staff Jeff Boyd and OOG Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the | | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 277 | TX_00089 278 | Steffany Duke; Matthew Thompso n; Jonathan Hurst; OOG Press Office; Ken Armbrist er; Mike Morrissey ; Kathy Walt | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorney-client communication (TX_00089274) from OOG Chief of Staff and Attorney Jeff Boyd to OOG Executives and Pres Office staff sent for the purposes of providing legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Chief of Staff Jeff Boyd summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | issued by the Governor's Office.   As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 279 | TX_00089 280 | Jonathan Hurst; OOG Press Office; Jeff Boyd; Ken Armbrist er; Mike Morrissey | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Press Office staff Steffany Duke and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Press Office Staffer Steffany Duke and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 281 | TX_00089 283 | Jeff Boyd; Steffany Duke; Matthew Thompso n; Jonathan Hurst; OOG Press Office; Ken Armbrist er; Mike Morrissey ; Kathy | Catherine Frazier | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Press Secretary Catherine Frazier and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Press Secretary Catherine Frazier and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Walt | | | and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 284 | TX_00089 285 | Jeff Boyd; Steffany Duke; Matthew Thompso n; Jonathan Hurst; | Catherine Frazier | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG | Attachment to above confidential attorney-client communication (TX_00089281) from by OOG Press Secretary Catherine Frazier to OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document | | OOG STAFF ELECTRO NIC RECORDS |

| | | OOG Press Office; Ken Armbrist er; Mike Morrissey ; Kathy Walt | | E | consists of a draft Press Release prepared by OOG Press Secretary Catherine Frazier summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein. The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each. The document was created prior to creation and issuance of a final press release issued by the Governor's Office. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_0008 9286 | TX_0008 9288 | Catherine Frazier; | Lucy Nashed | DNP - ATTY | Confidential e-mail communication between OOG Deputy Press Secretary | | OOG STAFF |

| | | Jeff Boyd; Steffany Duke; Matthew Thompson; Jonathan Hurst; OOG Press Office; Kem Arbrister; Mike Morrissey; Kathy Walt | | CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Lucy Nashed and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Deputy Press Secretary Lucy Nashed and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the | | ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089289 | TX_00089290 | Catherine Frazier; Jeff Boyd; Steffany Duke; Matthew Thompson; Jonathan Hurst; OOG Press Office; Kem Arbrister; Mike Morrissey; Kathy Walt | Lucy Nashed | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Attachment to above confidential attorney-client communication (TX_00089286) between OOG Deputy Press Secretary Lucy Nashed and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Deputy Press Secretary Lucy Nashed summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.   As such, the document does not memorialize | | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089291 | TX_00089292 | Lucy Nashed; Catherine Frazier; Jeff Boyd; Matthew Thompson; Jonathan Hurst; OOG Press Office, Ken Armbrister; Mike Morrissey; Kathy Walt | Steffany Duke | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential e-mail communication between OOG Press Office staff Steffany Duke and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Press Office Staffer Steffany Duke and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in | | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 293 | TX_00089 294 | Lucy Nashed; Catherine Frazier; Jeff Boyd; Matthew Thompso n; Jonathan Hurst; OOG Press Office, Ken Armbrist er; Mike Morrissey ; Kathy | Stephany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorney-client communication (TX_00089291) between OOG Press Staffer Steffany Duke and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Press Office staffer Steffany Duke summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was | | OOG STAFF ELECTRO NIC RECORDS |

| | | Walt | | | created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.   As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 295 | TX_00089 296 | Lucy Nashed; Catherine Frazier; Jeff Boyd; Matthew Thompso n; Jonathan Hurst; OOG Press | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Press Office staff Steffany Duke and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of an e-mail communication between OOG Press Office Staffer Steffany Duke and OOG Chief of Staff, Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation | | OOG STAFF ELECTRO NIC RECORDS |

| | | Office; Ken Armbrister; Mike Morrissey; Kathy Walt | | | going into effect from the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 297 | TX_00089 298 | Lucy Nashed; Catherine Frazier; | Steffany Duke | DNP - ATTY CLIENT;D NP - | Attachment to above confidential attorney-client communication (TX_00089295) from by OOG Chief of Staff and Attorney Jeff Boyd to OOG | | OOG STAFF ELECTRO NIC |

