**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF TEXAS,

*Plaintiff*

vs.

ERIC H. HOLDER, JR.,
in His Official Capacity as Attorney General of
    the United States,

*Defendant*.

Case No. 1:12-CV-00128

(RMC, DST, RLW)
Three-Judge Court

<u>**STATE OF TEXAS' JOINT APPENDIX**</u>

# ATTACHMENT 33

275

1      certainly from 2004 on forward.

2           Q.  So, you had help not only from your local or your

3      Houston reps, but you had help from (inaudible)?

4           A.  Twice he marched with us, in 2004 and also in

5      2008.  2008.

6           Q.  And how long had this been going on with

7      discriminated of the students at Prairieview A&M?

8           A.  The initial began with a guy named Chuck Ballard.

9      In 1972, Chuck Ballard was a white student enrolled --

10     (inaudible) in the first lawsuit and Craig Washington was

11     one of his attorneys.  He filed that and for seven

12     years -- he fought it all the way to the U.S. Supreme

13     Court.  The Supreme Court affirmed it in 1979 and Chuck

14     Ballard (inaudible) and everybody knows the story of Chuck

15     Ballard and that it's been going on for better than 35

16     years.

17          Q.  Do you know the bill (inaudible) to spend

18     millions, millions of dollars to implement voter ID.

19               Based on your prior happenings at

20     Prairieview, based on records, do you personally have the

21     confidence that the state would invest in necessary

22     resources to educate voters and train election workers in

23     the 254 counties and over 8,000 precincts to provide

24     adequate access to require IP documents if necessary to

25     make such a law not disenfranchise voters?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031367

276

1          A.  Well, one of the problems that Waller County

2     constantly told us as they sought to eliminate the --

3     spring (inaudible) they sought to eliminate all early

4     polling sites.  In a county that's 525 square miles, they

5     were going to have only one early polling site, and they

6     said they could not afford a 3,000-dollar voting machine.

7     And so, they had to begin to consolidate.  The money was

8     so tight.  Another time they talked about the reason that

9     they couldn't use the hundreds of thousands of the

10    (inaudible) was because we had a new freshman class in and

11    they did not have the labor necessary to process these

12    cards.  And most recently they said they did not have the

13    labor to staff all the polling sites.

14          So, you start creating more and more

15    confusion, more and more requirements even if -- I think

16    that Waller County, being a small county with a minimal

17    budget they are going to be more empowered to say that

18    they cannot afford to do these things unfunded mandate.

19         Q.  That's what you think if this bill is

20    implemented?

21         A.  Absolutely.  I think it's a step in the wrong

22    direction, certainly for Waller County.  We went from

23    having 600 students in the campus precinct vote in the

24    November general election to 3200 that voted in 2008,

25    three weeks after the Justice Department got involved.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006010

277

1    But I think this is definitely the wrong direction because

2    we made some tremendous headway in working with the county

3    administration, county elections office and to now throw

4    that says, okay, bring a bill or bring something from a

5    government agency when they know locally that Prairieview

6    is the only city in the whole county that does not have a

7    mail delivery to their homes, and it's the most popular

8    city in the county.  So, students get very little, if

9    anything, mailed to them at a Prairieview address and they

10   can present 10 forms of ID with their names on it and all

11   of it would lead to the preponderance of the evidence that

12   they are not residents of Waller County because everything

13   would say -- have their parents' address.  That's the

14   different piece of evidence that I've seen only.

15            REPRESENTATIVE BONNEN:  Thank you.

16       Q.  (By Chairman Smith)  Let me just say that I

17   completely understand why you might be very sensitive to a

18   very suspicious -- any changes of any kind in voting laws

19   because of the fact that there is a history in this

20   country of things occurring that are unacceptable and that

21   resulted in the passage of the Voting Rights Act, which

22   was a piece of legislation that was needed, unfortunately,

23   and as a result of that legislation, anything that this

24   state does -- and those, you know -- you know, anything

25   that this state does has got to be pre-cleared by either



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031369

278

```
 1    the federal courts or by what would now be the Obama

 2    Justice Department.

 3              Are you -- do you -- do you have a reason

 4    to be concerned about that pre-clearance process that you

 5    might not get a fair shake in terms of being protected

 6    against any inappropriate practices as a result of this

 7    legislation having to be reviewed by and approved by

 8    either the Obama Justice Department or our federal court

 9    system in Washington, D.C.?

10         A.  Well, obviously I have a degree of confidence in

11    the Justice Department now that they would pre-clear it,

12    but we're not going to just roll over because we have a

13    new administrative in.  When we filed a lawsuit, we found

14    out that Waller independent School District -- the State

15    of Texas got Waller into this pre-clearance requirement in

16    the early Seventies.  It was Waller County that involved

17    Texas.  Texas wasn't initially a part of it.  It was

18    because of Waller County.  And so, Waller County -- the

19    whole State of Texas got in in part due to Waller County

20    and after they brought them in in 1976, Waller County

21    refused to have -- for 17 years even ask for pre-clearance

22    and nobody questioned them.  For 17 years they passed

23    bonds and built schools and built them all in Harris

24    County, built them all in Waller and didn't even ask.

25              So, we are -- like you said, I appreciate
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031370

279

1    your acknowledgement and understanding that we are all

2    suspects because all of our tax dollars and all of our

3    infrastructure dollars went other places.  And then we get

4    mad and we decide to stand up, we still lose the issue

5    because of House Bill 1 that says that nobody -- because

6    of House Bill 1 that says that you only have to choose one

7    state to have joint elections with and the Justice

8    Department says their hands are tied.  Nobody in the state

9    legislation -- they don't want to get involved, but they

10   had joint elections with one city and we're not going to

11   have it with Prairieview and we lost out.

12        Q.  I understand why some people might have been

13   concerned or suspicious arguably from your perspective of

14   the political appointees in the Bush Justice Department.

15   There was some questions there.  But now, given the fact

16   that the choice is between the Obama Justice Department

17   and the Washington, D.C. Court of Appeals -- I'm not

18   saying that if you disagree with legislation because of

19   that protection you should just vote yes, but do you -- do

20   you -- are you not comforted that that process will

21   protect any legitimate consequence upon voting rights?

22        A.  When we as a group of individuals -- Mayor mare

23   Jackson, his children, when we file a lawsuit, we filed a

24   lawsuit, had two court -- two individual attorneys that

25   took our cases.  Waller Independent School District spent



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031371

280

1       better than $1.3 million with Vinson & Elkins to fight us

2       all of the way in order to deal with that.

3              We went all the way to putting every --

4       every court, every level in the State of Texas, went

5       before seven Republican judges, and to this day have never

6       had an opportunity to present our case in court.

7              So, on the one hand we feel confident with

8       the Justice Department, but the other question is how much

9       is it going to cost us?  Right now I have a hundred

10      thousand dollars over my head in judgments in attorneys'

11      fees and I'm okay with that, but how much is it going to

12      cost us to get to the Justice Department?  How much is it

13      going to cost us, and who can afford to continue filing

14      federal lawsuits if you know that you can't even get

15      justice at the local level because of politics and things

16      like that.  You have legislation that -- regarding

17      pre-cleared, and no one corrected it.

18             So, I mean, we're rightfully, I believe,

19      skeptical and don't know that we can ever make it all the

20      way to the Justice Department without some major damage.

21      Q.   Justin Leavitt with the Brennan Center for

22      Justice at the New York University School of Law agreed

23      that there's not any study of any kind that would -- at

24      least he's not aware of any -- that would suggest that the

25      change we're talking about in Texas where there is a small



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031372

281

1    change in the current identification requirements would in

2    any way suppress any kind of voter turnout.

3              Are you aware of any studies that he was

4    not aware of that would suggest that this small change --

5    not Vermont versus Indiana, but the little change that the

6    Senate is proposing here in Texas would, in fact, suppress

7    any voter turnout?

8         A.  I think with respect to Waller County, it would.

9    Because, for one, they are already struggling right now

10   with just getting 5,000 students registered to vote

11   because of the residency requirements and the other

12   rulings.  They are already struggling right now.  If they

13   are struggling right now -- and Greg Abbott made a ruling

14   in 2005 -- the Supreme Court made a ruling in '79, it has

15   gotten progressively worse and it has.  If you pass

16   another law that imposes even slight changes, that

17   suggests to me that it's certainly not going to get any

18   better.

19        Q.  Would the concern that you have apply to any

20   college student at any college regardless of their race

21   and economic background?

22        A.  I think it's a very real concern for every

23   college student.  I went to William & Mary, and they were

24   having the same problem with William & Mary -- and I think

25   it's Williamsburg -- and that was a virtually all-white



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031373

282

1    campus and they were having the very same problems.  It

2    probably is certainly hurtful to college students.  But

3    when you go into a small county like Waller County, it

4    becomes much more exaggerated against predominantly

5    African Americans that represent 25 percent of the voting

6    base.

7              CHAIRMAN SMITH:  Okay.  Representative

8    Bonnen?

9         Q.  (By Representative Bonnen) I appreciate what you

10   just said there.  I don't know if you meant it or not, but

11   you made the comment about some general -- making the

12   decision in 2004.  One of the things I wanted to ask you

13   is you said the comment about the general since '76.

14   Roughly.  Right?  Did you say that?

15        A.  -- opinion in '04.  I didn't say that.

16        Q.  Well, you said when the general agreed that those

17   students should be allowed to vote.

18        A.  I made the comment that in '04 he made a ruling

19   and the Supreme Court affirmed the decision in '79 and it

20   had gotten progressively worse.  That's what I said.

21        Q.  Because of his ruling?

22        A.  No.  I said --

23        Q.  Due to your local politics.  Right?  Not because

24   of the attorney general's ruling.

25        A.  What it suggests to me is that if he made a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031374

283

1     ruling in '04, the very next election when he saw

2     something going wrong, then there should be been some

3     teeth behind that decision and they do have some law

4     enforcement authority.

5          Q.  Well, they do and you have to find criminal

6     action to have -- for them to have that authority, and my

7     understanding is the Department of Justice themselves

8     found no criminal wrongdoing.

9          A.  Well, in 2006 the attorney general -- in 2006 the

10    attorney general's office sat down two or three lawsuit

11    enforcement officials.  They were investigating for

12    criminal charges, and the last I heard -- this is '09 --

13    it's still an ongoing criminal investigation.

14         Q.  The Department of Justice, in their consent

15    decree, say there was not criminal activities.  I don't

16    recall reading that at all.

17         A.  Okay.

18         Q.  Another thing I wanted to ask you:  You're

19    saying, though, that the problem does stem back to 1972.

20    You said that earlier.

21              Are you familiar with who the attorney

22    general for the State of Texas has been since 1972 moving

23    forward?  You're laying a lot of this on one attorney

24    general, but we've had multiple attorney generals since

25    then.  You realize that one of them was Mark White?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031375

284

```
 1        A.  Correct.

 2        Q.  He became the governor of Texas.  Did he do

 3   anything?

 4        A.  I'm not sure.

 5        Q.  You know, prior to Mark White was John Hill, a

 6   highly-regarded, recognized statewide Democratic official

 7   and Jim Maddox, a good man who passed away last year.  He

 8   was the attorney general from '82 to '90.

 9             Was he involved?

10        A.  I'm not here to say that it's a Republican versus

11   Democrat thing.  I believe in Waller County it's a racial

12   issue.

13        Q.  I'm not certain, though, because you keep saying

14   this specific attorney general, General Abbott, who in my

15   view -- maybe I'm totally wrong in this -- is within the

16   limits of his authority in the law has tried to be

17   beneficial.  I mean, I'm baffled, quite candidly.  I

18   respect maybe the challenge on a local level.  I respect

19   the other challenge there.  I'm baffled that you would

20   blame the attorney general -- if I'm putting words in your

21   mouth, stop me -- for making a ruling that those students

22   should be allowed to vote in Prairieview only made it

23   worse and that that's bad.  I mean, that's amazing to me.

24   I would think that that's a local problem but that the man

25   on the state level made a great ruling and a very positive
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031376

285

 1    ruling for you.

 2         A.  I'm not so -- I'm not saying that his ruling is

 3    what made it bad.  I'm saying he barely lifted a finger.

 4         Q.  That's a stunning comment to me.

 5         A.  If you went and looked at that gym at 54 years

 6    old -- if you went and saw the gym and you say, "Well, how

 7    can attorney general sit back when the county says we

 8    violated their civil rights?"

 9         Q.  Who deals with that is the Department of Justice.

10         A.  -- ongoing criminal investigation.

11              CHAIRMAN SMITH:  At this point, gentlemen,

12    I'm just going to indicate on the record that the time

13    allotted for questions has expired and my general

14    impression was the extent to which we go beyond this will

15    be the extent to which we go past midnight, but I will

16    allow questions of Mr. Raymond after Mr. Bonnen if that's

17    what people desire.

18         Q.  (By Representative Bonnen) Let me just, again,

19    back up, to Mr. Bledsoe, who I believe is a significant

20    leader in the NAACP said that all General Abbott.  I mean,

21    I'm just -- I think there may be some confusion about what

22    his powers are and what the abilities that his office

23    provides him, but we've probably exhausted it at this

24    point.

25              CHAIRMAN SMITH:  Any other members of the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031377

1      committee before I go to non-committee members?  I'm going

2      to exercise my discretion to allow a few questions of

3      non-committee members.  Representative Raymond, we're not

4      going to announce when the time is up and ask the members

5      to -- it is up and ask the members to please, please --

6      I'm not going to prevent additional questions, but I am

7      going to ask people to take into consideration the fact

8      that we're going to be here very late if after we get to

9      that point they don't take that into consideration.

10     Representative Raymond?

11         Q.   (By Representative Raymond) I won't be very long,

12     Mr. Chairman.  With all respect to my friend, Mr. Bonnen,

13     my point of view is a little different.

14              Mr. Abbott -- I've sat here in many

15     meetings with Mr. Abbott and seen him do everything he

16     could to suppress and violate the voting rights of the

17     minorities in the state before when we dealt with

18     redistricting.  So, I've seen it up close and personal.

19     And as far as, you know, saying he was your friend and

20     trying to help you, you know, when something cuts off five

21     fingers here and leaves -- cuts off three and leaves you

22     two, well, they're being a friend to the two fingers if

23     you cut off the other eight first.  I think that's what

24     we've got with Mr. Abbott.  By the way, Mr. Hill was a

25     Republican a lot longer than he was a Democrat.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031378

287

1          Are you familiar with -- excuse me?  In any

2    event, Judge, are you familiar with -- you've heard a

3    little bit probably about the Indiana case?

4          A.  Yes.

5          Q.  Well, did you know that the federal appellate

6    judge who upheld the Indiana photo ID law said -- this

7    contradicts a little bit whatever you expert cited, Mr.

8    Chairman -- and I quote, "No doubt most people who don't

9    have photo IDs are low on the economic ladder and, thus,

10   if they do vote are more likely to vote for Democratic

11   than Republican candidates.  Thus, the new law injures the

12   Democratic party by compelling the party to devote

13   resources to getting to the polls those of its supporters

14   who would otherwise be discouraged by the new law of

15   bothering to vote."

16          Do you know if the federal judge -- I mean,

17   that's pretty interesting to me that a federal judge would

18   put that in writing in terms of who this law hurts.

19          Are you aware that the AARP, the League of

20   Women Voters, common Cause, NAACP, Lulac and others have

21   testified in opposition to voter ID?

22          A.  A little bit familiar.

23          Q.  You're familiar that they opposed it?  Do you

24   think all these groups are opposing it because they are --

25   and then that the people who were pushing for this because



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031379

288

1        they want help minorities and folks on the lower end of
2        the economic scale?
3            A.   I believe they do.
4            Q.   You think they want to help them?
5            A.   Yes, I do.
6            Q.   You think they are going to help them with this?
7            A.   No, I'm talking about those who are opposing this
8        bill, particularly those who are helping minority groups
9        and people on lower income.
10           Q.   So, if they are opposing it, do you think maybe
11       they are doing it because they are convinced as this
12       federal judge from up North --
13           A.   Absolutely.
14           Q.   -- was convinced that it would affect minorities,
15       lower income?
16           A.   Absolutely.
17           Q.   All right.  Let me just ask you because it's very
18       frustrating for me and the chairman is my friend and we've
19       worked on things together and I appreciate him giving me a
20       chance as a non-member of this committee to ask a couple
21       of questions, but I told the chairman the other day that
22       believe it or not my two grandmothers, they didn't have
23       photo IDs.  When I told him, he was surprised to know
24       that, I guess, my two grandmothers wouldn't have photo ID.
25       They are both Hispanic, they both live out in a rural



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031380

289

1    community, and that was a fact.  And the fact is there are

2    a lot of folks in Laredo, which is not a rural community

3    that I represent now, a lot of people in the rural

4    community that I used to represent -- I represented seven

5    rural counties, 25 little towns, that would be adversely

6    affected by this kind of law.

7            So, I, you know -- and I want to -- I'm

8    listening to Mr. Bonnen going on about -- I guess he wants

9    you to say that Mr. Abbott is our champion of minorities,

10   but, you know, with all respect, it's hard -- it's hard

11   for us to ever accept that because we know better in the

12   actions that he has taken in the past.

13           You know, what do you think is going on?

14   What is your perspective about why they are pushing this

15   voter ID bill so hard?

16       A.  I'm just a lay person, but my thing is I know in

17   Waller County that any time they are throwing a softball

18   like this, they are going to use it and they're going to

19   choke -- choke the students at Prairieview.  And I suspect

20   that it happens in rural counties even more so, people who

21   don't have the means and wherewithal to get media

22   attention and other things.  But they are going to

23   election workers who come in very temporary, volunteer

24   workers or 7-dollar an hour workers to come in and

25   actually determine that this -- this bill that came to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031381

290

1  this particular address, which really means nothing, and

2  give them the discretion.  And the more discretion that is

3  given to these poll workers, the more partisan it's going

4  to be.

5      Q.  So, you think that maybe -- and I've mentioned

6  this to the chairman, but maybe they can put into this

7  bill that if there were provisions that said if you are an

8  election judge and you prevent somebody from voting, you

9  know, it ought to be a felony.  Let's protect the voter

10  because voters get turned -- I'll tell you what.  What we

11  have seen is that voters get turned away a lot more and

12  the law is broken in that way a lot more than somebody

13  going in impersonating you or me or Mr. Bonnen or the

14  chairman and trying to say, "Oh, I'm James Bonnen and I

15  want to vote here."  You know, that's -- what we have seen

16  is that doesn't happen, but what does happen is --

17  everywhere -- is that you have election judges that turn

18  people away.

19          Do you think it would be a good idea if

20  they were so committed to making this a better system that

21  they would put something in there that says if you turn

22  somebody away and we prove that, it's a felony?

23      A.  Absolutely.  When we filed the affidavit and

24  complaint for criminal charges -- seeking criminal charges

25  against Waller County officials, the county commissioner's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031382

291

1      court went into closed session, abolished the elections

2      office rather than fire the three young ladies who were

3      working in the elections office.  Those people were -- the

4      office was abolished, they got severance pay, and all we

5      know is that they went into closed session and something

6      occurred so bad regarding those 1,000 voter registration

7      applications that they saw fit to abolish the elections

8      office.  And you combine that with the county saying, "We

9      admit that we disenfranchised students" with three people

10     who were let go of their jobs and will all the resources

11     of Texas Attorney General, they couldn't find a single

12     criminal offense?

13         Q.   What's going to happen if this passes and Waller

14     County and the other 253 counties -- I just want to get

15     your opinion based on your experience -- you can go to

16     vote and they look at your ID and say, "No, that looks --

17     you don't look like this picture and you can't vote"?

18     What does this bill do to that judge that said, "No, you

19     can't vote because you don't look like that picture"?

20         A.   Right.  It gives them the discretion to -- one,

21     it proves his case -- I can only speak to that.  It gives

22     them the discretion to say, "Get over in this line, vote

23     provisional, and then you back this line up.  And, of

24     course, Prairieview students and college students don't

25     have the right to miss class.  They can't go back to the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031383

292

1    teacher and say, "Well, I was voting," like an employee

2    can do and going back to his employer saying, "I was

3    voting."  They can call it a five or six hour wait like

4    they typically try to do, cause a five- or six-hour wait.

5        Q.  I'm sure that won't discourage voters.

6        A.  It will discourage voters, and we have a problem

7    because we know that hundreds of students turn away when

8    they know they have to go to a job, they've got to catch a

9    ride with somebody to go to a job, they have to go back to

10   class, they have to go eat because they're on a meal plan

11   that they've already paid.

12            So, when we see them all going away, then

13   people come back and say, "Well, who was disenfranchised

14   because of the long lines and the fact they only had one

15   voting machine and they didn't have the resources?"  Well,

16   we can't really prove it because all we saw was them

17   walking away.  I believe that the purpose of this bill

18   will be to discourage those people from staying at the

19   polls and even going to the polls to begin with.

20       Q.  The last thing I want to ask you about, you told

21   Mr. Bonnen -- you were talking about -- who was it that

22   resigned because -- for health reasons or whatever?

23       A.  Oliver Kingsley.

24       Q.  And who was -- remind me of who --

25       A.  He was the criminal district attorney in 2004 who



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031384

293

1     threatened criminal prosecution for attempting to register

2     and vote in Waller County.

3          Q.  Okay.  So, the penalty was you just deny it, and

4     it'll be okay.  We'll let you walk away.  That's the

5     system that's set up now.

6          A.  No criminal charges ever in Waller County.

7          Q.  But he resigned and walked away.  So, he's okay.

8     Do you know what it reminds me of?  It reminds me of when

9     Haliburton was first found out that they were cheating for

10    millions of dollars, charging for gasoline that they

11    weren't selling and President Bush had a press conference

12    and said, "Let me tell you something.  If I find out this

13    is true, they're going to have to give every bit of that

14    money back."  I'm thinking, "Man, it it's one of my guys

15    from south Texas" -- you know, you go steal a thousand

16    dollars from the federal government, you're going to

17    prison.  It's a different standard.

18          A.  That's right.

19          Q.  I appreciate you being here, and I want to ask

20    you -- you may not want to stick around much longer

21    because, with all respect, I've heard him ask you about a

22    hundred times -- he wants you to think Greg Abbott is

23    great and it's like he's trying to twist you up and I

24    expect him to say (inaudible) how much bubbles are in it?

25                    REPRESENTATIVE BONNEN:  With all due



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031385

294

```
 1        respect, I'm simply trying to get some facts on the
 2        record.  I know that bothers you at times.
 3                  REPRESENTATIVE RAYMOND:  What you're trying
 4        to do is you're trying to defend something (inaudible.
 5              (Simultaneous conversation)
 6                  REPRESENTATIVE BONNEN:  Mr. Raymond, I'm
 7        simply quoting from Mr. Bledsoe on March 11 of 2009 --
 8                  REPRESENTATIVE RAYMOND:  -- out of context.
 9                  REPRESENTATIVE BONNEN:  We'll let you
10        know -- all Frank Attorney General Abbott.  That's what I
11        was reading, Mr. Raymond.
12                  REPRESENTATIVE RAYMOND:  Thank you for
13        cutting off eight fingers and leaving three.
14                  REPRESENTATIVE BONNEN:  We're actually
15        having a pretty civil discussion.
16                  REPRESENTATIVE RAYMOND:  Let me tell you
17        where I get worked up.  This is a systematic effort to try
18        to disenfranchise blacks and browns and people who are
19        poor.  If this was an effort to disenfranchise, you know,
20        white folks that weren't poor and that tended to vote
21        Republican, you'd be raising hell, too.
22                  REPRESENTATIVE BONNEN:  I've seen the
23        numbers from the State of Indiana and the State of
24        Georgia.
25                  CHAIRMAN SMITH:  Let me interrupt,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031386

295

1          gentlemen, please.  Please, please.  The --

2                    SPEAKER:  Mr. Chairman, I wanted to ask him

3          a couple questions.

4                    CHAIRMAN SMITH:  Okay.  First of all, I

5          would just like to make a quick and civilized comment, if

6          possible.  Not that these weren't civilized, but I want to

7          maintain decorum -- the proper decorum at this hearing if

8          we possibly can on both sides.

9                    The -- I want to emphasize that I agree,

10         first of all, with your concerns about the Senate bill in

11         terms of part-time workers making decisions about whether

12         you look enough like your picture to be able to cast a

13         vote, okay?  I agree with that.

14                    I want to emphasize, however, that the

15         photo identification requirements that are currently in

16         law do not change at all in this legislation.  So, to the

17         extent that your granddaddy didn't have a photo ID,

18         there's no change in current law with regard to photo

19         identification in this legislation.  All that's being

20         changed is the provisions regarding non-photo

21         identification to require two forms rather than one.

22                    You currently have the right to vote with a

23         photo identification, and then this law you'll still have

24         the right to vote with a photo identification.  The only

25         change is with regard to non-photo identification.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031387

296

1       insofar as Chief Justice Stephen -- I don't know if that's

2       where the quote that Representative Raymond was referring

3       to came from, but he is one of the more liberal of

4       justices on the Supreme Court who wrote the majority

5       opinion.

6                   SPEAKER:  Mr. Chairman, just so you'll

7       know, it was a federal judge from Indiana who upheld the

8       opinion.

9                   CHAIRMAN SMITH:  District court or Court of

10      Appeals?

11                  SPEAKER:  Court of appeals.  But it was a

12      judge that upheld the opinion.

13                  CHAIRMAN SMITH:  Justice Stephens who wrote

14      the majority opinion on the Supreme Court indicated in his

15      words on Page 15 that the inconvenience -- he was talking

16      about Indiana, which requires a photo ID, not Texas, which

17      the Senate bill would not.

18                  He said, relating to the bill that did

19      require a photo ID, "The inconvenience of making a trip to

20      the Bureau of Motor Vehicles, gathering the required

21      documents, and posing for a photograph surely does not

22      qualify as a substantial burden on the right to vote or

23      even represent a significant increase over the usual

24      burdens of voting."

25                  If that is one of the liberal justice's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031388

297

1          opinions with regard to the Indiana law which does require

2          a photo identification, I presume that that opinion is

3          even more so with regard to a Texas law that simply alters

4          the requirements for casting a non- -- for providing

5          non-photo identification.

6                    That's all the Senate bill would do.  And

7          so, a lot of the rhetoric and so forth about a law that is

8          not even before us is really academic.

9                    Yes, representative?

10                   SPEAKER:  While we're on Abbott, I wanted

11         to ask you a couple questions.

12         Q.   (By Speaker) What type of -- because there were

13         allegations that there was students there, there were

14         citizens there, African-American citizens that were denied

15         their suffrage, denied their right to vote.

16                   What sort of evidence or what sort of

17         refunds and resources did the state attorney general's

18         office to come into Waller County to help that situation?

19         A.   One, they gave us no resources.  In fact, even

20         with the information I had to FedEx them I had to pay for

21         it out of my pocket and they were trying to investigate --

22         they sent on two or three different occasions criminal

23         investigators down.  I constantly made suggestions that if

24         you-all will just come set up in the MSC, the student

25         center, you could come set up and then you could just pull



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

298

1    people over and say, "Were you denied the right to vote?

2    Were you turned away?"  I told them that they could run an

3    ad in the newspaper and ask the question "Were you turned

4    away?" because it's very difficult to find seven or 800

5    students who were denied the right to vote.

6                They didn't advertise.  They didn't set up

7    any tables.  They didn't do any phone calls, to my

8    knowledge.  Maybe they did from the offices, but I don't

9    know.  We had copies of all of the applications that were

10   turned in.  And so, they had the ability to -- to vote for

11   all those applications.  We turned over seven or 800

12   applications in that were never processed.  And for five

13   months later not processed until the day that I was

14   walking with copies of these applications that would

15   appear in the Houston Chronicle and then the very next day

16   county officials admitted that they, in fact, did have

17   those applications.

18                In fact, when I asked the attorney's

19   general's office where were the applications found, they

20   were found in the district attorney's office.  They were

21   found in the district attorney's office and still no

22   prosecution, no nothing.

23   Q.  So, you had numerous African-American students --

24   predominantly African-American students because

25   Prairieview is a campus that is predominantly black?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031390

299

1        A.  Right.

2        Q.  So, you had allegations from a wide -- a large

3    number of people that attended school at Prairieview

4    University that lived in Waller County.

5             Now, are you aware that over the last

6    several years that the attorney general was investigating

7    people for mail and ballot fraud?  Are you aware that most

8    of those allegations of mail and ballot fraud was usually

9    just, you know, from what we can see, like one person

10   making an allegation at times?  Are you aware that most of

11   the people, with the exception of one -- everybody that

12   was accused of it and everybody that was investigated was

13   minority, either black or brown?

14       A.  Absolutely.  In fact, the representative here was

15   asking me about that.  I didn't know about what was going

16   on in Fort Worth and the federal case that took place in

17   March until I got a call from the AG's office asking if I

18   could do Greg Abbott a favor, and that favor was they

19   wanted me to provide testimony on -- about what Greg

20   Abbott had done for the students at Prairieview.

21             And it was then that I got involved and was

22   able to go and say, "Hold up.  I didn't know all of that

23   was going on.  Now I see what I was being used for,"

24   because they wanted me to provide some character testimony

25   at a case up in Marshall when I didn't know what was going



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031391

300

1    on and I refused to provide that testimony.  And so, now,

2    as I said, I understand how I was trying to be played.  I

3    understand that now.

4         Q.  How were you being played?  I'm confused.

5         A.  Because they thought that because of their

6    holding up a bond temporarily, they thought because of

7    their intervening and sending a couple of investigators

8    out that I would be beholden to them and provide testimony

9    about what a great job he had done for us.

10        Q.  What authority did the attorney general's office

11   beyond sending investigators?

12        A.  I don't know.  I'm not --

13        Q.  Did the Department of Justice, who has the

14   significant amount of authority and dollars and ability to

15   investigate this, did they file or find any criminal

16   actions?

17        A.  There were no criminal --

18        Q.  And in my county -- let me just clarify, too,

19   that in my county that no one found any criminal

20   allegations.  These were just allegations that were made

21   by one person.  Let me finish my line of questions, and

22   I'll be more than happy to let you jump back in.  But

23   these were allegations that were made and they were

24   investigated -- investigators were sent out, people were

25   questioned because I know that these folks in my district



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031392

301

1    felt like they were violated.  They felt like that -- I

2    know one lady who is still not (inaudible) the day because

3    it was such a traumatic experience for her that, you know,

4    they were never the same after this and they felt like

5    their -- their reputation in the community had been

6    tarnished.

7             So, I'm asking you in Waller County did the

8    attorney general go after the citizens that were

9    discriminated against and make those other folks on the

10   other side of town feel like they made folks on my side of

11   town?

12        A.  I'm glad you asked the question.  The first level

13   of criminal complaints of AG's office -- the AG's office

14   came around, they sealed the offices -- they assured me

15   the office was sealed -- and put tape on the door.  They

16   sealed the office.  And then five months later, even

17   though they had come in and got copies of everything and

18   said that they couldn't find anything -- five months after

19   they sealed the office and investigated, the copies were

20   found in the very building that had been sealed by the

21   attorney general's office and those girls had already

22   resigned and everything was -- nobody faced any criminal

23   charges and there didn't seem to be any real criminal

24   prosecution or effort to prosecute those who later

25   admitted they had, in fact, disenfranchised those



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031393

302

1    students.

2         Q.  Now, let me ask you a question --

3              CHAIRMAN SMITH:  I'm going to give you a

4    chance.  I just want to make sure you understand that we

5    have seven witnesses left and two of them are with the

6    NAACP.  One of them is with AARP.  These people are going

7    to be very late if we don't try to -- we're 20 minutes

8    over.  I'll take that into consideration.

9         Q.  (By Speaker) I promise I only have one more

10   question because I think this is important because you

11   understand and the students that you have worked with

12   understand -- we're not talking about something that

13   happened in 1950 or '60 something that today people are so

14   dismissive of.

15        A.  That's right.

16        Q.  The students that you represent know what it's

17   like to be discriminated today.

18        A.  Absolutely.

19        Q.  So, out of everything that you heard -- and I'm

20   talking about people that are for this legislation, people

21   that are for voter ID bill.

22              Have you heard anything in any of the

23   testimony or any of the comments that have been made by

24   anyone that would indicate to you that these folks are as

25   concerned about the voting rights of African-Americans or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031394

303

1    black students as they are concerned about the integrity

2    of the ballot box?

3        A.  Absolutely not, and that's one reason I'm here

4    because I can't imagine that so many people are concerned

5    about tainted elections.  Tainted elections that knew

6    anything about what was going on in Waller County -- and

7    it didn't just happen in Waller County.  But if you can

8    see where $49.1 million went to a white town and $230,000

9    went to a black town to air condition a gymnasium that we

10   had been trying to get air conditioning for 54 years, and

11   that was a tainted election.  Everything that we alleged

12   proved true.  We couldn't get any criminal prosecution,

13   but everything we alleged came true.  But now we're left

14   paying a tab to put infrastructure in somebody else's

15   playground.  We haven't got the support but for

16   African-American legislation -- not even our own

17   legislation, but African-American legislatures were the

18   only ones who had come to our defense.  And this tainted

19   election -- a tainted election, the very county that drug

20   the State of Texas into this pre-clearance requirement,

21   the very county, the whole county that made Texas spend

22   millions of dollars in pre-clearance is still running

23   rolls and we haven't got anybody concerned about tainted

24   elections to come to our defense but for the legislative

25   black population.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031395

304

1          CHAIRMAN SMITH:  Any other questions,

2     members?  Thank you, Mr. Charleston.  Appreciate you being

3     here today.

4                    (David Mulhausen)

5          CHAIRMAN SMITH:  At this time, the chair

6     calls David Mulhausen, who is the senior policy analyst

7     with the Heritage Foundation and, for the record, I will

8     identify you as being a fairly conservative (inaudible).

9     I want to be an equal opportunity accuser in terms of

10    ideological bent.

11               You're here to testify in favor of Senate

12    Bill 362; is that correct?

13          MR. MULHAUSEN:  Yes, it is.

14          CHAIRMAN SMITH:  Please state your name

15    again and who you represent.

16          MR. MULHAUSEN:  My name is David Mulhausen.

17    I am a senior policy analyst in the Center for (inaudible)

18    the Heritage Foundation.  I thank Chairman Smith and the

19    rest of the committee for the opportunity to testify

20    today.  The views expressed in this testimony are my own

21    and should not be construed as representing any official

22    position of the Heritage Foundation.

23               Last year, the United States Supreme

24    Court's Crawford versus Marion decision ruled that on its

25    face Indiana's photo ID law did not pose an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031396

305

 1      unconstitutional burden on voters.  Associate Justice John

 2      Paul Stephens concluded that a state may put into effect

 3      even-handed restrictions to protect the integrity and the

 4      reliability of the electoral process itself.

 5              For those without a government-issued photo

 6      ID, Justice Stephens noted that the Indiana Bureau of

 7      Motor Vehicles provided free photo identification cards.

 8      For those that need to obtain the free photo ID, Justice

 9      Stephens commented that the inconvenience of making a trip

10      to the Indiana Bureau of Motor Vehicles, gathering the

11      required documents, and posing for a photograph certainly

12      do not qualify as a substantial burden on the right to

13      vote or even represent a significant increase over the

14      usual hassles of voting.

15              In Texas many voters are already required

16      to present photo identification at the polls.  The Help

17      America Vote Act passed by United States Congress in 2002

18      requires all first-time voters who register to vote by

19      mail provide a valid photo identification or other

20      documentation at the polls.

21              For those voting without identification,

22      the Help the America Vote Act requires the states to set

23      provisional balance.

24              I would say that there are several social

25      science studies that indicate voter ID laws do not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031397

1    disenfranchise voters.  The Heritage Foundation office

2    study I co-author with my colleague analyzed the effect of

3    photo identification laws on voter turnout during the 2004

4    election.

5            Our study found that these laws do not have

6    a negative impact as previously suggested.  Once

7    statistically significant and negative relationships are

8    found, the effects are so small that there's little policy

9    significance.  For example, Foundation -- the Heritage

10   Foundation office found that white surveyed respondents in

11   photo ID states are two one-thousandths of a percent less

12   likely to report voting than white respondents of states

13   that only require voters to state their name.

14           African-American respondents in non-photo

15   ID states are one one-hundredth of a percent less likely

16   to report voting than African-American respondents from

17   states that only require voters to state their name.  In

18   other cases, no effect was found.

19           In general, respondents of all races in

20   photo ID states and non-photo ID states are just as likely

21   to report voting compared to respondents in states that

22   only require voters to state their name.  African-American

23   respondents in photo ID states are just as likely to

24   report voting similar to respondents in states that only

25   require voters to state their name.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031398

307

1          The findings of the Heritage analysis

2     suggests that voter ID laws, such as requiring photo

3     identification have virtually no suppressive effect on

4     voter turnout.

5          Additional research strongly suggests that

6     photo ID laws do not suppress voter turnout.  Using

7     Indiana County level data from 2002 to 2006, Professor

8     Jeffrey Miller at the University of Missouri performed a

9     rigorous analysis of the impact of Indiana's photo ID law.

10    Professor Miller analyzed the changes in voter turnout in

11    Indiana counties before and after implementation of the

12    state's photo ID law.  Overall, the statewide turnout

13    increased by 2 percentage points.  The law had no effect

14    on turnaround in counties with higher concentrations of

15    minorities, poor, hourly, or less educated.  Furthermore,

16    turnout increased in counties with greater percentage of

17    Democrats than other counties.

18          A 2009 study by Professor Jason Mikoff of

19    the University of Delaware and his colleagues used

20    state-level individual data to analyze national voter

21    turnout in four elections from 2000, 2006.  This study is

22    rigorous because they examined the effect of photo ID laws

23    on voter turnout over four elections.  Their study

24    controls for the political interests such as

25    self-importing enthusiasm from participating in a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031399

308

```
 1    political process.  Political interest is considered one
 2    of the best predictors of voter turnout.  As the
 3    controller for motivation to participate in the electoral
 4    process, Mikoff and his colleagues assert that there's
 5    little reason to believe that voter ID laws would induce a
 6    person's desire to vote.  Their study found that photo
 7    identification laws do not effect turnout.
 8             Americans in general support photo ID laws
 9    for good reason.  First, there's little evidence to
10    suggest that these policies disenfranchised voters.
11    Second, voter ID laws are a common-sense policy to help
12    ensure the integrity of elections.
13             CHAIRMAN SMITH:  Let me start your clock.
14        Q.  (By Chairman Smith) You mentioned -- I want to
15    get my hands a little bit around -- I have so many
16    documents behind me, I have had trouble identifying the
17    report that I'm looking for.
18             In terms of the report studies that are out
19    there and the attempt to look at this issue and the extent
20    to which these laws have affected turnouts, it's my
21    understanding -- we've got your study, which I'm getting a
22    bottom line conclusion is concluding that there's no
23    effect on voter turnout; is that right?
24        A.  Right.
25        Q.  We've got this University of Delaware and
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031400

309

1       University of Nebraska professor's study that was in

2       Political Science Magazine?

3            A.   The Mikoff study.

4            Q.   That's an indication that there's no effect?

5       That's their conclusion, correct?

6            A.   Yes.

7            Q.   And then we've got a Missouri study.  And did

8       they not, in fact, determine that they thought it had a

9       positive impact on turnout?

10           A.   Well, basically what the state found basically

11      that percentage of votes actually increased, but also

12      found that the law had no effect even though the raw

13      number suggests that voter turnout increased by 2 percent.

14           Q.   So, they found the law itself had no effect?

15           A.   Yes.

16           Q.   And so, there is a study out there on the other

17      side of this issue that indicates a 2 point

18      something percent adverse effect in turnout.

19                    What study is that?

20           A.   I'm not sure off the hand.  I know that there's

21      been a study that compares states that use very weak

22      statistical techniques that I would not consider a very

23      rigorous study.

24           Q.   What study was that?

25           A.   I believe it's a study that compared Indiana to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031401

310

1       another state that had Professor Brennan's --

2           Q.  Was that the Brennan Department or --

3           A.  I can't remember offhand.

4           Q.  So, I'm trying desperately to find out in that

5       study what they were comparing, what to what?

6           A.  What they were controlling for, too.  That's very

7       important, too.

8               CHAIRMAN SMITH:  Okay.  Any questions,

9       members, of this witness?  Representative Anchia.

10          Q.  (By Representative Anchia) Mr. Mulhausen, thank

11      you for being here today.  Was your study peer reviewed?

12          A.  It actually didn't go through a journal process.

13      My study was basically a -- a response to a study that was

14      funded by the federal government that on its face used

15      questionable methods, and I just go through in my study

16      and just show that --

17          Q.  Is that the Eagleton study?

18          A.  The Eagleton study.  I just to show that

19      basically they have a lot of coding errors, mistakes in

20      classification of laws.  If you account for those errors,

21      the effect that they found disappears.

22          Q.  And the Eagleton study did conclude -- I think

23      you say this in your -- include this in your written

24      testimony.  This is Professor Timothy Versalotti found

25      that more stringent voter identification requirements



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031402

311

1    appear to reduce voter turnout.  That was the conclusion?

2         A.  That was the conclusion, but when you corrected

3    the further mistakes, those findings disappear.

4         Q.  And are you aware -- are you familiar with the

5    Erickson and Midnight study entitled Modeling Programs in

6    Voter ID:  Voter Turnout Debate?

7         A.  I actually haven't read that study.

8         Q.  Okay.  Well, they conclude that we should be wary

9    of claims on both sides of the controversy because of the

10   limitations of the modeling that are used, and I think

11   Mr. Leavitt alluded to that from the Brennan Center.

12              Did you hear his testimony?

13        A.  Yes.

14        Q.  And would you agree with that, that they are

15   inherent limitations to proving -- using turnout year over

16   either and in -- turnout from before the implementation of

17   voter ID and after, that it would be very difficult to

18   prove one situation or another?

19        A.  Well, I think that it wouldn't be too difficult

20   to prove.  I think the Mikoff study is probably, in my

21   opinion, the best study out there because they controlled

22   for the political motivation of the voter.

23        Q.  How did they do that?

24        A.  Basically they have a survey of voters and the

25   voters are asked how strongly you are engaged into the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031403

312

1          total process -- not very likely, moderately, and very.

2               Q.  Was it statistically significant?

3               A.  Yes.  And once you control for that, you'll find

4          that some of the previous -- my own study doesn't control

5          for the motivation of the voter simply because it's based

6          on current population survey which doesn't ask the voter

7          or the respondent what their motivations are.

8               Q.  So, you did you calculate -- were your results

9          statistically significant or were your -- was your survey

10         statistically significant?

11              A.  Some of my results are statistically significant.

12              Q.  What about others?  Were all of them

13         statistically significant?

14              A.  Well, it depends -- found had statistically

15         significant finding, but after you correct it for the

16         misclassification of Arizona, the results disappear.  And

17         so, it was no longer statistically significant.  So, you

18         can get statistically significant with a bad model.

19              Q.  Are you aware of any evidence at all that voters

20         are more likely to vote because of new voter ID laws?

21              A.  I am not aware of any evidence that consistently

22         points in that direction.  What I would say is --

23              Q.  Can you cite any work that points in that

24         direction?

25              A.  Well, the Miller study of Indiana, Jeffrey



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031404

313

1    Miller, he indicates that --

2         Q.  Was that peer reviewed?

3         A.  I do not know.

4         Q.  Okay.  Have you studied any instances of -- let's

5    back up.

6              Have you read this bill, the Frazier bill?

7         A.  I'm not expert in the bill.

8         Q.  Have you read the bill analysis, the summary to

9    the bill?

10        A.  No.  I've read the summary to the bill.

11        Q.  But you haven't read the bill itself?  And you

12   wouldn't be able to tell us, based on your Heritage Center

13   report, how it might impact voters in Texas?

14        A.  What I would suggest is probably the overwhelming

15   majority of Texans already have appropriate form of

16   identification.

17        Q.  What percentage?

18        A.  Don't know.  I would be very interested -- wish

19   somebody would actually find that out because I would bet

20   it's a very high percentage.  And second, I would say that

21   people who are engaged in the voting process are going to

22   go out and get photo ID if necessary.

23        Q.  Would it be relevant to your conclusion that

24   about 810,000 Texans who are eligible and registered

25   voters when they registered to vote did not furnish either



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031405

314

1     the last four digits of their Social Security number or a

2     Texas driver's license?

3          A.  Well, I think that under this court of law

4     there's already enough outs where you can actually vote

5     without presenting a photo ID.

6          Q.  And how many -- and what are those outs?

7          A.  I believe if you have two letters from the

8     government, official letters, that they can be used and

9     there's some other -- I don't have the whole list.

10                   REPRESENTATIVE ANCHIA:  Okay.  Okay.  Thank

11    you for your time.

12         Q.  (By Chairman Smith) Just for the record, I want

13    to state I have been given a copy and it looks like it is

14    the Eagleton Institute of Politics at the State University

15    of New Jersey and the Morenz College of Law at the Ohio

16    State University that has issued this report, and I just

17    want to indicate for the record that their finding on

18    Page 28 is that "Voters and states that required photo

19    identification were 2.7 percent less likely to vote than

20    voters in states where individuals had to give their

21    names."

22                   So, that you would agree would indicate to

23    me what they were doing when they made the comparison was

24    comparing -- I think Vermont is like that, where you just

25    walk in, you give them the name, if you're on voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031406

315

1   registration, you vote -- to Indiana, which has a

2   requirement that you provide a photo ID and if you do not,

3   the only way your vote counts is if a justice approves it

4   within 10 days.

5       A.  They looked at all 50 states.  They classified

6   each state by their voting laws, and they found that --

7   again, I replicate the findings in their study.  They

8   found that, for instance, after you corrected for

9   Arizona -- in 2004, Arizona had a ballot to require a

10  photo ID.  And so, what they do is before the law was

11  actually passed and after you correct for that mistake,

12  the findings disappear so that --

13      Q.  I understand that you don't agree with the

14  conclusion.  I'm just trying to determine what this study,

15  which as far as I know is the only study that I have seen

16  that indicates that there's an adverse effect on turnout.

17  So, I'm trying to determine for the record what their

18  assertion or allegation is.

19          In reading this sentence, it sounds like to

20  me they are comparing states that require photo

21  identification to states where individuals had to give

22  their names.  So, what they are doing is comparing an

23  Indiana-like law to a Vermont-like law.  Is that correct?

24      A.  Yes.

25      Q.  And their conclusion was that even where you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031407

1    compare the most extreme possibilities from one end of the

2    spectrum to the other, there's a 2.7 percent reduction in

3    turnout.  Right?

4        A.  Yes.

5        Q.  Other studies have indicated no effect?

6        A.  Yes.

7        Q.  But even if this were accepted as truth, it would

8    not be any kind of an indication of the effect of a change

9    in Texas where we do not change the photo identification

10   requirement that is in place already.  It's not a

11   requirement.  It's an option -- and we simply change the

12   non-photo requirement to require if you use that form of

13   identification that you back your voter registration up

14   with some sort of additional non-photo documentation.

15   There's nothing in place that would suggest or infer that

16   that in any way is going to suppress any kind of turnout.

17              Do you agree with that?

18       A.  I agree with you totally.

19              CHAIRMAN SMITH:  Any other questions?  Dr.

20   Allen?

21       Q.  (By Alma Allen) In your study you use the term

22   "state your name."  Do you simply mean walk up and say,

23   "I'm Alma Allen," and they said okay?

24       A.  Yes.  In some states -- I voted in Maryland where

25   I said, My name is David Mulhausen," and they look in the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031408

317

1    roll and they find a David Mulhausen and say, "Okay.  You

2    can vote."

3                 CHAIRMAN SMITH:  That's the way Texas was

4    until the late Nineties.

5                 ALMA ALLEN:  Great.  The late Nineties?

6    Okay.  1990?

7                 CHAIRMAN SMITH:  No, late Nineties.

8                 ALMA ALLEN:  I didn't know that.

9                 CHAIRMAN SMITH:  You may not have ever

10   tried to do that.

11                ALMA ALLEN:  No, because I always had

12   something else.  Since 1964, I couldn't walk up.  Until

13   then, I had to do something.

14                CHAIRMAN SMITH:  I don't know how far back

15   that goes, but my understanding is the requirement to

16   provide identification did not come into play until the

17   1990s.

18                Any other members of the committee that

19   wish to ask some questions before I give Representative

20   Raymond the opportunity to?

21        Q.   (By Representative Raymond) First, I just want to

22   ask you, Mr. Mulhausen, looking at your testimony, at the

23   top it's a letterhead from the Heritage Foundation but

24   then, you know, the second sentence says, "The views I

25   express in this testimony are my own and should not be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031409

318

```
 1      construed as representing any official position of the
 2      Heritage Foundation."
 3                     So, is it the Heritage Foundation's
 4      position or not?
 5           A.  It's my position, and basically it's standard
 6      practice for Heritage Foundation where they are
 7      testifying --
 8           Q.  Is this the position of the Heritage Foundation
 9      or not?
10           A.  This is the position of David Mulhausen.
11           Q.  Why would you use this -- it's a little
12      misleading.  Would you agree it's a little misleading?
13           A.  Well, this is actually how it's done.
14           Q.  I'm really -- I want to ask because this is a
15      well-known foundation.  And so, you know, is this the
16      position of the foundation or not?
17           A.  It is the position of David Mulhausen.
18           Q.  Okay.
19           A.  An employee of the Heritage Foundation.
20           Q.  But not the foundation?
21           A.  Not necessarily the foundation.
22           Q.  You don't believe that that's misleading?
23           A.  No.  I'm here --
24           Q.  Well, I'm sorry, but I think it is.  But
25      nonetheless, it's not the position of the Heritage
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031410

319

```
 1        Foundation.  You're based in D.C.?
 2             A.  Yes, we are.
 3             Q.  Flew down there?
 4             A.  Yes, I did.
 5             Q.  Who pays for your expenses to come down here?
 6             A.  It depends.  Sometimes the Heritage Foundation,
 7        sometimes not.  In this case, somebody else did.
 8             Q.  You're not telling us who?
 9             A.  Safe Texas.
10             Q.  Say again?
11             A.  Safe Texas.
12             Q.  Safe Texas?
13             A.  Safe Texas.
14             Q.  I'm sorry.  Who is Safe Texas?
15             A.  It's an organization concerned about photo ID
16        issues in the state.
17             Q.  Where are they based?
18             A.  I think you should ask Safe Texas.
19             Q.  Well, I'm asking you because that's who you're
20        representing.
21             A.  I'm representing myself.  I think you're making a
22        big deal out of nothing here.
23             Q.  I'm sure you're right, you think we're making a
24        big deal out of nothing.  This is a big deal for us
25        because what we feel -- a lot of us feel, and I guess
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031411

1    we're -- you know, you're all right or we're all wrong,

2    that every minority who is involved in trying to make sure

3    the minorities have voting rights feel like this is an

4    effort to suppress voting rights.  So, it is a big deal to

5    us.  I'll move on.

6            The -- is it your feeling -- you came all

7    the way down here, but is it your feeling that the voting

8    system in Texas right now is not good or it needs to be

9    made better?

10       A.  Well, I think in general -- I think most states

11   should adopt --

12       Q.  I'm talking about Texas.

13       A.  I think most states, including Texas, should

14   adopt --

15       Q.  Do you feel that our election system right now is

16   being corrupted or not efficient or it allows people to

17   cheat or --

18       A.  I think there are reasonable steps to help ensure

19   the integrity of the process that could be adopted.

20       Q.  Is it your feeling that there is something wrong

21   with Texas now or not?

22       A.  I think the voting system could be improved in

23   Texas.

24       Q.  So, you think that there are problems with the

25   voting system in Texas?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031412

321

1          A.   I think a lot of states have problems.

2          Q.   I'm trying to ask you a reasonable question.

3          A.   Sure.  I'm trying to answer.

4          Q.   Well -- so, do you think that Texas has problems?

5          A.   I think Texas can improve its electoral process.

6     There are some problems in Texas.

7          Q.   And you're aware that we've had a Republican

8     governor in this state since 1994.  Right?

9          A.   Right.

10         Q.   So, from '94 to now we've had a Republican

11    governor, a Republican state senator.  From 2002 until

12    today, the majority of the state House is Republicans.

13              So, you think we have problems in our

14    voting system and we're electing all these Republicans, is

15    it your view that if we pass this it's going to be better

16    and that --

17         A.   Well, I'm -- to be honest with you, I don't

18    really care who you elect as long as you elect somebody

19    and a system that has -- that has held to certain

20    standards to make sure that it's a valid election.

21         Q.   You have a bunch of examples of where people in

22    Texas have tried to impersonate voters?

23         A.   I think there's some other people here who can

24    testify to that better who are coming after me.

25         Q.   Well, you came here, so I was trying to ascertain



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031413

322

1    what got you on the airplane.

2         A.   What got me on an airplane is that I've studied

3    the effect of voter ID laws, and that's where my expertise

4    lies.   There appears to be no effect from photo ID laws on

5    voter turnout.

6         Q.   You mentioned here the Rasmussen report on Page 2

7    of your paper.   Right?

8         A.   Uh-huh.

9         Q.   And it says that, quote, on here 57 percent of

10   Americans favor ID laws.   9 percent of white, 15 percent

11   of African Americans, and you don't mention Hispanics, but

12   is it your contention that there would be that great

13   disparity from 9 to 58 percent in terms of that there are

14   a lot more Anglos that support it as opposed to a lot more

15   African-Americans who obviously don't?

16        A.   Well, I mean, the odds --

17        Q.   Does it matter to you or not?

18        A.   Well, what matters to me is that it looks like

19   the majority of Americans in this poll support the law.

20   I'm not somebody who obsesses about racial differences or

21   ethnicity among people.   I don't spend my whole time

22   obsessed with that.   You are who you are, and I accept you

23   for that.

24        Q.   So, you wouldn't take notice of the fact that a

25   lot more African-Americans are concerned about this than



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031414

323

1      Anglo Americans?

2          A.  Well, I think the fact -- I think certain

3      segments of the population could be better educated on the

4      effect of these laws.

5          Q.  Really?

6          A.  Yeah.

7          Q.  So, you think African-Americans aren't educated

8      enough?

9          A.  Well, I read some literature of some

10     organizations and -- comparing the -- required to show

11     identification supports some form of identification to a

12     poll tax and I think that's a very unfair comparison.  It

13     doesn't hold much merit.

14         Q.  Really?

15         A.  Yes.

16         Q.  So, you've lived a life amongst the folks who --

17     and you can't imagine folks that would actually think it

18     would be cumbersome or costly or hard to go get a voter

19     ID?

20         A.  Actually, I think Justice Stephens wrote is that

21     once every six years to go get a free photo ID.

22         Q.  Justice Stephens, is he African-American?

23         A.  No, but --

24         Q.  Is he Hispanic?

25         A.  No, he's not.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031415

324

1          Q.  Answer my question, then you can -- is he

2     African-American or Hispanic?  Yes or no?

3          A.  He looks to be white American.

4          Q.  And how old is he, more or less?

5          A.  He's quite elderly.

6          Q.  And he's lived in Washington, D.C. how long?

7          A.  Since -- probably a good portion of his life.

8          Q.  Right, a good portion of his life.  And how much

9     experience do you think he has had in his life -- in the

10    last 50 years of his life of understanding our community

11    and what would be too hard or too easy?  (Inaudible) who

12    didn't have a photo ID, it would be easy for them to go

13    get it.  From his point of view and his vantage point -- I

14    don't care if he's liberal.  He's a white, rich guy

15    sitting up on the Supreme Court for the last 45 years,

16    however many years it's been, and he has no clue about

17    what's hard or what's easy for folks in the communities we

18    represent.

19          A.  I can't delve into his mind, but my perspective

20    is that I consider all human beings to have enough

21    capacity to not just -- if there's a law passed that says

22    you need to have certain forms of identification, I don't

23    think for some reason that minorities are going to be

24    unable to fill that obligation.  I just --

25          (Simultaneous conversation).


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031416

325

1          A.  I think it's a disrespectful sort of view of

2     minorities to think that they are incapable of --

3          Q.  I'm saying would it be more difficult?  Can you

4     fathom how that might be more difficult?

5          A.  How much more difficult?  How much more difficult

6     it is to go and -- go to Department of Public Safety and

7     get a free voter ID card?

8          Q.  Right, you can't.  Have you represented five

9     rural towns -- 25 rural towns in south Texas like I did?

10         A.  No.

11         Q.  You grew up in a town of 1500 with 99 percent

12    Hispanics like I did?

13         A.  No.

14         Q.  Then you can't -- you can't understand.

15              CHAIRMAN SMITH:  Any other questions?

16         Q.  (By Speaker) You mentioned something just a

17    second ago about fair and reasonable steps as it relates

18    to the photo ID voter integrity.

19              I don't remember exactly how you phrased

20    it, but do you remember making that comment?

21         A.  I was supporting Justice Stephens.

22         Q.  About the fair and reasonable steps.  Can you

23    tell me that the organization or the individual -- because

24    you said you treat everybody equally and that you believe

25    that everybody is the same and we're all created equal.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031417

326

1           Can you come up (inaudible) idea on how

2    people that don't have ID and they go vote on election day

3    at 6:55 p.m. and they don't have any ID, how they are

4    likely to vote and be protected?

5        A.  Well, first of all, any voter ID law should not

6    take effect immediately.  There must be some period where

7    the voting public can be educated.  We must assume that

8    all voters will be able to easily understand their

9    obligations and take the time over the course of a year or

10   two -- or in this case, this bill, four years -- to go get

11   the appropriate identification.

12           Now, if you didn't have appropriate ID,

13   there's still alternative forms of documentation that can

14   be brought.  So, I think that any reasonable person should

15   be able to -- given enough time be able to get the

16   appropriate documentation together because at some point

17   you have to go out and register to vote.  At some point

18   you have to go find out where you're supposed to go vote,

19   and then you've got to go vote.

20       Q.  There's a large stigma of the population that's

21   already been noted by several people that may not have

22   access to that or may not carry that on them or because of

23   various, you know, ways they get around, transportation,

24   you know, may not have that readily available and they may

25   go and vote and -- which is not unusual in the district



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031418

327

1        that I represent.  And, you know, by your answer you're

2        telling me that, you know, that you haven't gave as much

3        thought and consideration to reasonable measures that can

4        be taken that those people vote and that's what's missing

5        here today and everybody for this deal, that they are

6        looking at one side of the equation but they could care

7        less.  Everyone else is invisible.  Everyone else is an

8        invisible man and it doesn't matter what happens with

9        those folks.

10            A.  Appears that you're asking -- you have a

11       hypothetical person who decides at 10 minutes before the

12       polls are going to close that, "Oh, I'm going to go vote."

13       I mean, you would presume that the person would

14       have registered in advance to vote.

15                Are you assuming the person did or didn't

16       register to vote in the first place?

17            Q.  (By Alma Allen) -- that you need to go get a

18       driver's license.  How much does a driver's license cost?

19            A.  I never said you had to get a driver's license.

20            Q.  ID.

21            A.  One of the things is this bill would provide a

22       free ID and, if you don't get that free ID, there's other

23       materials that you can -- you can get to get your access

24       to vote.  So, I don't understand -- there's so many outs

25       in this bill as it's currently written that it's really



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006061

TX_00031419

328

1    not even a photo ID law.

2        Q.  Okay.  What about senior citizens who live in a

3    house with -- they don't drive, but they live in a house

4    with their children so the light bill doesn't come to them

5    in their name?  I don't know we would get an ID for them.

6        A.  They may have a Social Security card.  They may

7    have other documentation that they can use.  I know that

8    the list of acceptable documents is not a brief list.

9        Q.  Okay.  So, if we were looking at the number of

10   people who needed to at this moment -- the law came into

11   effect at this moment, then the number of people who would

12   have to do something extra to be in a position to vote,

13   then usually I ask in meetings, "Do you have two forms of

14   ID right now and you can vote," and I find very few people

15   able to do that.  But the research shows that 25 percent

16   of blacks don't have the proper ID, 25 percent right this

17   minute, to go and vote.  Of course I'm supposing if you

18   put another hurdle out there, we would probably jump it,

19   too.  It would be a little hard.  We always have to jump

20   it.  16 percent of the Hispanics don't have an ID compared

21   to 8 percent of whites.

22                It's going to impact everybody.  So -- and

23   18 percent of senior citizens don't have an ID right now.

24   So, any money you would spend -- think about it.

25       A.  I think the Supreme Court actually sort of took



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031420

329

1    that up and basically said that there are reasonable

2    expectations for a voter to exercise some responsibility

3    in ensuring a fair -- an election that has integrity

4    behind it is not a poll tax.  I mean, it's -- I think

5    that's rhetoric that's stopped moving the debate forward.

6         Q.  Are you talking about the 1964 --

7         A.  No, I'm talking about the recent Supreme Court's

8    decision on photo ID laws.

9         Q.  Oh, okay.  I didn't think you were talking about

10   the poll tax.

11        A.  My understanding, poll taxes are illegal.

12        Q.  Not in the State of Texas.  We haven't done that

13   yet.  Every state has to ratify the Constitution of -- the

14   24th Amendment of the Constitution of the United States

15   which abolished poll tax.  The state of Texas has not done

16   that yet.  Neither has Mississippi, Florida, Alabama, and

17   a couple of other states.  So, we're kind of behind the

18   eight ball already.

19        A.  So, there's a poll tax in Texas right now?

20        Q.  Officially on the books.  It may come up if you

21   wanted to use it.  If it's on the books, you can use it.

22        A.  You made your point.

23             ALMA ALLEN:  Thank you.

24             CHAIRMAN SMITH:  Any other questions,

25   members?  Mr. Mulhausen, I don't hear any.  Thank you very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031421

1     much.

2                    MR. MULHAUSEN:  Thank you.

3                    CHAIRMAN SMITH:  Thanks for coming down.

4                    MR. MULHAUSEN:  Appreciate it.

5                    CHAIRMAN SMITH:  At this time, the chair

6     will call Jenigh Garrett, representing the NAACP Legal

7     Defense and Educational Fund to testify against Senate

8     Bill 362.

9                    SPEAKER:  Mr. Chairman, as she comes up, I

10    though you might make a clarification on the witness

11    affirmation form for the preceding witness, but he said

12    that he was not representing the Heritage Foundation that,

13    in fact, a company called Safe Texas was paying his way

14    here and that's who he's representing.

15                   Are you familiar with Safe Texas?

16                   CHAIRMAN SMITH:  Yeah.  No, I don't think

17    he said he's representing Safe Texas.  It's certainly not

18    my understanding he's representing Safe Texas.

19                   SPEAKER:  They paid him to come here.

20                   CHAIRMAN SMITH:  Transportation.

21                   SPEAKER:  Oh, that doesn't count?

22                   CHAIRMAN SMITH:  I don't think that means

23    he's representing them.

24                   SPEAKER:  Okay.

25                   CHAIRMAN SMITH:  All right.  How are you?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

331

1       Why don't you go ahead, Ms. Garrett, and state your name

2       and who you represent on the record?

3                    JENIGH GARRETT:   Jenigh Garrett.   I'm

4       assistant counsel of the NAACP Legal Defense and

5       Educational Fund.   It's my pleasure to be here.   I thought

6       it was this afternoon, but that's fine.

7                    (Inaudible) has been a pioneer in the

8       efforts to secure minority voter rights in the United

9       States, particularly those of African-Americans over many

10      decades.   Part of the efforts are involved in nearly all

11      of the precedents in litigation.   Voting rights, including

12      cases abolishing white primaries, creating and/or

13      defending the first majority African-American

14      Congressional and state legislative (inaudible) in several

15      states and eliminating various black voter participation

16      in office holdings.   (Inaudible) has also worked across

17      the country and in Texas to educate voters, election

18      officials, and poll workers about the importance of

19      developing state election processes that empower voters

20      and ensure that all eligible voters have an opportunity to

21      exercise their vote though our voter education, Prepare to

22      Vote, and our work in the National Election Protection

23      Program.

24                    I'm pleased to offer testimony today

25      regarding SB 362, the legislative (inaudible) current



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031423

332

1     identification procedures by requiring certain forms of

2     identification on election day, including photo

3     identification.

4              My testimony today will address how photo

5     identification laws work against the goals of achieving a

6     more inclusive democracy.  In our experience, photo

7     identification laws restrict access to the political

8     process and discourage political participation.

9              Just to begin -- our democracy requires

10    electoral processes that encourage the participation of

11    all citizens and I think it's important that this body, as

12    it was doing today, carefully evaluate the impact that a

13    voting law will have on the entire electorate and the

14    impact that the law will have on minority voters in

15    particular.

16             Unfortunately, LDM has determined that

17    photo identification requirements undermine the 14th and

18    15th Amendments to the Constitution and the Voting Rights

19    Act.  Photo identification requirements place onerous

20    burdens on racial minorities because they are marginalized

21    voters.

22             While the adoption of a photo

23    identification requirement might pose no significant

24    threat to the most mobile and affluent among the Texas

25    citizens, in the state the most marginalized population



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031424

333

```
 1        remain at the forefront of the legislature's analysis, and
 2        I take two cases to really point this out that I found.
 3                    One was in a different context.  Justice
 4        Marshall on the Supreme Court discussing in a different
 5        context about saving money, (inaudible) that a weekly
 6        savings of less than $2 -- $2 even a burden.  But no one
 7        who has had close contact with the poor people can fail to
 8        understand how close to the margin of survival many of
 9        them are.
10                    A study found, for example, may destroy
11        whatever savings that they have accumulated and by
12        eliminating that sense of security may destroy the sense
13        to save in the future.  A pack or two of cigarettes may be
14        for them not able to purchase but a luxury indulged in
15        only rarely.  The poor almost never go to see a movie,
16        which the majority seems to believe is almost weekly
17        activity.  They have more important things to do with what
18        little money they have, like attempting to provide some
19        comfort for a gravely ill child -- and the quote goes on.
20        (Inaudible) the Missouri Supreme Court took that principle
21        and looked at it in the context of photo ID (inaudible)
22        who move beneath the poverty line, the $15 they must pay
23        in order to obtain a birth certificate and vote, that's
24        $15 that they must subtract from the meager ability to
25        feed, shelter and clothe their family.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031425

334

1          So, you have to look at that economic

2     burden in the context of race.  And in 2005 Hurricane

3     Katrina in its aftermath demonstrated that rising poverty

4     can distort reality from many of our nation's most

5     marginalized citizens.  Even there in the context of life

6     and death, (inaudible) were without cars.  They were

7     without ATM cards.  Many did not have a driver's license.

8     All of those instances (inaudible) remain part of our

9     democracy.

10          My testimony -- my written testimony goes

11     on to talk about depressed voter participation.  I would

12     like to go on and just talk about our on-the-ground

13     observations since 2000 and in 2008 and particularly in

14     Indiana.

15          Most recently we observed the application

16     of the Indiana photo identification requirement during the

17     2008 primary and general election.  LDF attorneys were on

18     the ground to monitor the election, to determine to the

19     extent to which African-Americans in Gary, Indianapolis

20     and surrounding communities in Lake and Marion Counties

21     were adversely impacted by the identification requirement.

22     LDF noted -- encountered difficulty casting ballots as a

23     result of Indiana's photo identification law.  LDF

24     attorneys were informed by poll workers that voters who

25     did not submit qualifying identification were not always



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031426

335

1       informed of their right to cast a provisional ballot.

2       Instead, some of those voters were turned away.

3                   Our observations demonstrated that

4       provisional ballots, although designed to protect voters

5       in such situations did not provide an adequate safeguard.

6       In light of the reality that provisional ballots are not

7       always immediately available and even if poll workers

8       uniformly offer provisional ballots to voters who lack

9       valid government-issued identification, the extra step

10      required to count the ballot is a trip to the county seat

11      within 10 days of the election proved excessively

12      burdensome for many of the poor voters.  For example, if a

13      voter without photo ID cast a provisional ballot in Gary,

14      they would have to travel to the county seat in Crown

15      Point in order to make sure that their ballot counted.

16      And when we went there, we learned that often these

17      ballots went uncounted.

18                  I know there were questions about how many

19      were counted.  It's my understanding that at least in Lake

20      County they are segregated so they know which ones are

21      photo ID ballots and which ones are other types of

22      provisional ballots.  I'm not quite sure why the Secretary

23      of State wasn't able to get all that information and then

24      comply with the requirements to report it.

25                  So, what this shows is that the provisional



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031427

336

1       ballot option does not guarantee the rights of otherwise

2       eligible voters who are simply unable to satisfy the photo

3       identification requirement at the outset.  And although

4       the Texas proposal does not require that additional trip

5       in order to make the ballot count, the exceptionally high

6       rate of rejected provisional ballots in Texas illustrates

7       that provisional ballots will not neutralize the burden of

8       photo identification requirements.

9                   Based on our experiences, we really think

10      it's important for the legislature to really consider some

11      specific things about how any type of photo identification

12      law will impact voters along racial lines.  We have a few

13      examples of data that's very informative in that regard --

14      the number of facilities, the distance between facilities

15      where individuals can obtain free identification for

16      voting purposes in minority communities as compared to

17      non-minority communities, the number of minority voters

18      without acceptable photo identification, the number of

19      minority voters with driver's licenses as compared to the

20      number without, the number of minority voters who are

21      transient and/or homeless and are less likely to have

22      photo identification or photo identification that matches

23      their voter registration address, the impact of the

24      requirement that voters present two forms of non-photo

25      identification on minority student voters at Texas



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031428

337

1       universities, the impact of the requirement that voters

2       bring two forms of non-photo identification on the elderly

3       citizens in nursing homes, and the current levels of

4       rejected provisional ballots and the grounds for the

5       rejection in minority precincts in particular.

6                  Voting is a fundamental right because it is

7       the basis of all other rights.  It appears that a number

8       of states, including Texas, are now considering moving to

9       adopt laws that would effectively restrict or deny access

10      to the ballot box, and I would just like to say that the

11      course -- explicitly left open the possibility of future

12      challenges that demonstrate how identification laws burden

13      the rights of voters.  Accordingly, Texas call for it as a

14      blanket endorsement of the photo identification.

15                 Thank you.  I'm open for any questions that

16      you may have.

17          Q.   (By Representative Bonnen) Are they issued

18      most of the photo identification cards at the

19      universities?

20          A.   Which universities are you talking about?  In

21      Texas?

22          Q.   In Texas.  Do you know the extent to which that

23      occurs at state universities?  If I go to University of

24      Texas, do I get a photo identification?

25          A.   I do not know those specifics.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031429

338

 1      Q.  Prairieview University had a gentleman earlier

 2   testifying about Prairieview University or any other

 3   predominantly minority institutions, is there anything to

 4   prevent -- to the extent that there is any college who

 5   currently does not already have a photo identification for

 6   their students, do you know of anything that would prevent

 7   them from providing that?

 8      A.  Not to my knowledge, but I would like to talk

 9   about our experience on the ground in Indiana.  A

10   particular called us during the early voting period, an

11   African-American student attending a state university and

12   when she appeared to early vote, she was presenting her

13   state university ID and her driver's license and she was

14   there (inaudible), but it was her second, and she was told

15   that that was not adequate in order to vote, that she

16   would have to go and get a state ID from the Indiana DMV

17   down in Indiana and she was told by a white voter from New

18   Hampshire that all she had to do -- because the white lady

19   was explaining that she went down and she picked up her ID

20   by just turning in her New Hampshire ID.  And went she

21   went down to the DMV, she was told that she would have --

22   she could get a driver's license, but she would have to

23   disqualify her Minnesota license, re-take and pass a

24   written driver's license test, provide proof of living on

25   campus, bring her original birth certificate and Social



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031430

339

1     Security card and surrender her Minnesota license.

2              She wrote the instructions down and she

3     called her mother and asked her mother to help her get her

4     original copy of her birth certificate.  They couldn't

5     FedEx it there in enough time because the early voting

6     closed on the weekend, couldn't get the FedEx delivery in

7     enough time for her to get down to the DMV to get the ID

8     that she needed so that she could actually cast her vote

9     on that day.  The reason why the state ID wasn't counted

10    was because it didn't have an expiration date on it

11    because the state made a decision not to do that.  So,

12    there's still students definitely impacted (inaudible).

13        Q.  And I can't -- I can't -- I don't know the list

14    of documents that are acceptable in Indiana as

15    photographic documents -- I probably have some evidence

16    somewhere back here in the file -- but in the Senate bill

17    it does indicate that any valid identification card that

18    contains the person's photograph and is issued by an

19    agency, institution, or political subdivision of Texas is

20    certainly a valid ID.  Along with, of course, any such

21    document issued by an agency that's an extension of

22    federal government.

23              So, I guess that raises a question with

24    regard to private universities, and I don't know if that's

25    otherwise addressed in here or not.  But certainly with



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031431

340

1   regard to public universities, it seems clear that to the

2   extent -- and I'm getting head shakes from the audience

3   that would seem to indicate that at least as I asked the

4   University of Texas, that is already done and you don't

5   know if there is any university that does not already

6   provide a photo identification for their students?

7       A.  In the State of Texas?

8       Q.  You don't know?

9       A.  I do not know about Texas specifically, no.  I do

10  believe, however, there's someone who could testify.

11      Q.  I think that's -- I think that's a legitimate

12  point to be made to the extent that the students are --

13  you know, I suppose that's already an issue with regard to

14  the identification that's already required, but, you know,

15  if there is a significant problem I would really want to

16  know specifics in terms of the absence of photo

17  identification documents that are already available in

18  those universities rather than simply presuming the

19  problem.  I would like to see some indication that it

20  can't be corrected simply by the university issuing a

21  photo identification to their students.

22      A.  Well, I think there are additional issues in the

23  Senate bill that should give you pause with that

24  consideration in mind.  Particularly, it seems as if the

25  specifics as far as whether it is simply presentation of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031432

341

1      the ID or if it's looking at the ID or the signature or

2      looking at the ID and the address and expiration date, et

3      cetera, is not addressed.  Instead, the Secretary of State

4      will give training materials (inaudible) and so that the

5      election official will look at the -- have the discretion

6      to look at the non-photo identification and then make a

7      determination.

8                   That leads to the question of the election

9      official who will be presenting the two forms of non-photo

10     identification.  And again, some things may be resolved in

11     training materials.  However, that stuff is not in the

12     bill right now and these are the types of things that we

13     see actually misapplied, particularly in minority

14     precincts.  So, if you go to the polling place and when

15     they even present, let's say, in Indiana a photo ID

16     instead of -- they take the ID and they use it for a lot

17     of different things that they should not use it for and

18     they can't vote and unfortunately it's been used as a

19     mechanism to actually stop people from voting.

20         Q.  Well, to the extent that that has occurred, I

21     presume the question is to what extent does this

22     legislation advance the likelihood of that occurring

23     because, again, this legislation doesn't change existing

24     law with regard to photo identification.  It simply

25     changes the existing law with regard to non-photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031433

342

1     identification.  I can only imagine what things might

2     happen at the polls that you are concerned about, but I

3     presume that to the extent that that is possible it's

4     currently every bit as possible as it would be after this

5     legislation was passed.

6              Do you have any reason to doubt that?

7        A.   Well, I have -- I guess, respectfully, I do

8     disagree a little bit about what the law is actually doing

9     and I could be corrected, definitely.

10       Q.   Well, do you understand that current law gives

11    you the option of using a photo ID?

12       A.   It's my understanding that what is required under

13    the current law is your voter's registration certificate.

14       Q.   No.  You don't have to have a voter registration

15    certificate.  I never have a voter registration

16    certificate when I vote.

17       A.   Then I was going to go on to say and that if you

18    do not have a voter registration certificate, you can

19    provide a photo ID.  I think this law is different because

20    it creates two different classes of voters.  It creates

21    two different classes of voters.  It's saying, "Okay.

22    You're the photo ID voter.  Just go through."  And it's

23    saying, "Oh, you're the non-photo ID voter."  Now I'm

24    going to take your ID, and I'm going to -- we don't know.

25    Who knows?  I'm going to make a judgment and decision



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031434

343

1    based on what you're giving me, and I'm going to say

2    whether you can cast that vote.  I think that is my main

3    concern with this particular bill that is before us.

4        Q.  The only change is that you go through that

5    process with regard to two documents rather than one.

6        A.  It's not my understanding -- and again, I may be

7    corrected, but it's not my understanding that when you're

8    presenting your voter registration card it's subject to

9    some type of discretionary determination by the election

10   official.

11            SPEAKER:  Mr. Chairman, I think what she's

12   referring to, if I can shed some light on it, I think

13   you're missing the difference between current law which is

14   a presentment standard and the Frazier bill, which is an

15   identify standard.  And that's why it really does change

16   what current law is because the documents -- the language

17   in the Frazier bill says if your identity can be verified

18   from the proof presented, which is -- and if -- I'm just

19   offering this up for clarification purposes -- I think in

20   certainly my opinion potentially the opinion of the

21   witness, that's very subjective.

22       Q.  (By Chairman Smith) So, if the standard coming

23   out of the House was a presentment standard rather than an

24   identity standard, then that would comfort you?  In other

25   words, an objective black and white test, either have the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031435

344

1      document or you don't have it.  You don't have part-time

2      workers making decisions on whether or not you look enough

3      like your picture to cast a regular ballot.

4               Does that comfort you as described?

5      A.   I'm pausing on the word "comfort."

6      Q.   You don't like using it, do you?

7      A.   No.

8               CHAIRMAN SMITH:  Okay.  I won't make you.

9      Any other questions, members?

10              SPEAKER:  Yes, sir.  Thank you, Chairman.

11     Q.   (By Speaker) Ms. Smith -- I am so sorry.  I

12     imagine one of the things that gives you concern -- I

13     know.  I know.  I know -- let me ask it this way.

14              Does it give you concern that there's

15     language in the bill that says your identity must be

16     verified by the poll worker from the proof presented?

17              Does that give you concern?

18     A.   Yes.

19     Q.   And does it give you concern because there could

20     be address match problems for denying persons?  For

21     example, on your photo ID it says you lived in your old

22     apartment, but you are on the rolls at your new place.

23              Do you think that it gives people wiggle

24     room to deny somebody for that reason?

25     A.   I would agree with that.  I have a given concern



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031436

345

1   because different people are treated differently under

2   photo identification law.  Everyone is not treated equally

3   under photo identification law.  And whether it's the

4   address, whether it's the expiration date, whether it's

5   because as reported to us in Indiana a white voter enters

6   the polling place and they say, "Go ahead."  (Inaudible)

7   this is also reported, and the black voter and that the

8   poll worker reported it because she observed it.

9        Q.  Does it give you also concern that we had someone

10  testify about systematic disenfranchisement of African

11  Americans that continues presently in Waller County?  Does

12  that add to your concern?

13       A.  Not only -- yes, not only Waller County but that

14  discrimination persists throughout the State of Texas.

15  And I know it's uncomfortable, but it is true.

16            SPEAKER:  Thank you.

17       Q.  (By Chairman Smith) When you talk about not

18  having the right address or not having the right name, how

19  do I alleviate the concerns without eliminating

20  identification requirements of any kind?

21       A.  I think that the real focus should be, one, on

22  making sure that the process is open to everyone equally

23  in that if there are concerns about the name and about the

24  address, about transients, homeless folks, then ID may not

25  be the right solution if this is really looking to not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031437

346

1       give additional mechanism for racial discrimination in

2       jurisdictions and elections that are racially charged.

3       This is the reality of voting, unfortunately for me, a

4       minority citizen.  It may not be your experience

5       personally, but it is the experience of many minority

6       citizens.

7            Q.  I'm going to kiddingly object as nonresponsive.

8       I don't -- if you're expressing a concern that the voters

9       might not have the right address or might not have the

10      right name -- and again, I have difficulty understanding

11      how that concern can be dramatically different in this

12      proposal than under current law, but how do I eliminate

13      that concern without eliminating identification

14      requirements of any kind?

15           A.  For me, I would say that you can have an

16      affidavit requirement where a person can sign an affidavit

17      that they are who they say they are and vote a regular

18      ballot.

19                    CHAIRMAN SMITH:  All right.  Any other

20      questions?

21           Q.  (By Speaker) -- address the issue of the poor and

22      not wanting to place any -- anything on them that would

23      cause them to not be able to survive is what I'm thinking.

24      And I start thinking about the poorest among us who

25      would -- quite a few people without a bank account.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031438

347

1    Right?  They would -- most likely in Texas they would have

2    a Lone Star card.  That's our safety net for the poor to

3    provide them a means to exist.  I understand to get a Lone

4    Star card you have to prove your identity some way.  I'm

5    not sure about the process, about how you do that, but

6    they do have to prove their identity to qualify for a Lone

7    Star card.  And if you don't have a bank account, assuming

8    you get a check of some kind, either a government check or

9    a paycheck, in order to cash it don't you have to have

10   some kind of proof of ID in order to cash a check?

11       A.  Well, based on practical experiences, there are

12   people who co-sign their checks.  I don't quite know if

13   (inaudible) might not have ID and how they cash their

14   checks.

15       Q.  So, they find someone can prove their identity

16   and they co-sign, is that what you're saying?

17       A.  I'm not quite sure how it works place to place,

18   but I know that one process that may occur for the poor

19   for cashing a check is that they may sign their name and

20   then give it to someone else -- they have a bank account

21   or something -- and they sign their name under that first

22   name and then that person cashes the check.

23       Q.  I've just been trying to figure out -- prove

24   their identity in some way, and I feel like if we managed

25   to come up with a bill that we could support and we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031439

348

```
 1        provide free ID for people who don't have them, I think
 2        we're going to be doing them a huge favor because they
 3        will be able to move around in our society and do things
 4        that perhaps they haven't had access to before.  It's just
 5        something that's so needed for every one of our citizens.
 6             A.  I can say that if, you know, the State of Texas
 7        wanted to do a free ID, that's one thing.  But to link it
 8        to a fundamental right, (inaudible) sort of
 9        considerations.
10                 So, what it does is it says -- if I were to
11        agree with this idea that if everyone had ID it would help
12        but what it does is it says, "Well, if you don't have it,
13        now you can't exercise your fundamental right," and that's
14        the problem with the photo identification, it relates to
15        all other aspects of life or saying, "Well, DPS offices
16        and they can, you know, get free ID."  But the DPS
17        offices, their locations -- thinking about whether or not
18        people would have the access to exercise a fundamental
19        right and there was a reason why, you know, the Supreme
20        Court long ago said that voting is a fundamental right
21        such that if you can't exercise the right to vote then
22        you're not only taken out of participating in the jury
23        system and other aspects, but even in the laws that you're
24        governed under.  So, it needs to be as inclusive as
25        possible.
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031440

349

1          Q.   I agree it should be inclusive.  I just feel like

2     it's hard to get around the voter having some kind of

3     responsibility in this situation, taking on some

4     responsibility for proving your identity as far as, you

5     know, getting to the polls, for one thing.  They managed

6     to do that.  I just -- still it's not only a privilege,

7     but you do have some responsibility in exercising it.

8     Thanks.

9               JENIGH GARRETT:  Thank, you ma'am.  I do

10    agree that (inaudible).

11               CHAIRMAN SMITH:  Representative Heflin,

12    real quick.

13         Q.   (By Representative Heflin) Ms. Garrett, I have 16

14    counties and several of my counties, the DPS is only

15    open -- one of them for three hours a week and four of

16    them for, like, four hours a week and it's hit or miss

17    which day you get.  So, it's a difficult situation.

18         Q.   (By Chairman Smith) And let me just say, you

19    know, the reason why I'm not enchanted with the Indiana

20    law is because I agree with some of the concerns that

21    you're expressing.

22               What I have trouble with is applying those

23    concerns to the Senate bill, which does not require photo

24    identification.  I'm not really interested in -- is, you

25    know, how many people you know that -- that -- we all



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031441

350

```
 1       agree -- I don't know that we've determined the precise

 2       small percentage of people that do not have photo

 3       identification, and I think it's just unimaginable that

 4       anybody would argue -- and I don't think you have -- that

 5       to provide that small group of people with a photo

 6       identification would not -- aside from the election

 7       process -- would be of some general benefit to their

 8       ability to function in our society.  But the -- you know,

 9       what I'm interested in is what is the evidence about the

10       extent to which that small group of people who do not

11       already have photo identification also do not have in

12       addition to their voter registration card one of these

13       many documents, including Medicaid and Medicare cards,

14       envelopes from a governmental entity that are, you know,

15       et cetera.  That's -- that's really what would describe

16       the burden, if any, that this legislation would place on

17       our constituents, which is dramatically different than the

18       burden that is -- that is placed on constituents that do

19       not have photo identification documents in the State of

20       Indiana.  And I haven't heard a lot of evidence -- and

21       that's because I don't imagine that it exists -- that

22       there are a large number of Texans that do not have access

23       to one of these non-photo identification documents in

24       addition to their voter registration card among the very

25       tiny proportion of our constituents that do not have
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031442

351

1    already photo identification documents.

2            So, you know, appreciate the fact that I am

3    very sensitive to the policy concerns that you're raising

4    about the fact that every voter, even ones who do not have

5    a photo identification, have a right, a Constitutional

6    right to vote that is not to be deprived.  And even though

7    they are a minority, they are important and they have that

8    right and it's our job to make sure that there's nothing

9    that we do that places any unreasonable barrier in their

10   way, which is why I think the Senate adopted the version

11   of this legislation that it did.  There's some things I

12   hope we're going to be able to do on the House side to

13   make it even more sensitive to those concerns.  But, you

14   know, I just -- a lot of what we're hearing are legitimate

15   criticisms, in my opinion -- and some of my Republican

16   friends on the panel may not agree with me on that -- are

17   some legitimate criticisms of the law insofar as it

18   applies to Indiana, but it simply has no relationship or

19   bearing to what we're proposing here or what the Senate

20   has proposed here.  Representative Anchia?

21       Q.  (By Representative Anchia) Can I thank you again

22   for being here today?  Are you aware of the case of Bessie

23   Jenkins Foster from Tarrant County?

24       A.  No, sir.

25       Q.  This was recently reported in the Fort Worth Star



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

352

1      Telegram.  She's a 98-year-old African-American woman who

2      has tried three times to get an ID and all three times

3      she's been turned away from DPS offices in Tarrant County.

4      She was asked for a birth certificate.  She brought a copy

5      because the original was destroyed in a fire at the county

6      courthouse in Walker County.  She brought her expired

7      license -- she doesn't drive anymore at 98 years old --

8      and she brought her former photo military identification,

9      Social Security card, and other documents and was turned

10     away on three separate occasions from the Department of

11     Public Safety in Tarrant County.

12                 Two questions.  Does this surprise you?  Do

13     you believe this is an isolated case, and/or do you think

14     it happens regularly, especially for African-Americans?

15     A.   First, I would say that it does not surprise me.

16     This is a difficult burden for me to overcome, but

17     particularly African-Americans, given -- especially older

18     African-Americans, given the circumstances surrounding

19     their birth, often at home without birth certificates, et

20     cetera.  Also, even though African-Americans do have birth

21     certificates, they have typos on the spellings on their

22     birth certificates.  Let's say in Illinois, there was a

23     Julia Murray who was looking for her birth certificate.

24     She was about 80 something years old now, and at the time

25     she was looking for her birth certificate she spelled her


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006086

TX_00031444

353

```
 1      name M-U-R-R-A-Y her entire life but when she couldn't
 2      find her birth certificate, finally the person who was
 3      administrating the system there just happened to type it
 4      in with a different spelling and found out it was
 5      M-U-R-R-E-Y.
 6                  In addition to that, you have circumstances
 7      where African-Americans were not issued birth
 8      certificates.  Again, like I said, because of the
 9      hospitals and discrimination.  One problem, I think, with
10      photo ID laws is that it starts five years ago but the
11      history of our country doesn't start that close to today.
12                  CHAIRMAN SMITH:  Members of the committee,
13      are you through?
14                  SPEAKER:  I just want to make a quick
15      comment on what she was just saying.  My own family, if
16      you go past Betty Brown's neck of the woods and keep on
17      going down towards Marshall, Texas, where my dad's side of
18      the family is from before they migrated to Fort Worth, you
19      know, the people that are down there, well, I thought
20      you-all (inaudible) because of what you're saying.  Half
21      of my relatives spell their name differently, and it's
22      just -- what you're saying.  It's spelled differently
23      because a lot of those folks -- none of my folks from
24      Marshall were born in the hospital, I don't believe.  They
25      were all born in the woods.  So, that's the reality.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

354

1     That's what -- you know, I'm here to shed light on that

2     because I think it sort of gives -- some of the members of

3     the committee are like, "Well, why can't anybody do that?

4     I can do that.  Why can't they go and do it, too?"  It

5     gives them a glimpse into a different segment of society

6     that they probably haven't dealt with on a very personal

7     basis before.

8          Q.  (By Alma Allen) I have my birth certificate right

9     here.  Most people do not even recognize this as a birth

10    certificate, but my birth certificate was issued to Alma

11    Alabee Oliver.  My maiden name.  If I was to present that

12    today, I may or may not be able to vote.  My name is

13    spelled wrong, and it doesn't have Allen on here anywhere.

14    That might be a problem.  I'm just throwing that out there

15    as a problem.

16               CHAIRMAN SMITH:  This is sort of a question

17    that is currently faced by poll workers on a regular basis

18    and somebody else would have to come up, perhaps Ms. McGee

19    in the Secretary of State's office to answer questions

20    about how they deal with that question, but there's not

21    anything in this legislation that would alter that issue,

22    change that issue in any way, or alter a standard by which

23    those decisions are made in terms of --

24               SPEAKER:  Well, that's not true,

25    Mr. Chairman, because it's an identity requirement.  If



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031446

355

1    she provided that piece of ID along with another piece of

2    non-photo ID, you would give discretion to a poll worker

3    to say, "That's not you.  I can't verify your identity

4    from the proof presented."

5              CHAIRMAN SMITH:  How does that change the

6    current law?

7              SPEAKER:  Because it's a presentment

8    standard and not a --

9              CHAIRMAN SMITH:  You're talking about the

10   Senate bill?

11             SPEAKER:  Yes, the bill we're talking about

12   today.

13             ALMA ALLEN:  My voter registration has no

14   Oliver on it at all.  So, they would be matching this with

15   that.  I would like to say one other thing.  (Inaudible)

16   it might be a good idea when registering a voter that we

17   have voter registration with your picture on it.  Why

18   can't we have voter registration with a picture?

19             CHAIRMAN SMITH:  The challenge is that you

20   can currently register by mail.  You just have to fill out

21   the card.  I don't think you guys -- I don't think anybody

22   on this panel wants to alter the ability of a voter to

23   simply register by mail from home.  You wouldn't want to

24   do that, would you?  And -- and so, you know, that's the

25   challenge because they are not going anywhere to register.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031447

356

1     They are doing it from home.

2                  ALMA ALLEN:  You could grandfather, the

3     rest of us who have been registered 99 years.  Ongoing, we

4     could start with picture ID, change the format all

5     together.

6                  CHAIRMAN SMITH:  The challenge is how you

7     do that while still allowing people to register from their

8     own living room.

9                  ALMA ALLEN:  Now, if they can give you an

10    ID card --

11                 CHAIRMAN SMITH:  If we want to require

12    people to go to some particular location in order to

13    register to vote, then we could probably make a photograph

14    a part of that process, but I don't think you would want

15    me to do that, nor would she.

16                 ALMA ALLEN:  When I got my passport, I

17    didn't go anywhere.  I got my --

18                 CHAIRMAN SMITH:  Well, we could require

19    that as a part of the registration process, that you also

20    provide a photograph of yourself.

21                 ALMA ALLEN:  You could go on-line, you can

22    send your picture.  Somebody calls me and asks me for a

23    resume or a picture of myself, bang.

24                 CHAIRMAN SMITH:  Would you support that

25    requiring people to submit a picture of them self along



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031448

357

1    with their voter registration card?

2            JENIGH GARRETT:  Even for a passport

3    photograph, you have to pay for a passport photograph.

4            ALMA ALLEN:  That's an example of how it's

5    not that difficult to get a picture to wherever you want

6    to get a picture to.

7            JENIGH GARRETT:  I think that that's

8    something that I would need to analyze further.  My

9    initial reaction is no only because -- there's federal law

10   that governs the ability to register to vote in a lot of

11   different ways.

12           CHAIRMAN SMITH:  I just want to mention

13   that Representative Anchia brought up an article in the

14   Fort Worth Star Telegram and I remember having read it

15   and -- and, again, I think that article is an excellent

16   representation of the kinds of difficulties that can be

17   created by the Indiana voter registration, voter ID law,

18   but in the article itself which is trying to get this

19   identification document, it imitates that she submitted

20   her photo military identification, her Social Security

21   card, and other documents.

22           So, embedded within the article is proof

23   that this woman has the necessary documents in her

24   possession to vote under the Texas Senate bill.

25           SPEAKER:  Except that they were expired,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006091

TX_00031449

358

```
 1    Mr. Chairman.

 2                CHAIRMAN SMITH:  The Social Security card

 3    was expired?

 4                SPEAKER:  No, sir, but the photo ID was.

 5    It said she had to present two forms of non.

 6                CHAIRMAN SMITH:  The voter registration

 7    card and the Social Security card is certainly sufficient.

 8                SPEAKER:  The other point I think this

 9    article makes is that you need ID to get ID.  So, if she

10    just wanted to get photo ID so she would only have to

11    present one form of ID at the polls is what this -- what

12    this bill calls for as the standard, the main standard,

13    the it would have been very difficult for her to comply

14    with that before the election.  I think that's what this

15    case illustrates.

16                CHAIRMAN SMITH:  Right.

17                SPEAKER:  It takes ID to get ID.

18                CHAIRMAN SMITH:  If you want the ID that

19    lets you vote with one piece of ID, there are problems.

20    I'll grant you that in this instance apparently this woman

21    was having some difficulty getting a photo ID, but I'm

22    simply making the point which I think is important that it

23    also proves that she had the documentation that would

24    allow her to vote under the non-photo identification

25    alternative that was present from the Senate bill and will
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031450

359

1     presumably also be present in the House bill.

2                 SPEAKER:  And all she has to do is

3     hope that she has it with her when she goes to vote.

4                 CHAIRMAN SMITH:  What people do when they

5     understand what the requirements are, and that is comply

6     because of a document that are readily available in her

7     possession.  Representative Linda Harper-Brown?

8          Q.  (By Representative Harper-Brown) Thank you,

9     Mr. Chairman.  Ms. Garrett, thank you so much for being

10    here today.  I want to tell you that I have always been

11    impressed with the work the NAACP has done in trying to

12    help minorities understand the various laws and to work to

13    improve the standing of minorities in this state and in

14    the nation.  And I wanted to ask you:  When you work on

15    these issues, do you work on them in multiple states or

16    are you with the national group or do you work on election

17    laws in other states or are you just focusing or working

18    here in Texas?

19         A.  Just to clarify, I'm with the NAACP Legal Defense

20    and Education Fund the LDF.  So, we are a national

21    organization.  We work on voting right laws throughout the

22    country.

23         Q.  Okay.  Did you work on the Georgia law?

24         A.  The NAACP (inaudible) in Georgia.

25         Q.  When did it pass, or when did it go into effect?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031451

360

1      A.  I think it was 2005, but it was right around the

2   time when I started.  The litigation was ongoing when I

3   actually arrived.

4      Q.  We keep talking about Indiana.  So, you didn't

5   actually work in Georgia, then, on that issue or had just

6   started?

7      A.  I had just started so I kind of jumped in, but I

8   never physically participated in the litigation.

9      Q.  The -- I was looking back at their statistics and

10   in their statistics that are on the Secretary of State's

11   website, in 2000 67 percent of female blacks voted,

12   registered voters, and 57 percent of the males.  In 2004,

13   70 percent of the female blacks voted and 66 percent of

14   the males.  In 2008, though, after this was implemented --

15   and I notice on the NAACP had a majority had an

16   announcement.  In 2008, though, 80 percent of black

17   females voted and 71 percent of black males and that was

18   after the law was in effect and the Supreme Court ruling

19   had come down on this -- on this law.

20            And so, it looks like the numbers have

21   increased in the number of people that have voted even

22   with this ID law in place.  And what the news release says

23   here is that the president of the Georgia NAACP had said

24   that although he's not happy about it, once that the --

25   the ruling had come down from the U.S. Supreme Court on



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031452

361

1      voter ID that he would be -- that his group would get out

2      and work now to educate people on -- around the state on

3      how to understand the rules.

4                So, I just wondered if you knew, with you

5      being with the legal defense fund, but I just wondered if

6      the NAACP is going to do the same thing if this bill

7      passes here in the State of Texas.

8           A.   I would leave that to the state (inaudible)

9      testify today on that issue, but I would like to make two

10     points.

11               First, it's my understanding that -- again,

12     a clarification of what happens here in Texas -- that the

13     NAACP gives its participation percentages based on actual

14     turnout versus actually casting a ballot.  I think that's

15     a distinction that has to be considered because we heard a

16     lot today about provisional ballots, provisional ballot

17     rejection rates, provisional ballot for a variety of

18     reasons and it's unclear whether that was taken into

19     consideration with the president's statement there, but

20     it's just in case you have to clarify whether or whether

21     or not it was relying on that as (inaudible)

22     participation.  Also taking into account the particular

23     circumstances surrounding the 2008 election into

24     consideration.  And I just said at least -- although I

25     wasn't on the ground in Georgia, I was on the ground in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031453

362

1   Indiana -- the saturation not just from the state but from

2   the political parties in that particular election and that

3   an election is not just a general election, but it's a

4   school board election and it's the county clerk election.

5   I'm not sure what you-all have in Texas or not.  It goes

6   all the way down to these very, very local elections that

7   impact on a local level how people live.  So, I would want

8   to take all that into consideration.

9        Q.  Well, I believe that this was actually in May of

10   2008 when the president announced that, and I don't know

11   when they hold their other elections in Georgia, but I

12   believe from his press release talking about trying to

13   educate all the voters in the state for all elections.

14        A.  (Inaudible).

15             CHAIRMAN SMITH:  Members, we are three

16   minutes passed the 30-minute allotted time for the record.

17        Q.  (By Representative Bohac) I wanted to say,

18   Jenigh, that your testimony has been outstanding.

19        A.  Thank you.

20        Q.  I actually could listen to you all day.  You've

21   done a great job.

22        A.  Thank you.

23        Q.  I did hear something earlier that I was going to

24   try to get your take on, and it was from one of the

25   witnesses -- and this will be my only question for you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031454

363

1              One of the witnesses before referenced the

2      former Mayor of Atlanta, Andrew Young, and said that he

3      believed that photo ID could actually be used to elevate a

4      society and that a photo ID can be used as a positive

5      effort to help lift people in society.  And I wanted to

6      see your take -- that was kind of an interesting take on

7      this whole photo ID argument, and I wanted to try and get

8      your take on his opinion.

9         A.   First, I'm not sure what context -- I come from a

10     legal background, so I would probably have to look at the

11     context of that.  I think that we did talk a little bit

12     about how -- and I think Representative Brown raised the

13     issue of photo ID and what photo IDs could do for society

14     in general.  However, I connected it to the right to vote

15     is where that aspiration kind of runs afoul of the

16     Constitutional spirit.

17              CHAIRMAN SMITH:  Any other questions,

18     members?  Thank you very much, Ms. Garrett.

19              JENIGH GARRETT:  Thank you, Chairman.

20              CHAIRMAN SMITH:  At this time, the chair

21     calls Wesley Tailor.  He's the Director of Elections

22     Division, Georgia Secretary of State, testifying -- he's

23     neutral on the bill.  Again, for the record -- I apologize

24     for being redundant -- please state your name and who you

25     represent.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031455

364

1          WESLEY TAILOR:  Yes, sir.  I've had the

2     pleasure of listening to many people do it before.  My

3     name is Wesley Tailor, and I am the elections division

4     director for the Secretary of State of Georgia.

5          Thank you-all for allowing me to address

6     you today.  I'm basically going to just discuss Georgia's

7     experience with photo ID.  I became the elections director

8     for the State of Georgia in April of last year, thrown

9     into the fire, if you will, right before an election.  And

10    fortunately, before that I served as general counsel to

11    the Secretary of State since March of 2007.

12         So, I will be focusing my discussion on

13    Georgia's most recent experience with photo ID, although I

14    will say that Georgia has had over a decade of experience

15    with some form of voter ID, much like what Texas has now

16    and what Texas will have in the future.

17         We enacted our current photo ID legislation

18    in 2006.  Currently we you allow six forms of photo

19    identification to be used at the polls -- a driver's

20    license, which actually can be either expired or valid

21    driver's license, a U.S. passport, a government employee

22    photo ID, a valid federal or state government photo ID, a

23    military photo ID, or a travel photo ID.

24         I will tell you about the -- we've had

25    about 16 elections since the implementation of this law in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

365

1    August of 2007.  In Georgia we like to have elections, and

2    we've had many of them.  We've cast about 9 and a half

3    million ballots with the photo ID in place and my office

4    has received no complaints that anyone has been

5    disenfranchised or turned away from the polls because they

6    lacked a photo ID, and I think that's very telling based

7    on some of the discussions that have been had previously

8    today.

9              If a voter shows up at the polls, of

10   course, without a photo ID, they may cast a provisional

11   ballot and that will be counted if that individual shows

12   back up with a photo ID within two days following an

13   election.

14             In 2006 I heard some issues -- I'm trying

15   not to just talk about what everybody has talked about

16   previously.  In 2006, the DOJ, Department of Justice, did

17   pre-clear Georgia's photo ID law, much like it did in 1997

18   when the Department of Justice under then President Bill

19   Clinton pre-cleared Georgia's voter ID law which, as I

20   said, is very similar to Texas' current voter ID law and

21   the one being discussed here today.  Of course, the U.S.

22   Supreme Court has addressed all of the Constitutional

23   arguments in last year's Indiana case.

24             Georgia has had its own experience with

25   lawsuits over voter ID and photo ID.  I will tell you from



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031457

366

1        that experience I know there's been some discussion of who

2        hadn't had a photo ID or who might not have a photo ID

3        that they can use.  We have had some of the most prominent

4        lawyers in the State of Georgia bring lawsuits against the

5        state making those same arguments, and yet still we have

6        not seen one individual who can actually say that they

7        have been adversely impacted by this law or that they

8        would have an undue burden placed upon them.

9                We have -- I heard -- I'm going to address

10       a couple of the arguments very quickly.  The one that I've

11       heard is in-person voter fraud doesn't occur and it's not

12       an issue.  I will tell you that as an elections

13       administrator I take my responsibility with respect to

14       voting very seriously.  I agree with anybody who has said

15       and everybody who has said it here today that voting is

16       the fundamental right and the foundation of our country

17       and Republic, that it's the core -- and I believe all of

18       us here take that at face value, that voting is the core

19       right upon which all other rights are based.

20               So, with respect to whether somebody can

21       vote or whether somebody else's vote is cancelled out

22       because of voter fraud, those are equal in my mind as an

23       elections administrator and you must look at them equally

24       and address both to the extent that you possibly can to

25       make sure that one doesn't cancel out the other or prevent



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031458

367

1       somebody who otherwise is perfectly able to vote to be

2       able to cast their legitimate vote.

3                   When you say that voter fraud doesn't

4       occur, Georgia has had its unfortunate share of election

5       fraud in the past.  As you heard, the nature of in-person

6       voter fraud makes it very difficult to deter and detect,

7       which does require some proactive measures in dealing with

8       voter fraud.  We've enforced our voter laws since August

9       of 2007 following a three-day bench trial by a Jimmy

10      Carter appointee in federal district court in Georgia, and

11      one of the interesting things that Judge Murphy stated in

12      his order which allowed Georgia to implement its photo ID

13      laws in August is that in a previous order the court

14      speculated that the photo ID requirement probably was not

15      even rationally related to the asserted justification of

16      preventing voter fraud.  That speculation, however, is not

17      binding on the court and, frankly, proved to be

18      inaccurate, which I find -- having litigated cases

19      before -- fascinating to have a judge actually write that

20      in an order, that he was wrong early on.

21                  Argument 2 is that an undue burden is

22      placed on numerous voters.  As I've said, after four years

23      of lawsuits we haven't seen a single individual that has

24      come forward.  And, in fact, Judge Murphy again in an

25      order wrote, "Although plaintiffs claim to know people who



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031459

368

1      claim that they lack photo ID, plaintiffs have failed to

2      identify those individuals.  The failure to identify those

3      individuals is particularly acute in light of plaintiff's

4      contention that a large number of Georgia voters lack

5      acceptable photo ID."

6                  With respect to the facts and statistics, I

7      know you've heard or talked much about that.  Looking at

8      the 2008 general election, we had a 75 percent turnout for

9      active voters.  We have about 5.8 million registered

10     voters total in the State of Georgia, and we had

11     3.9 million votes cast and that was about 700,000 more

12     votes cast in the previous largest election we ever saw in

13     the State of Georgia.

14                 The interesting part about that is that

15     Georgia allows for no excuse in-person absentee voting,

16     allows for in-person voting on election day, and it allows

17     for no excuse voting by mail.  We saw 92 percent in the

18     general election choose to cast their vote in person.  So,

19     only 8 percent -- in fact, less than 8 percent chose to

20     vote by mail.  And that was true for the runoff, as well,

21     because we did have a runoff.  We received about 80,000

22     more new voter registration applications in 2008 as

23     compared to 2004 when we did not have photo ID in place.

24     In the presidential preference primary we also saw a

25     historic turnout of more than 1 million voters than we had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031460

1    ever had in a presidential preference primary before and

2    that, again, with photo ID in place.

3              With respect to minority, elderly, and

4    female voters which I have heard some people bringing up

5    those are the individuals who might be most affected by

6    voter ID or a photo ID requirement, if you compare 2004 to

7    2008, Georgia saw a -- with respect to Hispanic Latino

8    voters, we saw 140 percent increase in turnout in 2008 and

9    that was just compared to a population increase of about

10   71 percent during 2008.  African-American vote increased

11   by 42 percent.  The white vote increased by about

12   8 percent, and the 65 and older increased by about

13   24 percent all, again, with photo ID requirement in place.

14             One last thing that I will point out is

15   that I heard earlier that photo ID is described to favor

16   potentially one party over another.  In Georgia, the

17   voters did cast their votes in the presidential race for

18   Senator McCain.  However, our sitting incumbent, Senator

19   Wright, was forced into a runoff in a very close race with

20   his Democratic opponent very close behind.  So, we have

21   not seen that be an issue either.  I'll be happy to

22   address --

23        Q.   (By Chairman Smith) I just want to make sure.

24   You said your program was very similar to what they

25   propose in Texas.  Do you require a photo ID?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78748
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031461

370

1          A.  Yes, sir.  I was talking about our previous voter

2     ID that we've had in place since '97.

3          Q.  Currently you do require photo ID?

4          A.  We require photo ID.

5          Q.  If you don't have a photo ID, then you must cast

6     a provisional ballot?

7          A.  Yes, sir.

8          Q.  There's no alternative in your law for providing

9     non-photographic identification documents; is that

10    correct?

11         A.  That is correct.

12         Q.  Okay.  And you talked about the fact with all

13    these ballots cast there's no complaints.

14              Do you have any way to quantify on a

15    statewide level how many provisional ballots are being

16    cast and the process by which you determine whether those

17    votes count or do not count?

18         A.  Yes, sir, I can.  I can talk about the

19    presidential preference primary, and I can talk about the

20    general election, whatever you prefer.

21         Q.  Refer to both.

22         A.  Well, I can talk about both.  Let me start out

23    with the presidential preference primary.  We had about

24    7541 total provisional ballots cast.  Of those, 409 --

25         Q.  7500?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031462

371

1      A.  7500, yes, sir.  Of those, 409 were because the

2   individual lacked a photo ID.

3      Q.  Okay.

4      A.  That's about point 00019 percent of the total

5   votes cast in the presidential preference primary.

6      Q.  In the recent Obama elections?

7      A.  Yes, sir, in 2008.

8      Q.  And 7500 provisional ballots out of how many

9   total votes cast?

10      A.  We had 2.2 million.

11      Q.  What's the total population of the state?

12      A.  Over 9 million.

13      Q.  You said how many were provisional due to lack of

14   ID?

15      A.  409.

16      Q.  What was the result of those ballots?  Were any

17   of those counted?

18      A.  Yes, sir.  155 returned.

19      Q.  155 were not counted?

20      A.  No, were counted.

21      Q.  And what's the standard that you use to determine

22   which ones count?

23      A.  Well, you have to show back up with a valid ID

24   within two days following an election.

25      Q.  And then the rest were not counted because they



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031463

372

1    chose not to return?

2        A.  Correct.

3        Q.  So, by requiring people to show back up, you've

4    got something approaching approximately a third of those

5    counting?

6        A.  That's right.

7        Q.  You would agree with me that as Florida does it

8    where the vote counts automatically unless sort of a board

9    determines by majority vote that the signatures are not of

10    the same person flips that so that a much greater

11    percentage of those provisional ballots will count if you

12    opted for that procedure?  You may not know.

13        A.  I don't know.  I couldn't extrapolate, but it

14    sounded like theirs did, but he didn't even have the

15    numbers for me.

16                CHAIRMAN SMITH:  Okay.  Representative --

17        A.  I'm sorry.  Did you want to know about the

18    general election, too?

19        Q.  (By Chairman Smith) Yeah, go ahead.

20        A.  In the general election we had 3.9 million total

21    votes cast.  We had 17,366 provisional ballots cast total.

22    Of those, 1181 were because the individual did not have

23    photo ID.

24        Q.  How many of those were counted?

25        A.  308.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031464

373

```
 1        Q.  308 counted?
 2        A.  Yes, sir.  And since you had asked previously,
 3   the number of provisional ballots, that's about point
 4   0003 percent of the total votes cast.
 5        Q.  That was not counted?
 6        A.  That were just provisional ballots.
 7        Q.  But the number that was not counted would be
 8   something smaller than that?
 9        A.  Yes.
10        Q.  And the numbers you gave us earlier -- that was
11   the general election.  The numbers you gave us earlier
12   were what?
13        A.  The presidential preference primary.
14             CHAIRMAN SMITH:  Yes, Representative Bohac?
15        Q.  (By Representative Bohac) Mr. Tailor, I find your
16   testimony as equally compelling as Jenigh's.  This is
17   almost a perfect scientific experiment that you're
18   bringing before this body.  It really is.  So, thank you
19   for coming here.
20             Really three questions for you.  Number
21   one, did you just testify that 92 percent of Georgians
22   vote in person or voted in person even though you have
23   what we would consider vote laws that are pretty liberal?
24        A.  Yes.
25        Q.  92 percent voted in person?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031465

374

1      A.  Yes.

2      Q.  So, a little -- so, these provisional ballot

3   numbers that you gave us that were cast are really

4   interesting in light of the sheer number of people that

5   voted in person.

6            Here's my second question.  What do you do

7   in case of a name mismatch like we heard Dr. Allen testify

8   a moment ago that her license may say Alma misspelled, but

9   on the other hand she goes by Dr. Alma Allen.

10           How would you-all treat that in Georgia?

11     A.  Well, we actually have change of name forms that

12   people use when they come to the poll.  So, they will

13   actually do a change of name form even when they are

14   voting.  That's one of the things that folks do quite

15   often, actually.  I will say also in this past election,

16   especially in the general election, there was a

17   significant voter registration drive, so to speak.  We

18   handed out out of our office about 2 million voter

19   registration applications, and what we found is

20   percentage-wise the new voter registration applications

21   didn't increase but we did get a lot of folks changing --

22   updating their information, changing their names, changing

23   their addresses, whatever needed to occur to update their

24   information.

25     Q.  So, in this case, would that vote count in case



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031466

375

1    of a name mismatch?

2       A.  Sure.  I mean, you could -- obviously it would be

3    whether the individual can be matched and whether the

4    individual could be verified, but most of the time I would

5    see no issue with that.

6       Q.  And then, thirdly, you said of the 12 elections

7    that you-all have been through -- that you-all have held

8    there have been no reports, not one of disenfranchisement

9    as a result of Georgia's voter ID law?

10      A.  No, sir.  If I said 12, I misspoke.  We've

11   actually had 16.  We just had one in March.

12      Q.  I would say, Mr. Tailor, there's hysteria on both

13   sides of this issue and your testimony for me has been

14   very mainstream because we looked at it more

15   scientifically and tried to remove the emotion.

16           So, I want to thank you for coming to our

17   state and testifying.  I've never heard you before, I've

18   never seen you before, and your testimony has been truly

19   compelling and thank you for that.

20      A.  Thank you.

21      Q.  (By Representative Bonnen) Just a couple quick

22   questions.  I was using some Georgia numbers earlier and

23   one of the comments or retorts -- I think it was a fair

24   one -- well, it's fair in that I think we would agree

25   there are a number of reasons why voter turnout goes up or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031467

376

1    down.  But the interesting question left to ponder the

2    witness left was, yes, I know turnout was up and I know

3    the African-American population went way up in Georgia and

4    all, but had voter ID not existed, we only know how much

5    further it would've even gone up.  I'm asking you somewhat

6    to speculate, but I actually think based on the numbers

7    you may not have to.

8              Do you have any information or any fact

9    basis or anything you can share with us that would

10   indicate one direction or the other as to whether voter ID

11   had an impact on reducing the turnout not only of

12   African-Americans but of any voters in Georgia or not?

13   Other than the obvious data of the actual turnout itself.

14        A.  Right.  I'm an elections administrator.  I'm not

15   a mathematician.  I haven't studied any of that, but I

16   will just say that I don't know whether photo ID increases

17   voter turnout.  I just don't know that to be the case; but

18   the nice part in administering the law that was passed by

19   the legislature and signed into law by the governor is

20   that I haven't seen any evidence that it has been an undue

21   burden on anybody to comply.  That's the one thing I can

22   say.

23        Q.  Do the numbers make sense to you in Georgia in

24   that -- well, you know them, so I don't need to repeat to

25   you, but the significant increase in the African-American



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031468

377

1     vote in the '08 election.

2                 Is there any reason for you to speculate

3     that had voter ID not existed that it would have been an

4     even greater increase?

5          A.  Based on the numbers that have been talked about

6     today, I just don't know how.  I mean, we had -- as I say,

7     the overall voter turnout was about 75 percent of the

8     active registered voters.  So, with the numbers that I had

9     heard earlier, I haven't looked at specifically for

10    African-Americans or Hispanic Latino or anything.  But

11    just based on those, I don't know how, especially if you

12    look at historic turnout numbers.

13         Q.  Right.  What is the average historic turnout in

14    Georgia?

15         A.  It's right in that mid Seventies.

16         Q.  Is it?

17         A.  Yes, sir.  We're talking about general elections.

18                 REPRESENTATIVE BOHAC:  Right.  Thank you

19    very much.  Appreciate your time.

20                 CHAIRMAN SMITH:  Any other questions?

21    Representative Anchia?

22         Q.  (By Representative Anchia) Thank you, Mr. Tailor.

23    Thank you for being here today.  I wanted to talk to you a

24    little bit about the numbers that you gave us and have you

25    articulate.  To make it easy, let's just talk about the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

378

1       general election numbers.

2            A.  Yes, sir.

3            Q.  3.9 -- and I want to make sure I wrote them down

4       correctly.  3.9 million voters in the general in Georgia?

5            A.  Right.

6            Q.  17,366 provisionals?

7            A.  Yes.

8            Q.  Of those provisionals, 1,181 were for no ID?

9            A.  Correct.

10           Q.  Of those, 308 were counted because people were

11      able to come back; is that right?

12           A.  Correct.  I don't know about "were able," but

13      they decided to come back, yes.

14           Q.  Okay.  In some cases, they may not have been able

15      during the two-day period.  Right?

16           A.  We just don't know.

17           Q.  Have you reached out to any of the people who

18      didn't have ID and didn't come back within the two-day

19      period?  Have you done anything systematic?

20           A.  Actually what we did is before the general

21      election, in getting ready for the general election and

22      every election before that when photo ID went into effect,

23      anybody who voted a provisional ballot and didn't come

24      back, we actually mailed them a letter that said, "Hey,

25      not sure why you didn't, but just so you know, photo ID is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031470

379

1    required.  Here's how you can get one," and we did an

2    active reach-out to those folks.

3            Q.  Is that a requirement that you send them that

4    letter?

5            A.  No.

6            Q.  Thank you.  After any of the elections have you

7    studied the reasons why people may not have come back?

8            A.  No, sir, we have not.

9            Q.  You send them a letter, and I think it's good to

10   inform them of the requirement and use it as an education

11   opportunity, but you haven't looked at the reasons why in

12   this case maybe 800 people -- a little more than 800

13   people didn't come back?

14           A.  Right.

15           Q.  Okay.  Okay.  Would you characterize any of those

16   800 people as disenfranchised?

17           A.  No, sir.

18           Q.  Why not?

19           A.  Well, disenfranchising -- in fact, I've heard

20   that word passed around.  That's actually to deprive the

21   rights of citizenship, especially the right to vote, and

22   none of these individuals were deprived the right to vote.

23   In fact, they were able to cast a vote on election day and

24   they had to ability to either come back or to not come

25   back.  They chose one way or the other.  And also in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031471

380

1    Georgia, don't forget, we have the absolute right to cast

2    a mail-in ballot with no photo ID requirement.  So, no,

3    these individuals were not disenfranchised.

4         Q.  But their vote was not counted.  So, you had

5    about 800 or so people whose vote was not counted because

6    they didn't return to present some form of ID?

7         A.  Yes.

8         Q.  Otherwise, they had no other infirmity than that.

9    Right?  They were citizens of the United States, they were

10   validly registered.  They had no ID.  Is that the fact

11   pattern that we're looking at there?  They didn't have the

12   requisite ID, let's say that, to be fair.

13        A.  They did not have the requisite ID.  Whether they

14   were eligible, all of the other issues, I just don't know

15   at this point in time, but I do know that was the issue.

16        Q.  Would you think that the law would disenfranchise

17   people -- if the Georgia law did not have the two-day

18   return opportunity, would you then call it

19   disenfranchisement if people were not able to come back

20   and remedy that situation?

21        A.  Well, again, it depends on --

22        Q.  In this case, 1181.  If Georgia did not have the

23   ability to come back, a two-day window, would you say that

24   those people that were disenfranchised, that 1181?

25        A.  Well, except for provisional ballots are a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031472

381

```
 1        federal requirement.  So, I don't think there's any way

 2        that you couldn't allow somebody to vote provisionally in

 3        a federal election.

 4             Q.  But the fact that their ballots were not counted

 5        as regular ballots if they did not have the opportunity to

 6        return, would you consider that disenfranchisement?

 7             A.  In the -- I'll have to think about that,

 8        actually, because I just haven't given that hypothetical

 9        consideration.

10                  Are you taking away the no excuse absentee

11        voting by mail?

12             Q.  Yes.  Let's say that's also, as well.

13             A.  I just have to think about that.

14             Q.  So, no -- so, you can't vote absentee, no excuse,

15        and you don't have the ability to come back.

16             A.  I guess I have a problem -- let me ask you this.

17        I'm trying to figure out what the idea of

18        disenfranchisement and how far you go with it because

19        voting at a precinct, if somebody can't get to the

20        precinct and can't vote absentee, that's a requirement,

21        and would that be considered disenfranchisement?

22             Q.  Certainly their vote didn't cast.  I would argue

23        that we have this inalienable right and we have -- we

24        should have the ability to cast that vote and every

25        obstacle or combination of obstacles that limits that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031473

382

```
 1      increases or decreases the potential for

 2      disenfranchisement.  I wouldn't say it's one thing.

 3      Specifically things in combination.  And our policy

 4      balance here is, you know, access to the franchise.  This

 5      is articulated in Carter/Ford and Carter/Baker versus

 6      potential obstacles for voting.  That's the balance.  And

 7      on balance I would say the more requirements that you put

 8      out there, the less opportunity an individual is going to

 9      have to exercise the franchise.  In the past it was a poll

10      tax or it was white-only elections.  Those were all

11      obstacles that limited the free exercise of

12      African-Americans or literacy tests for Hispanics, for

13      example, from exercising their franchise.  I would say

14      that goes toward disenfranchising, for example.

15           A.  I will agree with you on those, absolutely.

16           Q.  So, the reason I asked you about the no excuse

17      election plus the no ability to come back -- your

18      testimony is that you're in favor of the Frazier bill,

19      correct?

20           A.  Actually, I'm really here just to testify about

21      Georgia's experience with photo ID.

22           Q.  Is it on the bill or in favor of the bill?

23           A.  It's neutral.

24           Q.  Okay.  Good.  I'm glad to hear that because the

25      Frazier bill doesn't include any opportunity to come back,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031474

383

1    right, and we also in Texas don't have a no excuse mail-in

2    ballot policy.  So, I mean, in that sense it is -- it

3    would be difficult because once you cast a provisional

4    under the Frazier bill there's no ability to come back and

5    remedy it is my understanding.  So, I'm glad we were able

6    to flesh that piece out.

7            Can i talk to you a little bit about how

8    you run your elections?

9        A.  Go for it.  I'm sorry.  Yes.

10       Q.  No, no.  I really appreciate the casual colloquy.

11   Among lawyers it's okay, I think.  One little, quick

12   thing.

13           You talked about the fact that we dispensed

14   with all the Constitutional arguments on voter ID.  Is

15   that accurate?

16       A.  The facial --

17       Q.  As lawyers, it's important to distinguish.  I

18   think somebody else said it today.  (Inaudible) ruled

19   Constitutional, but there is a difference between facial

20   and misapplied.  Right?

21       A.  Of course.

22       Q.  And the Supreme Court has left open the question

23   whether these photo ID laws are Constitutional as applied?

24       A.  Sure.

25       Q.  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031475

384

1          A.  I'm sorry.  And that's why it's important, at

2     least for me, that we've had 16 elections and haven't had

3     anybody come forward.  So, at least on the facial

4     challenge that's been dealt with hopefully as applied at

5     least thus far in the State of Georgia.  We've had a good

6     experience.

7          Q.  And we might differ in our interpretation of the

8     800 or so people that didn't have their provisional vote

9     counted.  It's clearly your testimony that those folks are

10    not disenfranchised.  I might take a different approach

11    and that's where we might disagree, but what I really want

12    to get at is stuff that we'd agree on.  The spirit of

13    Carter/Baker and its predecessor Carter/Ford was to,

14    again, balance the franchise with access to ID -- excuse

15    me -- security with access to the franchise?

16         A.  Yes, sir.

17         Q.  So, how much did Georgia spend to get people free

18    identification?  Do you recall the numbers on that?

19         A.  I know generally, yes, sir.  Except for on the

20    identification itself, it was -- I'm not sure exactly the

21    number on the identification itself, but on education

22    efforts I know we've spent over a million dollars.

23         Q.  Okay.  Is that per anum, or was that up front?

24         A.  No, sir.  That was a specific allocation by the

25    legislature, the Georgia legislature, to educate the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031476

1    population about the requirements.

2        Q.   And what about -- sorry.   Texas has 25 million

3    people.   How big is Georgia?

4        A.   A little over 9.

5        Q.   Was that just for voter education?   Did you spend

6    any other amount on poll worker training?

7        A.   Well, poll workers actually have to be trained

8    before every election in Georgia, which means they have a

9    lot of training.   Everybody can tell from the number of

10   elections.   So, that's built in.   We also have --

11       Q.   And what's that on an annual basis from general

12   revenue?

13       A.   The state doesn't spend -- that's all done at the

14   county level.

15       Q.   That's all at the county?   The state doesn't

16   subsidize the county at all?   It doesn't give them

17   elections money?   Do you know how much that is if you

18   aggregate the counties?

19       A.   I do not.   I will say, though, that on the state

20   level we did produce -- we did actually develop a photo

21   identification on-line training course that poll workers

22   had to take and were required to take in order to become

23   familiar with photo ID requirements.

24       Q.   And you also have mobile buses that travel the

25   state providing IDs; is that right?   Did you have mobile



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031477

386

1      ID centers?

2          A.   In theory.  I'm not sure that actually ever

3      materialized.

4          Q.   Never materialized?

5          A.   Yes, sir.

6          Q.   Because that's one of the suggestions.  It's not

7      a recommendation, but they gave -- there's a for instance

8      in Carter/Baker that says you can do these mobile units

9      and I was wondering if you-all included that in your

10     outreach to folks to get them IDs.

11         A.   We did not, no, sir.

12         Q.   Okay.  Let's see.  How much did you spend in

13     voter registration?  I'm talking three pockets of money.

14     First one was getting people IDs, the second one was to

15     train folks, and the third bucket of money would be just

16     on voter registration, getting new people registered in

17     the system.

18              How much do you spend on an annual basis

19     for that?

20         A.   Well, we spend millions on the voter registration

21     system itself.  If you're talking about the voter

22     registration system --

23         Q.   I'm talking about outreach, voter registration.

24     How much do you-all spend per anum on that?

25         A.   That would have been included in some of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031478

387

1    photo ID.  We would have been talking about get

2    registered, get your photo ID.

3        Q.  Okay.  So, you didn't aggregate the cost of

4    getting people free ID, for example, from the bucket of

5    money that is for voter education from the bucket of money

6    that is outreach to get people registered?

7        A.  I just don't know it off the top of my head.

8        Q.  Okay.  Is there a tension between no excuse

9    mail-in ballot and having a photo ID at the polls from a

10   philosophical perspective?  You talked about your

11   experience with voter fraud generally.

12            Was that experience with mail-in ballot

13   fraud?

14       A.  For the most part.

15       Q.  Okay.  For the most part?

16       A.  In my experience -- I will be honest.  As an

17   administrator, I haven't seen a whole lot of fraud yet, of

18   course.  It's been in place -- I've been here doing this

19   since photo ID went into place.

20       Q.  So, you've spent all your time with photo ID?

21       A.  Yes.

22       Q.  Most of it, based on your experience, has been in

23   mail-in ballot fraud?

24       A.  The cases I have seen have been prior to this

25   administration and to the current Secretary of State and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031479

388

1    my role.  So -- but I have seen some mail-in ballot fraud.

2    Yes, sir.  In fact, we had a case that we just tried last

3    week.

4        Q.  What are some of the things that you do in your

5    mail-in ballot system to avoid fraud?  What are some of

6    the systemic controls that you have in place?

7        A.  Sure.  Actually, we did this a bit piecemeal, as

8    well.  Photo ID was passed in 2006.  It was enjoined by

9    the same federal judge that I quoted earlier twice.  So,

10   he had enjoined it until 2007 when the trial happened, but

11   in the meantime, working with the state legislature, we

12   passed a triple signature check on absentee ballots,

13   mail-in absentee ballots.  So, registrars have to actually

14   compare the signature on the voter registration

15   application to the signature on the absentee ballot

16   application to the signature on the absentee ballot

17   itself.  So, you have to actually check to make sure all

18   of those signatures --

19       Q.  Three times?

20       A.  Yes, sir.  We also made absentee ballot fraud a

21   felony.  Surprisingly enough -- you may or may not find

22   this surprising.  Prior to the current Secretary of State

23   coming into office, mail-in voter fraud was a misdemeanor.

24   In-person voter fraud was a felony.  So, voter fraud is

25   voter fraud regardless of whether it occurs by mail or in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006122

TX_00031480

389

1    person.  So, we increased that to felony status and also

2    we vigorously investigate any allegations of fraud.

3         Q.  Okay.  This is my last question.  I want to make

4    sure you're testifying on the bill, not in favor of the

5    bill as a resource witness, correct?

6         A.  Yes, sir.

7         Q.  And none of your testimony speaks to any study

8    that you've done as to the Texas system or how it might

9    impact Latinos or African-Americans in Texas, correct?

10        A.  I can only give you my experience in Georgia.

11            REPRESENTATIVE ANCHIA:  Thank you.  I

12   appreciate your testimony.

13            CHAIRMAN SMITH:  Representative Brown?

14        Q.  (By Representative Harper-Brown) I'll be very,

15   very brief.  You haven't really addressed the

16   pre-clearance required -- provides -- required by the

17   Department of Justice.

18        A.  Yes, ma'am.

19        Q.  And I think you might address the fact that Texas

20   is pretty much in the same category that Georgia is.  So,

21   rather than compare us to Indiana, it would make more

22   sense for us to compare our experience to yours in that we

23   don't have (inaudible), as well.

24            Would you like to address that, what you

25   had to do?



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006123

390

1          A.  I would be happy to.  We did have to submit this.

2     Georgia is subject to Section 5 of the Voting Rights Act,

3     unfortunately, for its past practices before 1965.  So,

4     yes, we do have to pre-clear all changes in voting

5     statutes, voting laws.  We did pre-clear the current photo

6     ID law in 2006, and we submitted the normal submission --

7     the attorney general's office actually makes those

8     submissions, but -- but it was just the normal

9     information.  We've now had, I want to say, experience

10    with photo ID and we haven't seen any issues with

11    application thus far on -- to show any retrogressive

12    effect or undue burden on minorities in the state of

13    Georgia.  Like I said before, back in 1997 we passed a

14    voter ID requirement that is similar to Texas', and that

15    was passed by a Democratic legislature with a Democrat as

16    the governor of the State of Georgia and it was

17    pre-cleared by the then President Clinton's Department of

18    Justice.

19         Q.  How long was it from the time that you -- the AG

20    submitted the pre-clearance material and the time the bill

21    could actually begin?

22         A.  Well, we had the -- we also had to contend with

23    numerous lawsuits that were filed and the facial

24    challenges to the law.  And so, Judge Murphy actually

25    enjoined the law in the meantime.  So, it never went into



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031482

391

1    effect actually until August of 2007, but the

2    pre-clearance side of things didn't take any longer than

3    the normal time period, I believe, which is about 60 days

4    unless they ask for additional information, which would

5    then increase it to another 60 days after the State of

6    Texas answers the questions or sent their information.

7        Q.  So, then, after that time period is up, you're

8    kind of on probation for a while?  Or when you said that

9    "we had no problems," is there a period of time that you

10   have to prove yourself?

11       A.  No, ma'am.

12       Q.  Okay.

13       A.  They either interpose an objection at the

14   beginning, or they do not.  "They" being the Department of

15   Justice.

16              REPRESENTATIVE HARPER-BROWN:  Thank you.

17       Q.  (By Chairman Smith) Just to be clear as a

18   follow-up there, how long was it between the point in time

19   when the bill passed and the point in time the bill went

20   into effect?

21       A.  The legislature in Georgia is in January to

22   usually April, and it would have passed in 2006 and the

23   injunctions lasted until August of 2007.

24       Q.  Okay.  So, it passed from when -- do you know

25   when in 2006, somewhere --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031483

392

```
 1          A.  April is a good --

 2          Q.  April of '06 to August of '07?

 3          A.  Yes.

 4          Q.  Okay.  And -- and that was as a result of the

 5     pre-clearance time through the Clinton Justice Departments

 6     and -- is that --

 7          A.  No, sir.

 8          Q.  Did you not say Clinton?

 9          A.  That was for '97.  This one went with Bush

10     Department of Justice.

11          Q.  That would make sense.  Were you referring to

12     something that did happen during the Clinton --

13          A.  Yes, sir.  That was the previous -- we used to

14     require 14 forms of ID starting in 1997.

15          Q.  Do you have any knowledge yourself about how that

16     time -- if you choose -- might have been -- the state can

17     choose to have us pre-cleared through the Washington, D.C.

18     Court of Appeals?

19          A.  The district court.

20          Q.  The district court?

21          A.  I believe so.

22          Q.  Okay.  Do you know if it takes longer for that

23     process, or is it presumably the same period of time?

24          A.  I would be speculating and talking on hearsay on

25     that.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031484

393

1            SPEAKER:  Mr. Chair, we have a resource

2       witness that could speak to that.  Toby Moore, I think,

3       was with DOJ.

4           Q.  (By Chairman Smith) I just want to make a map

5       point here.  We've heard testimony before from the state

6       of Florida.  You're providing testimony for the State of

7       Georgia.  Both of these have card -- mandatory photo ID

8       requirements.

9                Is it fair to presume in your judgment that

10      if Georgia, instead of implementing a hard photo

11      identification requirement had implemented a requirement

12      like the one proposed in Centerville where it provides a

13      photo identification or your voter registration card and

14      one of these lists of non-photo identification documents

15      that the number of -- of provisional ballots would be less

16      with that alternative non-photo requirement available to

17      you than it would be with a hard photo requirement?

18          A.  I don't know that that's true.

19          Q.  Okay.

20          A.  I really don't.  Like I say, we've had some form

21      of voter ID requirement in place since '97, and I can't go

22      back and look at the provisional statistics from previous

23      elections because we started to collect it and require the

24      counties to actually report that to the Secretary of

25      State, but I don't know that that's correct.  I imagine,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031485

394

1    you know -- I just don't know.

2        Q.  So, you don't necessarily presume by providing

3    simply an additional alternative that is not available in

4    your law that that reduces the number of provisional

5    ballots?

6        A.  It certainly would make sense, but I --

7        Q.  You don't know?

8        A.  No, sir.

9        Q.  Okay.  What we do know is that you provided us

10   with statistics indicated that in your system 900 votes

11   didn't count with 3.9 million cast.  Under Florida, there

12   were 8.3 million cast and there were 394 that did not

13   count.  So, they had twice as many more voters and the

14   number of votes was reduced by somewhere between --

15   approximately 40 percent.  Instead of 900, it's 394

16   presumably because of the difference in the way that they

17   handle their provisional ballots in terms of how it is

18   determined whether it counts or whether it doesn't count.

19             So, if your vote total of 3.9 million had

20   been more like Florida's vote total of 8.3 million, then

21   roughly presumably if the same proportions apply, you

22   would have had about 2,000 voters not counted under a -- a

23   provisional ballot system which does not allow a similar

24   signature to make the vote automatically count, which you

25   require for the voter to do something affirmatively within



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031486

395

1        a finite period of time.  Right?

2                    SPEAKER:  Object as compound.  I'm sorry.

3        Q.   (By Chairman Smith) I would think that if your

4        voter turnout had increased to 8.3 million that the number

5        of votes not counted would have increased proportionately

6        to approximately 2,000.

7        A.   I would hate -- this is why I was hoping to stick

8        with what we had and what I saw in Georgia and what we've

9        experienced.  I would hate to speculate as to what would

10       happen.  Sure, you can do the math and extrapolate and

11       multiply it by two, but I can only tell you what we

12       experienced.

13       Q.   Okay.  I just wanted to indicate that on the

14       record that if you do that math and you extrapolate it out

15       and you assume if you double the turnout with Florida the

16       number of votes that did not count would double, then

17       roughly the difference between the number of votes that

18       are not counted in Georgia with the same turnout as

19       Florida with the same turnout drops from about 2,000 to

20       394 on 8.3 million cast because of the difference in the

21       way that they handle the provisional ballots.  I'm simply

22       trying to point out there's evidence -- there's a

23       substantial difference in the number of votes that are not

24       counted if you handle those signatures one way, which is

25       the point made in the U.S. Supreme Court and why those



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031487

396

1      three more liberal justices expressed a strong preference

2      for the Florida law in terms of how they handle the

3      provisional ballot.

4          A.  Actually, we had one of those dissenting judges

5      point to Georgia's law as actually one that he could stand

6      behind, as well.

7          Q.  I don't recall the basis of that.

8          A.  It was because of how we provide for provisional

9      ballots and how we count those, as well.

10         Q.  He liked yours much better than he liked

11     Indiana's?

12         A.  Apparently.

13             CHAIRMAN SMITH:  All right.  Okay.

14     Representative Heflin?

15         Q.  (By Representative Heflin) Just so I'm clear.

16     So, in '97 you did a voter identification law and then in

17     '05, '06 at some point in time you did a photo ID law that

18     was enacted in '07?

19         A.  Correct.

20         Q.  That's what you've been operating under for the

21     last 16 elections.  Why do you have so many elections?  I

22     just had to ask.

23         A.  I asked that, too.  I guess we just like

24     elections.

25         Q.  Okay.  And so, you've been there since '07?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031488

1          A.  Yes, sir.

2          Q.  Based on what you know -- this may have been

3     already asked and answered.  So, as far as instances of

4     voter -- allegations of voter fraud or voter

5     impersonation, you've basically been clear.  Is that what

6     you would say?

7          A.  As far as I know, I'm not aware of any.  I will

8     say that our enforcement side is actually done by an

9     inspector general who is also under the Secretary of

10     State, but I do the administration of the elections and

11     she does the enforcement of the election law.  So, if

12     there are cases independent that she is aware of, she may

13     be aware of something that I am not.

14          Q.  One of the provisions you did do is you raised it

15     to a felony grade offense on mail-in ballots?

16          A.  Yes, sir.

17                    REPRESENTATIVE HEFLIN:  Thank you.

18                    CHAIRMAN SMITH:  Just for the record, we're

19     four minutes over.  Take that into consideration, if you

20     would, Representative Bohac.

21          Q.  (By Representative Bohac) This will be very

22     quick.  Do you have early voting in person?

23          A.  Yes, sir.

24          Q.  How many days does that last?

25          A.  45.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00031489

398

1        Q.   45 days?

2        A.   Yes, sir.  It's actually the exact same -- and

3    this is something that we enacted last year, actually, or

4    the legislature enacted last year.  It corresponds with

5    the number of days for mail-in ballots.

6        Q.   I've been trying to get to this 92 percent

7    figure.  So, I've been trying to get around to it, and I

8    think that probably helped me understand this 92 percent

9    figure because I've just been shell shocked by that

10   figure.

11            I want to talk to you now real quick about

12   the -- what level of a felony is the ballot by mail?

13       A.   You're talking about a felony grade?  Well, in

14   Georgia we don't do felony grades for the most part.  You

15   have a specified sentence in terms of money or years, but

16   a felony is a felony.

17       Q.   Tell me what that is in Georgia, if you know.

18   How many days in jail?

19       A.   I think it's five years and $100,000, along those

20   lines.  Up to.

21       Q.   Okay.  And then finally -- and this is the last

22   portion of my question.

23            Prior to moving to voter ID, you still had

24   provisional ballots that was in effect prior to moving

25   photo ID, correct?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031490

399

1          A.  Yes.

2          Q.  How many provisional ballots as a percent of the

3     total ballots cast -- I know the hour is late.

4               What I'm trying to get at, is your

5     provisional ballots roughly the same as they were before

6     photo ID when they were just merely voter ID as opposed to

7     photo ID or do you know the answer?

8          A.  I knew from the start of your question you were

9     going to ask me that, and I don't know.  I'm sorry.  I

10    don't know what off the top of my head.  I will say that

11    most of our statistics are right up on our website, on the

12    Secretary of State's website in Georgia, but I don't know

13    that.

14         Q.  Thank you.  I've been to Peachtree City in

15    Georgia many, many times.  I love your state.  So, thank

16    you.

17              CHAIRMAN SMITH:  Representative Heflin?

18         Q.  (By Representative Heflin) One more quick

19    question.  I have to ask this.  I'll spend an extra minute

20    tonight.  So, in the last two years you've had 720 days of

21    early voting going on.  So, the last two years you've

22    basically been early voting all but 10 days?

23         A.  Well, I say 45.  It's 45 for general elections

24    and general primaries.  Special elections is a shorter

25    period of time.  But for the general elections and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031491

400

1      generally primaries, that's 45 days.

2           Q.  I like early voting.

3           A.  Our voters do, too.  I do, too.  We had more than

4      half of our votes cast early.

5                REPRESENTATIVE HEFLIN:  Thank you.

6           Q.  (By Chairman Smith) Is there any way for you to

7      describe for us the extent of the locations, the early

8      voting locations throughout the state?

9           A.  Sure.  Well, Georgia is like Texas.  We like our

10     counties.  I think we're the second most after Texas with

11     159.  All of those counties have a voter registration

12     office or an elections office.  So, each county would have

13     at least one location which would be the election office

14     or registrar's office.  In our major metropolitan

15     counties, they could have as many as seven early voting

16     centers interspersed around the county.  Many with five,

17     four, three.

18          Q.  What are the hours -- do you know what hours the

19     polls are open?

20          A.  In Georgia and I think in Texas elections are

21     administered actually by the county elections officials,

22     especially the general election.  So, they get to set

23     their hours that they are open, but they can vary from

24     normal business -- they have to be open at least normal

25     business hours of the county.  Some counties, the week



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031492

401

1     before an election or even the two weeks before will open

2     up their offices, say, 7:00 to 7:00 or 8:00 to 7:00, what

3     have you.

4          Q.  Up to the county?

5          A.  Yes, sir.

6               CHAIRMAN SMITH:  Any other questions,

7     members?  Thank you very much.  Appreciate it.

8               WESLEY TAILOR:  Appreciate it.

9               (End of Volume 2.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031493

402

```
 1              REPORTER'S CERTIFICATE

 2            COMMITTEE ON ELECTIONS

 3                 April 6, 209

 4

 5       I, Shauna Foreman, Certified Shorthand Reporter

 6   in and for the State of Texas, hereby certify to the

 7   following:

 8       That the above transcript of the meeting is a

 9   true record of the testimony given to the best of my

10   ability, having been transcribed from videotape;

11            That a copy of this certificate was served on

12   all parties and/or the witness shown herein on

13   _____.

14            I further certify that pursuant to FRCP Rule

15   30(f)(1), the signature of the deponent:

16            _____was requested by the deponent or a party

17   before the completion of the deposition and that the

18   signature is to be before any notary public and returned

19   within 30 days (or _____ days, per agreement of counsel)

20   from date of receipt of the transcript.  If returned, the

21   attached Changes and Signature page contains any changes

22   and the reasons therefor;

23            _____was not requested by the deponent or a

24   party before the completion of the deposition;

25            I further certify that I am neither counsel for,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031494

403

1    related to, nor employed by any parties or attorneys in the

2    action in which this testimony is taken, and further that

3    I am not financially or otherwise interested in the outcome

4    of this action.

5            Certified to by me on this the 15th day

6    of April, 2012.

7

8                            _Shauna Foreman_

9                            Shauna Foreman, CSR

                             Texas CSR 3786

10                           Expiration:  12/31/2012

                             Esquire Deposition Solutions

11                           1001 McKinney, Suite 805

                             Houston, Texas 77002

12                           Tel. (713)524-4600

                             Firm No. 03

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031495

| A | | | | |
|---|---|---|---|---|
| **AARP** | 335:23 | 336:18 | 368:9 377:8 | **administered** |
| 287:19 302:6 | 346:23 | 339:14 | 379:2 | 400:21 |
| **Abbott** | 348:3 | 368:5 | **activities** | **administe...** |
| 262:5,24 | 351:12 | **accepted** | 283:15 | 376:18 |
| 263:12 | 354:12 | 316:7 | **activity** | **administr...** |
| 265:6,6 | 367:1,2 | **access** | 333:17 | 353:3 |
| 266:9 | 378:11,12 | 264:1 275:24 | **actual** | **administr...** |
| 270:17 | 378:14 | 326:22 | 258:19 268:6 | 277:3 387:25 |
| 271:1,8 | 379:23 | 327:23 | 361:13 | 397:10 |
| 281:13 | 380:19 | 332:7 337:9 | 376:13 | **administr...** |
| 284:14 | 383:5 | 348:4,18 | **acute** | 278:13 |
| 285:20 | **abolish** | 350:22 | 368:3 | **administr...** |
| 286:14,15 | 291:7 | 382:4 | **ad** | 366:13,23 |
| 286:24 | **abolished** | 384:14,15 | 298:3 | 376:14 |
| 289:9 | 291:1,4 | **account** | **add** | 387:17 |
| 293:22 | 329:15 | 310:20 | 345:12 | **administr...** |
| 294:10 | **abolishing** | 346:25 | **addition** | 264:9 |
| 297:10 | 331:12 | 347:7,20 | 350:12,24 | **admit** |
| 299:18,20 | **absence** | 361:22 | 353:6 | 260:4,4 |
| **Abbott's** | 340:16 | **accumulated** | **additional** | 291:9 |
| 268:9 271:12 | **absentee** | 333:11 | 258:24 286:6 | **admitted** |
| **abilities** | 368:15 | **accurate** | 307:5 | 257:12,14 |
| 285:22 | 381:10,14 | 383:15 | 316:14 | 259:18 |
| **ability** | 381:20 | **accused** | 336:4 | 260:8 269:2 |
| 249:15,20 | 388:12,13 | 299:12 | 340:22 | 269:3 |
| 250:8 | 388:15,16 | **accuser** | 346:1 391:4 | 298:16 |
| 298:10 | 388:20 | 304:9 | 394:3 | 301:25 |
| 300:14 | **absolute** | **achieving** | **address** | **adopt** |
| 333:24 | 380:1 | 332:5 | 277:9,13 | 320:11,14 |
| 350:8 | **absolutely** | **acknowled...** | 290:1 332:4 | 337:9 |
| 355:22 | 261:7 266:17 | 279:1 | 336:23 | **adopted** |
| 357:10 | 266:19 | **Act** | 341:2 | 320:19 |
| 379:24 | 274:20 | 255:15,23 | 344:20 | 351:10 |
| 380:23 | 276:21 | 256:3,9 | 345:4,18,24 | **adoption** |
| 381:15,24 | 288:13,16 | 257:14 | 346:9,21 | 332:22 |
| 382:17 | 290:23 | 268:25 | 364:5 366:9 | **advance** |
| 383:4 | 299:14 | 277:21 | 366:24 | 327:14 |
| 402:10 | 302:18 | 305:17,22 | 369:22 | 341:22 |
| **able** | 303:3 | 332:19 | 389:19,24 | **adverse** |
| 249:4,9 | 382:15 | 390:2 | **addressed** | 309:18 |
| 262:11 | **academic** | **action** | 339:25 341:3 | 315:16 |
| 295:12 | 297:8 | 254:23 283:6 | 365:22 | **adversely** |
| 299:22 | **accept** | 403:2,4 | 389:15 | 289:5 334:21 |
| 313:12 | 256:16 | **actions** | **addresses** | 366:7 |
| 326:8,15,15 | 289:11 | 255:14 | 374:23 | **advertise** |
| 328:15 | 322:22 | 289:12 | **adequate** | 298:6 |
| 333:14 | **acceptable** | 300:16 | 275:24 335:5 | **affect** |
| | 258:11 328:8 | **active** | 338:15 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031496

| | | | | |
|---|---|---|---|---|
| 261:16 | aftermath | 257:9,11,19 | 329:23 | 357:4 374:8 |
| 288:14 | 334:3 | 270:15,18 | 354:8,13 | 374:9 |
| **affidavit** | **afternoon** | 271:19 | 355:13 | **alter** |
| 290:23 | 331:6 | 272:6 | 356:2,9,16 | 354:21,22 |
| 346:16,16 | **AG** | 402:19 | 356:21 | 355:22 |
| **affirmation** | 390:19 | **AG's** | 357:4 374:7 | **alternative** |
| 330:11 | **age** | 299:17 | 374:9 | 326:13 |
| **affirmati...** | 252:25 | 301:13,13 | **alleviate** | 358:25 |
| 394:25 | **agency** | **ahead** | 345:19 | 370:8 |
| **affirmed** | 277:5 339:19 | 253:21 | **allocation** | 393:16 |
| 259:8 275:13 | 339:21 | 270:20 | 384:24 | 394:3 |
| 282:19 | **aggregate** | 331:1 345:6 | **allotted** | **alters** |
| **affluent** | 385:18 387:3 | 372:19 | 285:13 | 297:3 |
| 332:24 | **ago** | **aimed** | 362:16 | **amazed** |
| **afford** | 260:16 | 256:13 | **allow** | 272:18 |
| 276:6,18 | 264:10 | **air** | 251:2 285:16 | **amazing** |
| 280:13 | 272:7 | 260:23 303:9 | 286:2 | 284:23 |
| **afoul** | 325:17 | 303:10 | 358:24 | **ambiguity** |
| 363:15 | 348:20 | **airplane** | 364:18 | 249:1 |
| **African** | 353:10 | 322:1,2 | 381:2 | **Amendment** |
| 282:5 322:11 | 374:8 | **aisle** | 394:23 | 329:14 |
| 345:10 | **agree** | 250:11,12 | **allowed** | **Amendments** |
| **African-A...** | 271:5 273:23 | **Al** | 248:14 | 332:18 |
| 257:10 | 295:9,13 | 259:12 | 260:16 | **America** |
| 297:14 | 311:14 | **Alabama** | 262:22 | 305:17,22 |
| 298:23,24 | 314:22 | 329:16 | 282:17 | **American** |
| 303:16,17 | 315:13 | **Alabee** | 284:22 | 324:3 |
| 306:14,16 | 316:17,18 | 354:11 | 367:12 | **Americans** |
| 306:22 | 318:12 | **allegation** | **allowing** | 282:5 308:8 |
| 323:22 | 344:25 | 299:10 | 356:7 364:5 | 322:10,11 |
| 324:2 | 348:11 | 315:18 | **allows** | 322:19 |
| 331:13 | 349:1,10,20 | **allegations** | 272:1 320:16 | 323:1 |
| 338:11 | 350:1 | 297:13 299:2 | 368:15,16 | 345:11 |
| 352:1 | 351:16 | 299:8 | 368:16 | **amount** |
| 369:10 | 366:14 | 300:20,20 | **alluded** | 300:14 385:6 |
| 376:3,25 | 372:7 | 300:23 | 311:11 | **analysis** |
| **African-A...** | 375:24 | 389:2 397:4 | **all-white** | 307:1,9 |
| 302:25 | 382:15 | **alleged** | 281:25 | 313:8 333:1 |
| 322:15,25 | 384:12 | 256:24 | **Alma** | **analyst** |
| 323:7 331:9 | **agreed** | 268:14 | 274:14 | 304:6,17 |
| 334:19 | 255:8 257:7 | 269:6 | 316:21,23 | **analyze** |
| 352:14,17 | 257:17,23 | 303:11,13 | 317:5,8,11 | 307:20 357:8 |
| 352:18,20 | 269:14 | **Allen** | 327:17 | **analyzed** |
| 353:7 | 270:22 | 274:14 | 329:23 | 306:2 307:10 |
| 376:12 | 271:1 | 316:20,21 | 354:8,10 | **Anchia** |
| 377:10 | 280:22 | 316:23 | 355:13 | 310:9,10 |
| 382:12 | 282:16 | 317:5,8,11 | 356:2,9,16 | 314:10 |
| 389:9 | **agreement** | 327:17 | 356:21 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031497

351:20,21
357:13
377:21,22
389:11
**Andrew**
363:2
**and/or**
331:12
336:21
352:13
402:12
**Anglo**
323:1
**Anglos**
322:14
**announce**
286:4
**announced**
362:10
**announcement**
360:16
**annual**
258:4 385:11
386:18
**answer**
248:15
274:12
321:3 324:1
327:1
354:19
399:7
**answered**
397:3
**answers**
391:6
**anticipate**
249:15,23
**anum**
384:23
386:24
**anybody**
250:16 265:8
303:23
350:4 354:3
355:21
366:14
376:21
378:23

384:3
**anymore**
352:7
**apartment**
344:22
**apologize**
261:6 264:12
264:14
363:23
**apparently**
264:24
358:20
396:12
**appeals**
279:17
296:10,11
392:18
**appear**
298:15 311:1
**appeared**
338:12
**appears**
258:22 322:4
327:10
337:7
**appellate**
287:5
**applicant**
256:19
**application**
255:11
334:15
388:15,16
390:11
**applications**
256:17,21
257:1,2,15
257:18
262:10
291:7 298:9
298:11,12
298:14,17
298:19
368:22
374:19,20
**applied**
383:23 384:4
**applies**

351:18
**apply**
281:19
394:21
**applying**
349:22
**appointee**
367:10
**appointees**
279:14
**appreciate**
278:25 282:9
288:19
293:19
304:2 330:4
351:2
377:19
383:10
389:12
401:7,8
**approach**
384:10
**approaching**
372:4
**appropriate**
257:25
313:15
326:11,12
326:16
**approved**
257:8 278:7
**approves**
315:3
**approxima...**
372:4 394:15
395:6
**April**
247:10,21
248:7,8
364:8
391:22
392:1,2
402:3 403:6
**arbitrary**
257:3
**arguably**
279:13
**argue**

350:4 381:22
**argument**
363:7 367:21
**arguments**
365:23 366:5
366:10
383:14
**Arizona**
312:16 315:9
315:9
**arose**
262:6
**arrived**
360:3
**article**
357:13,15,18
357:22
358:9
**articulate**
377:25
**articulated**
382:5
**ascertain**
321:25
**aside**
350:6
**asked**
249:6 251:24
266:5
270:14
298:18
301:12
311:25
339:3 340:3
352:4 373:2
382:16
396:23
397:3
**asking**
253:14
271:12
299:15,17
301:7
319:19
327:10
376:5
**asks**
356:22

**aspects**
256:4 348:15
348:23
**aspiration**
363:15
**assert**
308:4
**asserted**
367:15
**assertion**
315:18
**assist**
274:17
**assistant**
331:4
**assisted**
262:5
**Associate**
305:1
**assume**
326:7 395:15
**assuming**
327:15 347:7
**assumption**
252:2
**assurances**
254:20,23
**assured**
264:7 301:14
**Atlanta**
363:2
**ATM**
334:7
**attached**
248:13
402:21
**attempt**
308:19
**attempting**
255:24 259:4
261:17
293:1
333:18
**attended**
299:3
**attending**
338:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031498

attention
289:22
attorney
254:19,24
 255:6
 258:21
 262:4,13,14
 263:3,9,22
 265:3,11
 266:8,11,16
 267:5 268:1
 268:9
 269:19,20
 269:21
 270:17
 271:17,22
 272:4,8,25
 273:5,6,13
 273:22
 274:3,10,23
 282:24
 283:9,10,21
 283:23,24
 284:8,14,20
 285:7
 291:11
 292:25
 294:10
 297:17
 299:6
 300:10
 301:8,21
 390:7
attorneys
255:21
 275:11
 279:24
 280:10
 334:17,24
 403:1
attorney's
274:7 298:18
 298:20,21
audience
340:2
August
270:25 365:1
 367:8,13

391:1,23
392:2
Austin
265:7 273:16
authority
267:25 268:1
 271:21
 283:4,6
 284:16
 300:10,14
authorized
257:3
automatic...
372:8 394:24
available
248:21
 271:25
 326:24
 335:7
 340:17
 359:6
 393:16
 394:3
average
377:13
avoid
388:5
aware
280:24 281:3
 281:4
 287:19
 299:5,7,10
 311:4
 312:19,21
 321:7
 351:22
 397:7,12,13
A&M
275:7

― B ―
back
252:24
 253:15
 269:15
 271:25
 272:2,13
 283:19

285:7,19
291:23,25
292:2,9,13
293:14
300:22
313:5
316:13
317:14
339:16
360:9
365:12
371:23
372:3
378:11,13
378:18,24
379:7,13,24
379:25
380:19,23
381:15
382:17,25
383:4
390:13
393:22
background
281:21
 363:10
bad
264:20
 284:23
 285:3 291:6
 312:18
baffled
284:17,19
balance
305:23 382:4
 382:6,7
 384:14
ball
329:18
Ballard
275:8,9,14
 275:15
ballot
261:20,23
 299:7,8
 303:2 315:9
 335:1,10,13
 335:15

336:1,5
337:10
344:3
346:18
361:14,16
361:17
365:11
370:6 374:2
378:23
380:2 383:2
387:9,12,23
388:1,5,15
388:16,20
394:23
396:3
398:12
ballots
257:21 262:9
 265:9
 334:22
 335:4,6,8
 335:17,21
 335:22
 336:6,7
 337:4
 361:16
 365:3
 370:13,15
 370:24
 371:8,16
 372:11,21
 373:3,6
 380:25
 381:4,5
 388:12,13
 393:15
 394:5,17
 395:21
 396:9
 397:15
 398:5,24
 399:2,3,5
bang
356:23
bank
346:25 347:7
 347:20
barely

258:21 263:2
 263:7 285:3
barrier
351:9
barriers
255:5 256:12
 256:15
base
282:6
based
254:20 271:6
 275:19,20
 291:15
 312:5
 313:12
 319:1,17
 336:9 343:1
 347:11
 361:13
 365:6
 366:19
 376:6 377:5
 377:11
 387:22
 397:2
basically
274:1 309:10
 309:10
 310:13,19
 311:24
 318:5 329:1
 364:6 397:5
 399:22
basis
337:7 354:7
 354:17
 376:9
 385:11
 386:18
 396:7
bearing
351:19
becoming
255:5
began
275:8
beginning
272:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031499

274:22
391:14
**beholden**
300:8
**beings**
324:20
**believe**
249:5 252:7
253:21
266:25
267:4
269:23
280:18
284:11
285:19
288:3,22
292:17
308:5
309:25
314:7
318:22
325:24
333:16
340:10
352:13
353:24
362:9,12
366:17
391:3
392:21
**believed**
255:10 363:3
**believes**
250:16
**bench**
367:9
**beneath**
333:22
**beneficial**
284:17
**benefit**
350:7
**bent**
304:10
**Bessie**
351:22
**best**
308:2 311:21

402:9
**bet**
313:19
**better**
266:15
275:15
280:1
281:18
289:11
290:20
320:9
321:15,24
323:3
396:10
**Betty**
353:16
**beyond**
285:14
300:11
**big**
319:22,24,24
320:4 385:3
**bill**
248:3 249:8
250:18
254:6,11,13
258:22
260:15
264:8
267:15,16
272:1
275:17
276:19
277:4 279:5
279:6 288:8
289:15,25
290:7
291:18
292:17
295:10
296:17,18
297:6
302:21
304:12
313:6,6,7,8
313:9,10,11
326:10
327:21,25

328:4 330:8
339:16
340:23
341:12
343:3,14,17
344:15
347:25
349:23
355:10,11
357:24
358:12,25
359:1 361:6
363:23
365:18
382:18,22
382:22,25
383:4 389:4
389:5
390:20
391:19,19
**bills**
261:4
**binding**
367:17
**birth**
333:23
338:25
339:4 352:4
352:19,19
352:20,22
352:23,25
353:2,7
354:8,9,10
**bit**
287:3,7,22
293:13
308:15
342:4,8
363:11
377:24
383:7 388:7
**black**
255:3,9
260:11,12
260:15
298:25
299:13
303:1,9,25

331:15
343:25
345:7
360:16,17
**blacks**
294:18
328:16
360:11,13
**blame**
284:20
**blaming**
268:1
**blanket**
337:14
**Bled**
262:15
**Bledsoe**
262:2,3,3,14
285:19
294:7
**board**
260:17
270:24
362:4 372:8
**body**
332:11
373:18
**Bohac**
362:17
373:14,15
377:18
397:20,21
**bond**
259:20,25
260:10
262:23
266:21
270:1,9,9
270:21
300:6
**bonds**
266:21
269:21,22
270:8
272:22,23
278:23
**Bonnen**
261:24

263:16
264:22
274:13
277:15
282:8,9
285:16,18
286:12
289:8
290:13,14
292:21
293:25
294:6,9,14
294:22
337:17
375:21
**books**
329:20,21
**born**
353:24,25
**bothering**
287:15
**bothers**
294:2
**bottom**
308:22
**box**
261:20,23
303:2
337:10
**boxes**
261:14
**Brennan**
280:21 310:2
311:11
**Brennan's**
310:1
**brief**
328:8 389:15
**bring**
277:4,4
337:2
338:25
366:4
**bringing**
369:4 373:18
**broken**
290:12
**brought**



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 278:20 | 305:10 | 338:25 | **Carter/Ford** | 370:5,13,16 |
| 326:14 | **Burman** | **cancel** | 382:5 384:13 | 370:24 |
| 352:4,6,8 | 249:3 | 366:25 | **case** | 371:5,9 |
| 357:13 | **buses** | **cancelled** | 253:10 258:7 | 372:21,21 |
| **brown** | 385:24 | 366:21 | 268:2,7 | 373:4 374:3 |
| 252:22 | **Bush** | **candidates** | 274:22 | 379:23 |
| 299:13 | 279:14 | 287:11 | 280:6 287:3 | 380:1 |
| 363:12 | 293:11 | **candidly** | 291:21 | 381:22,24 |
| 389:13 | 392:9 | 284:17 | 299:16,25 | 383:3 |
| **browns** | **business** | **capacity** | 319:7 | 394:11,12 |
| 294:18 | 400:24,25 | 324:21 | 326:10 | 395:20 |
| **Brown's** | | **card** | 351:22 | 399:3 400:4 |
| 353:16 | **———— C ————** | 325:7 328:6 | 352:13 | **casting** |
| **bubbles** | **calculate** | 339:1,17 | 358:15 | 297:4 334:22 |
| 293:24 | 312:8 | 343:8 347:2 | 361:20 | 361:14 |
| **bucket** | **call** | 347:4,7 | 365:23 | **casual** |
| 386:15 387:4 | 265:17,20 | 350:12,24 | 374:7,25,25 | 383:10 |
| 387:5 | 266:2,15 | 352:9 | 376:17 | **catch** |
| **budget** | 273:17,22 | 355:21 | 379:12 | 292:8 |
| 276:17 | 274:3 292:3 | 356:10 | 380:22 | **category** |
| **building** | 299:17 | 357:1,21 | 388:2 | 389:20 |
| 301:20 | 330:6 | 358:2,7,7 | **cases** | **cause** |
| **built** | 337:13 | 393:7,13 | 279:25 | 287:20 292:4 |
| 260:21 | 380:18 | **cards** | 306:18 | 346:23 |
| 278:23,23 | **called** | 262:20,21,22 | 331:12 | **center** |
| 278:24 | 260:22 | 264:3,9 | 333:2 | 255:7,14 |
| 385:10 | 265:15,21 | 267:1 | 367:18 | 280:21 |
| **bunch** | 266:1 | 276:12 | 378:14 | 297:25 |
| 321:21 | 270:24 | 305:7 334:7 | 387:24 | 304:17 |
| **burden** | 273:6 | 337:18 | 397:12 | 311:11 |
| 296:22 305:1 | 330:13 | 350:13 | **cash** | 313:12 |
| 305:12 | 338:10 | **care** | 347:9,10,13 | **centers** |
| 333:6 334:2 | 339:3 | 321:18 | **cashes** | 386:1 400:16 |
| 336:7 | **calls** | 324:14 | 347:22 | **Centerville** |
| 337:12 | 248:2 266:4 | 327:6 | **cashing** | 393:12 |
| 350:16,18 | 266:6 | **cared** | 347:19 | **certain** |
| 352:16 | 273:18 | 259:14 | **cast** | 284:13 |
| 366:8 | 298:7 304:6 | **carefully** | 257:21 | 321:19 |
| 367:21 | 356:22 | 332:12 | 259:25 | 323:2 |
| 376:21 | 358:12 | **carry** | 295:12 | 324:22 |
| 390:12 | 363:21 | 326:22 | 335:1,13 | 332:1 |
| **burdens** | **Campaign** | **cars** | 339:8 343:2 | **certainly** |
| 296:24 | 255:7,13 | 334:6 | 344:3 365:2 | 250:2 251:6 |
| 332:20 | **campus** | **Carter** | 365:10 | 275:1 |
| **burdensome** | 255:4 258:5 | 367:10 | 367:2 | 276:22 |
| 335:12 | 276:23 | **Carter/Baker** | 368:11,12 | 281:17 |
| **Bureau** | 282:1 | 382:5 384:13 | 368:18 | 282:2 |
| 296:20 305:6 | 298:25 | 386:8 | 369:17 | 305:11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031501

```
330:17          295:2,4         337:12          254:2,3,7,9     citizen
339:20,25       296:6,9,13      390:24          254:9           346:4
343:20          302:3 304:1     champion        274:14          citizens
358:7           304:5,14,18     289:9           304:2           297:14,14
381:22          308:13,14       chance          cheat           301:8 328:2
394:6           310:8           288:20 302:4    261:19,19       328:23
certificate     314:12          change          320:17          332:11,25
333:23          316:19          280:25 281:1    cheating        334:5 337:3
338:25          317:3,7,9       281:4,5         293:9           346:6 348:5
339:4           317:14          295:16,18       check           380:9
342:13,15       325:15          295:25          347:8,8,10      citizenship
342:16,18       329:24          316:8,9,11      347:19,22       379:21
352:4,23,25     330:3,5,9       341:23          388:12,17       city
353:2 354:8     330:16,20       343:4,15        checks          262:8 270:23
354:10,10       330:22,25       354:22          347:12,14       271:2 272:2
402:1,11        343:11,22       355:5 356:4     Chief           272:4 277:6
certificates    344:8,10        374:11,13       296:1           277:8
352:19,21,22    345:17          changed         child           279:10
353:8           346:19          268:22          333:19          399:14
Certified       349:11,18       295:20          children        civil
402:5 403:5     353:12          changes         279:23 328:4    259:19 285:8
certify         354:16,25       256:11          choice          294:15
402:6,14,25     355:5,9,19      257:12          279:16          civilized
cetera          356:6,11,18     277:18          choke           295:5,6
341:3 350:15    356:24          281:16          289:19,19       claim
352:20          357:12          307:10          choose          263:22
chair           358:1,2,6       341:25          279:6 368:18    270:13
248:1 304:5     358:16,18       390:4           392:16,17       367:25
330:5           359:4,9         402:21,21       chose           368:1
363:20          362:15          changing        368:19 372:1    claimed
393:1           363:17,19       374:21,22,22    379:25          264:18
chairman        363:20          character       Chronicle       267:14
248:1,4         369:23          299:24          298:15          claims
249:3,10        372:16,19       characterize    Chuck           267:10,13
251:13,16       373:14          379:15          275:8,9,13      311:9
252:5,12,14     377:20          charge          275:14          clarifica...
252:15,16       389:13          273:1,2         cigarettes      330:10
253:2,4,7       391:17          charged         333:13          343:19
253:20          393:4 395:3     346:2           circulated      361:12
254:5,8         396:13          charges         249:11          clarify
277:16          397:18          264:4 283:12    circumsta...    248:5 263:20
282:7           399:17          290:24,24       352:18 353:6    273:7
285:11,25       400:6 401:6     293:6           361:23          300:18
286:12          challenge       301:23          cite            359:19
287:8           284:18,19       charging        312:23          361:20
288:18,21       355:19,25       293:10          cited           class
290:6,14        356:6 384:4     Charleston      287:7           258:23
294:25          challenges      248:2 253:25                    276:10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031502

```
291:25              coding              383:4 384:3        354:3 402:2       365:4
292:10              310:19              comes             committees        370:13
classes             colleague          253:10 330:9      252:22            completely
342:20,21           306:2              comfort            common            277:17
classific...        colleagues         333:19            287:20            completion
310:20              307:19 308:4       343:24            common-sense      402:17,24
classified          collect            344:4,5           308:11            comply
315:5               393:23             comforted         communities       335:24
clear               college            279:20            324:17            358:13
258:11              281:20,20,23       coming            334:20            359:5
268:16              282:2              321:24 330:3      336:16,17         376:21
273:11              291:24             343:22            community         compound
340:1               314:15             373:19            289:1,2,4         395:2
391:17              338:4              375:16            301:5             concentra...
396:15              colloquy           388:23            324:10            307:14
397:5               383:10             comment           company           concern
clearly             combination        252:15,21        330:13            281:19,22
249:13,16           381:25 382:3       282:11,13        compare           343:3
251:23              combine            282:18           316:1 369:6       344:12,14
252:1 258:7         291:8              285:4 295:5      388:14            344:17,19
384:9               come               325:20           389:21,22         344:25
clerk               254:10 267:5       353:15           compared          345:9,12
362:4               267:8              commented        306:21            346:8,11,13
Clinton             273:20             305:9            309:25            concerned
365:19 392:5        289:23,24          comments         328:20            256:4 259:11
392:8,12            292:13             251:13 263:9     336:16,19         260:1
Clinton's           297:18,24          263:20           368:23            267:10
390:17              297:25             302:23           369:9             278:4
clock               301:17             375:23           compares          279:13
253:22              303:18,24          commissio...     309:21            302:25
308:13              317:16             290:25           comparing         303:1,4,23
close               319:5 326:1        committed        310:5 314:24      319:15
286:18              328:4              290:20           315:20,22         322:25
327:12              329:20             committee        323:10            342:2
333:7,8             330:19             247:9 248:5      comparison        concerns
353:11              347:25             248:6,7,15      314:23            295:10
369:19,20           354:18             249:3,6        323:12            345:19,23
closed              360:19,25          250:2,21,23     compelling         349:20,23
291:1,5             363:9              250:25           287:12            351:3,13
339:6               367:24             251:6           373:16            conclude
clothe              374:12             252:18          375:19            249:17
333:25              378:11,13          253:9           complains          310:22
clue                378:18,23          259:10          253:23            311:8
324:16              379:7,13,24        286:1           complaint          concluded
coaches             379:24             288:20          290:24            255:14 305:2
264:19              380:19,23          304:19          complaints         concluding
coaching            381:15             317:18          255:16            308:22
264:20              382:17,25          353:12          301:13            conclusion
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031503

248:21
308:22
309:5 311:1
311:2
313:23
315:14,25
condition
303:9
conditioning
260:23
303:10
conduct
269:6
conference
293:11
confidence
275:21
278:10
confident
280:7
confused
261:25 272:7
300:4
confusion
276:15
285:21
Congress
305:17
Congressi...
331:14
Congressw...
274:17
connected
363:14
connecting
274:18
consensus
252:19
consent
257:6,16
258:2
268:21
269:1,12
283:14
consequence
279:21
consequences

259:16
conservative
304:8
consider
309:22
324:20
336:10
373:23
381:6
considera...
286:7,9
302:8 327:3
340:24
361:19,24
362:8 381:9
397:19
considera...
348:9
considered
308:1 361:15
381:21
considering
254:14
258:13
337:8
consistently
312:21
consolidate
276:7
constant
259:9
constantly
276:2 297:23
constituents
350:17,18,25
Constitution
329:13,14
332:18
Constitut...
351:5 363:16
365:22
383:14,19
383:23
construction
259:20
260:10,20
260:23
construed

304:21 318:1
contact
268:4 274:7
333:7
contacted
254:24 255:7
265:4
contains
339:18
402:21
contend
390:22
contention
322:12 368:4
context
274:5 294:8
333:3,5,21
334:2,5
363:9,11
continue
280:13
continues
345:11
continuing
255:22
contradicts
287:7
control
312:3,4
controlled
311:21
controller
308:3
controlling
310:6
controls
307:24 388:6
controversy
311:9
convenience
249:20 250:2
conversation
262:16 294:5
324:25
convinced
288:11,14
coordinate

258:3
copies
298:9,14
301:17,19
copy
253:8 314:13
339:4 352:4
402:11
core
366:17,18
correct
252:7 265:12
266:24
267:25
269:24
284:1
304:12
309:5
312:15
315:11,23
370:10,11
372:2 378:9
378:12
382:19
389:5,9
393:25
396:19
398:25
corrected
280:17 311:2
315:8
340:20
342:9 343:7
correctly
378:4
corresponds
398:4
corrupted
320:16
cost
280:9,12,13
327:18
387:3
costly
323:18
counsel
255:9 331:4
364:10

402:19,25
count
330:21
335:10
336:5
370:17,17
371:22
372:11
374:25
394:11,13
394:18,24
395:16
396:9
counted
335:15,19
339:9
365:11
371:17,19
371:20,25
372:24
373:1,5,7
378:10
380:4,5
381:4 384:9
394:22
395:5,18,24
counties
275:23 289:5
289:20
291:14
307:11,14
307:16,17
334:20
349:14,14
385:18
393:24
400:10,11
400:15,25
counting
372:5
country
250:5 277:20
331:17
353:11
359:22
366:16
counts
315:3 372:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031504

394:18
**county**
248:2 253:7
  253:12,14
  254:4,10,17
  255:14,24
  256:3,8,12
  256:25
  257:2,8,11
  257:14,17
  257:19,23
  258:3,7,20
  259:9,18,18
  260:8 261:6
  261:18,21
  262:12,21
  263:11,19
  263:21
  264:2,12,14
  269:1,3,17
  276:1,4,16
  276:16,22
  277:2,3,6,8
  277:12
  278:16,18
  278:18,19
  278:20,24
  281:8 282:3
  282:3
  284:11
  285:7
  289:17
  290:25,25
  291:8,14
  293:2,6
  297:18
  298:16
  299:4
  300:18,19
  301:7 303:6
  303:7,19,21
  303:21
  307:7
  335:10,14
  335:20
  345:11,13
  351:23
  352:3,5,6

352:11
362:4
385:14,15
385:16
400:12,16
400:21,25
401:4
**County's**
256:4
**couple**
260:16
  288:20
  295:3
  297:11
  300:7
  329:17
  366:10
  375:21
**course**
291:24 326:9
  328:17
  337:11
  339:20
  365:10,21
  383:21
  385:21
  387:18
**court**
257:9 259:8
  271:11,12
  271:15,15
  271:23
  275:13,13
  278:8
  279:17,24
  280:4,6
  281:14
  282:19
  291:1 296:4
  296:9,9,11
  296:14
  314:3
  324:15
  328:25
  333:4,20
  348:20
  360:18,25
  365:22

367:10,13
367:17
383:22
392:18,19
392:20
395:25
**courthouse**
352:6
**courts**
278:1
**Court's**
304:24 329:7
**co-author**
306:2
**co-sign**
347:12,16
**Craig**
275:10
**Crawford**
304:24
**created**
325:25
  357:17
**creates**
342:20,20
**creating**
276:14
  331:12
**criminal**
264:3,8
  269:6,10
  283:5,8,12
  283:13,15
  285:10
  290:24,24
  291:12
  292:25
  293:1,6
  297:22
  300:15,17
  300:19
  301:13,22
  301:23
  303:12
**criticisms**
351:15,17
**Crown**
335:14

**CSR**
403:9,9
**cumbersome**
323:18
**current**
281:1 295:18
  312:6
  331:25
  337:3
  342:10,13
  343:13,16
  346:12
  355:6
  364:17
  365:20
  387:25
  388:22
  390:5
**currently**
295:15,22
  327:25
  338:5 342:4
  354:17
  355:20
  364:18
  370:3
**cut**
286:23
**cuts**
286:20,21
**cutting**
294:13

─── D ───
**DA**
253:14,14
  264:12,14
**dad's**
353:17
**Dallas**
253:7,12,13
  261:11
**damage**
280:20
**data**
307:7,20
  336:13
  376:13

**date**
249:6 339:10
  341:2 345:4
  402:20
**David**
304:4,6,16
  316:25
  317:1
  318:10,17
**day**
257:21
  262:20
  266:13,14
  269:8,12
  280:5
  288:21
  298:13,15
  301:2 326:2
  332:2 339:9
  349:17
  362:20
  368:16
  379:23
  403:5
**days**
257:18 263:1
  315:4
  335:11
  365:12
  371:24
  391:3,5
  397:24
  398:1,5,18
  399:20,22
  400:1
  402:19,19
**deal**
249:1 253:10
  280:2
  319:22,24
  319:24
  320:4 327:5
  354:20
**dealing**
265:5 367:7
**deals**
261:12 285:9
**dealt**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

286:17
354:6 384:4
**death**
334:6
**debate**
311:6 329:5
**decade**
364:14
**decades**
331:10
**December**
257:24
**decide**
279:4
**decided**
267:18 274:2
378:13
**decides**
327:11
**decision**
274:6 282:12
282:19
283:3
304:24
329:8
339:11
342:25
**decisions**
295:11 344:2
354:23
**declined**
272:22,22
**decorum**
295:7,7
**decreases**
382:1
**decree**
257:7 268:21
269:1,12,13
283:15
**deeply**
254:15
**defend**
294:4
**defending**
331:13
**defense**

303:18,24
330:7 331:4
359:19
361:5
**defer**
252:25
**definitely**
277:1 339:12
342:9
**degree**
269:9,13
278:10
**Delaware**
307:19
308:25
**delivery**
261:13 277:7
339:6
**delve**
324:19
**demand**
266:13
**democracy**
332:6,9
334:9
**Democrat**
284:11
286:25
390:15
**Democratic**
249:7 250:11
250:15
284:6
287:10,12
369:20
390:15
**Democrats**
251:9,18,22
251:23
307:17
**demonstrate**
337:12
**demonstrated**
334:3 335:3
**denied**
259:6 263:11
297:14,15
298:1,5

**deny**
293:3 337:9
344:24
**denying**
272:21
344:20
**department**
249:9 253:10
254:19
255:19
256:2,6,24
257:7
259:17
265:2,4,5
267:12,14
267:18,20
268:3,4,6
268:15,16
269:8,11
270:2,4,12
271:1,5
274:18,25
276:25
278:2,8,11
279:8,14,16
280:8,12,20
283:7,14
285:9
300:13
310:2 325:6
352:10
365:16,18
389:17
390:17
391:14
392:10
**departmental**
255:21
**Departments**
392:5
**depends**
312:14 319:6
380:21
**deponent**
402:15,16,23
**deposition**
253:6,8,11
402:17,24

403:10
**depressed**
334:11
**deprive**
379:20
**deprived**
351:6 379:22
**deputy**
256:15,17,19
256:22
257:25
258:5
**describe**
350:15 400:7
**described**
344:4 369:15
**designed**
335:4
**desire**
250:25
285:17
308:6
**desperately**
310:4
**destroy**
333:10,12
**destroyed**
352:5
**detailed**
254:21
**details**
269:14
**detect**
367:6
**deter**
367:6
**determina...**
341:7 343:9
**determine**
289:25 309:8
315:14,17
334:18
370:16
371:21
**determined**
332:16 350:1
394:18

**determines**
372:9
**deterred**
259:4
**develop**
257:23
385:20
**developing**
331:19
**devote**
287:12
**Dewayne**
248:2 253:25
254:2,3,7,9
254:9
**differ**
384:7
**difference**
343:13
383:19
394:16
395:17,20
395:23
**differences**
322:20
**different**
277:14
286:13
293:17
297:22
333:3,4
341:17
342:19,20
342:21
345:1
346:11
350:17
353:4 354:5
357:11
384:10
**differently**
345:1 353:21
353:22
**difficult**
257:4 259:5
298:4
311:17,19
325:3,4,5,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031506

349:17
352:16
357:5
358:13
367:6 383:3
**difficulties**
357:16
**difficulty**
334:22
346:10
358:22
**digits**
314:1
**direction**
276:22 277:1
312:22,24
376:10
**director**
363:21 364:4
364:7
**disagree**
279:18 342:8
384:11
**disappear**
311:3 312:16
315:12
**disappears**
310:21
**discourage**
292:5,6,18
332:8
**discouraged**
287:14
**discretion**
286:2 290:2
290:2
291:20,22
341:5 355:2
**discretio...**
343:9
**discriminate**
259:2
**discrimin...**
275:7 301:9
302:17
**discrimin...**
258:20
345:14

346:1 353:9
**discrimin...**
254:16,22
255:11
256:5
**discuss**
263:3 364:6
**discussed**
271:20
365:21
**discussing**
263:6 333:4
**discussion**
250:21 251:6
294:15
364:12
366:1
**discussions**
365:7
**disenfran...**
275:25
294:18,19
306:1
380:16
**disenfran...**
258:24
259:24
260:9 261:8
264:24
269:16
291:9
292:13
301:25
308:10
365:5
379:16
380:3,24
384:10
**disenfran...**
345:10 375:8
380:19
381:6,18,21
382:2
**disenfran...**
379:19
382:14
**dismissive**
302:14

**disparity**
322:13
**dispensed**
383:13
**disqualify**
338:23
**disrespec...**
325:1
**dissenting**
396:4
**distance**
336:14
**distinction**
361:15
**distinguish**
383:17
**distort**
334:4
**distribute**
250:7
**district**
259:21 260:6
260:7
270:22
278:14
279:25
292:25
296:9
298:20,21
300:25
326:25
367:10
392:19,20
**divide**
250:6 251:11
**divided**
248:20
251:17
**division**
363:22 364:3
**DMV**
338:16,21
339:7
**document**
339:21 344:1
357:19
359:6

**documenta...**
305:20
316:14
326:13,16
328:7
358:23
**documents**
256:21
275:24
296:21
305:11
308:16
328:8
339:14,15
340:17
343:5,16
350:13,19
350:23
351:1 352:9
357:21,23
370:9
393:14
**doing**
288:11
314:23
315:22
332:12
342:8 348:2
356:1
387:18
**DOJ**
365:16 393:3
**dollars**
275:18 279:2
279:3
280:10
293:10,16
300:14
303:22
384:22
**door**
301:15
**double**
395:15,16
**doubt**
287:3 342:6
**DPS**
348:15,16

349:14
352:3
**Dr**
316:19 374:7
374:9
**dramatically**
346:11
350:17
**drive**
328:3 352:7
374:17
**driver's**
261:11 314:2
327:18,18
327:19
334:7
336:19
338:13,22
338:24
364:19,21
**drives**
256:23
**dropped**
251:15
**drops**
395:19
**drug**
303:19
**due**
278:19
282:23
293:25
371:13
**D.C**
255:8 271:4
278:9
279:17
319:1 324:6
392:17

---

**E**

**Eagleton**
310:17,18,22
314:14
**earlier**
262:1 283:20
338:1
362:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031507

```
369:15                305:2 306:2      elderly          368:12,16        399:23,24
373:10,11             306:18            324:5 337:2     368:18           399:25
375:22                307:3,13,22       369:3           370:20           400:12,20
377:9 388:9           308:7,23         elect            371:24           400:21
early                 309:4,12,14       321:18,18       372:18,20        402:2
252:24 276:3          309:18           electing         373:11           electoral
276:5                 310:21            321:14          374:15,16        305:4 308:3
278:16                315:16           election         377:1 378:1      321:5
338:10,12             316:5,8           254:14 255:2    378:21,21        332:10
339:5                 322:3,4           256:8,25        378:22           electorate
367:20                323:4 326:6       257:21,22       379:23           332:13
397:22                328:11            259:23,23       381:3            elevate
399:21,22             359:25            260:5,5,14      382:17           363:3
400:2,4,7             360:18            260:17,25       385:8            eligible
400:15                378:22            262:8,12,23     397:11           313:24
easily                390:12            264:8           400:13,22        331:20
326:8                 391:1,20          266:21,21       401:1            336:2
easy                  398:24            267:3           elections        380:14
261:19,19             effectively       269:16,21      247:9 259:14      eliminate
324:11,12             337:9             269:24,25       259:16           276:2,3
324:17                effects           270:3,5,7,9     260:2 261:3      346:12
377:25                306:8             270:11,21       261:8            eliminating
eat                   efficient         271:6           268:22           331:15
292:10                320:16            275:22          270:23           333:12
economic              effort            276:24          271:2 272:3      345:19
281:21 287:9          294:17,19         283:1           277:3 279:7      346:13
288:2 334:1           301:24            289:23          279:10           Elkins
educate               320:4 363:5       290:8,17        291:1,3,7        280:1
275:22                efforts           303:11,19       303:5,5,24       Ellis
331:17                331:8,10          303:19          307:21,23        262:2,18
361:2                 384:22            306:4           308:12           263:13
362:13                eight             320:15          346:2 362:6      else's
384:25                251:1 286:23      321:20          362:11,13        303:14
educated              294:13            326:2 329:3     363:21           366:21
307:15 323:3          329:18            331:17,19       364:3,7,25       embedded
323:7 326:7           either            331:22          365:1            357:22
education             258:17            332:2           366:12,23        emotion
331:21                277:25            334:17,18       371:6 375:6      375:15
359:20                278:8             335:11          376:14           emphasize
379:10                299:13            341:5,8         377:17           295:9,14
384:21                311:16            343:9 350:6     379:6            employed
385:5 387:5           313:25            358:14          382:10           403:1
educational           343:25            359:16          383:8 384:2      employee
260:20,23             347:8             361:23          385:10,17        292:1 318:19
330:7 331:5           364:20            362:2,3,3,4     393:23           364:21
Edwards               369:21            362:4 364:9     396:21,21        employer
259:12                379:24            365:13          396:24           292:2
effect                391:13            367:4 368:8     397:10           empower
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031508

331:19
empowered
276:17
enacted
364:17
396:18
398:3,4
enactment
258:14
enchanted
349:19
encountered
255:4 334:22
encourage
332:10
endorsement
337:14
enforced
367:8
enforcement
283:4,11
397:8,11
engaged
311:25
313:21
enjoined
388:8,10
390:25
enrolled
275:9
ensure
308:12
320:18
331:20
ensuring
329:3
enters
345:5
enthusiasm
307:25
entire
332:13 353:1
entitled
263:25 264:1
311:5
entity
350:14

envelopes
350:14
equal
304:9 325:25
366:22
equally
251:11,17
325:24
345:2,22
366:23
373:16
equation
327:6
eradicate
258:10 265:1
erected
255:23
256:13
Erickson
311:5
erosion
259:10
errors
310:19,20
especially
255:2 352:14
352:17
374:16
377:11
379:21
400:22
Esquire
403:10
et
341:2 350:15
352:19
ethnicity
322:21
evaluate
332:12
event
287:2
events
258:4
eventually
263:9
even-handed

305:3
everybody
250:19
272:10
275:14
299:11,12
325:24,25
327:5
328:22
365:15
366:15
385:9
evidence
277:11,14
297:16
308:9
312:19,21
339:15
350:9,20
376:20
395:22
exact
398:2
exactly
265:13
325:19
384:20
exaggerated
282:4
examined
307:22
example
306:9 333:10
335:12
344:21
357:4
382:13,14
387:4
examples
258:16
321:21
336:13
excellent
357:15
exception
299:11
exception...
336:5

excessively
335:11
exchange
248:8
excuse
287:1 368:15
368:17
381:10,14
382:16
383:1
384:14
387:8
exercise
286:2 329:2
331:21
348:13,18
348:21
382:9,11
exercising
255:25 349:7
382:13
exhausted
285:23
exist
347:3
existed
376:4 377:3
existing
341:23,25
exists
350:21
expect
293:24
expectations
329:2
expected
251:14
expenses
319:5
experience
291:15 301:3
324:9 332:6
338:9 346:4
346:5 364:7
364:13,14
365:24
366:1
382:21

384:6
387:11,12
387:16,22
389:10,22
390:9
experienced
395:9,12
experiences
336:9 347:15
experiment
373:17
expert
250:3,14
251:4 287:7
313:7
expertise
322:3
expiration
339:10 341:2
347:4
403:10
expired
285:13 352:6
357:25
358:3
364:20
Explain
271:14
explaining
338:19
explicitly
337:11
exploring
252:3
express
317:25
expressed
249:11,12
304:20
396:1
expressing
346:8 349:21
extension
339:21
extent
249:4 250:21
253:23
285:14,15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031509

295:17
308:19
334:19
337:22
338:4 340:2
340:12
341:20,21
342:3
350:10
366:24
400:7
**extra**
328:12 335:9
399:19
**extrapolate**
372:13
395:10,14
**extreme**
316:1

**F**
**face**
304:25
310:14
366:18
**faced**
301:22
354:17
**face-to-face**
274:9
**facial**
383:16,19
384:3
390:23
**facilitating**
256:22
**facilities**
336:14,14
**fact**
249:14
258:12
259:19
260:9 265:6
265:7 269:2
269:8
272:17
273:20
274:23

277:19
279:15
281:6 286:7
289:1,1
292:14
297:19
298:16,18
299:14
301:25
309:8
322:24
323:2
330:13
351:2,4
367:24
368:19
370:12
376:8
379:19,23
380:10
381:4
383:13
388:2
389:19
**facts**
294:1 368:6
**fail**
333:7
**failed**
368:1
**failure**
257:4 368:2
**fair**
251:11,12
252:17
278:5
325:17,22
329:3
375:23,24
380:12
393:9
**fairly**
250:7 304:8
**fall**
256:1
**familiar**
283:21 287:1
287:2,22,23

311:4
330:15
385:23
**family**
333:25
353:15,18
**far**
286:19
315:15
317:14
340:25
349:4
381:18
384:5
390:11
397:3,7
**far-ranging**
257:9
**fascinating**
367:19
**fast**
271:10,10
**fathom**
325:4
**fault**
251:23 252:1
**favor**
299:18,18
304:11
322:10
348:2
369:15
382:18,22
389:4
**February**
263:4
**federal**
256:25 257:9
262:25
271:11,12
271:14,23
278:1,8
280:14
287:5,16,17
288:12
293:16
296:7
299:16

310:14
339:22
357:9
364:22
367:10
381:1,3
388:9
**FedEx**
297:20 339:5
339:6
**feed**
333:25
**feel**
274:14,15
280:7
301:10
319:25,25
320:3,15
347:24
349:1
**feeling**
320:6,7,20
**fees**
280:11
**felony**
290:9,22
388:21,24
389:1
397:15
398:12,13
398:14,16
398:16
**felt**
301:1,1,4
**female**
360:11,13
369:4
**females**
360:17
**fight**
280:1
**figure**
347:23
381:17
398:7,9,10
**file**
262:14
279:23

300:15
339:16
**filed**
262:13
275:11
278:13
279:23
290:23
390:23
**filing**
280:13
**fill**
324:24
355:20
**finally**
353:2 398:21
**financially**
403:3
**find**
263:6 268:15
268:24,25
283:5
291:11
293:12
298:4
300:15
301:18
310:4 312:3
313:19
317:1
326:18
328:14
347:15
353:2
367:18
373:15
388:21
**finding**
312:15
314:17
**findings**
268:17 307:1
311:3 315:7
315:12
**fine**
263:19 331:6
**finger**
258:21 263:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031510

```
  263:7 285:3      264:2            264:19           forward          326:10
fingers            flesh          forced             268:13           349:15,16
286:21,22          383:6          369:19             271:10,11        367:22
  294:13           Flew           forefront          275:1            397:19
finish             319:3          333:1              283:23           400:17
251:20,21          flight         Foreman            329:5            fourth
  300:21           252:7          402:5 403:9        367:24           248:10
finite             flips          forget             384:3            franchise
395:1              372:10         380:1              Foster           382:4,9,13
fire               floor          form               351:23          384:14,15
291:2 352:5        249:16         313:15             fought           Frank
  364:9            Florida          316:12           275:12           294:10
Firm               329:16 372:7     323:11           found            frankly
403:12               393:6          330:11           262:12 264:3     367:17
first                394:11         358:11             278:13         fraud
260:24,24            395:15,19      364:15             283:8 293:9     253:12,14,18
  265:4              396:2          374:13            298:19,20        258:16,17
  275:10           Florida's       380:6             298:21           259:11
  286:23           394:20          393:20            300:19           299:7,8
  293:9 295:4      focus           format            301:20           366:11,22
  295:10           345:21          356:4             306:5,8,10       367:3,5,6,8
  301:12           focusing        former            306:18           367:16
  308:9            359:17          253:6 352:8       308:6            387:11,13
  317:21             364:12        363:2             309:10,12        387:17,23
  326:5            folks           forms             309:14           388:1,5,20
  327:16           262:5,11        277:10            310:21,24        388:23,24
  331:13             288:1 289:2   295:21            312:14           388:24,25
  347:21             294:20        324:22            315:6,8          389:2 397:4
  352:15             300:25        326:13            333:2,10         fraudulent
  361:11             301:9,10      328:13            353:4            259:16,23
  363:9              302:24        332:1             374:19           260:5,13
  386:14             323:16,17     336:24            foundation       Frazier
first-time           324:17        337:2 341:9       304:7,18,22      249:8 313:6
305:18               327:9         358:5             306:1,9,10       343:14,17
fit                  345:24        364:18            317:23           382:18,25
291:7                353:23,23     374:11            318:2,6,8        383:4
five                 374:14,21     392:14            318:15,16        FRCP
286:20 292:3         379:2 384:7   Fort              318:19,20        402:14
  292:4              386:10,15     299:16            318:21           free
  298:12           following       351:25            319:1,6          305:7,8
  301:16,18        365:12 367:9    353:18            330:12           323:21
  325:8              371:24        357:14            366:16           325:7
  353:10             402:7         forth             Foundation's     327:22,22
  398:19           follow-up       272:14 297:7      318:3            336:15
  400:16           391:18          fortunately       four             348:1,7,16
flatly             football        364:10            269:23           382:11
272:21             260:22 261:4    forum             307:21,23        384:17
flat-out             261:5         253:2             314:1            387:4
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031511

freshman
276:10
friend
286:12,19,22
288:18
friends
250:10,12
251:11
351:16
front
265:11
384:23
frustrating
288:18
full
260:18
function
350:8
fund
330:7 331:5
359:20
361:5
fundamental
337:6 348:8
348:13,18
348:20
366:16
funded
310:14
furnish
313:25
further
258:23 311:3
357:8 376:5
402:14,25
403:2
Furthermore
307:15
future
270:22
333:13
337:11
364:16

G

Garrett
330:6 331:1
331:3,3

freshman

349:9,13
357:2,7
359:9
363:18,19
Gary
334:19
335:13
gasoline
293:10
gathering
296:20
305:10
general
255:6 258:21
262:5,13,14
263:9,12,22
266:8,11,16
267:6 268:1
268:9
270:17
271:22
272:25
273:5,13
274:3,7,10
274:21,24
276:24
282:11,13
282:16
283:9,22,24
284:8,14,14
284:20
285:7,13,20
291:11
294:10
299:6 301:8
306:19
308:8
320:10
334:17
350:7 362:3
363:14
364:10
368:8,18
370:20
372:18,20
373:11
374:16
377:17

378:1,4,20
378:21
385:11
397:9
399:23,24
399:25
400:22
generally
384:19
387:11
400:1
generals
283:24
general's
254:20,25
263:4 265:3
265:11
269:19,20
269:22
272:4,8
273:6,22
282:24
283:10
297:17
298:19
300:10
301:21
390:7
gentleman
338:1
gentlemen
285:11 295:1
George
253:6,6,11
253:17
Georgia
294:24
359:23,24
360:5,23
361:25
362:11
363:22
364:4,8,14
365:1,24
366:4 367:4
367:10,12
368:4,10,13
368:15

369:7,16
374:10
375:22
376:3,12,23
377:14
378:4 380:1
380:17,22
384:5,17,25
385:3,8
389:10,20
390:2,13,16
391:21
393:7,10
395:8,18
398:14,17
399:12,15
400:9,20
Georgians
373:21
Georgia's
364:6,13
365:17,19
375:9
382:21
396:5
getting
281:10
287:13
308:21
340:2 349:5
358:21
378:21
386:14,16
387:4
girls
301:21
give
253:8 290:2
293:13
302:3
314:20,25
315:21
317:19
340:23
341:4
344:14,17
344:19
345:9 346:1

347:20
355:2 356:9
385:16
389:10
given
254:20
279:15
290:3
314:13
326:15
344:25
352:17,18
381:8 402:9
gives
291:20,21
342:10
344:12,23
354:2,5
361:13
giving
288:19 343:1
glad
270:14
301:12
382:24
383:5
glimpse
354:5
go
249:24
253:21
261:15
268:7
270:20
272:2,2
282:3
285:14,15
286:1
291:10,15
291:25
292:8,9,9
292:10
293:15
299:22
301:8
310:12,15
313:22
323:18,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031512

| | | | | |
|---|---|---|---|---|
| 324:12 | 281:17 | 277:5 | 271:1,8 | 365:2 400:4 |
| 325:6,6 | 283:2 | 293:16 | 281:13 | **Haliburton** |
| 326:2,10,17 | 285:12 | 310:14 | 293:22 | 293:9 |
| 326:18,18 | 286:1,4,6,7 | 314:8 | 299:18,19 | **Hampshire** |
| 326:19,25 | 286:8 288:6 | 339:22 | **grew** | 338:18,20 |
| 327:12,17 | 289:8,13,18 | 347:8 | 325:11 | **hand** |
| 328:17 | 289:18,22 | 364:21,22 | **ground** | 280:7 309:20 |
| 331:1 | 290:3,13 | **governmental** | 334:18 338:9 | 374:9 |
| 333:15 | 291:13 | 350:14 | 361:25,25 | **handed** |
| 334:12 | 292:2,12,19 | **governmen...** | **grounds** | 374:18 |
| 337:23 | 293:13,16 | 305:5 335:9 | 337:4 | **handle** |
| 338:16 | 299:15,23 | **governor** | **group** | 249:12 |
| 341:14 | 299:25 | 284:2 321:8 | 279:22 350:5 | 394:17 |
| 342:17,22 | 302:3,6 | 321:11 | 350:10 | 395:21,24 |
| 343:4 345:6 | 303:6 | 376:19 | 359:16 | 396:2 |
| 353:16 | 313:21 | 390:16 | 361:1 | **hands** |
| 354:4 | 316:16 | **governs** | **groups** | 279:8 308:15 |
| 356:12,17 | 321:15 | 357:10 | 287:24 288:8 | **happen** |
| 356:21 | 324:23 | **grade** | **guarantee** | 268:11 |
| 359:25 | 327:12,12 | 397:15 | 252:23 336:1 | 290:16,16 |
| 372:19 | 328:22 | 398:13 | **guess** | 291:13 |
| 381:18 | 342:17,24 | **grades** | 260:15,19 | 303:7 342:2 |
| 383:9 | 342:24,25 | 398:14 | 267:10 | 392:12 |
| 393:21 | 343:1 346:7 | **granddaddy** | 269:18 | 395:10 |
| **goals** | 348:2 | 295:17 | 288:24 | **happened** |
| 332:5 | 351:12 | **grandfather** | 289:8 | 269:15 |
| **goes** | 353:17 | 356:2 | 319:25 | 302:13 |
| 249:8 317:15 | 355:25 | **grandmothers** | 339:23 | 353:3 |
| 333:19 | 361:6 | 288:22,24 | 342:7 | 388:10 |
| 334:10 | 362:23 | **grant** | 381:16 | **happenings** |
| 359:3 362:5 | 364:6 366:9 | 358:20 | 396:23 | 275:19 |
| 374:9 | 382:8 399:9 | **gravely** | **guests** | **happens** |
| 375:25 | 399:21 | 333:19 | 248:13 | 289:20 327:8 |
| 382:14 | **good** | **great** | **guy** | 352:14 |
| **going** | 284:7 290:19 | 284:25 | 270:15 275:8 | 361:12 |
| 251:25 | 308:9 320:8 | 293:23 | 324:14 | **happy** |
| 261:12 | 324:7,8 | 300:9 317:5 | **guys** | 300:22 |
| 262:24 | 355:16 | 322:12 | 272:5 293:14 | 360:24 |
| 263:24 | 379:9 | 362:21 | 355:21 | 369:21 |
| 264:7 | 382:24 | **greater** | **gym** | 390:1 |
| 266:12 | 384:5 392:1 | 307:16 | 285:5,6 | **hard** |
| 272:3,13 | **gotten** | 372:10 | **gymnasium** | 289:10,10,15 |
| 273:22 | 272:5 281:15 | 377:4 | 260:24 303:9 | 323:18 |
| 275:6,15 | 282:20 | **Greg** | | 324:11,17 |
| 276:5,17 | **governed** | 262:23,24 | **H** | 328:19 |
| 278:12 | 348:24 | 265:6,6 | **half** | 349:2 |
| 279:10 | **government** | 266:9 268:9 | 251:17,18 | 393:10,17 |
| 280:9,11,13 | 259:24 263:8 | 270:17 | 353:20 | **Harper-Brown** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

359:7,8
389:14
391:16
**Harris**
278:23
**Harry**
253:15
**hassles**
305:14
**hate**
395:7,9
**head**
280:10 340:2
387:7
399:10
**headway**
277:2
**health**
250:1 264:18
292:22
**hear**
311:12
329:25
362:23
382:24
**heard**
283:12 287:2
293:21
302:19,22
350:20
361:15
365:14
366:9,11
367:5 368:7
369:4,15
374:7
375:17
377:9
379:19
393:5
**hearing**
248:12
249:12,14
249:17
295:7
351:14
**hearings**
248:7

**hearsay**
392:24
**Heflin**
349:11,13
396:14,15
397:17
399:17,18
400:5
**held**
268:22
269:21,22
270:1,6,11
272:21
321:19
375:7
**hell**
294:21
**help**
255:6 258:21
271:13
272:11,16
272:18
275:2,3
286:20
288:1,4,6
297:18
305:16,22
308:11
320:18
339:3
348:11
359:12
363:5
**helped**
398:8
**helping**
288:8
**Heritage**
304:7,18,22
306:1,9
307:1
313:12
317:23
318:2,3,6,8
318:19,25
319:6
330:12
**Hey**

272:5 378:24
**high**
313:20 336:5
**higher**
307:14
**highly-re...**
284:6
**Hill**
284:5 286:24
**Hispanic**
288:25
323:24
324:2 369:7
377:10
**Hispanics**
322:11
325:12
328:20
382:12
**historic**
368:25
377:12,13
**historically**
255:3,9
**history**
277:19
353:11
**hit**
349:16
**hold**
258:4 262:24
271:18
299:22
323:13
362:11
**holding**
272:19 300:6
**holdings**
331:16
**home**
352:19
355:23
356:1
**homeless**
336:21
345:24
**homes**
277:7 337:3

**honest**
321:17
387:16
**hope**
351:12 359:3
**hopefully**
384:4
**hoping**
395:7
**hospital**
353:24
**hospitals**
353:9
**hour**
253:24
289:24
292:3 399:3
**hourly**
307:15
**hours**
248:21 251:2
349:15,16
400:18,18
400:23,25
**house**
247:8 249:16
252:18
259:11,12
260:15
267:15,16
272:1 279:5
279:6
321:12
328:3,3
343:23
351:12
359:1
**Houston**
261:11 263:5
275:3
298:15
403:11
**huge**
348:2
**human**
324:20
**hundred**
260:1 280:9

293:22
**hundreds**
276:9 292:7
**hurdle**
328:18
**hurdles**
255:22
**Hurricane**
334:2
**hurtful**
282:2
**hurts**
287:18
**hyper-tec...**
257:5
**hypothetical**
327:11 381:8
**hysteria**
375:12

---
I
---
**ID**
254:13
258:14,22
259:3
275:18
277:10
287:6,21
288:24
289:15
291:16
295:17
296:16,19
302:21
304:25
305:6,8,25
306:11,15
306:20,20
306:23
307:2,6,9
307:12,22
308:5,8,11
311:6,17
312:20
313:22
314:5 315:2
315:10
319:15



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031514

| | | | | |
|---|---|---|---|---|
| 322:3,4,10 | 367:12,14 | 316:9,13 | identifying | 389:9 |
| 323:19,21 | 368:1,5,23 | 317:16 | 308:16 | impacted |
| 324:12 | 369:2,6,6 | 323:11,11 | identity | 334:21 |
| 325:7,18 | 369:13,15 | 324:22 | 343:17,24 | 339:12 |
| 326:2,3,5 | 369:25 | 326:11 | 344:15 | 366:7 |
| 326:12 | 370:2,3,4,5 | 332:1,2,3,5 | 347:4,6,15 | impediment |
| 327:20,22 | 371:2,14,23 | 332:7,17,19 | 347:24 | 265:1 |
| 327:22 | 372:23 | 332:23 | 349:4 | impediments |
| 328:1,5,14 | 375:9 376:4 | 334:16,21 | 354:25 | 258:10 |
| 328:16,20 | 376:10,16 | 334:23,25 | 355:3 | impersona... |
| 328:23 | 377:3 378:8 | 335:9 336:3 | ideological | 258:17 |
| 329:8 | 378:18,22 | 336:8,11,15 | 304:10 | impersonate |
| 333:21 | 378:25 | 336:18,22 | IDs | 321:22 |
| 335:13,21 | 380:2,6,10 | 336:22,25 | 287:9 288:23 | impersona... |
| 338:13,16 | 380:12,13 | 337:2,12,14 | 363:13 | 290:13 |
| 338:19,20 | 382:21 | 337:18,24 | 385:25 | impersona... |
| 339:7,9,20 | 383:14,23 | 338:5 | 386:10,14 | 397:5 |
| 341:1,1,2 | 384:14 | 339:17 | ill | implement |
| 341:15,16 | 385:23 | 340:6,14,17 | 333:19 | 275:18 |
| 342:11,19 | 386:1 387:1 | 340:21 | illegal | 367:12 |
| 342:22,23 | 387:2,4,9 | 341:6,10,24 | 264:5,5 | implement... |
| 342:24 | 387:19,20 | 342:1 345:2 | 329:11 | 307:11 |
| 344:21 | 388:8 390:6 | 345:3,20 | Illinois | 311:16 |
| 345:24 | 390:10,14 | 346:13 | 352:22 | 364:25 |
| 347:10,13 | 392:14 | 348:14 | illustrates | implemented |
| 348:1,7,11 | 393:7,21 | 349:24 | 258:8 336:6 | 256:8 276:20 |
| 348:16 | 396:17 | 350:3,6,11 | 358:15 | 360:14 |
| 352:2 | 398:23,25 | 350:19,23 | imagine | 393:11 |
| 353:10 | 399:6,6,7 | 351:1,5 | 261:1 262:3 | implementing |
| 355:1,2 | idea | 352:8 | 303:4 | 393:10 |
| 356:4,10 | 290:19 326:1 | 357:19,20 | 323:17 | imply |
| 357:17 | 348:11 | 358:24 | 342:1 | 272:16 |
| 358:4,9,9 | 355:16 | 364:19 | 344:12 | importance |
| 358:10,11 | 381:17 | 370:9 | 350:21 | 331:18 |
| 358:17,17 | identific... | 384:18,20 | 393:25 | important |
| 358:18,19 | 261:10 281:1 | 384:21 | imitates | 249:7 273:12 |
| 358:21 | 295:15,19 | 385:21 | 357:19 | 302:10 |
| 360:22 | 295:21,23 | 393:11,13 | immediately | 310:7 |
| 361:1 363:3 | 295:24,25 | 393:14 | 326:6 335:7 | 332:11 |
| 363:4,7,13 | 297:2,5 | 396:16 | impact | 333:17 |
| 364:7,13,15 | 305:7,16,19 | identified | 306:6 307:9 | 336:10 |
| 364:17,22 | 305:21 | 256:7 | 309:9 | 351:7 |
| 364:22,23 | 306:3 307:3 | identify | 313:13 | 358:22 |
| 364:23 | 308:7 | 253:12 | 328:22 | 383:17 |
| 365:3,6,10 | 310:25 | 258:23 | 332:12,14 | 384:1 |
| 365:12,17 | 313:16 | 259:5 304:8 | 336:12,23 | imposes |
| 365:19,20 | 314:19 | 343:15 | 337:1 362:7 | 281:16 |
| 365:25,25 | 315:21 | 368:2,2 | 376:11 | imposing |
| 366:2,2 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031515

256:20
**impressed**
359:11
**impression**
285:14
**improve**
321:5 359:13
**improved**
320:22
**improvement**
272:23
**improving**
258:1
**inaccurate**
262:15
367:18
**inalienable**
381:23
**inappropr...**
278:6
**inaudible**
253:15 255:4
256:18
258:6
261:22
267:21
268:20
275:3,10,14
275:17
276:3,10
293:24
294:4 301:2
304:8,17
324:11
326:1 331:7
331:14,16
331:25
333:5,20,21
334:6,8
338:14
339:12
341:4 345:6
347:13
348:8
349:10
353:20
355:15
359:24

361:8,21
362:14
383:18
389:23
**incapable**
325:2
**include**
257:4 310:23
382:25
**included**
256:12,16
386:9,25
**includes**
259:21
**including**
255:22
257:25
320:13
331:11
332:2 337:8
350:13
**inclusive**
332:6 348:24
349:1
**income**
288:9,15
**inconsistent**
257:16
**inconveni...**
296:15,19
305:9
**increase**
296:23
305:13
369:8,9
374:21
376:25
377:4 391:5
**increased**
307:13,16
309:11,13
360:21
369:10,11
369:12
389:1 395:4
395:5
**increases**
376:16 382:1

**incumbent**
369:18
**independent**
260:7 270:22
278:14
279:25
397:12
**Indiana**
281:5 287:3
287:6
294:23
296:7,16
297:1 305:6
305:10
307:7,11
309:25
312:25
315:1
334:14,16
338:9,16,17
339:14
341:15
345:5
349:19
350:20
351:18
357:17
360:4 362:1
365:23
389:21
**Indianapolis**
334:19
**Indiana's**
304:25 307:9
334:23
396:11
**Indiana-like**
315:23
**indicate**
285:12
302:24
305:25
314:17,22
339:17
340:3
376:10
395:13
**indicated**

248:11
296:14
316:5
394:10
**indicates**
309:17 313:1
315:16
**indication**
309:4 316:8
340:19
**individual**
279:24
307:20
325:23
365:11
366:6
367:23
371:2
372:22
375:3,4
382:8
**individuals**
279:22
314:20
315:21
336:15
368:2,3
369:5
379:22
380:3
**induce**
308:5
**indulged**
333:14
**inequity**
251:21
**infer**
316:15
**infirmity**
380:8
**inform**
379:10
**information**
254:21
255:21
297:20
335:23
374:22,24

376:8 390:9
391:4,6
**informative**
336:13
**informed**
334:24 335:1
**infrastru...**
279:3 303:14
**inherent**
311:15
**initial**
275:8 357:9
**initially**
253:18
269:25
270:1,11
274:23
278:17
**initiative**
258:23
**injunctions**
391:23
**injures**
287:11
**insofar**
296:1 351:17
**inspector**
397:9
**instance**
315:8 358:20
386:7
**instances**
250:4 313:4
334:8 397:3
**Institute**
314:14
**institution**
339:19
**institutions**
338:3
**instructions**
339:2
**integrity**
259:14 303:1
305:3
308:12
320:19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031516

325:18
329:3
intent
249:11 250:5
intention
249:17,19
intercede
271:13,14
interest
249:23 308:1
interested
313:18
349:24
350:9 403:3
interesting
259:7 263:6
266:20
267:11
270:14
287:17
363:6
367:11
368:14
374:4 376:1
interests
307:24
interpose
391:13
interpret...
384:7
interrupt
294:25
interspersed
400:16
intervening
300:7
intimidated
259:3
invest
275:21
investigate
253:14
297:21
300:15
389:2
investigated
299:12
300:24

301:19
investiga...
255:19
268:12
283:11
299:6
investiga...
255:13 268:7
268:21
274:24
283:13
285:10
investiga...
255:1
investiga...
297:23 300:7
300:11,24
invisible
327:7,8
invited
248:12
249:21
involved
254:15 265:2
265:6,7
271:17,18
271:21
272:5,9,10
272:11,11
272:12,14
272:17
274:21,25
276:25
278:16
279:9 284:9
299:21
320:2
331:10
in-person
258:15
366:11
367:5
368:15,16
388:24
IP
275:24
ISD
267:16

271:24
274:21
isolated
352:13
issue
249:24
250:15,16
274:8,16
279:4
284:12
308:19
309:17
340:13
346:21
354:21,22
360:5 361:9
363:13
366:12
369:21
375:5,13
380:15
issued
269:12,13
314:16
337:17
339:18,21
353:7
354:10
issues
263:6,21
264:18
268:5
319:16
340:22
359:15
365:14
380:14
390:10
issuing
340:20
it'll
293:4

---
**J**
---
Jackson
269:17
274:17
279:23

jail
398:18
James
290:14
January
391:21
Jason
307:18
Jeffrey
307:8 312:25
Jenigh
330:6 331:3
331:3 349:9
357:2,7
362:18
363:19
Jenigh's
373:16
Jenkins
351:23
Jersey
314:15
Jim
284:7
Jimmy
367:9
job
247:1 264:6
292:8,9
300:9 351:8
362:21
jobs
291:10
John
270:15,17
284:5 305:1
join
259:12
joint
260:17
270:23
271:2 272:3
279:7,10
journal
310:12
judge
270:10 287:2

287:6,16,17
288:12
290:8
291:18
296:7,12
367:11,19
367:24
388:9
390:24
judges
280:5 290:17
396:4
judgment
257:6,16
258:2
342:25
393:9
judgments
280:10
Julia
352:23
jump
300:22
328:18,19
jumped
269:7 360:7
jurisdiction
271:15
jurisdict...
346:2
jury
348:22
justice
248:2 249:8
253:10
254:3,10,19
255:19
256:2,6,24
257:8
259:17
265:2,4,5
267:12,14
267:18,20
268:3,5,6
268:15,16
269:8,11
270:1,4,12
271:1,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
274:18,25            345:20              315:15              398:17              late
276:25               346:14              317:8,14,24         399:3,7,9            252:6,23
278:2,8,11           347:8,10            318:15              399:10,12            286:8 302:7
279:7,14,16          349:2 360:7         320:1               400:18               317:4,5,7
280:8,12,15          363:6,15            326:23,24          knowing              399:3
280:20,22            391:8               327:1,2             249:22             Latino
283:7,14            kinds                328:5,7           knowledge             369:7 377:10
285:9 296:1          357:16              335:18,20          298:8 338:8         Latinos
296:13              Kingsley             337:22,25           392:15               389:9
300:13               292:23              338:6             known               law
305:1,6,8           knew                 339:13,24          255:18               256:25 257:4
315:3                249:13 270:2        340:5,8,9           256:10               257:16
323:20,22            303:5 361:4         340:13,14         knows                 258:14
325:21               399:8               340:16             275:14               268:25
333:3              know                  342:24             342:25               275:25
365:16,18            250:18,20           344:13,13                                280:22
389:17               252:16              344:13          ┌──────────┐            281:16
390:18               253:16              345:15          │    L     │            283:3
391:15               259:17              347:12,18        └──────────┘            284:16
392:5,10             262:3,4,5           348:6,16,19      labor                  287:6,11,14
justices             262:16              349:5,19,25        276:11,13            287:18
296:4 396:1          269:14,15           349:25          lack                   289:6
justice's            270:19              350:1,8,14         252:9 335:8          290:12
296:25               273:7,8            351:2,14           368:1,4              295:16,18
justifica...         275:17              353:19             371:13               295:23
367:15               277:5,24,24        354:1            lacked                 297:1,3,7
Justin               280:14,19          355:24             365:6 371:2          304:25
280:21               282:10              362:10          ladder                 307:9,12,13
                     284:5               366:1             287:9                309:12,14
┌──────────┐         286:19,20          367:25          ladies                 314:3,15
│    K     │         287:5,16           368:7             291:2                315:10,23
└──────────┘         288:23              372:12,13        lady                  315:23
Katrina              289:7,10,11        372:17             301:2 338:18         322:19
334:3                289:13,16          376:2,2,4        Lake                   324:21
keep                 290:9,15           376:16,17          334:20               326:5 328:1
255:24               291:5 292:7        376:24             335:19               328:10
284:13               292:8 293:8        377:6,11         language               332:13,14
353:16               293:15              378:12,16         343:16               334:23
360:4                294:2,10,19        378:25             344:15               336:12
Ken                  296:1,7            380:14,15        Laredo                 341:24,25
253:6                298:9 299:9        382:4             289:2                342:8,10,13
kiddingly            299:15,22          384:19,22        large                  342:19
346:7                299:25              385:17             299:2 326:20        343:13,16
kind                 300:12,25          387:7             350:22               345:2,3
253:22               301:2,3            391:24             368:4                346:12
277:18               302:16              392:22          largest                349:20
280:23               309:20              393:18,25         368:12               351:17
281:2 289:6          313:3,18           394:1,1,7,9      lasted                 355:6 357:9
316:8,16                                 397:2,7           391:23
329:17
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031518

357:17
359:23
360:18,19
360:22
364:25
365:17,19
365:20
366:7 370:8
375:9
376:18,19
380:16,17
390:6,24,25
394:4 396:2
396:5,16,17
397:11
laws
277:18
305:25
306:3,5
307:2,6,22
308:5,7,8
308:11,20
310:20
312:20
315:6 322:3
322:4,10
323:4 329:8
332:5,7
337:9,12
348:23
353:10
359:12,17
359:21
367:8,13
373:23
383:23
390:5
lawsuit
256:2 262:25
275:10
278:13
279:23,24
283:10
lawsuits
280:14
365:25
366:4
367:23

390:23
lawyers
366:4 383:11
383:17
lay
289:16
laying
283:23
LDF
334:17,22,23
359:20
LDM
332:16
lead
277:11
leader
285:20
leads
341:8
League
287:19
learned
335:16
leave
249:16 361:8
leaves
286:21,21
leaving
294:13
Leavitt
248:9 280:21
311:11
led
268:21
Lee
274:17
left
251:1,2
302:5
303:13
337:11
376:1,2
383:22
legal
255:7,8,13
330:6 331:4
359:19

361:5
363:10
legislation
264:10
277:22,23
278:7 279:9
279:18
280:16
295:16,19
302:20
303:16,17
341:22,23
342:5
350:16
351:11
354:21
364:17
legislative
303:24
331:14,25
legislature
336:10
376:19
384:25,25
388:11
390:15
391:21
398:4
legislatures
303:17
legislatu...
333:1
legitimate
259:2 279:21
340:11
351:14,17
367:2
letter
253:13
378:24
379:4,9
letterhead
317:23
letters
314:7,8
let's
263:3 290:9
313:4

341:15
352:22
377:25
380:12
381:12
386:12
level
264:25 280:4
280:15
284:18,25
301:12
307:7 362:7
370:15
385:14,20
398:12
levels
337:3
liberal
296:3,25
324:14
373:23
396:1
license
314:2 327:18
327:18,19
334:7
338:13,22
338:23,24
339:1 352:7
364:20,21
374:8
licenses
261:11
336:19
lies
322:4
life
323:16 324:7
324:8,9,10
334:5
348:15
353:1
lift
363:5
lifted
258:21 263:2
263:7 285:3
light

249:23 328:4
335:6
343:12
354:1 368:3
374:4
liked
396:10,10
likelihood
341:22
limitations
256:20
311:10,15
limited
248:12
382:11
limits
248:9 284:16
381:25
Linda
359:7
line
291:22,23
300:21
308:22
333:22
lines
251:7 292:14
336:12
398:20
link
348:7
list
248:13 250:9
261:15
314:9 328:8
328:8
339:13
listen
362:20
listening
249:25 289:8
364:2
lists
393:14
literacy
382:12
literature
323:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031519

litigated
367:18
litigation
331:11 360:2
360:8
little
255:6 261:25
272:16,18
277:8 281:5
286:13
287:3,7,22
289:5 306:8
308:5,9,15
318:11,12
328:19
333:18
342:8
363:11
374:2
377:24
379:12
383:7,11
385:4
live
288:25 328:2
328:3 362:7
lived
299:4 323:16
324:6
344:21
living
338:24 356:8
local
259:21,24
260:3,4
263:21
264:25
270:4,16,18
272:21
275:2
280:15
282:23
284:18,24
362:6,7
locally
277:5
location
356:12

400:13
locations
348:17 400:7
400:8
log
269:13
Lone
347:2,3,6
long
250:24
270:21
275:6
286:11
292:14
321:18
324:6
348:20
390:19
391:18
longer
272:3 286:25
293:20
312:17
391:2
392:22
look
263:16
291:16,17
291:19
295:12
308:19
316:25
334:1 341:5
341:6 344:2
363:10
366:23
377:12
393:22
looked
285:5 315:5
333:21
375:14
377:9
379:11
looking
248:6 254:25
308:17
317:22

327:6 328:9
341:1,2
345:25
352:23,25
360:9 368:7
380:11
looks
291:16
314:13
322:18
324:3
360:20
loosey-go...
253:22
lose
279:4
lost
264:6 279:11
lot
263:5 283:23
286:25
289:2,3
290:11,12
297:7
310:19
319:25
321:1
322:14,14
322:25
341:16
350:20
351:14
353:23
357:10
361:16
374:21
385:9
387:17
love
399:15
low
287:9
lower
288:1,9,15
Lulac
287:20
luxury
333:14

M

machine
276:6 292:15
mad
279:4
Maddox
284:7
Magazine
309:2
maiden
354:11
mail
277:7 299:7
299:8
305:19
355:20,23
368:17,20
381:11
388:25
398:12
mailed
277:9 378:24
mail-in
380:2 383:1
387:9,12,23
388:1,5,13
388:23
397:15
398:5
main
343:2 358:12
mainstream
375:14
maintain
295:7
major
280:20
400:14
majority
296:4,14
313:15
321:12
322:19
331:13
333:16
360:15
372:9

making
282:11
284:21
290:20
295:11
296:19
299:10
305:9
319:21,23
325:20
344:2
345:22
358:22
366:5
males
360:12,14,17
man
284:7,24
293:14
327:8
managed
347:24 349:5
mandate
276:18
mandatory
393:7
map
393:4
march
262:1 265:10
294:7
299:17
364:11
375:11
marched
259:13
260:25
275:4
marching
273:16
mare
279:22
margin
333:8
marginalized
332:20,25
334:5
Marion



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

304:24
334:20
Mark
283:25 284:5
Marshall
299:25 333:4
353:17,24
Mary
281:23,24
Maryland
316:24
match
344:20
matched
375:3
matches
336:22
matching
355:14
material
390:20
materialized
386:3,4
materials
257:25
327:23
341:4,11
math
395:10,14
mathemati...
376:15
matter
250:19
322:17
327:8
matters
322:18
Mayor
279:22 363:2
ma'am
349:9 389:18
391:11
McCain
369:18
McGee
354:18
McKinney

403:11
meager
333:24
meal
292:10
mean
262:9 280:18
284:17,23
285:20
287:16
316:22
322:16
327:13
329:4 375:2
377:6 383:2
means
289:21 290:1
330:22
347:3 385:8
meant
282:10
measure
260:10
measures
259:3 327:3
367:7
mechanism
341:19 346:1
media
289:21
Medicaid
350:13
Medicare
350:13
meet
265:15,18,19
265:22
272:25
273:10,12
273:23
274:2
meeting
265:12 266:5
266:7,10,13
266:13,16
270:16,19
270:24,25
274:9 402:8

meetings
263:5 286:15
328:13
meets
273:24
member
249:5
members
248:7 250:1
250:7,22,22
251:3,5
252:18
259:10,11
259:12
285:25
286:1,3,4,5
304:2 310:9
317:18
329:25
344:9
353:12
354:2
362:15
363:18
401:7
memo
248:11
memorandum
248:6,23
249:11,13
249:16
mention
322:11
357:12
mentioned
290:5 308:14
322:6
325:16
merely
399:6
merit
323:13
met
254:18
methods
310:15
metropolitan
400:14

mid
377:15
midnight
248:21
249:18,18
250:13
251:11
285:15
311:5
migrated
353:18
Mikoff
307:18 308:4
309:3
311:20
miles
259:13
265:19,25
276:4
military
352:8 357:20
364:23
Miller
253:15 307:8
307:10
312:25
313:1
million
259:20 260:2
260:13,20
280:1 303:8
365:3 368:9
368:11,25
371:10,12
372:20
374:18
378:4
384:22
385:2
394:11,12
394:19,20
395:4,20
millions
275:18,18
293:10
303:22
386:20
million-d...

261:5 262:23
mind
324:19
340:24
366:22
minimal
276:16
Minnesota
338:23 339:1
minorities
286:17 288:1
288:14
289:9
307:15
320:3
324:23
325:2
332:20
359:12,13
390:12
minority
288:8 299:13
320:2 331:8
332:14
336:16,17
336:19,20
336:25
337:5 338:3
341:13
346:4,5
351:7 369:3
minute
328:17
399:19
minutes
248:15,18,22
248:24
249:2
250:14
251:2 302:7
327:11
362:16
397:19
misapplied
341:13
383:20
misclassi...
312:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031521

312:16
misdemeanor
388:23
misleading
318:12,12,22
mismatch
374:7 375:1
missing
327:4 343:13
Mississippi
329:16
Missouri
307:8 309:7
333:20
misspelled
374:8
misspoke
375:10
mistake
315:11
mistakes
310:19 311:3
mobile
332:24
385:24,25
386:8
model
312:18
modeling
311:5,10
moderately
312:1
moment
328:10,11
374:8
Monday
271:4 273:18
274:2
Monday's
248:12
249:17
money
271:7,9,24
271:25
276:7
293:14
328:24

333:5,18
385:17
386:13,15
387:5,5
398:15
monitor
334:18
monitors
266:21 267:3
month
262:2
months
265:5 269:23
270:3 274:6
298:13
301:16,18
Moore
393:2
Morenz
314:15
morning
252:24
270:25
271:4
273:19,19
273:21
274:2
mother
339:3,3
motivation
308:3 311:22
312:5
motivations
312:7
Motor
296:20 305:7
305:10
mouth
284:21
move
320:5 333:22
348:3
movement
261:2
movie
333:15
moving
283:22 329:5

337:8
398:23,24
MSC
297:24
Mulhausen
304:4,6,13
304:16,16
310:10
316:25
317:1,22
318:10,17
329:25
330:2,4
multiple
283:24
359:15
multiply
395:11
municipality
260:18,18
Murphy
367:11,24
390:24
Murray
352:23
M-U-R-R-A-Y
353:1
M-U-R-R-E-Y
353:5

**N**

NAACP
285:20
287:20
302:6 330:6
331:4
359:11,19
359:24
360:15,23
361:6,13
name
254:1,2
270:15
304:14,16
306:13,17
306:22,25
314:25
316:22,25

328:5 331:1
345:18,23
346:10
347:19,21
347:22
353:1,21
354:11,12
363:24
364:3 374:7
374:11,13
375:1
named
275:8
names
277:10
314:21
315:22
374:22
nation
359:14
national
307:20
331:22
359:16,20
nation's
334:4
nature
367:5
nearly
258:17
331:10
Nebraska
309:1
necessarily
318:21 394:2
necessary
275:21,24
276:11
313:22
357:23
neck
353:16
need
259:10
267:16
273:7 305:8
324:22
327:17

357:8 358:9
376:24
needed
277:22
328:10
339:8 348:5
374:23
needs
320:8 348:24
negative
306:6,7
neither
329:16
402:25
net
347:2
neutral
363:23
382:23
neutralize
336:7
never
262:20,21
267:1 280:5
298:12
301:4
327:19
333:15
342:15
360:8
375:17,18
386:4
390:25
new
256:7 265:4
276:10
278:13
280:22
287:11,14
312:20
314:15
338:17,20
344:22
368:22
374:20
386:16
news
360:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031522

newspaper
298:3
nice
376:18
night
249:25,25
  250:23
nights
250:23
  252:23
Nineties
317:4,5,7
non
297:4 358:5
nonexistent
258:17
nonrespon...
346:7
non-commi...
286:1,3
non-member
288:20
non-minority
336:17
non-photo
295:20,25
  297:5
  306:14,20
  316:12,14
  336:24
  337:2 341:6
  341:9,25
  342:23
  350:23
  355:2
  358:24
  393:14,16
non-photo...
261:10 370:9
normal
390:6,8
  391:3
  400:24,24
North
288:12
notary
402:18

note
250:9
noted
305:6 326:21
  334:22
notice
263:1 322:24
  360:15
notify
256:19
  257:19
November
262:18
  276:24
number
248:19 250:6
  251:22
  256:20
  262:4,6
  299:3
  309:13
  314:1 328:9
  328:11
  336:14,17
  336:18,20
  336:20
  337:7
  350:22
  360:21
  368:4 373:3
  373:7,20
  374:4
  375:25
  384:21
  385:9
  393:15
  394:4,14
  395:4,16,17
  395:23
  398:5
numbers
294:23
  360:20
  372:15
  373:10,11
  374:3
  375:22
  376:6,23

377:5,8,12
377:24
378:1
384:18
numerous
256:12
  298:23
  367:22
  390:23
nursing
337:3

---

### O

oath
273:3
Obama
278:1,8
  279:16
  371:6
object
346:7 395:2
objection
391:13
objective
343:25
obligation
324:24
obligations
326:9
observations
334:13 335:3
observed
334:15 345:8
obsessed
322:22
obsesses
322:20
obstacle
381:25
obstacles
255:17
  381:25
  382:6,11
obtain
256:22 305:8
  333:23
  336:15

obvious
376:13
obviously
278:10
  322:15
  375:2
occasions
297:22
  352:10
occur
347:18
  366:11
  367:4
  374:23
occurred
291:6 341:20
occurring
277:20
  341:22
occurs
337:23
  388:25
October
257:6
odds
322:16
offense
291:12
  397:15
offer
331:24 335:8
offering
343:19
offhand
310:3
office
254:20,25
  262:12
  263:18
  265:3,11,21
  266:22
  267:5,6,9
  269:19,20
  269:22
  271:12
  272:5,8,24
  273:1,3,4,6
  273:8,20,22

274:7 277:3
283:10
285:22
291:2,3,4,8
297:18
298:19,20
298:21
299:17
300:10
301:13,13
301:15,16
301:19,21
306:1,10
331:16
354:19
365:3
374:18
388:23
390:7
400:12,12
400:13,14
offices
298:8 301:14
  348:15,17
  352:3 401:2
official
253:9 284:6
  304:21
  314:8 318:1
  341:5,9
  343:10
Officially
329:20
officials
254:18
  255:15,24
  256:8,13,25
  257:2,8,11
  257:19,23
  258:3,4
  259:24
  260:1,3,3,4
  261:2,6,7
  261:18,22
  263:12,21
  264:2 270:4
  270:16,18
  272:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031523

283:11
290:25
298:16
331:18
400:21
**Oh**
264:19
266:17
290:14
327:12
329:9
330:21
342:23
**Ohio**
314:15
**okay**
263:19
264:19
266:20
269:5 271:7
273:9 277:4
280:11
282:7
283:17
293:3,4,7
295:4,13
310:8 311:8
313:4
314:10,10
316:23
317:1,6
318:18
328:2,9
329:9
330:24
342:21
344:8
359:23
370:12
371:3
372:16
378:14
379:15,15
382:24
383:11,25
384:23
386:12
387:3,8,15

389:3
391:12,24
392:4,22
393:19
394:9
395:13
396:13,25
398:21
**old**
285:6 324:4
344:21
352:7,24
**older**
352:17
369:12
**Oliver**
292:23
354:11
355:14
**once**
255:4 271:24
273:9 306:6
312:3
323:21
360:24
383:3
**onerous**
332:19
**ones**
303:18
335:20,21
351:4
371:22
**one-hundr...**
306:15
**one-thous...**
306:11
**ongoing**
255:1 283:13
285:10
356:3 360:2
**on-line**
356:21
385:21
**on-site**
258:24
**on-the-gr...**
334:12

**open**
250:20 251:6
337:11,15
345:22
349:15
383:22
400:19,23
400:24
401:1
**opening**
248:14
**operating**
396:20
**opinion**
250:19 263:4
263:10,13
263:17,18
263:25
264:4
272:19
282:15
291:15
296:5,8,12
296:14
297:2
311:21
343:20,20
351:15
363:8
**opinions**
297:1
**opponent**
369:20
**opportunity**
254:12 271:8
280:6 304:9
304:19
317:20
331:20
379:11
380:18
381:5 382:8
382:25
**oppose**
254:11
**opposed**
287:23
322:14

399:6
**opposing**
287:24 288:7
288:10
**opposition**
250:18
287:21
**opted**
372:12
**option**
316:11 336:1
342:11
**order**
258:14 280:2
333:23
335:15
336:5
338:15
347:9,10
356:12
367:12,13
367:20,25
385:22
**organization**
319:15
325:23
359:21
**organizat...**
323:10
**original**
338:25 339:4
352:5
**ought**
290:9
**outcome**
403:3
**outreach**
386:10,23
387:6
**outs**
314:4,6
327:24
**outset**
336:3
**outstanding**
362:18
**overall**
307:12 377:7

**overcome**
352:16
**overnight**
271:4
**overwhelming**
313:14
**o'clock**
270:25

---
**P**
---
**pack**
333:13
**page**
296:15
314:18
322:6
402:21
**paid**
292:11
330:19
**panel**
351:16
355:22
**paper**
267:23 322:7
**paragraph**
248:11
**parents**
261:12
277:13
**part**
253:9 257:22
260:17
261:14
268:20
278:17,19
331:10
334:8
356:14,19
368:14
376:18
387:14,15
398:14
**participate**
308:3
**participated**
360:8
**participa...**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031524

```
307:25            359:25            pays              350:2,5,10        307:13,16
348:22            passage           319:5             353:19            309:11
participa...      277:21            peace             354:9 356:7       313:17,20
331:15 332:8      passed            248:2 254:3       356:12,25         350:2
332:10            259:20            254:10            359:4             372:11
334:11            260:10,11         Peachtree         360:21            percentages
361:13,22         260:13,16         399:14            361:2 362:7       361:13
particular        278:22            peer              363:5 364:2       percentag...
249:24            284:7             310:11 313:2      367:25            374:20
253:11            305:17            penalties         369:4 372:3       perfect
254:11            315:11            264:8             374:4,12          373:17
262:11            324:21            penalty           378:10,17         perfectly
271:8,9           342:5             293:3             379:7,12,13       367:1
290:1             362:16            people            379:16            performed
332:15            376:18            250:17 262:7      380:5,17,19       307:8
337:5             379:20            271:4             380:24            period
338:10            388:8,12          279:12            384:8,17          326:6 338:10
343:3             390:13,15         285:17            385:3             378:15,19
356:12            391:19,22         286:7 287:8       386:14,16         391:3,7,9
361:22            391:24            287:25            387:4,6           392:23
362:2             passes            288:9 289:3       perceived         395:1
particularly      291:13 361:7      289:20            258:24            399:25
256:14 288:8      passion           290:18            percent           persists
331:9             274:15            291:3,9           282:5 306:11      345:14
334:13            passionate        292:13,18         306:15            person
340:24            274:15            294:18            309:13,18         264:6 289:16
341:13            passport          298:1 299:3       314:19            299:9
352:17            356:16 357:2      299:7,11          316:2 322:9       300:21
368:3             357:3             300:24            322:10,10         326:14
parties           364:21            302:6,13,20       322:13            327:11,13
362:2 402:12      pattern           302:20            325:11            327:15
403:1             380:11            303:4             328:15,16         346:16
partisan          Paul              313:21            328:20,21         347:22
290:3             305:2             320:16            328:23            353:2
parts             pause             321:21,23         360:11,12         368:18
250:4             340:23            322:21            360:13,13         372:10
party             pausing           326:2,21          360:16,17         373:22,22
253:7 287:12      344:5             327:4             368:8,17,19       373:25
287:12            pay               328:10,11         368:19            374:5 389:1
369:16            261:4 291:4       328:14            369:8,10,11       397:22
402:16,24         297:20            333:7             369:12,13         personal
part-time         333:22            341:19            371:4 373:4       286:18 354:6
295:11 344:1      357:3             344:23            373:21,25         personally
pass              paycheck          345:1             377:7             275:20 346:5
262:23 264:7      347:9             346:25            394:15            persons
281:15            paying            347:12            398:6,8           344:20
321:15            303:14            348:1,18          399:2             person's
338:23            330:13            349:25            percentage        308:6 339:18
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031525

perspective
259:1 279:13
 289:14
 324:19
 387:10
philosoph...
387:10
phone
265:17,20
 266:2,4,6
 273:17,18
 274:3 298:7
photo
258:14 259:3
 287:6,9
 288:23,24
 295:15,17
 295:18,23
 295:24
 296:16,19
 297:2
 304:25
 305:5,7,8
 305:16,19
 306:3,11,20
 306:23
 307:2,6,9
 307:12,22
 308:6,8
 313:22
 314:5,18
 315:2,10,20
 316:9
 319:15
 322:4
 323:21
 324:12
 325:18
 328:1 329:8
 332:2,4,6
 332:17,19
 332:22
 333:21
 334:16,23
 335:13,21
 336:2,8,11
 336:18,22
 336:22

337:14,18
337:24
338:5 340:6
340:16,21
341:15,24
342:11,19
342:22
344:21
345:2,3
348:14
349:23
350:2,5,11
350:19
351:1,5
352:8
353:10
357:20
358:4,10,21
363:3,4,7
363:13,13
364:7,13,17
364:18,22
364:22,23
364:23
365:3,6,10
365:12,17
365:25
366:2,2
367:12,14
368:1,5,23
369:2,6,13
369:15,25
370:3,4,5
371:2
372:23
376:16
378:22,25
380:2
382:21
383:23
385:20,23
387:1,2,9
387:19,20
388:8 390:5
390:10
393:7,10,13
393:17
396:17
398:25

399:6,7
photograph
296:21
 305:11
 339:18
 356:13,20
 357:3,3
photographic
339:15
phrased
325:19
physically
360:8
picked
338:19
picture
291:17,19
 295:12
 344:3
 355:17,18
 356:4,22,23
 356:25
 357:5,6
piece
273:25
 277:14,22
 355:1,1
 358:19
 383:6
piecemeal
388:7
pieces
261:10
pioneer
331:7
pitted
260:11,12
place
264:25
 299:16
 316:10,15
 327:16
 332:19
 341:14
 344:22
 345:6
 346:22
 347:17,17

350:16
360:22
365:3
368:23
369:2,13
370:2
387:18,19
388:6
393:21
placed
255:17
 350:18
 366:8
 367:22
places
279:3 351:9
plaintiffs
367:25 368:1
plaintiff's
368:3
plan
292:10
play
317:16
played
300:2,4
playground
303:15
please
253:25 254:8
 286:5,5
 295:1,1,1
 304:14
 363:24
pleased
331:24
pleasure
331:5 364:2
plus
382:17
pocket
297:21
pockets
386:13
point
248:22
 264:13
 270:13

272:4
285:11,24
286:9,13
309:17
324:13,13
326:16,17
329:22
333:2
335:15
340:12
358:8,22
369:14
371:4 373:3
380:15
391:18,19
393:5
395:22,25
396:5,17
points
307:13
 312:22,23
 361:10
policies
308:10
policy
304:6,17
 306:8
 308:11
 351:3 382:3
 383:2
political
279:14
 307:24
 308:1,1
 309:2
 311:22
 332:7,8
 339:19
 362:2
politics
280:15
 282:23
 314:14
poll
290:3 322:19
 323:12
 329:4,10,11
 329:15,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031526

331:18
334:24
335:7
344:16
345:8
354:17
355:2
374:12
382:9 385:6
385:7,21
**polling**
276:4,5,13
341:14
345:6
**polls**
287:13
292:19,19
305:16,20
327:12
342:2 349:5
358:11
364:19
365:5,9
387:9
400:19
**ponder**
376:1
**poor**
294:19,20
307:15
333:7,15
335:12
346:21
347:2,18
**poorest**
346:24
**popular**
277:7
**population**
303:25 312:6
323:3
326:20
332:25
369:9
371:11
376:3 385:1
**portion**
324:7,8

398:22
**pose**
304:25
332:23
**posing**
296:21
305:11
**position**
304:22 318:1
318:4,5,8
318:10,16
318:17,25
328:12
**positive**
284:25 309:9
363:4
**possession**
357:24 359:7
**possibili...**
316:1
**possibility**
337:11
**possible**
295:6 342:3
342:4
348:25
**possibly**
295:8 366:24
**post**
248:11
**potential**
382:1,6
**potentially**
343:20
369:16
**poverty**
333:22 334:3
**powers**
285:22
**practical**
347:11
**practice**
249:3 318:6
**practices**
254:16,23
260:8 278:6
390:3

**Prairieview**
254:21
255:18,24
256:13
257:2,10,20
258:3,4
259:8,19,22
259:25
260:9,21
261:13,16
262:6
265:20
270:23
271:3 272:4
272:20
275:7,20
277:5,9
279:11
284:22
289:19
291:24
298:25
299:3,20
338:1,2
**Prairievi...**
257:15
**precedents**
331:11
**preceding**
330:11
**precinct**
276:23
381:19,20
**precincts**
275:23 337:5
341:14
**precise**
350:1
**predecessor**
384:13
**predictors**
308:2
**predomina...**
282:4 298:24
298:25
338:3
**prefer**
370:20

**preference**
368:24 369:1
370:19,23
371:5
373:13
396:1
**Prepare**
331:21
**preponder...**
277:11
**present**
277:10 280:6
305:16
336:24
341:15
354:11
358:5,11,25
359:1 380:6
**presentation**
248:14
340:25
**presented**
264:11
343:18
344:16
355:4
**presenting**
314:5 338:12
341:9 343:8
**presently**
345:11
**presentment**
343:14,23
355:7
**president**
293:11
360:23
362:10
365:18
390:17
**presidential**
368:24 369:1
369:17
370:19,23
371:5
373:13
**president's**
361:19

**press**
273:16
293:11
362:12
**presumably**
359:1 392:23
394:16,21
**presume**
297:2 327:13
341:21
342:3 393:9
394:2
**presuming**
340:18
**pretty**
263:8,14
269:7
273:12
287:17
294:15
373:23
389:20
**prevent**
286:6 290:8
338:4,6
366:25
**preventing**
367:16
**previous**
255:16 312:4
367:13
368:12
370:1
392:13
393:22
**previously**
263:11 306:6
365:7,16
373:2
**previousl...**
257:17
**pre-clear**
270:20 271:5
271:6
278:11
365:17
390:4,5
**pre-clear...**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
256:10              267:8 282:2         276:11              366:3               protest
267:17              285:23              278:4               promise             265:7
270:3 278:4         287:3               279:20              302:9               protested
278:15,21           311:20              305:4 308:1         proof               261:1
303:20,22           313:14              308:4               338:24              prove
389:16              324:7               310:12              343:18              290:22
390:20              328:18              312:1               344:16                292:16
391:2 392:5         339:15              313:21              347:10                311:18,20
pre-cleared         354:6               320:19              355:4                 347:4,6,15
260:6 267:15        356:13              321:5 332:8         357:22                347:23
267:16              363:10              343:5               proper                391:10
268:23              367:14              345:22              295:7 328:16        proved
270:5,11            398:8               347:5,18            proportion          303:12
277:25              probation           350:7               350:25                335:11
280:17              391:8               356:14,19           proportio...          367:17
365:19              problem             370:16              395:5               proves
390:17              258:15,20           392:23              proportions         291:21
392:17                281:24            processed           394:21                358:23
primaries             283:19            262:20,21           proposal            provide
331:12                284:24              267:1             250:13 251:8        248:14
399:24                292:6               298:12,13         336:4                 251:24,25
400:1                 340:15,19          processes          346:12                254:12
primary               348:14             268:22             propose               264:8
255:3 334:17          353:9              331:19             369:25                275:23
368:24                354:14,15          332:10             proposed              299:19,24
369:1                 381:16             processing         258:22                300:1,8
370:19,23           problems            257:1               351:20                305:19
371:5               255:20,22           prodded             393:12                315:2
373:13              258:8 262:4         268:13             proposing             317:16
principle           276:1 282:1         produce            261:21 281:6          327:21
333:20              320:24              385:20              351:19                333:18
prior               321:1,4,6          produced            prosecute             335:5
248:9 254:14        321:13             253:18              265:8 301:24          338:24
266:2,15            344:20             Professor           prosecution           340:6
275:19              358:19              307:7,10,18        293:1 298:22          342:19
284:5               391:9                310:1,24          301:24                347:3 348:1
387:24              procedure          professor's        303:12                350:5
388:22              248:5 372:12       309:1              protect               356:20
398:23,24           procedures         program            279:21 290:9          396:8
prison              256:7,12           257:24              305:3 335:4         provided
293:17              257:13             331:23              protected            250:10,11
private             258:8 332:1        369:24              278:5 326:4           251:9,10,24
339:24              proceed            Programs            protecting            251:25
privilege           252:19 254:8       311:5              259:14                255:8,20
349:6               process            progressi...       protection            257:9 305:7
proactive           249:7 256:5        281:15             279:19                355:1 394:9
367:7               258:11             282:20             331:22               provides
probably            264:2,5,5,9        prominent                                285:23
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

389:16
393:12
**providing**
297:4 338:7
370:8
385:25
393:6 394:2
**proving**
311:15 349:4
**provisional**
291:23
305:23
335:1,4,6,8
335:13,22
335:25
336:6,7
337:4
361:16,16
361:17
365:10
370:6,15,24
371:8,13
372:11,21
373:3,6
374:2
378:23
380:25
383:3 384:8
393:15,22
394:4,17,23
395:21
396:3,8
398:24
399:2,5
**provision...**
381:2
**provisionals**
378:6,8
**provisions**
290:7 295:20
397:14
**public**
249:20,22,25
262:17
325:6 326:7
340:1
352:11
402:18

**pull**
297:25
**punished**
264:7
**purchase**
333:14
**purged**
262:7
**purpose**
251:4 292:17
**purposes**
258:1 336:16
343:19
**pursuant**
402:14
**pushed**
268:13
**pushing**
287:25
289:14
**put**
253:5 258:2
287:18
290:6,21
301:15
303:14
305:2
328:18
382:7
**putting**
280:3 284:20
**p.m**
326:3
**P.O**
261:14

**— Q —**

**qualify**
296:22
305:12
347:6
**qualifying**
334:25
**quantify**
370:14
**question**
248:18,25

249:6,21
259:5
262:24
263:14
269:23
274:19
280:8 298:3
301:12
302:2,10
321:2 324:1
339:23
341:8,21
354:16,20
362:25
374:6 376:1
383:22
389:3
398:22
399:8,19
**questionable**
310:15
**questioned**
278:22
300:25
**questions**
248:16 249:4
249:4,9
250:8 251:3
252:9 253:1
279:15
285:13,16
286:2,6
288:21
295:3
297:11
300:21
304:1 310:8
316:19
317:19
325:15
329:24
335:18
337:15
344:9
346:20
352:12
354:19
363:17

373:20
375:22
377:20
391:6 401:6
**quick**
252:15 295:5
349:12
353:14
375:21
383:11
397:22
398:11
399:18
**quickly**
251:21
366:10
**quite**
284:17 324:5
335:22
346:25
347:12,17
374:14
**quote**
287:8 296:2
322:9
333:19
**quoted**
388:9
**quoting**
294:7

**— R —**

**race**
281:20 334:2
369:17,19
**races**
306:19
**racial**
284:11
322:20
332:20
336:12
346:1
**racially**
254:22
255:11
256:5 346:2
**rain**

259:13
**raised**
363:12
397:14
**raises**
339:23
**raising**
294:21 351:3
**rarely**
333:15
**Rasmussen**
322:6
**rate**
336:6
**rates**
361:17
**ratify**
329:13
**rationally**
254:16
367:15
**raw**
309:12
**Raymond**
285:16 286:3
286:10,11
294:3,6,8
294:11,12
294:16
296:2
317:20,21
**reached**
378:17
**reach-out**
379:2
**reaction**
357:9
**read**
248:17
270:19
311:7 313:6
313:8,10,11
323:9
357:14
**readily**
326:24 359:6
**reading**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031529

| | | | | |
|---|---|---|---|---|
| 283:16 | 303:3 308:5 | 314:12,17 | 336:13 | 256:16,21 |
| 294:11 | 308:9 | 315:17 | 339:24 | 256:23 |
| 315:19 | 324:23 | 331:2 | 340:1,13 | 257:1,13,15 |
| **ready** | 339:9 342:6 | 362:16 | 341:24,25 | 258:8,10,11 |
| 378:21 | 344:24 | 363:23 | 343:5 | 260:8 262:9 |
| **real** | 348:19 | 395:14 | **regarding** | 262:20 |
| 258:19,24 | 349:19 | 397:18 | 248:7 268:5 | 263:18 |
| 281:22 | 377:2 | 402:9 | 280:16 | 291:6 315:1 |
| 301:23 | 382:16 | **records** | 291:6 | 316:13 |
| 345:21 | **reasonable** | 269:20 | 295:20 | 336:23 |
| 349:12 | 320:18 321:2 | 275:20 | 331:25 | 342:13,14 |
| 398:11 | 325:17,22 | **redistric...** | **regardless** | 342:15,18 |
| **reality** | 326:14 | 286:18 | 281:20 | 343:8 |
| 334:4 335:6 | 327:3 329:1 | **reduce** | 388:25 | 350:12,24 |
| 346:3 | **reasonably** | 311:1 | **regards** | 355:13,17 |
| 353:25 | 249:23 | **reduced** | 269:18 | 355:18 |
| **realize** | **reasons** | 394:14 | **register** | 356:19 |
| 283:25 | 255:12 257:3 | **reduces** | 293:1 305:18 | 357:1,17 |
| **realized** | 257:5 | 394:4 | 326:17 | 358:6 |
| 270:4 | 292:22 | **reducing** | 327:16 | 368:22 |
| **really** | 361:18 | 376:11 | 355:20,23 | 374:17,19 |
| 251:20 | 375:25 | **reduction** | 355:25 | 374:20 |
| 274:25 | 379:7,11 | 316:2 | 356:7,13 | 386:13,16 |
| 290:1 | 402:22 | **redundant** | 357:10 | 386:20,22 |
| 292:16 | **recall** | 363:24 | **registered** | 386:23 |
| 297:8 | 265:23,24 | **refer** | 255:5 266:25 | 388:14 |
| 318:14 | 283:16 | 268:2 370:21 | 281:10 | 393:13 |
| 321:18 | 384:18 | **referenced** | 313:24,25 | 400:11 |
| 323:5,14 | 396:7 | 363:1 | 327:14 | **regular** |
| 327:25 | **receipt** | **referral** | 356:3 | 344:3 346:17 |
| 333:2 336:9 | 402:20 | 265:3 | 360:12 | 354:17 |
| 336:10 | **receive** | **referring** | 368:9 377:8 | 381:5 |
| 340:15 | 258:6 | 262:1 296:2 | 380:10 | **regularly** |
| 343:15 | **received** | 343:12 | 386:16 | 352:14 |
| 345:25 | 365:4 368:21 | 392:11 | 387:2,6 | **reject** |
| 349:24 | **recognize** | **refunds** | **registering** | 270:13 |
| 350:15 | 354:9 | 297:17 | 355:16 | **rejected** |
| 373:18,20 | **recognized** | **refused** | **registrars** | 255:11 257:2 |
| 374:3 | 284:6 | 264:2,9 | 256:15,17,18 | 336:6 337:4 |
| 382:20 | **recommend...** | 265:8,15,18 | 256:19,22 | **rejection** |
| 383:10 | 268:10 386:7 | 265:19,22 | 257:25 | 256:20 |
| 384:11 | **record** | 278:21 | 258:1,6 | 257:14 |
| 389:15 | 248:23 249:8 | 300:1 | 388:13 | 337:5 |
| 393:20 | 253:5,9 | **refusing** | **registrar's** | 361:17 |
| **reason** | 262:17 | 256:16 | 400:14 | **relate** |
| 249:18 | 272:24 | **regard** | **registration** | 254:13 |
| 251:12 | 285:12 | 295:18,25 | 255:10,17 | **related** |
| 276:8 278:3 | 294:2 304:7 | 297:1,3 | 256:5,7,11 | 248:9,18 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031530

367:15
403:1
relates
325:17
  348:14
relating
296:18
relationship
351:18
relations...
306:7
relatives
353:21
release
360:22
  362:12
released
271:7,9,24
  271:25
relevant
313:23
reliability
305:4
relied
260:7
relief
257:10
relying
361:21
remain
333:1 334:8
remaining
251:1
remedy
380:20 383:5
remember
265:9 310:3
  325:19,20
  357:14
remind
292:24
reminds
293:8,8
remove
375:15
repeat
376:24

replicate
315:7
report
253:17
  306:12,16
  306:21,24
  308:17,18
  313:13
  314:16
  322:6
  335:24
  393:24
reported
345:5,7,8
  351:25
Reporter
402:5
REPORTER'S
402:1
reports
375:8
represent
254:1 282:5
  289:3,4
  296:23
  302:16
  304:15
  305:13
  324:18
  327:1 331:2
  363:25
represent...
357:16
represent...
259:12
  261:24
  263:16
  264:22
  274:13
  277:15
  282:7,9
  285:18
  286:3,10,11
  293:25
  294:3,6,8,9
  294:12,14
  294:16,22
  296:2 297:9

299:14
310:9,10
314:10
317:19,21
337:17
349:11,13
351:20,21
357:13
359:7,8
362:17
363:12
372:16
373:14,15
375:21
377:18,21
377:22
389:11,13
389:14
391:16
396:14,15
397:17,20
397:21
399:17,18
400:5
REPRESENT...
247:8
represented
289:4 325:8
representing
304:21 318:1
  319:20,21
  330:6,12,14
  330:17,18
  330:23
reps
275:3
Republic
366:17
Republican
250:12,16
  251:10
  253:7 280:5
  284:10
  286:25
  287:11
  294:21
  321:7,10,11
  351:15

Republicans
251:14,19,22
  321:12,14
reputation
301:5
request
272:24 273:4
  273:12,15
  274:20
requested
274:9,24
  402:16,23
require
275:24
  295:21
  296:19
  297:1
  306:13,17
  306:22,25
  315:9,20
  316:12
  336:4
  349:23
  356:11,18
  367:7
  369:25
  370:3,4
  392:14
  393:23
  394:25
required
257:19 258:2
  296:20
  305:11,15
  314:18
  323:10
  335:10
  340:14
  342:12
  379:1
  385:22
  389:16,16
requirement
278:15
  303:20
  315:2
  316:10,11
  316:12

317:15
332:23
334:16,21
336:3,24
337:1
346:16
354:25
367:14
369:6,13
379:3,10
380:2 381:1
381:20
390:14
393:11,11
393:16,17
393:21
requirements
256:10
  258:25,25
  276:15
  281:1,11
  295:15
  297:4
  310:25
  332:17,19
  335:24
  336:8
  345:20
  346:14
  359:5 382:7
  385:1,23
  393:8
requires
258:14
  296:16
  305:18,22
  332:9
requiring
256:18 307:2
  332:1
  356:25
  372:3
requisite
380:12,13
research
307:5 328:15
residency
281:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031531

residents
277:12
resign
264:13,19
resigned
292:22 293:7
301:22
resolution
271:3,7
resolved
341:10
resource
389:5 393:1
resources
275:22
287:13
291:10
292:15
297:17,19
respect
268:18 281:8
284:18,18
286:12
289:10
293:21
294:1
366:13,20
368:6 369:3
369:7
respectfully
342:7
respond
249:10
263:24
respondent
312:7
respondents
306:10,12,14
306:16,19
306:21,23
306:24
response
263:13 273:9
310:13
responsib...
267:13 329:2
349:3,4,7
366:13

rest
274:13
304:19
356:3
371:25
restrict
332:7 337:9
restrictions
305:3
result
250:13,14
277:23
278:6
334:23
371:16
375:9 392:4
resulted
277:21
results
312:8,11,16
resume
356:23
retorts
375:23
retroacti...
270:20 271:6
retrogres...
390:11
return
372:1 380:6
380:18
381:6
returned
371:18
402:18,20
revenue
385:12
review
253:10
257:17
reviewed
278:7 310:11
313:2
re-take
338:23
rhetoric
297:7 329:5

rich
324:14
ride
292:9
right
255:25 259:8
259:10
261:1
263:12,24
267:22
269:4
272:19
273:14
280:9 281:9
281:12,13
282:14,23
288:17
291:20,25
293:18
295:22,24
296:22
297:15
298:1,5
299:1
302:15
305:12
308:23,24
316:3
319:23
320:1,8,15
321:8,9
322:7 324:8
325:8
328:14,16
328:23
329:19
330:25
335:1 337:6
341:12
345:18,18
345:25
346:9,10,19
347:1 348:8
348:13,19
348:20,21
351:5,6,8
354:8
358:16

359:21
360:1
363:14
364:9
366:16,19
372:6
376:14
377:13,15
377:18
378:5,11,15
379:14,21
379:22
380:1,9
381:23
383:1,20
385:25
395:1
396:13
399:11
rightfully
280:18
rights
254:12
255:15,23
256:3,9
257:13
259:19
267:13
277:21
279:21
285:8
286:16
302:25
320:3,4
331:8,11
332:18
336:1 337:7
337:13
366:19
379:21
390:2
rigorous
307:9,22
309:23
rising
334:3
road
266:1,3,12

273:9
role
388:1
roll
278:12 317:1
rolls
262:7 303:23
344:22
room
344:24 356:8
roughly
282:14
394:21
395:17
399:5
row
250:24
Rule
402:14
ruled
304:24
383:18
rules
361:3
ruling
281:13,14
282:18,21
282:24
283:1
284:21,25
285:1,2
360:18,25
rulings
281:12
run
298:2 383:8
running
253:15
303:22
runoff
368:20,21
369:19
runs
363:15
rural
261:13
288:25
289:2,3,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031532

289:20
325:9,9

**S**

**Safe**
319:9,11,12
319:13,14
319:18
330:13,15
330:17,18
**safeguard**
335:5
**safety**
325:6 347:2
352:11
**sale**
269:22
272:22
**sat**
252:22
262:10,10
283:10
286:14
**satisfy**
336:2
**saturation**
362:1
**save**
333:13
**saving**
333:5
**savings**
333:6,11
**saw**
283:1 285:6
291:7
292:16
368:12,15
368:24
369:7,8
395:8
**saying**
252:7 263:10
264:4
267:24,25
271:23
272:2
273:16

279:18
283:19
284:13
285:2,3
286:19
291:8 292:2
325:3
342:21,23
347:16
348:15
353:15,20
353:22
**says**
248:11
249:16
252:19
277:4 279:5
279:6,8
285:7
290:21
317:24
322:9
324:21
343:17
344:15,21
348:10,12
360:22
386:8
**SB**
331:25
**scale**
288:2
**scheduling**
265:21
272:24
273:4,8
**school**
259:21 260:6
260:7,17
270:22
278:14
279:25
280:22
299:3 362:4
**schools**
278:23
**science**
305:25 309:2

**scientific**
373:17
**scientifi...**
375:15
**sealed**
301:14,15,16
301:19,20
**seasons**
264:20
**seat**
335:10,14
**second**
260:18
308:11
313:20
317:24
325:17
338:14
374:6
386:14
400:10
**seconds**
272:7
**Secretary**
266:22 267:6
267:9
335:22
341:3
354:19
360:10
363:22
364:4,11
387:25
388:22
393:24
397:9
399:12
**Section**
256:9 390:2
**secure**
331:8
**security**
314:1 328:6
333:12
339:1 352:9
357:20
358:2,7
384:15

**see**
248:17 263:5
264:10
272:1
292:12
299:9,23
303:8
333:15
340:19
341:13
363:6 375:5
386:12
**seek**
259:1
**seeking**
264:3 290:24
**seen**
277:14
286:15,18
290:11,15
294:22
315:15
366:6
367:23
369:21
375:18
376:20
387:17,24
388:1
390:10
**segment**
354:5
**segments**
323:3
**segregated**
335:20
**self**
356:25
**self-impo...**
307:25
**selling**
270:7 293:11
**Senate**
248:3 250:18
254:6
262:18
281:6
295:10

296:17
297:6
304:11
330:7
339:16
340:23
349:23
351:10,19
355:10
357:24
358:25
**senator**
262:2 263:13
321:11
369:18,18
**send**
253:13
356:22
379:3,9
**sending**
300:7,11
**senior**
304:6,17
328:2,23
**sense**
333:12,12
376:23
383:2
389:22
392:11
394:6
**sensitive**
277:17 351:3
351:13
**sent**
248:6 271:3
297:22
300:24
391:6
**sentence**
315:19
317:24
398:15
**separate**
352:10
**separated**
249:21
**serious**



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031533

```
   263:8            Sheila          372:9 388:18     single           280:19
seriously          274:17        signed             264:6 291:11    slight
274:16             shell         256:2 271:3        367:23          281:16
   366:14          398:9           376:19         sir               small
serve            shelter         significance      344:10          260:6 276:16
256:15             333:25        306:9              351:24           280:25
served           shocked         significant        358:4 364:1     281:4 282:3
364:10             398:9         249:23 255:4       370:1,7,18       306:8 350:2
   402:11        shorter           255:22          371:1,7,18       350:5,10
session            399:24          263:15           373:2          smaller
291:1,5          Shorthand         285:19          375:10          373:8
set                402:5           296:23          377:17          Smith
266:12 293:5     show              300:14          378:2 379:8     248:1 249:10
   297:24,25       310:16,18       305:13          379:17           251:16
   298:6           323:10          306:7 312:2     384:16,19        252:5,12,14
   305:22          371:23          312:9,10,11     384:24           252:16
   400:22          372:3          312:13,15        386:5,11         253:2,20
setting            390:11          312:17,18       388:2,20         254:5,8
266:2            shown             332:23          389:6 392:7      277:16
settlement         402:12          340:15         392:13           282:7
257:11,18,22     shows             374:17          394:8 397:1      285:11,25
seven              328:15          376:25          397:16,23        294:25
250:10 251:9       335:25        silent            398:2 401:5      295:4 296:9
   251:14,24       365:9,11        260:2,3        sit              296:13
   251:24,25     side              261:8           265:10 285:7    302:3 304:1
   257:18          250:11,12,15  similar          site             304:5,14,18
   275:11          250:16          306:24          276:5           308:13,14
   280:5 289:4     265:20          365:20         sites            310:8
   298:4,11        301:10,10       369:24          276:4,13        314:12
   302:5           309:17          390:14         sitting          316:19
   400:15          327:6           394:23          273:3 324:15    317:3,7,9
Seventies          351:12        simply            369:18          317:14
278:16             353:17          267:24 294:1   situation        325:15
   377:15          391:2 397:8     294:7 297:3     262:6 297:18    329:24
severance        sides             312:5           311:18          330:3,5,16
291:4              295:8 311:9     316:11,22       349:3,17        330:20,22
shake              375:13          336:2           380:20          330:25
278:5            sign              340:18,20      situations       343:22
shakes             346:16          340:25          271:20 335:5    344:8,11
340:2              347:19,21       341:24         six              345:17
share            signature         351:18          250:11 251:2    346:19
367:4 376:9        341:1 388:12    355:23          251:10,25       349:11,18
Shauna             388:14,15       358:22          292:3           353:12
402:5 403:9        388:16          394:3           323:21          354:16
shed               394:24          395:21          364:18          355:5,9,19
343:12 354:1       402:15,18     Simultaneous     six-hour         356:6,11,18
sheer              402:21          294:5 324:25    292:4           356:24
374:4            signatures                       skeptical       357:12
```


Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031534

358:2,6,16
358:18
359:4
362:15
363:17,20
369:23
372:16,19
373:14
377:20
389:13
391:17
393:4 395:3
396:13
397:18
399:17
400:6 401:6
**snappers**
252:25
**social**
305:24 314:1
328:6
338:25
352:9
357:20
358:2,7
**society**
348:3 350:8
354:5 363:4
363:5,13
**softball**
261:17,18,21
289:17
**solution**
345:25
**Solutions**
403:10
**solve**
258:15
**somebody**
274:4 290:8
290:12,22
292:9
303:14
313:19
319:7
321:18
322:20
344:24

354:18
356:22
366:20,21
367:1 381:2
381:19
383:18
**somewhat**
376:5
**soon**
266:11
**sorry**
318:24
319:14
344:11
372:17
383:9 384:1
385:2 395:2
399:9
**sort**
297:16,16
316:14
325:1
328:25
348:8 354:2
354:16
372:8
**sought**
276:2,3
**sounded**
372:14
**sounds**
315:19
**south**
263:5 293:15
325:9
**speak**
266:9 291:21
374:17
393:2
**Speaker**
248:4 251:13
251:20
252:10,13
252:15,21
253:4 295:2
296:6,11
297:10,12
302:9

325:16
330:9,19,21
330:24
343:11
344:10,11
345:16
346:21
353:14
354:24
355:7,11
357:25
358:4,8,17
359:2 393:1
395:2
**speaking**
273:7
**speaks**
389:7
**special**
270:24
399:24
**specific**
266:5,7,10
273:21
284:14
336:11
384:24
**specifically**
248:10 256:6
266:16
340:9 377:9
382:3
**specifics**
337:25
340:16,25
**specified**
398:15
**spectrum**
316:2
**speculate**
376:6 377:2
395:9
**speculated**
367:14
**speculating**
392:24
**speculation**
367:16

**spell**
353:21
**spelled**
352:25
353:22
354:13
**spelling**
353:4
**spellings**
352:21
**spend**
275:17
303:21
322:21
328:24
384:17
385:5,13
386:12,18
386:20,24
399:19
**spent**
252:23
279:25
384:22
387:20
**spirit**
363:16
384:12
**spring**
255:3 276:3
**square**
276:4
**stadium**
260:22 261:4
261:5
**staff**
276:13
**stand**
248:15 279:4
396:5
**standard**
249:2,2
293:17
318:5
343:14,15
343:22,23
343:24
354:22

355:8
358:12,12
371:21
**standards**
321:20
**standing**
359:13
**Star**
347:2,4,7
351:25
357:14
**start**
249:14
276:14
308:13
346:24
353:11
356:4
370:22
399:8
**started**
248:20 250:6
360:2,6,7
393:23
**starting**
258:10
392:14
**starts**
353:10
**state**
254:1 257:4
258:13
260:1,3
261:2,2,7
262:18
263:7,22
264:25
266:22
267:2,6,9
267:10
271:22
275:21
277:24,25
278:14,19
279:7,8
280:4
283:22
284:25



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 286:17 | 399:15 | 360:9,10 | 275:14 | 340:6,12,21 |
| 294:23,23 | 400:8 402:6 | 368:6 | **stringent** | **studied** |
| 297:17 | **stated** | 393:22 | 310:25 | 313:4 322:2 |
| 303:20 | 367:11 | 394:10 | **strong** | 376:15 |
| 304:14 | **statement** | 399:11 | 261:2 396:1 | 379:7 |
| 305:2 | 273:16 | **status** | **strongly** | **studies** |
| 306:13,17 | 361:19 | 389:1 | 307:5 311:25 | 281:3 305:25 |
| 306:22,25 | **states** | **statutes** | **struggling** | 308:18 |
| 309:10 | 254:18 256:1 | 390:5 | 281:9,12,13 | 316:5 |
| 310:1 | 257:7 | **stay** | **stuck** | **study** |
| 314:13,14 | 304:23 | 250:23 251:5 | 271:11 | 280:23 306:2 |
| 314:16 | 305:17,22 | 261:7 | **student** | 306:5 |
| 315:6 | 306:11,12 | 273:24 | 255:9 275:9 | 307:18,21 |
| 316:22 | 306:15,17 | **staying** | 281:20,23 | 307:23 |
| 319:16 | 306:20,20 | 292:18 | 297:24 | 308:6,21 |
| 321:8,11,12 | 306:21,23 | **steal** | 336:25 | 309:1,3,7 |
| 329:12,13 | 306:24 | 293:15 | 338:11 | 309:16,19 |
| 329:15 | 309:21 | **stem** | **students** | 309:21,23 |
| 331:1,14,19 | 314:18,20 | 283:19 | 254:21 255:3 | 309:24,25 |
| 332:25 | 315:5,20,21 | **step** | 255:18,25 | 310:5,11,13 |
| 335:23 | 316:24 | 264:15,17 | 256:14,14 | 310:13,15 |
| 337:23 | 320:10,13 | 276:21 | 257:3,10,20 | 310:17,18 |
| 338:11,13 | 321:1 | 335:9 | 258:5 259:8 | 310:22 |
| 338:16 | 329:14,17 | **Stephen** | 259:19,25 | 311:5,7,20 |
| 339:9,11 | 331:9,15 | 296:1 | 260:9 261:8 | 311:21 |
| 340:7 341:3 | 337:8 | **Stephens** | 261:9,16,20 | 312:4,25 |
| 345:14 | 359:15,17 | 296:13 305:2 | 261:22 | 315:7,14,15 |
| 348:6 | 380:9 | 305:6,9 | 263:11,25 | 316:21 |
| 350:19 | **statewide** | 323:20,22 | 264:24 | 333:10 |
| 359:13 | 284:6 307:12 | 325:21 | 266:25 | 389:7 |
| 361:2,7,8 | 370:15 | **stepped** | 268:18 | **stuff** |
| 362:1,13 | **state's** | 264:23 | 269:15 | 341:11 |
| 363:22,24 | 266:22 267:6 | **steps** | 272:20 | 384:12 |
| 364:4,8,11 | 267:9 | 320:18 | 275:7 | **stunning** |
| 364:22 | 307:12 | 325:17,22 | 276:23 | 285:4 |
| 366:4,5 | 354:19 | **stick** | 277:8 | **subdivision** |
| 368:10,13 | 360:10 | 293:20 395:7 | 281:10 | 339:19 |
| 371:11 | 399:12 | **stigma** | 282:2,17 | **subject** |
| 375:17 | **state-level** | 326:20 | 284:21 | 343:8 390:2 |
| 384:5 | 307:20 | **stood** | 289:19 | **subjected** |
| 385:13,15 | **statistical** | 260:2,3 | 291:9,24,24 | 254:22 |
| 385:19,25 | 309:22 | **stop** | 292:7 | **subjective** |
| 387:25 | **statistic...** | 284:21 | 297:13 | 343:21 |
| 388:11,22 | 306:7 312:2 | 341:19 | 298:5,23,24 | **submission** |
| 390:12,16 | 312:9,10,11 | **stopped** | 299:20 | 390:6 |
| 391:5 | 312:13,14 | 329:5 | 302:1,11,16 | **submissions** |
| 392:16 | 312:17,18 | **story** | 303:1 338:6 | 390:8 |
| 393:5,6,25 | **statistics** | | 339:12 | **submit** |
| 397:10 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031536

334:25
356:25
390:1
**submitted**
256:17
357:19
390:6,20
**subsequently**
259:4
**subsidize**
385:16
**substantial**
296:22
305:12
395:23
**subtract**
333:24
**sued**
259:17
**sufficient**
257:20 358:7
**suffrage**
297:15
**suggest**
280:24 281:4
308:10
313:14
316:15
**suggested**
306:6
**suggestions**
297:23 386:6
**suggests**
281:17
282:25
307:2,5
309:13
**Suite**
403:11
**summary**
313:8,10
**support**
303:15 308:18
322:14,19
347:25
356:24
**supporters**
287:13

**supporting**
325:21
**supports**
323:11
**suppose**
250:19
340:13
**supposed**
326:18
**supposing**
328:17
**suppress**
281:2,6
286:16
307:6
316:16
320:4
**suppressive**
307:3
**supreme**
259:8 275:12
275:13
281:14
282:19
296:4,14
304:23
324:15
328:25
329:7 333:4
333:20
348:19
360:18,25
365:22
383:22
395:25
**sure**
261:3 267:7
267:24
268:8,9,13
274:11
284:4 292:5
302:4
309:20
319:23
320:2 321:3
321:20
335:15,22
345:22

347:5,17
351:8 362:5
363:9
366:25
369:23
375:2 378:3
378:25
383:24
384:20
386:2 388:7
388:17
389:4
395:10
400:9
**surely**
296:21
**surprise**
352:12,15
**surprised**
288:23
**surprising**
388:22
**Surprisingly**
388:21
**surrender**
339:1
**surrounding**
334:20
352:18
361:23
**survey**
311:24 312:6
312:9
**surveyed**
306:10
**survival**
333:8
**survive**
346:23
**suspect**
271:16,17
289:19
**suspects**
279:2
**suspicious**
277:18
279:13
**system**

278:9 290:20
293:5 320:8
320:15,22
320:25
321:14,19
348:23
353:3
386:17,21
386:22
388:5 389:8
394:10,23
**systematic**
294:17
345:10
378:19
**systemic**
388:6

_____

| T |
| --- |

**tab**
303:14
**tables**
298:7
**Tailor**
363:21 364:1
364:3
373:15
375:12
377:22
401:8
**tainted**
260:2 261:3
261:8
269:16
303:5,5,11
303:18,19
303:23
**take**
250:5 251:1
251:8 268:6
274:16
286:7,9
302:8
322:24
326:6,9
333:2
341:16
342:24

362:8,24
363:6,6,8
366:13,18
384:10
385:22,22
391:2
397:19
**taken**
254:24
289:12
327:4
348:22
361:18
403:2
**takes**
358:17
392:22
**talk**
334:11,12
338:8
345:17
363:11
365:15
370:18,19
370:22
377:23,25
383:7
398:11
**talked**
266:20
267:11
276:8
365:15
368:7
370:12
377:5
383:13
387:10
**talking**
270:6,7
280:25
288:7
292:21
296:15
302:12,20
320:12
329:6,7,9
337:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031537

```
355:9,11          385:9           318:7 338:2      281:6            thank
360:4             395:11          363:22           283:22           253:20
362:12            398:17          375:17           284:2            254:11
370:1             telling         389:4            291:11           261:23
377:17            272:8 273:3     testimony        293:15           274:13
386:13,21         274:1 319:8     248:12           296:16           277:15
386:23            327:2 365:6     249:21,22        297:3            294:12
387:1             temporarily     249:25           303:20,21        304:2,18
392:24            262:25 300:6    250:14           305:15           310:10
398:13            temporary       254:12           313:13           314:10
Tanner            289:23          261:25           314:2 316:9      329:23,25
270:15,17         tended          299:19,24        317:3 319:9      330:2
tape              294:20          300:1,8          319:11,12        337:15
301:15            tension         302:23           319:13,14        344:10
tarnished         387:8           304:20           319:18           345:16
301:6             term            310:24           320:8,12,13      349:9
Tarrant           316:21          311:12           320:21,23        351:21
351:23 352:3      terms           317:22,25        320:25           359:8,9
352:11            250:7 278:5     331:24           321:4,5,6        362:19,22
tax               287:18          332:4            321:22           363:18,19
279:2 323:12      295:11          334:10,10        325:9            364:5
329:4,10,15       304:9           362:18           329:12,15        373:18
329:19            308:18          373:16           329:19           375:16,19
382:10            322:13          375:13,18        330:13,15        375:20
taxes             340:16          382:18           330:17,18        377:18,22
329:11            354:23          384:9 389:7      331:17           377:23
teacher           394:17          389:12           332:24           379:6
292:1             396:2           393:5,6          336:4,6,25       389:11
techniques        398:15          402:9 403:2      337:8,13,21      391:16
309:22            test            tests            337:22,24        397:17
teeth             338:24          382:12           339:19           399:14,15
283:3             343:25          Texans           340:4,7,9        400:5 401:7
Tel               testified       313:15,24        345:14           Thanks
403:12            262:17          350:22           347:1 348:6      330:3 349:8
Telegram          287:21          Texas            353:17           theirs
352:1 357:14      testify         247:8 254:13     357:24           372:14
tell              248:3 249:20    254:17,19        359:18           theory
261:16            254:5           254:24           361:7,12         386:2
262:19            304:11,19       255:6            362:5            therefor
290:10            321:24          257:16           364:15,16        402:22
293:12            330:7           258:13,21        365:20           thing
294:16            340:10          259:15           369:25           258:9 264:22
313:12            345:10          261:13           383:1 385:2      267:11
325:23            361:9           266:22           389:8,9,19       269:18
359:10            373:21          271:22           390:14           272:23
364:24            374:7           278:15,17        391:6 400:9      283:18
365:25            382:20          278:17,19        400:10,20        284:11
366:12            testifying      280:4,25         402:6 403:9      289:16
                                                   403:11
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031538

292:20
348:7 349:5
355:15
361:6
369:14
376:21
382:2
383:12
**things**
276:18
277:20
280:15
282:12
288:19
289:22
327:21
333:17
336:11
341:10,12
341:17
342:1
344:12
348:3
351:11
367:11
374:14
382:3 388:4
391:2
**think**
249:6,12
250:23
251:8 252:2
252:4,5
262:8
263:17
273:11
274:19,20
276:15,19
276:21
277:1 281:8
281:22,24
284:24
285:21
286:23
287:24
288:4,6,10
289:13
290:5,19

293:22
302:10
310:22
311:10,19
311:20
314:3,24
318:24
319:18,21
319:23
320:10,10
320:13,18
320:22,24
321:1,4,5
321:13,23
323:2,2,7
323:12,17
323:20
324:9,23
325:1,2
326:14
328:24,25
329:4,9
330:16,22
332:11
336:9
340:11,11
340:22
342:19
343:2,11,12
343:19
344:23
345:21
348:1 350:3
350:4
351:10
352:13
353:9 354:2
355:21,21
356:14
357:7,15
358:8,14,22
360:1
361:14
363:11,12
365:6
375:23,24
376:6 379:9
380:16
381:1,7,13

383:11,18
389:19
393:2 395:3
398:8,19
400:10,20
**thinking**
293:14
346:23,24
348:17
**third**
372:4 386:15
**thirdly**
375:6
**thought**
251:24 264:5
272:7 300:5
300:6 300:8
327:3 331:5
353:19
**thousand**
262:9,19,22
264:23
268:18
280:10
293:15
**thousands**
259:25 276:9
**threat**
332:24
**threatened**
293:1
**three**
248:10 263:1
276:25
283:10
286:21
291:2,9
294:13
297:22
349:15
352:2,2,10
362:15
373:20
386:13
388:19
396:1
400:17
**three-day**

367:9
**throw**
261:17,21
277:3
**throwing**
261:21
289:17
354:14
**thrown**
364:8
**tied**
279:8
**tight**
276:8
**time**
248:1,9,18
248:20,20
249:13,15
250:5,7,24
251:11,16
251:18,18
252:4,6,8
252:11
253:3,13
254:24
257:20
260:24,24
268:11
271:8,9
274:10
276:8
285:12
286:4
289:17
304:5
314:11
322:21
326:9,15
330:5 339:5
339:7
352:24
360:2
362:16
363:20
375:4
377:19
380:15
387:20

390:19,20
391:3,7,9
391:18,19
392:5,16,23
395:1
396:17
399:25
**times**
293:22 294:2
299:10
352:2,2
388:19
399:15
**Timothy**
310:24
**tiny**
350:25
**tired**
264:20
**Toby**
393:2
**today**
253:17
302:13,17
304:3,20
310:11
321:12
327:5
331:24
332:4,12
351:22
353:11
354:12
355:12
359:10
361:9,16
364:6 365:8
365:21
366:15
377:6,23
383:18
**told**
254:25
266:18
272:15
273:21
276:2
288:21,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031539

```
292:20              247:21          true             turned          288:22,24
298:2                402:10         269:6 293:13     290:10,11       295:21
338:14,17           transcript      303:12,13        298:2,3,10      297:22
338:21              402:8,20        345:15           298:11          302:5
tomorrow            transient       354:24           335:2 352:3     306:11
249:25              336:21          368:20           352:9 365:5     314:7
tonight             transients      393:18           turning         326:10
399:20              345:24          402:9            338:20          328:13
Tony                transport...    truly            turnout         333:2,13
253:15              326:23          259:13           281:2,7         336:24
top                  330:20         375:18           306:3 307:4     337:2 341:9
317:23 387:7        traumatic       truth            307:6,10,12     342:20,21
399:10              301:3           316:7            307:16,21       343:5
total               travel          try              307:23          352:12
248:18,19           335:14          292:4 294:17     308:2,7,23      358:5 361:9
312:1                364:23          302:7           309:9,13,18     365:12
368:10               385:24          362:24          311:1,6,15      371:24
370:24              traveling        363:7           311:16          395:11
371:4,9,11          250:4           trying           315:16          399:20,21
372:20,21           treat           252:17           316:3,16        401:1
373:4               325:14           254:15          322:5           two-day
394:19,20            374:10          263:20          361:14          378:15,18
399:3               treated          267:22          368:8,25        380:17,23
totally             345:1,2          286:20          369:8           type
284:15              tremendous       290:14          375:25          297:12
316:18              277:2            293:23          376:2,11,13     336:11
town                trial           294:1,3,4        376:17          343:9 353:3
260:11,12,12        367:9 388:10     297:21          377:7,12,13     types
260:12,14           tried            300:2           395:4,15,18     335:21
260:15,16           250:24           303:10          395:19          341:12
260:19               284:16          310:4           turnouts        typically
301:10,11            317:10          315:14,17       308:20          292:4
303:8,9              321:22          320:2 321:2     twice           typos
325:11               352:2           321:3,25        258:4 275:4     352:21
towns                375:15          347:23          388:9
289:5 325:9          388:2           357:18          394:13
325:9               trip             359:11          twist
train               296:19 305:9     362:12          293:23
275:22               335:10          365:14          two
386:15               336:4           381:17          248:10
trained             triple           395:22          250:23
385:7               388:12           398:6,7         251:13
training            trouble          399:4           252:4
257:24 258:1        250:3 308:16    turn             262:25
 258:6 341:4         349:22          290:17,21       264:9 270:3
341:11              troubling         292:7          279:24,24
385:6,9,21          258:12          turnaround       283:10
transcribed                         307:14           286:22,22
```

| U |
|---|
| Uh-huh |
| 268:19 322:8 |
| unable |
| 253:12 |
| 324:24 |
| 336:2 |
| unacceptable |
| 277:20 |
| unclear |
| 361:18 |
| uncomfort... |
| 345:15 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031540

| | | | | |
|---|---|---|---|---|
| unconstit...<br>305:1<br>uncounted<br>335:17<br>undermine<br>332:17<br>understand<br>267:2,22<br>268:24<br>272:13<br>277:17<br>279:12<br>300:2,3<br>302:4,11,12<br>315:13<br>325:14<br>326:8<br>327:24<br>333:8<br>342:10<br>347:3 359:5<br>359:12<br>361:3 398:8<br>understan...<br>248:19,25<br>266:11<br>269:5,9<br>279:1 283:7<br>308:21<br>317:15<br>324:10<br>329:11<br>330:18<br>335:19<br>342:12<br>343:6,7<br>346:10<br>361:11<br>383:5<br>undue<br>366:8 367:21<br>376:20<br>390:12<br>unfair<br>250:17<br>323:12<br>unfettered<br>264:1 | unfortunate<br>367:4<br>unfortuna...<br>277:22<br>332:16<br>341:18<br>346:3 390:3<br>unfunded<br>276:18<br>uniformly<br>335:8<br>unimaginable<br>350:3<br>United<br>254:18 256:1<br>257:7<br>304:23<br>305:17<br>329:14<br>331:8 380:9<br>units<br>386:8<br>universities<br>337:1,19,20<br>337:23<br>339:24<br>340:1,18<br>university<br>255:10<br>280:22<br>299:4 307:8<br>307:19<br>308:25<br>309:1<br>314:14,16<br>337:23<br>338:1,2,11<br>338:13<br>340:4,5,20<br>unnecessary<br>255:16<br>unreasonable<br>351:9<br>unusual<br>326:25<br>update<br>374:23<br>updated | 255:21<br>updating<br>374:22<br>upheld<br>287:6 296:7<br>296:12<br>use<br>252:6,8,10<br>260:18<br>261:18<br>276:9<br>289:18<br>309:21<br>316:12,21<br>318:11<br>328:7<br>329:21,21<br>341:16,17<br>366:3<br>371:21<br>374:12<br>379:10<br>usual<br>296:23<br>305:14<br>usually<br>299:8 328:13<br>391:22<br>U.S<br>259:7 275:12<br>360:25<br>364:21<br>365:21<br>395:25<br><br>--- V ---<br>valid<br>270:9 305:19<br>321:20<br>335:9<br>339:17,20<br>364:20,22<br>371:23<br>validated<br>270:10<br>validation<br>269:25<br>validly | 380:10<br>value<br>366:18<br>vantage<br>324:13<br>variety<br>361:17<br>various<br>256:4 326:23<br>331:15<br>359:12<br>vary<br>400:23<br>Vehicles<br>296:20 305:7<br>305:10<br>verified<br>343:17<br>344:16<br>375:4<br>verify<br>355:3<br>Vermont<br>281:5 314:24<br>Vermont-like<br>315:23<br>Versalotti<br>310:24<br>version<br>351:10<br>versus<br>260:12 281:5<br>284:10<br>304:24<br>361:14<br>382:5<br>videotape<br>402:10<br>view<br>284:15<br>286:13<br>321:15<br>324:13<br>325:1<br>views<br>304:20<br>317:24 | vigorously<br>389:2<br>Vinson<br>280:1<br>violate<br>286:16<br>violated<br>255:15<br>256:25<br>259:19<br>285:8 301:1<br>violation<br>255:23 256:9<br>257:13<br>268:25<br>violations<br>256:3,4<br>virtually<br>281:25 307:3<br>Volume<br>247:7 401:9<br>voluntary<br>256:17,18,21<br>258:5<br>volunteer<br>257:24<br>289:23<br>volunteered<br>256:14<br>vote<br>255:25<br>258:15<br>259:4,9<br>262:8,11<br>263:12,14<br>264:1<br>272:20<br>276:23<br>279:19<br>281:10<br>282:17<br>284:22<br>287:10,10<br>287:15<br>290:15<br>291:16,17<br>291:19,22<br>293:2 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031541

| | | | | |
|---|---|---|---|---|
| 294:20 | 384:8 | 334:11 | 255:5 258:23 | 394:10,14 |
| 295:13,22 | 394:19,20 | 335:13 | 259:2,3,21 | 395:5,16,17 |
| 295:24 | 394:24 | 336:23 | 275:22,25 | 395:23 |
| 296:22 | **voted** | 338:17 | 287:20 | 400:4 |
| 297:15 | 276:24 | 342:14,15 | 290:10,11 | **voting** |
| 298:1,5,10 | 316:24 | 342:18,22 | 292:5,6 | 254:12,16,22 |
| 305:13,17 | 360:11,13 | 342:23 | 305:1,15,18 | 255:15,23 |
| 305:18,22 | 360:17,21 | 343:8 345:5 | 306:1,13,17 | 256:3,9,15 |
| 308:6 | 373:22,25 | 345:7 349:2 | 306:22,25 | 257:13 |
| 312:20 | 374:5 | 350:12,24 | 308:10 | 258:10,19 |
| 313:25 | 378:23 | 351:4 | 311:24,25 | 258:25 |
| 314:4,19 | **voter** | 355:13,16 | 312:19 | 259:11 |
| 315:1,3 | 253:12,14,18 | 355:17,18 | 313:13,25 | 267:13 |
| 317:2 326:2 | 254:13 | 355:22 | 314:18,20 | 268:25 |
| 326:4,17,18 | 255:10,17 | 357:1,17,17 | 321:22 | 276:6 |
| 326:19,25 | 256:5,7,11 | 358:6 361:1 | 326:8 | 277:18,21 |
| 327:4,12,14 | 256:16,20 | 364:15 | 331:17,19 | 279:21 |
| 327:16,24 | 256:22 | 365:9,19,20 | 331:20 | 282:5 |
| 328:12,14 | 257:1,12,15 | 365:25 | 332:14,21 | 286:16 |
| 328:17 | 258:5,8,11 | 366:11,22 | 334:24 | 290:8 292:1 |
| 331:21,22 | 258:14,15 | 367:3,6,8,8 | 335:2,4,8 | 292:3,15 |
| 333:23 | 258:16,22 | 367:16 | 335:12 | 296:24 |
| 338:12,15 | 260:7 262:9 | 368:22 | 336:2,12,17 | 302:25 |
| 339:8 | 262:19 | 369:6 370:1 | 336:19,20 | 305:14,21 |
| 341:18 | 275:18 | 374:17,18 | 336:24,25 | 306:12,16 |
| 342:16 | 281:2,7 | 374:20 | 337:1,13 | 306:21,24 |
| 343:2 | 287:21 | 375:9,25 | 342:20,21 | 313:21 |
| 346:17 | 289:15 | 376:4,10,17 | 346:8 | 315:6 320:3 |
| 348:21 | 290:9 291:6 | 377:3,7 | 360:12 | 320:4,7,22 |
| 351:6 | 302:21 | 383:14 | 362:13 | 320:25 |
| 354:12 | 305:25 | 385:5 | 367:22 | 321:14 |
| 356:13 | 306:3 307:2 | 386:13,16 | 368:4,9,10 | 326:7 |
| 357:10,24 | 307:4,6,10 | 386:20,21 | 368:25 | 331:11 |
| 358:19,24 | 307:20,23 | 386:23 | 369:4,8,17 | 332:13,18 |
| 359:3 | 308:2,5,11 | 387:5,11 | 376:12 | 336:16 |
| 363:14 | 308:23 | 388:14,23 | 377:8 378:4 | 337:6 |
| 366:21,21 | 309:13 | 388:24,24 | 394:13,22 | 338:10 |
| 367:1,2 | 310:25 | 388:25 | 400:3 | 339:5 |
| 368:18,20 | 311:1,6,6 | 390:14 | **voter's** | 341:19 |
| 369:10,11 | 311:17,22 | 393:13,21 | 342:13 | 346:3 |
| 372:8,9 | 312:5,6,20 | 394:25 | **votes** | 348:20 |
| 373:22,23 | 314:25 | 395:4 | 260:1 309:11 | 359:21 |
| 374:25 | 316:13 | 396:16 | 368:11,12 | 366:14,15 |
| 377:1 | 322:3,5 | 397:4,4,4 | 369:17 | 366:18 |
| 379:21,22 | 323:18 | 398:23 | 370:17 | 368:15,16 |
| 379:23 | 325:7,18 | 399:6 | 371:5,9 | 368:17 |
| 380:4,5 | 326:5 329:2 | 400:11 | 372:21 | 374:14 |
| 381:2,14,20 | 331:8,15,21 | **voters** | 373:4 | 381:11,19 |
| 381:22,24 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

382:6 390:2
390:4,5
397:22
399:21,22
400:2,8,15

**W**

**wait**
292:3,4
**waiting**
273:19
**walk**
273:23 274:6
293:4
314:25
316:22
317:12
**walked**
293:7
**Walker**
248:2 352:6
**walking**
265:7 292:17
298:14
**waller**
254:4,10,17
255:14,23
256:2,4,8
256:12,25
257:8,11,17
257:23
258:3,7,20
259:9,17,18
260:6,8,20
261:5,18,21
262:21
263:19,21
264:12,14
267:16
269:1,3
270:21,24
271:23
274:21
276:1,16,22
277:12
278:14,15
278:16,18
278:18,19

278:20,24
279:25
281:8 282:3
284:11
289:17
290:25
291:13
293:2,6
297:18
299:4 301:7
303:6,7
345:11,13
**want**
248:5 252:21
254:11
266:9
268:15
270:20
273:11
279:9 288:1
288:4 289:7
290:15
291:14
292:20
293:19,20
295:6,9,14
302:4 304:9
308:14
314:12,17
317:21
318:14
340:15
353:14
355:23
356:11,14
357:5,12
358:18
359:10
362:7
369:23
372:17
375:16
378:3
384:11
389:3 390:9
393:4
398:11
**wanted**

248:22 253:5
253:8 274:2
282:12
283:18
295:2
297:10
299:19,24
329:21
348:7
358:10
359:14
362:17
363:5,7
377:23
395:13
**wanting**
346:22
**wants**
289:8 293:22
355:22
**wary**
311:8
**Washington**
255:8 275:10
278:9
279:17
324:6
392:17
**wasn't**
269:10
278:17
335:23
339:9
361:25
**watch**
267:3
**way**
249:22
275:12
280:2,3,20
281:2
286:24
290:12
315:3
316:16
317:3 320:7
330:13
344:13

347:4,24
351:10
354:22
362:6
370:14
376:3
379:25
381:1
394:16
395:21,24
400:6
**ways**
326:23
357:11
**weak**
309:21
**website**
360:11
399:11,12
**week**
271:24
349:15,16
388:3
400:25
**weekend**
339:6
**weekly**
333:5,16
**weeks**
276:25 401:1
**welcome**
253:21
**well-known**
318:15
**went**
260:14,14
271:25
276:22
279:3 280:3
280:4
281:23
285:5,6
291:1,5
303:8,9
335:16,17
338:19,20
338:21
376:3

378:22
387:19
390:25
391:19
392:9
**weren't**
267:23
293:11
294:20
295:6
**Wesley**
363:21 364:1
364:3 401:8
**we'll**
253:22 293:4
294:9
**we're**
271:11,11,12
272:3
278:12
279:10
280:18,25
286:3,8
294:14
297:10
302:7,12
303:13
319:23
320:1,1
321:14
325:25
329:17
348:2
351:12,14
351:19
355:11
377:17
380:11
397:18
400:10
**we've**
252:24
283:24
285:23
286:24
288:18
308:21,25
309:7 321:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031543

| | | | | |
|---|---|---|---|---|
| 321:10 | 380:23 | 343:25 | 322:24 | 398:3,4 |
| 350:1 | **wish** | **work** | 355:23 | **years** |
| 364:24 | 251:3,4 | 312:23 | 382:2 | 254:15 |
| 365:2,2 | 252:19 | 331:22 | **would've** | 255:20 |
| 367:8 370:2 | 313:18 | 332:5 | 376:5 | 260:16,25 |
| 375:10 | 317:19 | 359:11,12 | **Wright** | 264:10 |
| 384:2,5,22 | **withholding** | 359:14,15 | 369:19 | 268:5,23 |
| 390:9 393:5 | 265:8 | 359:16,21 | **write** | 275:12,16 |
| 393:20 | **witness** | 359:23 | 367:19 | 278:21,22 |
| 395:8 | 248:9,13 | 360:5 361:2 | **writing** | 285:5 299:6 |
| **wherewithal** | 250:9 252:6 | **worked** | 287:18 | 303:10 |
| 289:21 | 252:8,10 | 288:19 | **written** | 323:21 |
| **whipper** | 274:22 | 294:17 | 257:25 | 324:10,15 |
| 252:25 | 310:9 | 302:11 | 310:23 | 324:16 |
| **white** | 330:10,11 | 331:16 | 327:25 | 326:10 |
| 260:11,12,14 | 343:21 | **worker** | 334:10 | 352:7,24 |
| 260:16,17 | 376:2 389:5 | 344:16 345:8 | 338:24 | 353:10 |
| 260:19 | 393:2 | 355:2 385:6 | **wrong** | 356:3 |
| 275:9 | 402:12 | **workers** | 261:7 276:21 | 367:22 |
| 283:25 | **witnesses** | 275:22 | 277:1 283:2 | 398:15,19 |
| 284:5 | 248:13,19 | 289:23,24 | 284:15 | 399:20,21 |
| 294:20 | 250:3,6,15 | 289:24 | 320:1,20 | **year's** |
| 303:8 | 251:1,4,9 | 290:3 | 354:13 | 365:23 |
| 306:10,12 | 251:10,15 | 295:11 | 367:20 | **York** |
| 322:10 | 251:17,22 | 331:18 | **wrongdoing** | 280:22 |
| 324:3,14 | 252:3,17,20 | 334:24 | 268:24 283:8 | **young** |
| 331:12 | 253:16 | 335:7 344:2 | **wrongfully** | 252:25 291:2 |
| 338:17,18 | 302:5 | 354:17 | 262:7 | 363:2 |
| 343:25 | 362:25 | 385:7,21 | **wrote** | **younger** |
| 345:5 | 363:1 | **working** | 263:10,13,18 | 250:22 |
| 369:11 | **woke** | 277:2 291:3 | 263:25 | **you-all** |
| **whites** | 274:1 | 359:17 | 272:19 | 252:16 |
| 328:21 | **woman** | 388:11 | 274:23 | 261:17,20 |
| **white-only** | 352:1 357:23 | **works** | 296:4,13 | 297:24 |
| 382:10 | 358:20 | 347:17 | 323:20 | 353:20 |
| **wide** | **Women** | **worse** | 339:2 | 362:5 364:5 |
| 299:2 | 287:20 | 281:15 | 367:25 | 374:10 |
| **widely** | **wondered** | 282:20 | 378:3 | 375:7,7 |
| 255:18 | 361:4,5 | 284:23 | | 386:9,24 |
| **wife** | **wondering** | **worth** | | |
| 273:21 | 386:9 | 252:2 299:16 | **Y** | **$** |
| **wiggle** | **woods** | 351:25 | **Yeah** | **$1.3** |
| 344:23 | 353:16,25 | 353:18 | 267:7 323:6 | 280:1 |
| **William** | **word** | 357:14 | 330:16 | **$100,000** |
| 281:23,24 | 344:5 379:20 | **wouldn't** | 372:19 | 398:19 |
| **Williamsburg** | **words** | 288:24 | **year** | **$15** |
| 281:25 | 284:20 | 311:19 | 284:7 304:23 | 333:22,24 |
| **window** | 296:15 | 313:12 | 311:15 | **$2** |
| | | | 326:9 364:8 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031544

333:6,6
**$230,000**
260:14 303:8
**$49.1**
260:20 303:8
**$49.3**
259:20 260:2
260:13
262:23

---

**0**

00019
371:4
0003
373:4
03
403:12
04
263:17,24
282:15,18
283:1
05
396:17
06
263:18 264:1
264:4,6
392:2
396:17
07
392:2 396:18
396:25
08
377:1
09
283:12

---

**1**

1
260:15
267:15,16
272:1 279:5
279:6
368:25
1st
257:24
1,000
291:6

1,181
378:8
10
248:14
265:19,25
277:10
315:4
327:11
335:11
399:22
1001
403:11
11
261:9 262:1
294:7
11th
262:18
1181
372:22
380:22,24
12
261:9 375:6
375:10
12/31/2012
403:10
13
250:9
14
392:14
14th
332:17
140
369:8
15
247:21 251:2
268:5
296:15
322:10
15th
332:18 403:5
1500
325:11
155
371:18,19
159
400:11
16

328:20
349:13
364:25
375:11
384:2
396:21
17
261:5 278:21
278:22
17th
257:6
17,366
372:21 378:6
17-millio...
260:22
18
328:23
1950
302:13
1964
317:12 329:6
1965
255:15 390:3
1972
275:9 283:19
283:22
1976
278:20
1979
259:9 275:13
1990
317:6
1990s
317:17
1994
321:8
1997
365:17
390:13
392:14

---

**2**

2
247:7 307:13
309:13,17
322:6
367:21

374:18
401:9
**2,000**
394:22 395:6
395:19
**2.2**
371:10
**2.7**
314:19 316:2
20
254:15 268:5
302:7
2000
307:21
334:13
360:11
2002
305:17 307:7
321:11
2004
263:4 274:23
275:1,4
282:12
292:25
306:3 315:9
360:12
368:23
369:6
2005
281:14 334:2
360:1
2006
253:16 283:9
283:9 307:7
307:21
364:18
365:14,16
388:8 390:6
391:22,25
2007
266:23
364:11
365:1 367:9
388:10
391:1,23
2008
254:14 255:2
256:1 257:6

257:21,24
259:18
271:10,11
275:5,5
276:24
334:13,17
360:14,16
361:23
362:10
368:8,22
369:7,8,10
371:7
**2009**
247:10 262:1
262:18
294:7
307:18
**2012**
247:21 403:6
209
402:3
**230,000**
260:21
24
369:13
24th
329:14
25
268:23 282:5
289:5 325:9
328:15,16
385:2
253
291:14
254
275:23
28
314:18

---

**3**

3rd
248:7
3,000-dollar
276:6
3.9
368:11
372:20
378:3,4



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031545

394:11,19
**30**
248:18,22,24
 249:1
 402:19
**30(f)(1)**
402:15
**30-minute**
362:16
**308**
372:25 373:1
 378:10
**3200**
276:24
**330579**
247:1
**35**
275:15
**362**
248:3 250:18
 254:6
 304:12
 330:8
 331:25
**3786**
403:9
**394**
394:12,15
 395:20

─── **4** ───

**4th**
263:4
**40**
250:14
 394:15
**409**
370:24 371:1
 371:15
**42**
369:11
**45**
324:15
 397:25
 398:1
 399:23,23
 400:1

**49.1**
260:14
**49.3-mill...**
270:21

─── **5** ───

**5**
256:9 390:2
**5,000**
281:10
**5.8**
368:9
**50**
315:5 324:10
**525**
276:4
**54**
260:25 285:5
 303:10
**57**
322:9 360:12
**58**
322:13

─── **6** ───

**6**
247:10 402:3
**6th**
248:8
**6:55**
326:3
**60**
302:13 391:3
 391:5
**600**
276:23
**65**
369:12
**66**
360:13
**67**
360:11

─── **7** ───

**7th**
248:8
**7-dollar**

**289:24**
**7.2**
259:13
**7:00**
401:2,2,2
**70**
360:13
**700,000**
368:11
**71**
360:17
 369:10
**713)524-4600**
403:12
**720**
399:20
**75**
368:8 377:7
**7500**
370:25 371:1
 371:8
**7541**
370:24
**76**
282:13
**77002**
403:11
**79**
281:14
 282:19

─── **8** ───

**8**
328:21
 368:19,19
 369:12
**8,000**
275:23
**8.3**
394:12,20
 395:4,20
**8:00**
270:25 401:2
**8:05**
273:19 274:3
**80**
352:24

**360:16**
**80,000**
368:21
**800**
298:4,11
 379:12,12
 379:16
 380:5 384:8
**805**
403:11
**810,000**
313:24
**82**
284:8

─── **9** ───

**9**
322:10,13
 365:2
 371:12
 385:4
**90**
284:8
**900**
394:10,15
**92**
368:17
 373:21,25
 398:6,8
**94**
321:10
**97**
370:2 392:9
 393:21
 396:16
**98**
352:7
**98-year-old**
352:1
**99**
325:11 356:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031546

404

330581 eb

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE MEETING ON ELECTIONS

APRIL 6, 2009

TRANSCRIBED ON APRIL 15, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031547

405

```
 1              CHAIRMAN SMITH:  At this time the Chair
 2    calls Mary Scott, who is speaking on behalf of the
 3    Associated -- American Association of Retired Persons of
 4    Texas to testify against Senate Bill 362.
 5              MS. SCOTT:  Thank you, Mr. Chairman, and
 6    members of the committee.
 7              My name is Mary Scott, and I am the AARP
 8    Texas state president and a 44-year resident of Fed for
 9    Texas in Tarrant County.
10              AARP is a nonprofit, nonpartisan
11    organization dedicated to addressing the needs and
12    interests of Americans age 50 and older.
13              AARP has 2.4 million members here in Texas,
14    and they vote in high numbers.  I've been a volunteer
15    with AARP for many years.  I've served on AARP's
16    National Policy Council and the National Board of
17    Directors.
18              I'm also a life-long Texan, and I'm old
19    enough to be a Texan who paid a poll tax for over a
20    decade when I first started voting.
21              I worked with members of my generation to
22    eliminate the poll tax, and we do not want to see
23    barriers erected to prevent people from voting, which
24    would replace those things we fought so hard to get rid
25    of.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031548

1        Now, you might wonder why is AARP interested

2   in Texas' and other states' election laws.  So, I

3   especially appreciate the opportunity to speak with you

4   today about our interest in those laws.

5        AARP views the right to vote as the most

6   basic of rights and encourages steps to engage all

7   eligible voters in the process.

8        In spite of these efforts, voter turnout in

9   Texas remains alarmingly low.  In 2006, the last

10  gubernatorial election in Texas, only one in three

11  registered voters cast their vote.

12        In 2008, the last presidential election,

13  only 45 percent of the voting age population in Texas

14  cast their vote.

15        Now, given the low turnout rates in Texas

16  and across the United States, AARP would like to see law

17  makers do more to encourage participation in the whole

18  election process.

19        Older voters vote in disproportionately high

20  numbers.  About one half of the voters in the November,

21  2006 and in the recent presidential elections were over

22  the age of 50, and AARP believes fair and simple

23  procedures help to maintain this high level of

24  participation in the Democratic process.

25        AARP does not support procedures that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031549

1     reflect partisan bias or that permit arbitrary or

2     discriminatory reviews or voter challenges that may

3     discourage turnout by older voters.

4               Of particular concern today are efforts to

5     enact voter ID requirements.  AARP believes voter ID

6     laws, as enacted in other states, serve to discourage,

7     rather than encourage, participation of older voters in

8     the election process.

9               These requirements harken back to the days

10    before the Voting Rights Act when many people were

11    disenfranchised and they were barred from voting by

12    formal and informal measures, such as the poll taxes and

13    literacy tests.

14               At first glance, this type of voter ID law

15    that we're talking about may sound simple.  It may

16    appear harmless.  However, voter ID requirements pose a

17    real barrier for senior voters, who are our most

18    faithful voters.

19               It's not uncommon for birth certificates to

20    be lost and passports to expire.  Fire, a move, a

21    hurricane or misplaced documents can all result in the

22    absence of the numerous documents typically required by

23    voter ID laws in other states.

24               With a voter ID requirement in place, the

25    wait time required to replicate the documents could,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031550

408

1     even without the cost involved, disenfranchise a voter

2     who has the misfortune to be without a birth certificate

3     or passport shortly before an election.

4              Further, allowing alternate forms of ID does

5     not make voter ID less onerous.  Older citizens who are

6     living in a retirement or assisted living facility may

7     not even have an electricity bill or a phone bill in

8     their own names, and even if those documents are readily

9     available, people just don't carry them around in their

10    pockets.

11             But I think stories of real people make

12    cases and principles come alive, so, I want to tell you

13    about Antonio.  He's a 50 year old Katrina evacuee who

14    settled in Fort Worth, and his -- I want to tell you

15    about his nearly two-year odyssey to get a Texas state

16    issued photo ID.

17             Antonio had no idea what he was in for when

18    he first went to the closest Texas DPS office to get a

19    Texas state ID card.  He and his wife stayed in Fort

20    Worth after being evacuated before Katrina, and Fort

21    Worth is now home to them.

22             His ID ordeal started when he realized that

23    he should obtain a Texas state issued photo ID card just

24    before his Louisiana driver's license expired.  Little

25    did he know it would take an intelligent, educated 50



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006193

TX_00031551

1      year old employed American citizen and veteran a year

2      and a half and many miles to get that increasingly

3      important state issued photo ID.

4              When Antonio first went to the DPS, he took

5      his still valid Louisiana issued state photo ID card,

6      his original Social Security card and his retired

7      military photo ID card issued by the U.S. government.

8              He waited in the usual lines only to be told

9      he didn't have the proper documentation of his identity.

10     I don't really think he had access to the Internet to

11     read those five pages on the DPS web site that tell you

12     what the requirements are.

13             Surprisingly, neither his Louisiana state

14     issued photo ID nor his Social Security card was

15     considered primary identification, nor are they

16     secondary identification.  In Texas, they are mere

17     support for identification.

18             Antonio's retired military photo ID card

19     apparently isn't any kind of identification at all as

20     far as Texas is concerned.

21             So, he was told to go on his way and return

22     when he had proper documentation.  Well, it took him

23     time to obtain his birth certificate from Georgia, where

24     he was born, and when he did get it, he walked back to

25     the same office with it, with his Louisiana photo ID,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

410

1      his original Social Security card and his retired U.S.

2      military photo ID.

3              Once again, he waited in line.  The clerk

4      carefully looked over his documents and then decided

5      that the last letter of his first name looked to her

6      like an A and not an O, even though the certificate was

7      describing the birth of a male child.

8              Discussion of all the different forms of ID

9      that he had ensued but in the end, it was clear no

10     amount of reasoning was going to convince the clerk that

11     this was actually his birth certificate.

12             The clerk did suggest that since he was a

13     veteran, he could use his military records.  So, getting

14     those military records took time.

15             When that one finally arrived, he walked

16     again back to the same DPS office with the military

17     records, his Louisiana photo ID, his original Social

18     Security card and his retired U.S. military photo ID

19     card and the certified copy of his birth certificate.

20             He thought this time would be it but in the

21     time it took him to get his military papers, the

22     driver's license division had changed their rules.

23     Military papers were not good enough.

24             This time the clerk's best suggestion to

25     Antonio was that he go to court and get his name changed



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031553

411

1     to Antonia to match the clerk's opinion of the

2     handwriting -- the handwritten name on his birth

3     certificate.

4              So, he was again told to go away and return

5     when he had proper identification.  Well, he had finally

6     had enough and he asked to speak to the sergeant in

7     charge.

8              He was told the sergeant was not in that day

9     and again was told to return when he had proper

10    documentation.  Well, just then the sergeant walked in

11    the door.

12             A personal appeal from one veteran to

13    another resulted in a phone call, and he finally -- the

14    sergeant called Austin and he finally got a Texas ID.

15             I was struck by how easy it would be for a

16    clerk to turn away someone who had the same

17    circumstances that Antonio did or to turn them away

18    because they didn't think that the race or the gender or

19    the national origin looked good to them.

20             The issues being addressed in this

21    discussion are essentially an effort to strike a balance

22    between preventing election fraud and protecting and

23    maximizing our citizens' right to vote.

24             Where fraud exists, of course, it should be

25    prosecuted and punished but to date there's been little,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031554

412

1      if any, evidence of such fraudulent activities.

2              Without that evidence in the Texas election

3      system, there's no justification to jeopardize senior

4      Texans' rights to vote.  Implementing new barriers to

5      voting, like voter ID requirements, seem to be a

6      solution in search of a problem.

7              We face some very serious challenges in

8      Texas today.  AARP has all of these pages of priority

9      bills.  We have a population -- a quarter of our

10     population who lack health insurance.  We have mounting

11     job losses.

12             And we would really like to see our

13     legislature use its time in Austin -- its limited time

14     on something that actually is an issue.

15             So, I urge the Texas legislature to address

16     the real issues facing Texas families and to address the

17     real challenges in our election system.

18             The right to vote, along with full and fair

19     representation in the election process, is the most

20     basic of all political rights and it should be

21     protected.

22             Many of those who will be disenfranchised by

23     this legislation are those who most depend on government

24     to protect their rights.

25             So, please help to protect their right to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

413

1     vote for you and other elected officials who have the

2     power to make such a difference in their lives.

3               Thank you.

4               CHAIRMAN SMITH:  Thank you, Ms. Scott.

5               I'm going to be especially nice to this

6     constituent since she's -- I mean this witness since

7     she's mine.

8               We thank you for taking the time to come

9     down here today and share our views with the committee.

10              I want to ask you a few questions.  I

11    presume -- and I don't expect you to have done this and

12    I'm presuming that a part of the mechanism by which you

13    determined the official position of the AARP of Texas

14    does not involve polling the 2.4 million members that

15    you have in Texas, is that fair?

16              MS. SCOTT:  That's fair.  The association

17    does a lot of polling of our members and of the public

18    but I don't think that we've actually done a poll of our

19    membership in Texas.

20              We are kind of like -- we're kind of in the

21    same situation you are.  They write to us.  We have had

22    responses since the Senate committee of the whole met

23    and all -- practically all those responses have been

24    positive about our presentation and the position we have

25    taken, and I think that's the situation you're often in.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031556

414

1    You're going to hear from them if they don't like what

2    you do.

3           CHAIRMAN SMITH:  Do you think it's possible

4    that if you were to poll the 2.4 million members in your

5    organization and ask them even the question which is not

6    necessarily at issue today and, that is, do you think

7    that a photo identification should be a requirement in

8    the State of Texas, do you think it's possible that a

9    majority of them would answer that question in the

10   affirmative?

11          MS. SCOTT:  I have no way of answering that

12   except to just say that the responses we have had since

13   the Senate action have indicated that we would probably

14   have them taking the same position we do but that's just

15   speculation.

16          CHAIRMAN SMITH:  Okay.  And the story

17   that -- again, you know, the story that you tell about

18   Antonio and his horrible experience with the Texas

19   bureaucracy is -- is -- is horrible, and I think

20   everybody on the committee here is sympathetic with the

21   situation that any Texan sometimes faces when they are

22   dealing with our bureaucracy in a variety of context

23   but, again, just as with the 98 year old woman and the

24   four star telegram where it is a wonderful illustration

25   of why I might disagree with some of my Republican



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031557

415

 1    colleagues about a hard and fast photo identification

 2    requirement, it also embedded in the story indicated

 3    that Antonio had a Social Security card despite the fact

 4    that he was a hurricane victim and an evacuee, which

 5    would be -- you know -- which would be all that was

 6    required under this provision or this particular

 7    legislation to allow him to vote.

 8              And I think that's, again, an important

 9    distinction to make between the Indiana law and the law

10    that is before us tonight as proposed by the Senate.

11              Any questions, members?

12              Yes, Representative Brown.

13              REPRESENTATIVE BROWN:  Just one comment.  I

14    think Antonio's story just points to the fact that we

15    could -- we could pass the most perfect law in the world

16    but those people who are out there implementing, we're

17    dependent on them doing the right thing and, you know,

18    imperfect people make bad decisions sometimes.

19              You know, we have to depend on those people

20    out there to enforce our laws or to implement them, and

21    so, just because of this bad experience, regardless of

22    how bad it was, it doesn't necessarily mean that that's

23    something that we don't want to pursue but thank you for

24    coming.

25              CHAIRMAN SMITH:  Representative Dr. Allen.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031558

416

1          REPRESENTATIVE DR. ALLEN:  Thank you, Mary,

2     for coming today and thank you for being up late with

3     us.  I know us AARP members go to bed at 10:00 o'clock.

4          MS. SCOTT:  Not these.

5          REPRESENTATIVE DR. ALLEN:  And your story of

6     Antonio was a very poignant story.  It happens all the

7     time, so, with that in mind, is the training and the

8     notice in the bill sufficient to assure older Texans to

9     be -- to make them aware of the new requirements?  Do

10    you think the training that they mentioned in the bill

11    and the notice and I think it goes out on the back of

12    the registration card?

13         MS. SCOTT:  I think we would still have

14    problems with that.  I'm not satisfied that that would

15    be enough to help people overcome the barriers.  We are

16    just opposed to erecting any more barriers to voting.

17         REPRESENTATIVE DR. ALLEN:  What do you think

18    would be a barrier for a senior citizen or older citizen

19    to get an ID, other barriers, say, for example, like

20    Antonio?

21         MS. SCOTT:  Well, I think you're looking at

22    people who may not have transportation to go and get

23    that first photo ID if they don't have it.  They may no

24    longer be driving.

25         I think we're probably looking at a fair



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031559

417

1    size population who find even -- you know, this still

2    would be expensive for them if they had to get their

3    birth certificate, if they had to pay for that ID,

4    although I know it's a reduced rate when you're over 65,

5    I believe it is, but we still feel that there would be

6    particular barriers for people who are older.

7                    REPRESENTATIVE DR. ALLEN:  Okay.  I'll even

8    go to the Medicare card, which was one of the forms of

9    identification that you can use.  Does Texas issue a

10   Medicare card?

11                   MS. SCOTT:  Well, the Medicare card comes

12   from the U.S. government, just like your Social Security

13   card does.

14                   REPRESENTATIVE DR. ALLEN:  One of the other

15   things, do all Social Security recipients get their

16   Social Security check in the mail?  I don't.

17                   MS. SCOTT:  No.  I -- at one time, I think

18   there -- I'm not sure whether this actually happened.

19   There was a proposal that they could no longer receive

20   them by mail.

21                   REPRESENTATIVE DR. ALLEN:  Right.

22                   MS. SCOTT:  But many of us do not get them

23   by mail.

24                   REPRESENTATIVE DR. ALLEN:  They go straight

25   into their account.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031560

418

 1          MS. SCOTT:  They go straight -- direct

 2     deposit and special accounts were set up so those people

 3     had access to that much banking.

 4          REPRESENTATIVE DR. ALLEN:  Do you have

 5     knowledge to other states who implemented the photo ID

 6     and some of the problems they may be having?

 7          MS. SCOTT:  Personally, I have not been

 8     involved in that but I do know which states AARP has

 9     litigation or been active with.  We did file a brief in

10     the Indiana case.  We -- our litigation unit has served

11     as co-counsel in the Georgia and Arizona cases and filed

12     Amicus briefs in Missouri and Michigan cases.

13          So, AARP's litigation department has been

14     quite involved in those states, and I'm sure that there

15     was advocacy action, too, as those proposals came up in

16     the legislatures.

17          REPRESENTATIVE DR. ALLEN:  I heard you

18     mention the -- both persons residing in a nursing

19     home --

20          MS. SCOTT:  Uh-huh.

21          REPRESENTATIVE DR. ALLEN:  -- may or may not

22     have a utility bill.  They do not have a utility bill

23     because their utilities are covered under their rents or

24     whatever they pay, am I right?

25          MS. SCOTT:  That's right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031561

419

1                    REPRESENTATIVE DR. ALLEN:  That's not a --

2                    MS. SCOTT:  And they may not even have phone

3        service.

4                    REPRESENTATIVE DR. ALLEN:  That's true.

5                    MS. SCOTT:  And someone who is perhaps on

6        Medicaid would not have the money to pay for a money.

7                    REPRESENTATIVE DR. ALLEN:  Absolutely.

8        Absolutely.  Because some of those checks are pretty

9        small, aren't they?

10                   MS. SCOTT:  They are.

11                   REPRESENTATIVE DR. ALLEN:  They are.  Mine

12       is $62.

13                   CHAIRMAN SMITH:  Ms. Scott, does every

14       senior citizen -- everyone over 65 receive a Medicare

15       card?

16                   MS. SCOTT:  You know, I'm not sure.  I know

17       you have to apply for it.

18                   CHAIRMAN SMITH:  Okay.

19                   MS. SCOTT:  So, if you don't apply, you

20       wouldn't have it.  So, I wouldn't know what the

21       percentages are on those --

22                   CHAIRMAN SMITH:  That do not apply?

23                   MS. SCOTT:  Who do not apply.  It's a very

24       small percentage who do not apply or who do not apply

25       for Social Security.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031562

420

1              CHAIRMAN SMITH:  Sure.  And, you know.  I'm

2       trying to imagine -- while I presume there are a number

3       of situations where we can point to individuals who do

4       not have some form of photo identification on the list,

5       I don't know that that really is fair because I think

6       the question is how many do not have any form of

7       identification on the list, and you would agree with me

8       that insofar as we're talking about people in nursing

9       homes, et cetera, who may not get a water bill or an

10      electric bill, you don't -- do you know of any that do

11      not have a Medicare card?

12              (Inaudible.)

13              MS. SCOTT:  Unless -- unless the teacher

14      themselves paid into Social Security or their spouse

15      did.

16              (Inaudible.)

17              MS. SCOTT:  That's the Social Security.

18      However, they're eligible for the Medicare benefits

19      under the spouse's record.

20              CHAIRMAN SMITH:  So, they do get Medicare.

21      Everybody over 65 is entitled to get Medicare --

22              MS. SCOTT:  That's right.

23              CHAIRMAN SMITH:  -- to the extent that they

24      apply?

25              MS. SCOTT:  That's right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031563

421

1           CHAIRMAN SMITH:  Is that right?  Okay.  And

2      that is one of the things you can add in addition to

3      your voter's registration card.

4                (Inaudible.)

5           CHAIRMAN SMITH:  Not Social Security.

6           UNIDENTIFIED SPEAKER:  But you get Medicare.

7           CHAIRMAN SMITH:  Not Social Security.

8      Different than Medicare.

9           MS. SCOTT:  Yeah.  Now teachers -- in fact,

10     we were doing that before I retired -- pay in to

11     Medicare, which makes them eligible to receive Medicare

12     benefits.  It's not just on the spouse record, although

13     many of them are.  They pay the Medicare tax, so, they

14     can receive the benefit.

15          CHAIRMAN SMITH:  Do you know any senior

16     citizen who does not have any of the documents in

17     addition to the voter registration card listed among the

18     non -- nonphoto identification documents that would be

19     allowed under this law?

20          MS. SCOTT:  Personally, I don't.  You know,

21     you and I live in a very nice area.  Most of my friends

22     are not some of the ones that we're concerned about in

23     other areas.  And so, I think I just safely could not

24     say that.

25          I do know some people who are no longer able



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031564

422

1      to drive and who don't hear well.  And so, those people

2      may no longer have what we consider the main photo ID.

3                 CHAIRMAN SMITH:  And with regard to that

4      category of senior citizens that are past the driving

5      phase, I presume a large number of those people are

6      already voting, to the extent that they do vote, by

7      absent ballot, is that fair?

8                 MS. SCOTT:  Yes, unless they get someone to

9      take them to the polls.

10                 CHAIRMAN SMITH:  Right.  And you do

11      understand that there's nothing in this law that changes

12      the requirements for absentee ballots?

13                 MS. SCOTT:  Right.

14                 CHAIRMAN SMITH:  Do you understand that?

15                 MS. SCOTT:  I guess I do.  I've read the

16      bill but I'm not just familiar with --

17                 CHAIRMAN SMITH:  I'm representing to you

18      that doesn't change at all.

19                 MS. SCOTT:  I accept.

20                 CHAIRMAN SMITH:  Who's next?  Representative

21      Anchia?  Representative Helfin?

22                 REPRESENTATIVE HELFIN:  Yes, ma'am.  If

23      there was provisions here -- first, let me ask this

24      question:  And our population seems to be -- our

25      youngers are getting older and our olders are getting



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

423

1    younger.  Most people 65 and younger these days would
2    have some form of identification.  Would that be a fair
3    statement?
4              MS. SCOTT:  I think that would be true.  I
5    think we would still have some cases where the
6    identification might be questioned, like if you have
7    people who have become homeless.
8              REPRESENTATIVE HELFIN:  The gentleman you
9    mentioned, some problem?
10             MS. SCOTT:  Yeah, some problem like that.  I
11   don't have any idea how many of those there are.
12             REPRESENTATIVE HELFIN:  So, if there was a
13   provision that exempted people born after 1944, which
14   would be basically 65, would that be a provision that we
15   could work with the older population?  And we want to
16   make sure we guaranty their right to vote because my dad
17   fought in World War II, and I think that was very
18   important to him.
19             MS. SCOTT:  Well, my concern there would be
20   how would you find out how old they actually are --
21             REPRESENTATIVE HELFIN:  That's true.
22             MS. SCOTT:  -- without requiring some
23   identification?
24             REPRESENTATIVE HELFIN:  Maybe an affidavit
25   or something.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031566

424

1          MS. SCOTT:  So, it seems to me you still
2    would require some identification or some manner of
3    determining the age if you're going to place it on that
4    basis.
5          REPRESENTATIVE HELFIN:  Okay.  But that
6    would be a consideration we should probably look at,
7    would you -- would you agree with that statement?
8          MS. SCOTT:  Well, I hate to dictate to you
9    what you need to look at.
10          REPRESENTATIVE HELFIN:  Agree with.  Thank
11    you.
12          CHAIRMAN SMITH:  Representative Anchia, did
13    you have questions?
14          REPRESENTATIVE ANCHIA:  No.
15          CHAIRMAN SMITH:  Any questions from any
16    members?
17          Okay.  We're going to let you off easy.
18          MS. SCOTT:  Fine.  Thank you.
19          CHAIRMAN SMITH:  I hope you're not driving
20    back tonight.
21          MS. SCOTT:  Not tonight.
22          CHAIRMAN SMITH:  Good.  You all drive
23    safely.
24          MS. SCOTT:  Thank you.
25          CHAIRMAN SMITH:  All right.  At this time



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031567

1        the Chair calls Gary Bledsoe, who is authorized to speak

2        on behalf of the Texas NAACP, and is testifying against

3        Senate Bill 362.

4                    MR. BLEDSOE:  Mr. Chairman, how are you?

5                    CHAIRMAN SMITH:  I'm doing fine.  How are

6        you?

7                    MR. BLEDSOE:  Pretty good.  Thank you very

8        much.

9                    CHAIRMAN SMITH:  Please state your name and

10       who you represent.

11                   MR. BLEDSOE:  My name is Gary Bledsoe.  I

12       represent the NAACP of Texas.

13                   CHAIRMAN SMITH:  Okay.  Thank you.  Please

14       proceed.

15                   MR. BLEDSOE:  Okay.  Thank you.

16                   I'd like to commend the members of the

17       committee for spending a great deal of time on this

18       issue.

19                   I'd like to give a bit of background about

20       the NAACP so you will understand more so what our

21       position is and how we've arrived at our position.

22                   You know, we're a nonpartisan organization.

23       We try to get both parties to compete for the African

24       American vote.  That's essentially what our mission is.

25                   And, you know, back years ago when Steve



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031568

426

1    Rowlands had introduced a bill that required various

2    requirements regarding absentee ballots, we were very

3    much opposed to that.  We gave testimony against that

4    legislation.

5            We knew that it was going to end up being a

6    real nightmare for African Americans and Latinos, and it

7    ended up being just that, and I would put this bill in

8    the same category as we do the Rowlands bill.

9            I think in understanding that dynamic in why

10   we feel the way that we do, we have to look at the

11   history, even the recent history of the African American

12   vote throughout the State of Texas.

13           What we've done, knowing that the Voting

14   Rights Act was going to be up for extension three years

15   ago, we held a number of hearings around the state to

16   identify voting irregularities and issues relating to

17   voter intimidation.

18           And also during each election cycle, we have

19   a statewide election hotline where we have lawyers and

20   law students that man the -- that man or person the line

21   to handle issues that arise around the state.

22           And let me say very clearly, there -- there

23   are enormous problems relating to intimidation of

24   African American voters that continue to happen.  I want

25   to describe some of those for you because I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006211

TX_00031569

427

1       they're -- they're important.

2              If we look, for example, in -- and we've

3       seen hate crimes in Wharton County where individuals who

4       happen to be Anglo elected officials supporting African

5       American sheriff's candidate had their home burned down

6       simply because they were supporting the African American

7       candidate, and received a number of hate calls.

8              We have a number of instances in various

9       counties where individuals were registered to vote and

10      were not allowed to vote, were not given provisional

11      ballots.

12             We have had a number of instances where

13      individuals were wrongfully purged from rolls.  We've

14      had a number of instances where individuals were

15      directed to the wrong polling places so that they would

16      not ultimately be able to vote.

17             We've had a number of instances where

18      individuals -- this past election in Bell County in

19      particular, there were a number of conflicts between

20      individual voters and individuals who were running the

21      actual polling sites.

22             I know that state law changed the way that

23      individuals are selected to run and handle different

24      polling location has been changed and there has been

25      some serious animosity in a number of communities



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

E S Q U I R E
DEPOSITION SOLUTIONS

TX_00031570

428

1    between those individuals running the polling sites and

2    African American voters, and we are very concerned with

3    all of this information.

4           And there's just -- there's just so much

5    more, you know, with the use of police, the use of

6    mailboxes and putting intimidation mailers in individual

7    mailboxes in Tarrant County, saying if you show up to

8    vote, we're going to have you arrested if there's an

9    outstanding warrant, giving people misinformation about

10   whether a person who has served their time on a felony,

11   whether parole or probation, when they're off time,

12   you're able to vote in Texas, with putting

13   misinformation in mailboxes.  It goes on and on.

14          And one of the problems we've had at a

15   number of polling sites is that in minority polling

16   sites, there are too few ballots that are actually

17   given, and so, you find when there are too few ballots

18   and there are not enough polling stations at the polling

19   sites, this causes lines to be very long.

20          And we know that when you have a community

21   of working persons that that community doesn't have

22   indefinite periods of time in which to be there and to

23   vote, and so, therefore, when they're there, if it takes

24   more time, then that's going to be problematic.

25          And one thing that is absolutely clear is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031571

429

1    that when you require each person to come up with some

2    kind of identification, that's going to require a lot

3    more time.

4            We're not convinced that there is a problem.

5    You know, when I looked at the -- the Bowl analysis with

6    this legislation, the Bowl analysis said that the

7    problem that we're trying to correct is that with voter

8    registration, there's no requirement for identification,

9    so, this lends itself to a potential problem with actual

10   voting.

11           So, I said, well, if the problem is with

12   voter registration, why not look to fix the problem at

13   that level, like Dr. Allen mentioned earlier with voter

14   registration because once you require this kind of voter

15   identification, you're going to have to have it every

16   single election.

17           And I can just wonder how negative of a --

18   this will impact the African American vote with election

19   officials who don't have their best interest at heart

20   being given the power and authority to make the

21   judgments about whether or not they are entitled to

22   vote, whether it's a difference in just one letter in

23   the name, whether someone is not being able to read your

24   handwriting.

25           And I know one of the things I heard earlier



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031572

430

1        was about well -- and I guess with Florida, if you check

2        the handwriting and if the handwriting turns out to be

3        okay, then you allow the individual to vote.  Well, you

4        know, we don't have individuals who are trained as

5        handwriting -- forensic handwriting analysts.  So, we

6        have lay people that are going to make decisions about

7        whether the handwriting is correct.  I think that's ripe

8        with potential problems.

9               You know, it reminds me kind of in Venezuela

10       when I went down as an official election observer in

11       those elections, they had these kinds of processes, and

12       I was thinking we shouldn't be moving where they are,

13       they should be moving towards where we are but -- and it

14       was a very intimidating experience to see the kinds of

15       things that they actually did there in their elections.

16              But when we -- when I sat down and I went

17       through the bill to look at what was in the bill that

18       would be problematic, and there's a great deal in the

19       bill that would be problematic.

20              Number one, the wording of the affidavit

21       would be intimidating to many people because you're

22       making some very strong statements because sometimes

23       people are wrongfully purged.  Sometimes maybe there's a

24       mistake but the way the affidavit has to be written, you

25       have to state that you are registered to vote there and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031573

431

1    you authorize a vote in that election, and in the hands

2    of the wrong kind of district attorney or what have you,

3    that could be a serious problem.

4              Secondly, I think that when we look at the

5    types of identification that are required, especially

6    the alternative identification, really both kinds, I

7    think we find that in terms of the photo IDs that are

8    allowed that will allow someone to vote, those seem to

9    be biased towards members who are conservative voters.

10             The types of identification that many of the

11   people that we're seeking to represent and to say that

12   they should be able to vote and not have additional

13   impediments placed between them and voting, those types

14   of identification are not there.  So, it seems as though

15   there is a design in how this is actually written for

16   that to be problematic.

17             I think, too, in looking at the bill, the

18   bill could have -- well, I think -- my time is about to

19   expire here but let me say that very clearly I don't

20   think there's any doubt that this bill will undermine

21   the African American voter.

22             I think if this bill is adopted, I don't

23   know what the future would hold except I can say I feel

24   very clearly that the NAACP would file an objection with

25   the Department of Justice, and I can't say that things



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031574

432

1    would be different at this Department of Justice but I

2    do know that -- that when the judger law was pre

3    cleared, it went through the Bush Department of Justice

4    and, you know, sadly, all of the Department of Justices

5    that have happened before, whether it was under Reagan,

6    Bush or Clinton or what have you, there seemed to be

7    certain things that were within a safe area that people

8    didn't seem to tread upon, that seemed to say this is

9    what American -- what we expect but I think in the Bush

10   Justice Department, that completely changed and even

11   issues such as the Texas Congressional Restricting Plan

12   that was pre cleared and there really wasn't a basis for

13   that.

14           So, I'm hoping now that the Justice

15   Department will give a lot more objective and thorough

16   look at it.  I realize that if this passes and goes up

17   to the Supreme Court, it will probably be a 5/4 vote.  I

18   think we probably all understand that but I think that

19   this is clearly distinguishable from the Indiana

20   situation.  Texas is a Section 5 state.

21           Thank you.

22           CHAIRMAN SMITH:  All right.  You know, you

23   mentioned and so many witnesses have mentioned this

24   question about ballot names being misspelled and so

25   forth, so, after he finishes, I'd like to have Ms.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031575

433

1      McGeehan come up and I want to ask her some questions

2      about that.

3              I believe Representative Hochberg maybe even

4      filed a bill that you testified on earlier this session,

5      so, if you can recall that testimony, I want to ask

6      questions about that.

7              Okay.  Now, I'm starting the clock on your

8      question period, which we'll be glad to extend as

9      necessary.

10             MR. BLEDSOE:  Thank you, sir.

11             CHAIRMAN SMITH:  The -- when you talk about

12     false information being put in African Americans'

13     mailboxes about when to vote or where to vote or, you

14     know, a fewer numbers of voting apparatus or whatever it

15     was that caused longer lines in certain voting places

16     than other voting places, I mean, it surely --

17     hopefully -- tell me I'm not wrong -- I mean, there's

18     some -- if that's happening, to the extent that there

19     are longer lines where you vote than where -- where

20     Anglos vote in my area, is there not recourse available

21     to you to the extent that this is happening on a regular

22     basis to do something about it?

23             MR. BLEDSOE:  The -- there -- there is not

24     adequate resource -- recourse in terms of how things

25     must take place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

434

1          For example, if -- if it involves a specific

2     election, you are going to have to show, if the election

3     has already been completed, that the election outcome

4     would have been different if things had been provided

5     for that particular election precinct.

6          I think that in terms of -- if -- if it is

7     ongoing, it's going to require money, it's going to

8     require someone to be able to get a lawyer and go and

9     file a lawsuit and get a judge to extend the time that

10    the polling place is going to be open, requiring an

11    election official to send more ballots over, to give

12    more polling sites.

13         So, that's something that not everyone has

14    the ability to do.  That's something that's very

15    difficult and complicated.  You've got to have a good

16    judge.  You've got to have resources.  I think those

17    things clearly would violate the law but, you know, one

18    of the things that you have to prove and many of the

19    laws that are on the books is that these were

20    intentionally decisions by officials and not just a --

21    something that might have been a mistake, and that is a

22    problem as well.

23         CHAIRMAN SMITH:  Are you or are you not --

24    I'm not clear really on this.  Are you saying that you

25    believe that on average the lines in voting places are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031577

435

1          longer in primarily African American voting districts

2          than they are in primarily Anglo voting districts and on

3          average that is generally true and there hasn't been

4          anything that you all have been able to do about it?

5          Are you saying that or not?

6                    MR. BLEDSOE:  I'm not saying on average but

7          I'm saying that the polling places -- and there have

8          been quite a few where there have been identified

9          problems with -- let's just say long lines or problems

10         with -- with not having enough ballots or enough

11         facilities, those are almost all in minority communities

12         but I haven't done some kind of, you know, analysis of

13         the state to say on the average because that's probably

14         only, you know, 10 percent of the precincts but that's

15         enough of a number to really cause us a great concern.

16                   CHAIRMAN SMITH:  And my question is whether

17         people in good faith are attempting to provide adequate

18         equipment and that there are a percentage of precincts

19         where for whatever reason there's too few polls and,

20         therefore, longer lines but that that occurs in the same

21         proportion in Anglo districts for the very same reason

22         or -- or are you alleging that on average it happens to

23         African American communities more often than it does in

24         other communities?

25                   MR. BLEDSOE:  What I'm saying is I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031578

436

1    that it does happen in African American communities much

2    more often than it does in other communities o the

3    extent it does happen in other communities.

4          So, I think there is some design behind it,

5    some intent because, you know, they usually occur when

6    there's a big election and there's a desire to suppress

7    the minority vote, and I wish that were not true but I

8    think it's pretty clear that that's where it happens,

9    when it happens and that's why it happens.

10          CHAIRMAN SMITH:  Okay.  Representative Dr.

11    Allen.

12          REPRESENTATIVE DR. ALLEN:  Thank you, Mr.

13    Bledsoe.  Before I ask you a couple of questions here, I

14    just wanted to say yes, it happens in our communities,

15    and I made myself a committee of one.  I went to the

16    polling place every day.  The first day there were a

17    very insufficient number of voting machines there and at

18    least half of those were not functioning.

19          And so, what I did, maybe something you can

20    do, is I called the election office and I called the TV

21    channel, and it wasn't long before the TV channels were

22    there and it wasn't long before the machines were fixed

23    and they had more machines out there.  So, we'll just

24    have to watch it ourselves.

25          MR. BLEDSOE:  But, of course, not everyone,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031579

437

1      Dr. Allen, has a state representative that has a PhD

2      that lives in their community who is going to be able to

3      do that and has a responsive media.

4                   REPRESENTATIVE DR. ALLEN:  Okay.  You call

5      me, I'll come to yours.

6                   UNIDENTIFIED SPEAKER:  Nor should they have

7      to.

8                   REPRESENTATIVE DR. ALLEN:  That's right.

9                   Now, you've heard a lot today about voting,

10     and I know you would know this but I really wanted to

11     put this on the table about the Voting Rights Act.

12     You've heard it said that we no longer need that.  After

13     hearing all of the information you heard today, the

14     witnesses, what do you say to that?  What's your

15     position on that, that we no longer need the Voting

16     Rights Act?

17                  MR. BLEDSOE:  Well, that's one thing, Dr.

18     Allen, we did when we conducted all those hearings

19     around the state because we knew the Voting Rights Act

20     was going to be up for reauthorization.  So, we did

21     extensive hearings at court reporters and had

22     transcripts and we ended up doing executive summaries

23     and all that and we went to DC and we went to visit

24     Senator Hutchison and Senator Cornyn to try to make sure

25     they voted the right way on those issues.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1            And at one point, Senator Cornyn was

2    actually opposed to the reauthorization of the act

3    and -- and I won't say that it was based on our meeting

4    but after we had met with him, we took about 30 or 40

5    people with us and presented him with the information.

6    He did change his vote and the act passed the next day.

7            So, we were very glad to see that but we

8    did -- from what I've seen from personal experience and

9    from what we've garnered as an organization through our

10   many pinnacles added to the community, we have some

11   serious problems in Texas and people haven't really just

12   acquiesced in the idea that minorities should be able to

13   vote.

14           And we keep saying if you give minorities a

15   chance, you go out and give them something to consider,

16   people will be very fair in how they give out their vote

17   but when you do things that undermine the minority

18   communities' interest, you will antagonize the minority

19   community and -- but we continue to see things that

20   happen like that because I think this bill is widely

21   seen in that same way.

22           If you listen to an African American talk

23   show tomorrow and the bill is discussed, you're going to

24   hear that's the general sentiment in the community.

25           REPRESENTATIVE DR. ALLEN:  Absolutely.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031581

439

1          Now, you told some very pungent stories

2     about voter suppression and -- but I know you can go a

3     little further back.  I really want everyone in this

4     room to know the kinds of things that minorities have

5     gone through just to be able to vote.

6          We didn't even talk about women not being

7     able to vote.  Of course, when women got their right to

8     vote, you remember black women were not allowed to vote.

9          And so, I know that all of you heard the

10    famous statement, "Ain't I a woman, too," came from the

11    rights for minority women to vote.

12         The -- when (Inaudible) who walked and

13    protested with the women who could not vote and when

14    they decided that they could go into the continental

15    congress, they said white women can come in but the

16    black women could not come in.

17         So, that's when you hear that famous

18    statement, "Well, ain't I a woman, too?  I born nine

19    children," et cetera, et cetera.  You know the story and

20    that's the history of that.

21         So, I wanted you to talk about voter

22    suppression.  How many beans in a jar?  Can you come up

23    with others?  I can.  I wanted to give you that

24    opportunity.

25              MR. BLEDSOE:  Oh, there are a number of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031582

440

1      examples of voter suppression that I can give you that

2      have occurred even -- even recently that really are

3      problematic and, you know, the -- the voter suppression

4      that we've seen involves again -- you heard Judge

5      Charleston talk about the Waller County situation.

6                    REPRESENTATIVE DR. ALLEN:  Yes.

7                    MR. BLEDSOE:  And that's a perfect example

8      because in Waller County, you have the missing

9      registration applications and also in Waller County,

10     besides the missing registration applications, that

11     General Abbott did, ultimately, it was after the

12     election and it didn't affect the outcome of the

13     election but I think they ultimately were processed and

14     I think it was through the AG's office that they were

15     processed and that's where my comment came from but that

16     was in the context of there being -- there were ballot

17     boxes from Prairie View that were taken in plain view,

18     and some of the students I met with that actually filmed

19     they being pain in plain view illegally by officials

20     that were not official county officials in the middle of

21     the day and no consequence occurring with that, the

22     continued -- you know, the indictment of African

23     American elected accounted officials there, the Grand

24     Jury investigations of other elected officials there,

25     the idea that you cannot vote, the whole idea with their



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031583

441

1      (inaudible) situation in 1991 wasn't sufficient where

2      this had to -- had to occur.

3              And the NAACP was one of the plaintiffs in

4      the lawsuit to address that situation in Prairie View,

5      and that's -- so, that was clearly done by design.

6              And with -- Chairman Smith asked about it

7      earlier and we talked a little bit more about that

8      situation in Tarrant County because what happened there

9      was there was an African American newspaper that

10     apparently worked something out with a campaign, and the

11     campaign featured this idea about what's going to happen

12     to you if you show up and vote and if you're -- and it

13     gave the misinformation about if you're a felon and it

14     said that if you have an outstanding warrant, you're

15     going to be arrested, and they actually positioned off

16     duty police officers.

17             They mentioned this in the newspaper article

18     that was placed in the mailboxes, and I think it was

19     probably illegal but they actually then went out and

20     hired off duty police in uniform and had them positioned

21     around minority polling places.  And so, that was very

22     intimidating when that occurred.

23             REPRESENTATIVE DR. ALLEN:  Correct.

24             MR. BLEDSOE:  And --

25             UNIDENTIFIED SPEAKER:  Has that conducted



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031584

442

1    been prosecuted?

2              MR. BLEDSOE:  Was that actually prosecuted?

3              UNIDENTIFIED SPEAKER:  Yes.

4              MR. BLEDSOE:  Not to my knowledge, I don't

5    believe it was.

6              UNIDENTIFIED SPEAKER:  Do you know the

7    extent to which any of these activities have been

8    prosecuted in the state?

9              MR. BLEDSOE:  Well, in the Wharton County

10   situation, that one was kind of ironic because the

11   authorities actually turned it on the African American

12   sheriff's candidate and were actually looking at him

13   and, ultimately, he was not prosecuted but his name was

14   C. G. McElwain, and they actually started looking at him

15   for burning down his own supporter's home and then

16   acting as if he had done a publicity stunt.

17              Well, we had to -- we had to send down a

18   team of individuals on election day to be there and be

19   available.  We ended up running out of ballots in the

20   black community that day in Wharton County.

21              UNIDENTIFIED SPEAKER:  And if someone were

22   to say to you that those activities that you're

23   describing that are intended to intimidate, et cetera,

24   voters from voting do not occur because they have not

25   been prosecuted, you wouldn't be impressed with that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031585

1   argument, would you?

2            MR. BLEDSOE:  Well, again, I understand the

3   sentiment and the discussion, and these things were --

4   were not prosecuted.  You know, I think that we're aware

5   of them because we're personally involved in them.

6            You know, I had people that were extensions

7   of the organization, for example, that were there in

8   Wharton County that were there at the African American

9   polling sites that were reporting to me on an hourly

10  basis while I was at our election central, and so -- and

11  I know them to be credible people, so, I feel pretty

12  solid about the information that came there.

13           And I ended up meeting and visiting

14  Mr. McElwain later, and we assisted him later when the

15  authorities tried to flip the investigation to go after

16  him instead of the people who had actually done this to

17  his supporters.

18           UNIDENTIFIED SPEAKER:  So, your --

19           MR. BLEDSOE:  So, I actually kind of was a

20  witness in that situation.

21           UNIDENTIFIED SPEAKER:  And your conviction

22  about which this crime that is not prosecuted occurred

23  is based on anecdotal information that you received from

24  people that you trust?

25           MR. BLEDSOE:  To the extent -- and, again,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031586