IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,

Plaintiff,

v.

ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,

Defendant.

ERIC KENNIE, *et al.*,

Defendant-Intervenors,

TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,

Defendant-Intervenors,

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,

Defendant-Intervenors,

TEXAS LEGISLATIVE BLACK CAUCUS, *et al.*,

Defendant-Intervenors,

VICTORIA RODRIGUEZ, *et al.*,

Defendant-Intervenors.

CASE NO. 1:12-CV-00128
(RMC-DST-RLW)
Three-Judge Court

**NOTICE CONCERNING ATTORNEY GENERAL'S DEPOSITION DESIGNATIONS IN REPLY TO TEXAS'S COUNTER-DESIGNATIONS**

According to this Court's order of June 13, 2012 (ECF No. 183), the Plaintiff State of Texas (the "State") was ordered to file its deposition designations on June 20, 2012. (ECF No.

218.) The Defendant Attorney General Eric H. Holder, Jr. ("Attorney General") was ordered to file "deposition counter-designations" on June 25, 2012. (ECF No. 235.) And the State was required to file "any deposition designations in reply to Defendants' counter-designations" on June 29, 2012. (ECF No. 254.)

The State's June 29, 2012 (ECF No. 254), filing set out, in chart form, the following headings and information: "Defendants' Designations" (the Attorney General's Counter-Designations), "Plaintiffs' Objections," "Plaintiffs' Counter-Designations," "Defendants' Objections to Counter Designations," and "Court Ruling." This chart did not include the State's deposition designations filed on June 20, 2012 (ECF No. 218), or a heading for the Attorney General's reply designations. The State's objections, according to an Objection Key, also appear in places to refer to the Texas Rules of Evidence (T.R.E.).

The Attorney General submits two exhibits in reply to the State's filing and a third containing additional expert designations. Exhibit 1 sets out the Attorney General's June 25, 2012, counter-designations (ECF No. 235), the State's evidentiary objections to those counter-designations, and the Attorney General's opposition to those objections.

Exhibit 2 sets out the State's reply designations (labeled on the State's chart as "Counter-Designations"), the Attorney General's objections to the State's reply designations, and testimony the Attorney General has designated in response to the State's reply designations, including any additional designations in response to the State's evidentiary objections.

In Exhibit 3, the Attorney General has included designations of the testimony from Randall Buck Wood and Dr. Alan Lichtman, whose depositions were taken on June 29, 2012, and July 2, 2012, respectively.

In its June 29, 2012 (ECF No. 254) filing, the State lodged a general objection to the Attorney General's designation of portions of testimony from witnesses called live to testify at trial. Texas repeated this objection on July 3, 2012, concerning the designation of expert witness testimony. (ECF No. 281.) These objections have no merit. Given the limits on live testimony at trial, these witnesses will be unable to testify to all of the matters designated. Further, the State itself has designated testimony from witnesses it plans to call live at trial. *See, e.g.*, (ECF No. 218) (designating the testimony of Representative Aaron Pena, Senator Thomas D. Williams, and Major Forrest Mitchell).

The Attorney General will provide the Court and counsel with electronic courtesy copies of his designated transcripts on July 6, 2012.

Date: July 5, 2012

Respectfully submitted,

RONALD C. MACHEN, JR.
United States Attorney
District of Columbia

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

*/s/Spencer R. Fisher*
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
ELIZABETH S. WESTFALL
BRUCE I. GEAR
SPENCER R. FISHER
JENNIFER L. MARANZANO
RISA BERKOWER
DANIEL J. FREEMAN
Attorneys
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: 1-800-253-3931
Email: spencer.fisher@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2012, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

Jonathan Franklin Mitchell
Adam W. Aston
Matthew Hamilton Frederick
Patrick Kinney Sweeten
Office of the Attorney General of Texas
jonathan.mitchell@oag.state.tx.us
adam.aston@oag.state.tx.us
matthew.frederick@oag.state.tx.us
Patrick.sweeten@texasattorneygeneral.gov

*Counsel for Plaintiff*

Debo P. Adegbile
Leah C. Aden
Elise C. Boddie
Ryan Haygood
Dale E. Ho
Natasha Korgaonkar
NAACP Legal Defense and Education Fund
dadegbile@naacpldf.org
laden@naacpldf.org
eboddie@naacpldf.org
rhaygood@naacpldf.org
dho@naacpldf.org
nkorgaonkar@naacpldf.org

Michael Birney de Leeuw
Douglas H. Flaum
Adam M. Harris
Fried, Frank, Harris, Shriver & Jacobson
douglas.flaum@friedfrank.com
adam.harris@friedfrank.com
michael.deleeuw@friedfrank.com

*Counsel for Texas League of Young Voters Intervenors*

J. Gerald Hebert
hebert@voterlaw.com

Chad W. Dunn
Brazil & Dunn
chad@brazilanddunn.com

*Counsel for Kennie Intervenors*

Jon M. Greenbaum
Mark A. Posner
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org

Ezra David Rosenberg
Michelle Hart Yeary
Dechert LLP
ezra.rosenberg@dechert.com
michelle.yeary@dechert.com

Robert Stephen Notzon
Robert@notzonlaw.com

Gary L. Bledsoe
Law Office of Gary L. Bledsoe and Associates
garybledsoe@sbcglobal.net

Myrna Perez
Wendy Robin Weiser
Ian Arthur Vandewalker
The Brennan Center for Justice
myrna.perez@nyu.edu
wendy.weiser@nyu.edu
ian.vandewalker@nyu.edu

*Counsel for NAACP Intervenors*

John Tanner
john.k.tanner@gmail.com

Nancy G. Abudu
M. Laughlin McDonald
Katie O'Connor
Arthur B. Spitzer
American Civil Liberties Union
nabudu@aclu.org
lmcdonald@aclu.org
koconnor@aclu.org
artspitzer@gmail.com

*Counsel Texas Legislative Black Caucus Intervenors*

Nina Perales
Amy Pederson
Mexican American Legal Defense & Educational Fund, Inc.
nperales@maldef.org
apederson@maldef.org

*Counsel for Rodriguez Intervenors*

*/s/Spencer R. Fisher*
SPENCER R. FISHER
Trial Attorney, Voting Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
spencer.fisher@usdoj.gov