# Exhibit 2

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| JAMES ABSHIER DEPOSITION TAKEN JUNE 15, 2012 | | | |
| 68:8-70:2 | 70:10-15 | none | 70:16-71:1 |
| 6:14-66:18 | incorrect designation | none | 66:14-66:18 |
| JOSE ALISEDA DEPOSITION TAKEN JUNE 6, 2012 | | | |
| 35:2-37:12 | 21:12-16 21:23-23:7 29:18-20 30:7-16 42:7-11 | 29:18-20 is probably 29:19-21 | 29:19-30:16 42:7-16 |
| 74:6-76:3 | 72:17-72:20 72:25-73:6 73:7-17 | Includes reference to uncited objection (73:6 refers to 72:21-22); incomplete reply (73:17 ends in mid-answer) | 73:7-76:3 |
| 79:6-81:12 | 77:8-17 82:24-83:13 84:6-85:25 86:1-87:21 | none | 81:24-83:13 33:19-34:5 |
| 91:4-95:9 | 90:1-91:3 92:6-17 | none | 91:4-95:9 |
| 103:7-104:16 | 102:14-18 103:1-11 103:17-104:6 104:24-105:12 106:24-107:12 | none | 102:14-107:12 |
| 110:5-112:22 | 110:23-112:8 112:112 113:21-116:21 | none | 116:22-117:9 |
| 116:22-117:9 | 115:8-115:2 | (TX reply appears erroneous, and seems to include range in prior reply) | reserve right to reply once corrected |
| 120:1-120:13 | 119:7-23 | none | 120:1-123:3 |
| 121:20-123:3 | 113:21-114:7 | none | 120:1-123:3 |
| 128:1-129:11 | 123:19-22 125:10-16 125:19-126:2 128:1-7 | none | 123:23-124:2 126:3-127:21 |
| 130:20-133:16 | 130:7-12 130:13-15 130:20-133:16 | none | 130:7-133:16 133:17-137:6 |
| 135:4-137:6 | 137:7-10 | none | 81:24-84:5 |
| 145:25-151:17 | 147:16-148:1 | none | 145:25-151:17 |
| 153:9-155:16 | 151:18-152:25 | none | 145:25-153:1 |
| 160:17-161:1 | 161:2-5 | none | 160:17-161:1 161:2-164:4 |
| 165:3-165:19 | 165:20-166:16 | none | none |
| 167:16-167:25 | 143:17-144:23 | FRE 106 | 143:17-25 |
| 175:4-180:6 | 176:9-12 176:14 | none | 175:4-180:6 |
| 184:12-18 | 184:18-20 184:22 | none | 184:12-18 |
| 185:2-11 | 185:2-3 185:5-8 | none | 185:2-11 |
| 196:8-196:23 | 196:24-197:3 | irrelevant, opinion (regards his conjecture that politically active illegal voters are in Arizona with the potential to game the system) | none |
| 200:8-200:24 | 198:24-199:2 | none | 198:24-199:10 |
| 206:22-210:5 | 210:6 | none | none |
| 218:1-218:14 | 215:7-9 215:20-216:1 216:2-4 216:8 216:9-11 216:13-17 | none | 215:7-217:3 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 228:9-228:23 | 197:10-13 | nonresponsive | 197:10-199:10 |
| 240:3-244:5 | 235:12-236:5 | none | none |
| 265:21-266:16 | 119:7023 | assuming this is 119:7-23 | 120:1-123:3 |
| 275:11-275:24 | 275:11-13 | none | none |
| 290:9-290:18 | 91:4-17 | none | 166:17-167:7 |
| 296:22-297:9 | 151:10-153:1 | none | none |
| RAFAEL ANCHIA DEPOSITION TAKEN JUNE 6, 2012 | | | |
| 39:20-41:7 | 38:25-39:19 | none | 100:6-19 |
| 42:3-45:7 | 45:8-45:16 | none | none |
| 48:9-49:3 | 49:15-50:8 | none | 50:12-16 |
| 50:17-51:11 50:17-51:11 | 51:12-51:20 | none | 51:12-51:23 |
| 55:10-57:9 | 57:10-57:23 | leading | none |
| 57:24-60:7 | 60:8-61:11 | none | 57:24-62:8 |
| 61:7-14 | 61:15-62:8 | none | none |
| 62:23-63:7 | 62:9-62:22 | none | none |
| 78:14-80:1 | 80:2 -81:15 | none | 78:14-80:1 81:16-20 81:21-82:8 82:9-82:15 |
| 81:21-82:8 | 82:9-82:15 | none | 78:14-80:1 81:16-20 81:21-82:8 82:9-82:15 |
| 83:12-14 | 83:4-83:14 | none | 83:4-14 |
| 83:20-84:18 | 84:19-86:7 | none | 83:20-86:7 |
| 86:8-89:22 | 89:23-90:7 90:23-94:12 | asked & answered (89:3-7) | 86:8-90:7 90:23-94:12 |
