# Exhibit 3

## Attorney General's Additional Expert Deposition Designations

| Lichtman, Allan | Wood, Buck |
|---|---|
| 8:4-12:18 | 6:11-6:16 |
| 12:19-13:10 | 8:9-9:10 |
| 38:18-41:1 | 10:12-11:5 |
| 51:11-52:20 | 11:23-13:20 |
| 64:17-65:9 | 13:21-15:2 |
| 71:6-72:14 | 17:1-17:6 |
| 72:15-74:13 | 17:22-18:9 |
| 80:10-82:5 | 21:5-21:10 |
| 96:1-97:16 | 23:17-24:12 |
| 108:17-109:15 | 28:13-29:21 |
| 114:17-117:7 | 31:1-31:22 |
| 123:7-124:6 | 34:18-34:24 |
| 126:10-128:12 | 35:5-35:10 |
| 129:19-131:7 | 43:21-46:2 |
| 140:17-141:7 | 48:20-49:17 |
| 142:22-143:10 | 52:9-52:25 |
| 147:15-149:19 | 54:5-54:15 |
| 153:3-159:6 | 54:16-65:16 |
| 160:11-161:15 | 67:25-68:15 |
| 164:21-166:1 | 68:16-68:23 |
| 168:5-169:21 | 69:3-69:7 |
| 172:21-174:20 | 71:4-71:6 |
| 176:15-180:18 | 71:7-73:12 |
| 180:19-202:12 | 73:13-74:11 |
| 208:7-214:9 | 75:22-76:22 |
| 221:11-222:2 | 76:23-77:11 |
| 228:8-230:14 | 77:12-78:8 |
| 238:5-240:5 | 78:9-79:9 |
| 242:20-245:20 | 79:10-80:19 |
| 253:12-256:5 | 80:20-81:20 |
| 264:3-265:22 | 81:21-82:10 |
| 268:5-269:4 | 86:10-86:20 |
| 287:7-290:2 | 90:2-91:3 |
| 297:21-317:12 | |