IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS<br><br>*Plaintiff,*<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>Attorney General of the United States<br><br>*Defendant,* and<br><br>ERIC KENNIE, *et al.*,<br><br>*Intervenor-Defendants.* | Case No. 1:12-cv-00128<br>RMC-DST-RLW |

**NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES FROM A JUDGMENT OF A DISTRICT COURT**

Notice is hereby given that the State of Texas appeals to the Supreme Court of the United States from the final judgment entered in this case by a three-judge district court on December 17, 2012.


Dated:  December 19, 2012

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

  /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Solicitor General

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 936-1695

ADAM K. MORTARA
JOHN M. HUGHES
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

I certify that on this day, December 19, 2012, a copy of this notice of appeal was served via the CM/ECF system to Defendant's and Intervenor-Defendants' counsel.

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for the State of Texas*