# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 29, 2013

Clerk
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC  20001

      **Re:**    Texas
                v.  Eric H. Holder, Jr., Attorney General
                No.  12-1028   (Your docket No. 12-128)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                          Sincerely,

                                          WILLIAM K. SUTER, Clerk

                                          By *Elizabeth Brown*

                                          Elizabeth Brown
                                          Judgments/Mandates Clerk

Enc.
cc:    Jonathan F. Mitchell, Esq.              Nina Perales, Esq.
        Mark A. Posner, Esq.                    Solicitor General

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 29, 2013

Mr. Jonathan F. Mitchell
Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

      Re:  Texas
            v. Eric H. Holder, Jr., Attorney General
            No. 12-1028

Dear Mr. Mitchell:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the District of Columbia.

    The appellant is given recovery of costs in this Court as follows:

        **Clerk's costs:**        $300.00

    This amount may be collected from the appellee.

                                                   Sincerely,

                                                    WILLIAM K. SUTER, Clerk

                                                    By *Elizabeth Brown*

                                                    Elizabeth Brown
                                                    Judgments/Mandates Clerk

| cc: | Nina Perales, Esq. | Mark A. Posner, Esq. |
|---|---|---|
| | Clerk, USDC for the District of Columbia | Solicitor General |
| | (Your docket No. 12-128) | |

# Supreme Court of the United States

No. 12-1028

**TEXAS,**

Appellant

v.

**ERIC H. HOLDER, JR., ATTORNEY GENERAL**

**ON APPEAL FROM** the United States District Court for the District of Columbia.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motions to affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States District Court for the District of Columbia for further consideration in light of *Shelby County* v. *Holder,* 570 U.S. ___ (2013).

**IT IS FURTHER ORDERED** that the appellant Texas recover from Eric H. Holder, Jr., Attorney General Three Hundred Dollars ($300.00) for costs herein expended.

June 27, 2013

**Clerk's costs:**       $300.00



A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By: Cynthia Rapp