# Allan J. Lichtman (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)
## 9219 Villa Drive, Bethesda, MD  20817 (301) 530-8262

**Invoice # 08/02/2012**
August 2, 2012

TO: J. Gerald Hebert

RE: Texas Voter ID Litigation, TX v. Holder DC court

1. Study of expert reports: 7.5 hours

2. Study of expert depositions: 3.5 hours

3. Documentary research: 14.5 hours

4. Preparation of written report: 8.5 hours

5. Preparation for deposition: 5.0 hours.

6. Deposition: 7.0 hours

7. Attendance at trial: 15 hours

8. Study of trial transcripts: 2.0 hours

9. Preparation for trial testimony: 4.0 hours

10. Trial testimony. 1.0 hours

68 hours at $400 per hour.

**Total Bill: $27,200**