| | | Jeff Boyd; Matthew Thompson; Jonathan Hurst; OOG Press Office; Ken Armbrister; Mike Morrissey; Kathy Walt | | DELIBERATIVE PROCESS PRIVILEGE | Executives and Pres Office staff sent for the purposes of providing legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Chief of Staff Jeff Boyd summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.   As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be | | RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | produced in a redacted form without disclosing privileged information. | | |
| TX_0008 9299 | TX_0008 9300 | Steffany Duke; Lucy Nashed; Catherine Frazier; Jeff Boyd; Jonathan Hurst; OOG Press Office; Ken Armbrist er; Mike Morrissey ; Kathy Walt | Matthew Thompson | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Speechwriter Matthew Thompson and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of e-mail communications between OOG Speechwriter Matthew Thompson and OOG Press Office staff, OOG Director of Comunications, and OOG Deputy Press Secretaries regarding the drafting of a press statement summarizing legislation passed during the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Statement.  The document was created to assist the Governor and his staff in formulating a public statement regarding legislative accomplishments from the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press statement.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office regarding the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 301 | TX_00089 302 | Steffany Duke; Lucy Nashed; Catherine Frazier; Jeff Boyd; Jonathan Hurst; OOG Press Office; Ken Armbrist er; Mike Morrissey ; Kathy Walt | Matthew Thompson | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorney-client communication (TX_00089290) between OOG Speeachwriter Matthew Thompson and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Speechwriter Matthew Thompson summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 303 | TX_00089 303 | OOG Press Office; Jeff Boyd; Matthew Thompso n; Jonathan Hurst; Ken Armbrist er; Mike Morrissey | Allison Castle | DNP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential e-mail communication between OOG Director of Communcations Allison Castle and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of e-mail communications between OOG Director of Comunications Allison Castle and OOG Executives and Press Office staff regarding the drafting of a Press Release summarizing legislation passed during the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release.  The document was created to assist the Governor and his staff in formulating a public statement regarding legislative accomplishments from the 82nd legislature.  Ultimately, the | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was used to advise the Governor's Press Office in formulating a final press statement.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office regarding the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 304 | TX_00089 305 | OOG Press Office; Jeff Boyd; Matthew Thompso n; Jonathan Hurst; Ken Armbrist er; Mike Morrissey | Allison Castle | DNP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential attorney-client communication (TX_00089274) from by OOG Chief of Staff and Attorney Jeff Boyd to OOG Executives and Pres Office staff sent for the purposes of providing legal advice regarding legislative summaries and effective dates.~~This document consists of a draft Press Release prepared by OOG Chief of Staff Jeff Boyd summarizing legislation passed during 82nd legislature that was deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding suggested edits to the Press Release and the legislation summarized therein.  The document was | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | created to assist the Governor and his staff in formulating a Press Release summarizing important legislation passed during the 82nd legislature. Ultimately, the document was used to advise the Governor's Press Office in formulating a final press release summarizing important legislation passed during the 82nd legislature and the effective dates of each.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 306 | TX_00089 307 | Becky Dean;~Lu cy Nashed;~ Allison Castle;~J eff Boyd;~Go vernor's Press Office;~M ary Anne | Steffany Duke | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between OOG Press Office staff and Deputy Press Secretaries regarding the preparation of a press release summarizing legislation passed during the 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his | | OOG STAFF ELECTRO NIC RECORDS |