| 94:13-95:4 | 95: 5 -96:5 | vague, confusing (95:12-15) | 94:13-96:5 |
| 106:14-108:18 | 108:19-108:21 | none | 106:14-108:21 |
| 108:24-111:4 | 111:5-111:8 | none | 108:24-111:8 |
| 117:5-118:22 | 118:23-119:21 | none | 117:5-119:21 |
| 135:5-23 | 136:4-136:16 | none | 135:5-136:16 |
| KENNETH ARMBRISTER DEPOSITION TAKEN JUNE 8, 2012 | | | |
| 60:22-61:1 | | none | 60:22-61:2 |
| 89:10-19 | 89:20-21 91:5-18 | none | 89:10-92:16 |
| 141:9-21 | 139:9-12 if objections are not sustained | none | none |
| 145:7-146:1 | 146:2-9 | none | none |
| 159:18-160:15 | 155:9-158:15 if objections not sustained | none | 158:2-160:15 |
| 175:4-176:2 | | | 174:22-175:5 175:4-176:2 180:5-9 |
| 185:8-12 | 183:25-184:4 | none | none |
| | | | 190:3-8 |
| 212:22-213:11 | 213:12-214:7 | none | none |
| YANNIS BANKS DEPOSITION TAKEN MAY 25, 2012 | | | |
| 88:21-90:18 | 90:22-90:25 | none | 90:4-90:18 |
| 108:18-109:3 | 109:4-109:6 | none | 109:7-109:15 |
| 110:23-110:25 | 110:10-110:12 | none | 110:13-110:18 |
| 111:23-112:1 | 111:13-111:17 112:2-112:11 | none | 111:2-111:12 ; 112:12-112:19 |
| 114:13-114:16 | 114:6-114:12 | none | 132:2-132:21 |
| 130:21-132:21 | 130:16-130:20 132:22-133:5 | none | 147:25-148:8 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 150:10-1500:13 | | | 150:10-150:13 |
| GLENN BAYRON DEPOSITION TAKEN JUNE 12, 2012 | | | |
| 28:19-25 | 29:1-6 | none | 28:19-29:1-6 |
| 56:13-18 | 56:4-2 54:1-4 | incomplete & misleading | none |
| COLBY BEUCK DEPOSITION TAKEN MAY 14, 2012 | | | |
| 63:21-66:9 | 62:24-64:19 64:16-64:19 | none | 63:21-66:9 |
| 74:13-75:9 | 64:3-64:7 | none | 56:18-57:5 |
| 93:8-22 | 90:1-90:22, if objections not sustained | none | 90:23-91:2 |
| 106:12-108:20 | 108:12-108:20 | none | 106:12-108:20 |
| 112:15-114:20 | 113:2-113:10 | none | 112:15-114:20 |
| 115:19-116:23 | 101:25-102:13 | none | none |
| 123:14-125:24 | 101:25-102:13 | none | none |
| 125:25-126:18 | 101:25-102:13 | none | none |
| 126:19-128:8 | 127:9-127:13, 101:25-102:13 | none | none |
| 129:2-130:24 | 62:12-62:23 | none | none |
| 131:2-132:1 | 62:12-63:2 | none | none |
| 133:11-135:5 | 62:12-63:2 135:6-135:25 | none | none |
| 137:12-138:23 | 135:6-135:25 136:21-137:7 | none | none |
| 138:24-140:6 | 138:24-25 135:6-25 136:21-137:7 | none | none |
| 141:19-144:5 | 142:20-143:8 143:9-143:18 | none | 141:19-144:5 |
| 154:21-155:23 | 155:12-18 | none | none |
| 157:20-159:16 | 158:11-158:12 158:15 | none | 157:20-159:16 |
| 159:17-160:2 | 160:13-161:1 | none | 161:13-161:21 |
| 160:3-162:21 | 160:3-160:5 161:12 161:2-161:4 162:4-162:7 | incomplete & misleading | 160:3-162:21 |
| 167:1-168:23 | 167:24-168:1 | none | 167:1-168:23 |
| 168:24-170:13 | 168:10-169:3 167:24-169:7 | none | none |
| 247:20-24 | 247:17-19 | none | none |
| DENNIS BONNEN DEPOSITION TAKEN JUNE 6, 2012 | | | |
| 44:24-45:2 | 29:8-29:11 29:20-30:5 35:23-36:10 39:21-40:4 40:8-40:14 | none | none |
| | | | 76:22-77:20 |
| | | | 90:6-20 |
| | objection, incomplete | none | 49:23-51:11 |
| | objection, incomplete | none | 230:16-230:18 |
| WALTER SCOTT BRANDT DEPOSITION TAKEN JUNE 19, 2012 | | | |
| 32:14-33:8 | 33:15-33:19 | none | none |
| BLAINE BRUNSON DEPOSITION TAKEN MAY 30, 2012 | | | |