| | | Wiley | | | staff in formulating a public statement regarding legislative accomplishments from the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Secretaries in formulating a final press statement.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office regarding the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 308 | TX_00089 309 | Becky Dean;~Lucy Nashed;~ Allison Castle;~J eff Boyd;~Go vernor's Press Office;~M ary Anne Wiley | Steffany Duke | DNP - DELIBERA TIVE PROCESS PRIVILEG E | Attachment to above confidential e-mail communication (TX_00089306) between OOG Press Staff and OOG Chief of Staff and Attorney Jeff Boyd sent for the purposes of seeking legal advice regarding legislative summaries and effective dates.~~This document consists of a draft press release prepared by OOG Press Assistant Steffany Duke regarding legislation passed during 82nd legislature that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created to assist the Governor and his staff in formulating a public statement regarding legislative accomplishments from the 82nd legislature.  Ultimately, the document was used to advise the Governor's Press Secretaries in formulating a final press statement.  The document was created prior to creation and issuance of a final press release issued by the Governor's Office regarding the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 310 | TX_00089 310 | Allison Castle; Lucy Nashed; Josh Havens | Matthew Thompson | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between OOG Deputy Press Secretaries and OOG Press staff regarding media requests for a comment by the Governor on letters submitted to DOJ opposing the preclearance of SB 14 that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain media responses by the Governor.  The document was created to assist the Governor and his staff in | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | deciding whether to issue a press statement in response to the media inquery.  Ultimately, the document was used to advise the Governor on his decision to issue a press statement responding to SB 14 preclearance opposition.  The document was created prior to a final decision by the Governor whether to issue a press statement responding to the request for commentary at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 311 | TX_00089 312 | Matthew Thompso n;~Alliso n Castle; Josh Havens | Lucy Nashed | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between OOG Deputy Press Secretaries and OOG Press staff regarding media requests for comments from the Governor on letters submitted to DOJ opposing the preclearance of SB 14 that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain media responses by the Governor.  The document was created to assist the Governor and his staff in deciding whether to issue a press | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | statement in response to the media inquery.  Ultimately, the document was used to advise the Governor on his decision to issue a press statement responding to SB 14 preclearance opposition.  The document was created prior to a final decision by the Governor whether to issue a press statement responding to the request for commentary at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_0089313 | TX_0089314 | Lucy Nashed; Jeff Boyd; Mary Anne Wiley; Kathy Walt; Josh Havens; Matthew Thompson; Ken Armbrister; | Allison Castle | DNP - ATTY CLIENT;DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential, internal e-mail communication from OOG Deputy Press Secreatry to The Governor's Chief of Staff and Attorney Jeff Boyd and Deputy General Counsel sent for the purposes of requesting legal advice regarding challenges to SB 14 preclearance.  ~~This document consists of e-mail communications from the OOG Deputy Press Secretary to the Governor's Chief of Staff, Deputy General Counsel, and the OOG Press Office and Communication staff regarding a potential response to media attacks on Voter ID that were deemed important by | | OOG STAFF ELECTRONIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Jonathan Hurst; Steffany Duke | | | the Governor's policy advisers. The document contains the advice, opinion, and recommendations of the author regarding SB 14. The document was created to assist the Governor and his staff in deciding whether to issue a press statement responding to the media attacks. Ultimately, the document was used to advise the Governor on his decision to issue a press statement. The document was created prior to a final decision by the Governor whether to issue a press statement regarding the media attacks at issue in the document. As such, the document does not memorialize or evidence the Office of the Governor's final policy. The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 315 | TX_00089 316 | Allison Castle | Jonathan Hurst | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications from the OOG Director or Budget, Planning and Policy Honathen Hurst to OOG Deputy Press Secretary Allison Castle regarding a potential response to statements submitted to the DOJ opposing preclearance of SB 14. The document contains the advice, opinion, and recommendations of the author regarding an appropriate media response. The | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created to assist the Governor and his staff in deciding whether to issue a press statement responding to statements in opposition of SB 14 preclearance.  Ultimately, the document was used to advise the Governor on his decision to issue a press statement.  The document was created prior to a final decision by the Governor whether to issue a press statement regarding the statements in opposition to SB 14 at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 317 | TX_00089 317 | Allison Castle | Lucy Nashed | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of an e-mail communication between the Governor's Deputy Press Secretary and the Governor's  Director of Communications regarding potentnail responses to media commentary attacking SB 14 that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain media responses.  The document was created to assist the Governor and his staff in deciding whether to issue a | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | press statement in response to the media attacks on SB 14.  