| 63:19-63:24 | 64:20-65:13 | none | none |
| ANNA BURNS DEPOSITION TAKEN JUNE 7, 2012 | | | |
| 37:6-38:2 | 36:18-37:5 | none | 36:18-38:2 |
| LYDIA CAMARILLO DEPOSITION TAKEN JUNE 12, 2012 | | | |
| 19:9-23 | 19:24-20:6 | none | 41:9-41:16 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 38:8-13 | 37:25-38:7 38:14-39:1 | none | 33:21-36:11 |
| 49:7-13 | 49:14-50:1 | none | none |
| 59:10-25 | 58:20-59:9 | none | none |
| 60:14-61:4 | 60:1-66:7 | none | none |
| 62:22-63:18 | 60:1-66:7 | none | none |
| IMANI JANAE CLARK DEPOSITION TAKEN JUNE 12, 2012 | | | |
| 20:17-20:21 | 21:7-21:17 25:13-26:10 27:23-28:12 30:12-31:7 | none | 31:8-31:18 |
| 36:22-37:8 | 21:7-21:17 | none | none |
| KI'ESSENCE CULBREATH DEPOSITION TAKEN JUNE 14, 2012 | | | |
| 18:3-19:3 | 19:19-25 | none | none |
| 23:9-22 | 22:14-23:8 23:23-24:8 | none | none |
| REBECCA DAVIO DEPOSITION TAKEN JUNE 15, 2012 | | | |
| 12:1-14:25 | 6:6-6:8 15:12-15:15 | none | none |
| 52:10-54:5 | 54:12-54:16 | | none |
| 93:6-93:14 | 92:4-93:5 | none | none |
| 144:20-148:6 | 143:17-143:20 144:5-144:10 145:2-146:3 | none | 144:20-148:6 |
| 146:24-149:8 | 149:9-149:23 | none | none |
| 153:10-154:11 | 152:16---152:24 | none | none |
| 166:8-168:21 | 169:3-170:9 | none | none |
| 170:15-171:23 | 172:10-173:14 | none | 173:15-173:24 |
| 174:1-177:12 | 177:13-177:19 179:15-180:10 | none | 177:20-177:22; 180:10-181:8 |
| 226:4-226:17 | 224:10-225:23 | none | none |
| DENISE DAVIS DEPOSITION TAKEN JUNE 14, 2012 | | | |
| 51:3-54:22 | Should include 51:1-2 | none | 51:1-54:22 |
| 141:4-7 | 141:4-14 | none | 141:4-141:18 |
| KARINA DAVIS DEPOSITION TAKEN JUNE 15, 2012 | | | |
| | | | 16:9-20, 281:2-24 |
| | | | 48:23-51:6 |
| | | | 56:7-57:22 |
| | objection, not valid | none | 57:14-57:22 |
| | objection, not valid | none | 81:24-81:18 |
| ROBERT DUNCAN DEPOSITION TAKEN JUNE 7, 2012 | | | |
| 21:19-22:21 | 22:22-25 | none | none |
| 56:12-57:17 | 56:10-11 | none | 56:10-57:17 |
| 108:18-118:14 | 108:16-17 | none | 108:16-118:14 |
| 145:19-154:7 | 155:24-156:11 | none | none |
| RODNEY ELLIS DEPOSITION TAKEN JUNE 22-23, 2012 | | | |
| 112:3-117:21 | 112:2-3 | | 112:2-117:21 |
| MEREDYTH FOWLER DEPOSITION TAKEN JUNE 8, 2012 | | | |
| 32:25-33:1 | 32:18-24 | none | none |
| 41:24-42:1 | 41:4-5, 41:23 | none | none |
| 46:14-47:10 | 43:24-44:1 if objections not sustained | none | none |
| 50:11-50:15 | 50:5-50:10 if objection not sustained | none | none |
| 67:3-67:23 | 61:16-61:18 | none | none |
| 88:21-89:6 | 88:2-88:20 if objections not sustained | none | none |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 121:20-122:19 | missing last line of answer at 122:20 | | 122:20 |
| | | | 146:05-147:24 |
| TROY FRASER DEPOSITION TAKEN MAY 17, 2012 & JUNE 13, 2012 | | | |
| TROY FRASER VOLUME I | | | |
| 26:11-26:14 | 27:8-27:14 | none | none |
| 51:10-52:6 | 52:7-52:10 | none | none |
| 57:23-58:25 | 59:11 | none | 57:23-59:11 |
| 85:24-86:4 | 85:18-85:23 | none | 85:25-86:4 |
| 218:21-220:7 | 218:17-218:20 | none | none |
| 220:21-220:22 | 218:23-218:24 | none | none |
| | | | 225:7-225:14 |
| 225:7-225:15 | Objection to line 225:15 question with no answer | | 225:7-225:18 |
| 230:10-230:17 | 230:18-230:21 | none | none |
| 235:7-236:14 | 236:15-236:20 | none | none |