Ultimately, the document was used to advise the Governor on his decision to issue a press statement responding to media commentary. The document was created prior to a final decision by the Governor whether to issue a press statement responding to the attacks on SB 14 at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 318 | TX_00089 319 | Allison Castle; Lucy Nached; Mary Anne Wiley; Kathy Walt; Josh Havens; Matthew Thompso n; Ken Armbrist | Jeff Boyd | DNP - ATTY CLIENT;D NP - DELIBERA TIVE PROCESS PRIVILEG E | Confidential, internal e-mail communication from OOG Chief of Staff and Attorney Jeff Boyd to OOG staff and policy advisors sent for the purposes of providing legal advice regarding the application of SB 14.  ~~This document consists of e-mail communications between the Governor's Chief of Staff, Deputy General Counsel, Deputy Press Secretary, and OOG Press Division staff regarding media responses to media commentary about Voter ID that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to issue a press statement in response to the media commentary.  Ultimately, the document was used to advise the Governor on his decision to issue a press statement responding to attacks on SB 14.  The document was created prior to a final decision by the Governor whether to issue a press statement regarding the media commentary at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
|---|---|---|---|---|---|---|---|
| | | er; Jonathan Hurst; Steffany Duke | | | | | |
| TX_00089 320 | TX_00089 320 | OOG Press Office | Josh Havens | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between the Governor's Deputy Press Secretary and the OOG Press Division regarding media responses to media inquiries about the Governor's expectations regarding the DOJ's potential preclearance determination for SB 14 that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | recommendations of the author regarding certain media responses.  The document was created to assist the Governor and his staff in deciding whether to issue a press statement in response to the media inquery.  Ultimately, the document was used to advise the Governor on his decision to issue a press statement refusing to comment until a preclearance determination has been made.  The document was created prior to a final decision by the Governor whether to issue a press statement responding to the media inquery at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 321 | TX_00089 321 | OOG Press Office;~B randy Marty;~J eff Boyd | Catherine Frazier | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between the Governor's Chief of Staff and Deputy Chief of Staff, Press Secretary, and the OOG Press Division regarding media responses to DOJ's denial of preclearance for SB 14 that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | document was created to assist the Governor and his staff in deciding whether to issue a press statement in response to the denial of preclearance. Ultimately, the document was used to advise the Governor on his decision to issue a press statement condemning the DOJ's actions.  The document was created prior to a final decision by the Governor whether to issue a press statement regarding the DOJ's preclearance determination at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 322 | TX_00089 322 | Catherine Frazier;~ OOG Press Office;~B rendy Marty;~J eff Boyd | Catherine Frazier | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between the Governor's Chief of Staff and Deputy Chief of Staff, Press Secretary, and the OOG Press Division regarding media responses to DOJ's denial of preclearance for SB 14 that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Governor and his staff in deciding whether to issue a press statement in response to the denial of preclearance. Ultimately, the document was used to advise the Governor on his decision to issue a press statement condemning the DOJ's actions.  The document was created prior to a final decision by the Governor whether to issue a press statement regarding the DOJ's preclearance determination at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 323 | TX_00089 324 | Governor's Office Press Division; Governor's Office Budget, Panning and Policy Division staff; and Governor' | Dan Wilmot | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between OOG policy advisors and staff regarding media responses to the debate over federal health care funding in Texas that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain media articles.  The document was created to assist the Governor and his staff in deciding whether to issue a response to the media article at issue in | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | s Office Federal Relations Division staff | | | the document.  Ultimately, the document was used to advise the Governor on his decision whether to release a press statement on the issue.  The document was created prior to a final decision by the Governor whether to issue a statement to the press clarifying the facts regarding federal health care funding at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff.  The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |
| TX_00089 325 | TX_00089 327 | Governor' s Office Press Division | Lucy Nashed | DNP - DELIBERA TIVE PROCESS PRIVILEG E | This document consists of e-mail communications between OOG staff regarding media responses to ongoing political debates concerning federal health care funding and state Voter ID and redistricting lawsuits that were deemed important by the Governor's policy advisers.  The document contains the advice, opinion, and recommendations of the author regarding certain legislation.  The document was created to assist the Governor and his staff in deciding whether to support or oppose the legislation at issue in the document.  Ultimately, the document was used to advise the Governor on his | | OOG STAFF ELECTRO NIC RECORDS |

| | | | | | decision whether to veto or sign a bill. The document was created prior to a final decision by the Governor whether to veto or sign the legislation at issue in the document.  As such, the document does not memorialize or evidence the Office of the Governor's final policy.  The document was placed in a shared internal network accessible to executive and other Office of the Governor staff. The document was reviewed and relied upon by Office of the Governor staff as part of the Office of the Governor's decision-making process.  The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. | | |