| 244:11-244:23 | 244:24-245:2 | none | none |
| 266:18-266:21 | 266:14-266:17 | none | none |
| 269:15-269:20 | 269:21-279:2 | incomplete | 269:15-269:20 |
| 273:8-273:13 | 273: 23-274:14 | none | none |
| 287:8-287:13 | 287:2-287:7 | none | none |
| 313:9-313:19 | 313:20-314:12 | incomplete | 313:13-313:23 |
| TROY FRASER VOLUME II | | | |
| 22:13-22:19 | 22:20—23:5 | none | 22:13-23:17 |
| 23:6-23:9 | 23:10—23:17 | none | 22:13-23:17 |
| 30:10-31:13 | 31:14—32:19 32:20—33:18 | incomplete | |
| 38:8-38:20 | 38:3—38:7 | none | none |
| 74:6-74:20 | 74:21—74:25 | none | 70:16-71:3 |
| TANYA GARDUNO DEPOSITION TAKEN JUNE 12, 2012 | | | |
| | | | 16:14-16:20 |
| 75:6-75:18 | 83:7-18 85:4-86:14 | incomplete & misleading | 83:19-84:11 |
| 79:2-79:6 | 79:9-82:21 | calls for legal conclusion | 42:10-44:17 |
| 81:10-81:20 | 81:21-82:21 | asked & answered | none |
| MAY HELEN GIDDINGS DEPOSITION TAKEN JUNE 6, 2012 | | | |
| 44:5-46:24 | 43:24-44:4; 46:25-47:4 | none | none |
| 50:11-51:10 | 50:9-10 | none | none |
| 56:10-57:14 | 57:15-18 | none | none |
| 62:19-63:11 | 62:14-18; 63:12-64:7 | none | 65:21-68:6 |
| 68:8-69:15 | 69:16-70:6 | none | none |
| 72:7-73:12 | 71:11-20, 72:3-6 | none | none |
| 77:25-80:6 | 80:7-13 | none | none |
| LARRY GONZALES DEPOSITION TAKEN MAY 31, 2012 | | | |
| 39:6-9 | 38:23-39:9 | none | none |
| 39:13-15 | 40:2-10 | none | none |
| 44:16-45:2 | 59:11-18, if objections overruled | none | none |
| 47:12-15 | 47:5-11 | none | none |
| 56:19-57:8 | 55:24-56:18 | none | none |
| 59:6-10 | 58:18-59:5 | none | none |
| 59:23-60:5 60:2-60:4 | 59:22, 60:6 | none | 59:22-60:4 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 61:7-12 | 59:11-18, if objections overruled | none | none |
| 68:18-21 | 67:17-68:2, if objections overruled | none | none |
| 73:23-74:1 | 73:17-74:8, if objection overruled | none | 74:9-75:24 |
| 75:13-24 | 74:21-75:12 | none | 75:13-75:24 |
| 77:7-12 | 77:13 | none | 77:7-77:13 |
| 80:2-13 | 79:3-80:1, 80:14-16 | none | none |
| 82:24-85:3 | 83:23-84:6 | none | 82:24-85:3 |
| 88:24-89:6 | 86:12-22 | none | none |
| 89:9-16 | 89:9-18, 90:2-7 | none | 89:9-91:16 |
| 90:8-91:16 91:12-16 | 91:17-23 | none | 89:9-91:16 |
| 91:17-92:2 91:20-92:11 | 91:12-16 | none | 89:9-91:16 |
| 92:3-2:14 | 88:20-23, 91:3-9, if objections overruled | none | 92:3-92:13 |
| 97:14-16 | 97:2-13 | none | 97:2-16 |
| 97:17-22 | 97:23, 98:2-11, if objections overruled | none | 97:17-23 |
| 104:20-105:5 | 66:20-68:2, 100:23-101:4 | none | none |
| 109:11-13 | 110:2-7 | none | none |
| 109:14-21 | 110:2-7 | none | none |
| 114:16-20 | 114:3-15 | none | none |
| 114:21-115:12 | 66:20-68:2 | none | none |
| 115:18-25 | 115:16-17, 100:23-101:4 | none | none |
| 116:1-10 | 100:23-101:4, 116:11-13, if objections overruled | none | none |
| 136:8-10 | 133:11-134:2, 136:14-22 | none | 136:8-137:8 |
| 145:23-146:10 | 145:16-22, 146:11-147:1 | none | none |
| 151:3-24 | 150:20-151:2 | none | none |
| 152:7-12 | 152:7-12 | none | none |
| 152:24-153:19 | 152:13-23, if objections overruled | none | none |
| 154:12-155:2 | 155:13-16 | none | none |
| 160:6-11 | 160:12 | none | none |
| 161:6-14 | 159:18-25 | none | none |
| 165:23-166:21 | 164:19-165:4 | none | none |
| 191:6-21 | 191:2-12 | incomplete | 191:2-191:21 |
| 194:9-20 | 194:8-194:24 | none | 194:8-194:24 |
| 207:11-23 | 204:4-19 | incomplete cite | 207:11-23 |
| 214:1-3 | 214:25-214:6 | none | 213:25-214:6 |
| 220:2-221:12 | 219:23 | none | 219:23-221:12 |
| 227: 19-20 | 227:21 | incomplete cite | 227:19-227:22 |
| 241:16-242:4 | 241:11-15 if objections overruled | none | 241:11-242:4 |
| 245:17-21 | 245:10-16 | none | 245:10-246:8 |
| 245:23-246:8 | 246:9-10 if objections overruled | none | none |
| 246:21-24 | 246:11-13, 16 | none | 246:11-246:24 |
| LEE GUYETTE DEPOSITION TAKEN JUNE 19, 2012 | | | |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 11:10-12:17 | 5:7-5:10 | none | none |
| 17:10-17:20 | 17:21-25 | none | none |
| 18:1-18:19 | 18:19-19:9 | none | 18:1-19:9 |
| 24:6-24:22 | 24:23-25:1 | none | none |
| 26:2-26:14 | 26:21-27:2 | none | none |
| 28:25-29:13 | 29:14-29:18 | none | none |
| 37:20-38:11 | 38:15-38:17 39:1-39:6 | none | 39:7-39:14 |
| 41:14-42:2 | 42:3-42:4 | none | 41:11-42:4 |
| 43:18-44:9 | 43:17 | none | 43:17-44:9 |
| 50:18-51:1 | 51:1-51:5 | none | 50:18-51:5 |
| 62:5-63:6 | 63:7-63:16 | none | none |
| 76:10-77:4 | 76:6-76:9 | incomplete | none |
| 82:4-82:13 | 85:24-87:14 | none | none |
|  | PATRICIA HARLESS DEPOSITION TAKEN MAY 15, 2012 & JUNE 13, 2012 | | |
|  |  |  | 95:20-96:5 |
| 98:10-99:14 | 99:15-16 100:9 | incomplete | none |
| 116:6-116:9 | 117:16-118:9 | incomplete & misleading | 118:10-119:5 |
| 135:1-139:12 | 134:22-25 | none | none |
| 250:1-252:12 | 249:19-25 | none | none |
| 283:17-283:18 | 283:19 | none | 283:17-283:19 |
| BRIAN HEBERT DEPOSITION TAKEN MAY 29, 2012 | | | |
| 32:25-34:6 | 32:21-34:6 | none | none |
| 91:24-25 | 91:19-25 | none | none |
| 286:6-10 | 285:18-286:10 | none | none |
| DEMARIANO JAMAL HILL DEPOSITION TAKEN JUNE 14, 2012 | | | |
| 16:5-25 | 17:11-20 | none | none |
| BRIAN KEITH INGRAM JUNE 5, 2012 | | | |
| 77:13-78:3 | 78:4-79:9 | none | none |
| 80:19-80:21 | 80:19-80:24 81:16-81:22 | none | 80:19-81:22 |
| 128:23-128:25 | 122:14-122:25 128:8-128:22 129:1-129:8 | none | none |
| 130:6-130:10 | 129:21-130:5 | none | none |
| 146:3-146:14 | 146:16 | none | 146:3-146:15 |
| 147:4-147:9 | 147:1-147:3 | none | none |
| 149:5-151:16 | 151:17-151:18 151:22-152:6 | incomplete & misleading | 151:19-151:21 |
| 173:23-173:25 | 172:13-172:23 174:4-174:8 | none | none |
| ERIC KENNIE DEPOSITION TAKEN JUNE 6, 2012 | | | |
| 9:8-10 | 24: 19-25:9 54:11-55:7 |  | 24:4-18; 25:18-25 |
| 10:10-13:19 | 14:15-24 66:21-67:8 |  | 18:1-6 |
| 14:15-16:1 | 15:15-16:1 66:21-67:8 |  | none |
| 19:2-23:5 | 66:25-67:8 |  | none |
| 28:12-22 | 28:23-29:1 |  | 27:25-28:13 |
| 43:8-15 | 45: 8-13 46:2-4 |  | none |
| 43:21-45:10 | 44:9-12 15 - 22 |  | none |
| 58:18-64:5 | 61:10-24 62:16-63:1 63:13-23 |  | 64:18-25; 66:8-10 |
| DENNIS LEOPOLD DEPOSITION TAKEN JUNE 19, 2012 | | | |
| 19:15-20:16 | 18:24-19:14 |  |  |
| 20:17-21:8 | 21:9-21:18 |  | 23:4-24:15 |
| GERMAINE MARTINEZ DEPOSITION TAKEN APRIL 17, 2012 | | | |
| 12:21-12:8 | 2:15-20 | Not a valid designation |  |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 46:4-23 | 46:1-3 | none | none |
| 51:5-11 | 50:13-51:4 | none | none |
| 52:8-15 | 51:19-52:7 | none | none |
| 55:16-22 | 55:15-55:19-23 | none | none |
| 63:14-16 | 63:5-13 | none | none |
| | | | |
| GLORIA MARTINEZ DEPOSITION TAKEN APRIL 17, 2012 | | | |
| 17:21-18:5 | 17:3-21 18:7-8 | | 17:3-18:5 |
| 23:2-21 | 23:22-23 | none | none |
| | | | |
| | | | |
| | | | |
| TREY MARTINEZ-FISCHER DEPOSITION TAKEN JUNE 15, 2012 | | | |
| 5:5-5:11 | 53:17 - 24 | | 54:3-8 |
| 103:2-12 | 102:25, 103:13-18 | 103:13-18 omits part of the question | 102:12-24; 103:12-18 |
| JANICE MCCOY DEPOSITION TAKEN MAY 16, 2012 | | | |
| 174:3-177:22 | This reference omits the answer to the question. The answer was "yes." See 177:23. | | 174:3-177:23 |
| 186:20-189:19 | This reference ends with a question that was not answered. Privilege was asserted. | | 186:20-189:23 |
| 205:11-13 | Entry leaves out the question, which can be found at 205:8-10. | | 205:8-13 |
| 205:17-18 | Entry leaves out the question, which can be found at 205:14-16. | | 205:14-18 |
| 218:9-10 | The question was omitted from this entry. The question can be found at 218:1-8. | | 218:1-10 |
| 223:15-20 | This entry omits the question. The question is found at 223:11-14. | | 223:11-24 |
| 224:3-4 | This entry omits the question. The question is at 223:25-224:1-2. | | 223:25-224:5 |
| 224:12-225:1 224:16-224:25 | This entry omits the answer. The answer is at 225:2-10. | | 224:12-225:10 |
| 243:7-247:8 | This entry omits the answer to the final question. The answer can be found at 247:9. | | 243:7-247:9 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 248:9-251:9 | This entry begins with an assertion of privilege. The question that triggered this assertion can be found at 248:3-6. | | 248:3-251:9 |
| 278:25-279:8 | The full objection that ends this entry has been omitted. The full objection, and the answer, can be found at 279:6-11. | | 278:25-279:11 |
| 279:15-281:14 | This entry begins with an incomplete question. The full question begins at 279:12. | | 279:12-281:14 |
| 282:8-283:13 | The answer to the last question was omitted. It can be found at 283:14-16. | | 282:8-283:16 |
| | | | 118:20-119:6 |
| | | | 31:15-34:22 |
| ANN MCGEEHAN DEPOSITION TAKEN MAY 31, 2012 | | | |
| 103:2-104:2 | 95:3-95:15 | | 95:16-96:9 |
| 108:12-108:14 | 108:15-109:16 | | 113:24-114:2 |
| 121:21-122:2 | 122:3-122:15 | | 122:16-20 |
| 142:3-142:5 | 141:21-142:2 | | none |
| 142:6-142:8 | 142:9-142:12 142:15-142:16 | | none |
| 142:17-142:19 | 142:20-143:5 | | none |
| 152:17-152:21 | 152:22-153:2 | | 153:3-8 |
| 159:22-160:5 | 160:6-160:8 | | 160:9-12 |
| 186:14-188:3 | 188:4-188:7 | | 188:8-11 |
| 189:20-190:2 | 190:3-190:7 | | none |
| 191:13-191:17 | 192:8-192:11 | | 192:13-16 |
| 199:12-199:20 | 199:21-200:12 | | 200:13-201:2 |
| 201:13-202:4 | 202:11-202:15 | | 202;5; 203:19-24 |
| 208:15-208:25 | 209:1-209:6 209:9-209:10 | | 209:7-8 |
| 209:24-210:6 | 210:7-210:10 | | 84:16-22; 99:7-11; 127:6-128:21 |
| 278:4-278:279 | Not a valid designation. | | 278:4-279:11 |
| 287:23-288:2 | 287:4-287:9 287:12-287:22 | | 287:10-11 |
| MAJOR FORREST MITCHELL DEPOSITION TAKEN JUNE 15, 2012 | | | |
| 21:22-22:10 | 23:14-23 | | |
| 22:17-23:15 | 23:14-23 | | |
| 25:9-22 | 23:24-24:1, 24:24-25:4 | | 25:5-22 |
| 60:3-63:9 | 64:3-10, 97:5-9 | | 63:10-11; 64:11-19; 208:20-24 |
| 63:17-64:23 | 64:3-10, 97:5-9 | | none |
| 64:11-23 | 64:11-25 | | none |
| 71:18-72:3 | 60:3-9 | | none |
| 74:1-12 | 74:13-16 | | 85:2-86:13 |
| 89:20-91:9 | 91:10-15 | | 91:16-92:3 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 123:4-20 | 97:5-9 | | 208:20-24 |
| 133:13-24 | 133:25 | | 132:4-134:3 |
| 136:17-136:21 136:22-137:2 137:3-137:6 | 135:1-8 | | none |
| 144:4-17 | 144:8-13 | | none |
| 150:2-151:8 | 133:22-25 | | 132:4-134:3 |
| 165:7-22 | 164:8-11 | | 163:1-164:7 |
| DOMINIQUE MONDAY DEPOSITION TAKEN JUNE 14, 2012 | | | |
| 12:21-13:15 | 11:16-24 | | none |
| 16:5-18:1 17:15-17:19 | 18:5-11 | | none |
| 21:12-22:25 | 23:1-14 | FRE 402, not a real question | |
| RICHARD PARSONS DEPOSITION TAKEN JUNE 14, 2012 | | | |
| 7:21-8:2 | Q no A | | 7:21-25 |
| 38:25-39:6 | 37:10-38:7 | none | none |
| 39:21-40:1 | 40:2-4 | | none |
| DAN PATRICK DEPOSITION TAKEN MAY 30, 2012 | | | |
| 53:4-7 | 53:8-53:12 | | none |
| 131:13-18 | 131:19-132:8 | | none |
| 139:13-140:9 | Add line 140:14 | | 139:13-140:14 |
| 162:11-18 | 162:19-162:22 | | none |
| 221:22-223:15 | 223:16-223:22 | | none |
| AARON PENA DEPOSITION TAKEN JUEN 1, 2012 | | | |
| 68:4-68:14 | 67:16 – 68:3 | | 67:16-68:14 |
| 83:16-86:3 | 83:14-83:15 | no question, incomplete answer | |
| 102:12-102:14 | 101:14 – 102:11 | | none |
| 114:24-115:3 | 114:22-114:23 | | none |
| 128:15-129:16 | 128:1-128:14 | | 127:23-129:16 |
| 138:12-138:18 | 138:19-139:17 | | 138:12-139:19 |
| 144:18-144:23 | 144:24-145:10 | | none |
| 147:18-147:24 | 147:25-148:10 | | none |
| 177:18-178:23 | 177:13-177:17 | | none |
| 217:16-219:23 | 219:24-220:11 | | none |
| | | | 113:14-24 |
| ANITA PRIVETT DEPOSITION TAKEN JUNE 7, 2012 | | | |
| 42:14-43:13 | 42:3-42:8 42:11-42:13 43:14-44:1 44:23-44:24 45:9-45:18 | 106 (42:3-42:8); relevance (43:14-44:1) | 42:3-43:13 |
| 46:20-47:8 | 47:9-47:11 47:21-48:5 | | none |
| 70:20-71:10 | 71:11-71:15 71:18-71:23 72:1-72:3 72:5 | speculation (71:14-17, 71:19-25, 72:2-4) | none |
| 96:23-98:19 | 96:5-96:20 98:20-99:7 99:10-99:17 | mischaracterization of law (99:6-9) | none |
| 100:18-102:14 | 102:19-102:23 | | none |
| JULIA RATHGEBER DEPOSITION TAKEN MAY 29, 2012 | | | |
| 32:4-32:19 | 33:7-17 | | none |
| 51:7-51:23 | incomplete | | |
| 54:24-55:8 | incomplete | | |
| 177:9-177:19 | 176:21- 177:8 | | none |
| 297:18-297:25 | 298:1-3 | | none |

# Defendant Attorney General Eric H. Holder's Reply Designations

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| DEBBIE RIDDLE DEPOSITION TAKEN MAY 31, 2012 ||||
| 45:15-52:17 | 45:12-14 | | none |
| 151:23-151:16 | Not a valid designation. | | 151:23-152:13 |
| NICOLE M. RODRIGUEZ DEPOSITION TAKEN JUNE 12, 2012 ||||
| 11:3-13:4 | 12:19-24 | | none |
| 12:3-13:4 | | | |
| 15:16-16 | 15:17-25 | | 15:12-25 |
| 20:6-23 | 20:11-21:16 | | 21:17-22:4 |
| VICTORIA RODRIGUEZ DEPOSITION TAKEN JUNE 12, 2012 ||||
| 16:8-13 | 16:14-16:18 | | none |
| LETICIA SALAZAR DEPOSITION TAKEN JUNE 14, 2012 ||||
| 8:21-10:19 | 13:12-21 | | 12:13-13:11 |
| 15:22-16:13 | 14:13-19 | | none |
| CHRISTINA SANDERS DEPOSITION TAKEN JUNE 1, 2012 ||||
| 45:11-46:22 | 47:1-8 | | none |
| MICHAEL SCHOFIELD DEPOSITION TAKEN JUNE 1, 2012 ||||
| 46:1-46:2 | 45:25 | | 45:25-46:3 |
| 118:21-118:25 | 119:1-9 | | none |
| 128:20-128:24 | 128:18-19 | | 128:18-25 |
| TODD SMITH DEPOSITION TAKEN JUNE 1, 2012 ||||
| 53:12-56:8 | 56:9-24 | | none |
| | | | 64:13 |
| JOE STRAUS DEPOSITION TAKEN JUNE 11, 2012 ||||
| 37:28-39:7 | | | 37:18-39:7 |
| 75:16-76:6 | 76:7 – 76:13 | | 75:16-76:23 |
| 167:10-168:10 | 168:11-16 | | none |
| CARLOS URESTI DEPOSITION TAKEN JUNE 11, 2012 ||||
| 72:1-72:18 | 71:23-25, 72:19 | | 71:20-72:19 |
| | | | 33:14-36:11 |
| JUANITA VALDEZ-COX DEPOSITION TAKEN JUNE 13, 2012 ||||
| 11:23-12:2 | 12:9-12:11 | | none |
| 22:8-23:12 | 23:13 | incomplete question | |
| 30:23-33:11 | 34:4-34:6 34:7-34:25 | incomplete question, incomplete answer question begins 34:3, answer is 34:5; Q begins 34:6, answer is 34:11 | none |
| MARC VEASEY DEPOSITION TAKEN JUNE 7, 2012 ||||
| 73:6-74:13 | 74:14-76:11 | | none |
| | 85:25-96:22 | | none |
| | | | 57:6-58:4, 132:1 |
| MARK WHELAN DEPOSITION TAKEN JUNE 7, 2012 ||||
| 29:6-30:3 | 29:2-29:6 | | 29:2-30:3 |
| 33:17-34:4 | 33:9-16 | | none |
| 35:3-7 | V, Designation is to question only; no answer designated. | | 35:3-9 |
| THOMAS WILLIAMS DEPOSITION TAKEN JUNE 7, 2012 ||||
| 58:16-17 | 58:5-15 | | 58:5-24 |
| 65:18-66:4 | 66:5-66:17 | | 65:18-67:12 |

**Defendant Attorney General Eric H. Holder's Reply Designations**

| Attorney General's June 25, 2012 Counter-Designations | Plaintiff's June 29, 2012 Reply Designations | Attorney General's Objections to Plaintiff's Reply Designations | Attorney General's Reply Designations |
|---|---|---|---|
| 71:23-25 | Designation is question only, no answer designated | | 71:23-72:3 |
| 75:2-6 | Designation is to answer only and not question at 74:13-15 | | 74:20-75:6 |
| 83:16-18 | Designation is to question only and not answer | | 83:16-19 |
| 119:1-120:15 | 106: (118:25) | | 118:25 |
| 163:1-8 | 163:6-8: Designation is to question only | | 163:1-23 |
| 173:2-14 | 173:3 designates one line of incomplete question and answer | | 173:3-14 |
| 178:14-20 | 178:21-24 | | none |
| 188:16-189:23 | Designation 188:16-17 is an answer only without question at 188:14 | | 188:14-189:23 |
| RONALD WRIGHT DEPOSITION TAKEN JUNE 20, 2012 | | | |
| 16:24-17:9 | 15:17-16:7, 17:10 - 18:2 | FRE 106 (15:17-16:7) | 15:17-16:11 |
| 18:3-13 | 18:17-18 | | 18:3-18 |
| 19:8-20:3 | 15:17-16:7, 18:19-23 | misrepresents Attorney General's counter designations 19:18-20:3 | none |
| 20:6-21:6 | 19:3-6 | | 19:3-21:6 |
| 22:12-23:1 | 22:25-24:1 | | 22:12-24:1 |
| 24:8-19 | 24:20-23 | | none |
| 25:19-26:10 | 25:6-18, 26:11-13 | | none |
| 27:20-29:5 | 31:12-32:19, 33:15-24 | FRE 106 (31:12-32:19) | 31:2-33:9 |
| 35:11-36:4 | 36:10-12, 36:17-23, 54:11-22 | none | none |
| 43:3-44:17 | 43:3-9, 44:5-17, 48:21-25 | none | none |
| 45:1-20 | 44:18-25, 48:21-25 | none | none |
| 46:4-20 | 48:21-25 | | none |
| 51:16-25 | 50:22-25 | | none |
| 52:5-25 | 53:7-54:2 | | 43:3-25 45:1-3 |
| STEPHEN ANSOLABEHERE DEPOSITION TAKEN JUNE 22, 2012 | | | |
| | | | 208:16-22 |
| | | | 253:7-255:10 |
| | | | 97:13-98:12 |
| BLAINE BRUNSON DEPOSITION TAKEN MAY 30, 2012 | | | |
| | | | 64:20-65:13 |
| MORGAN KOUSSER DEPOSITION TAKEN JUNE 20 2012 | | | |
| | | | 93:1-5, 94:6-19, 95:14-96:2 |
| DARON SHAW DEPOSITION TAKEN JUNE 25, 2012 | | | |
| | | | 232:24-233:19 |
| | | | 249:15-250:1 |