# Ray & Wood
2700 BEE CAVES ROAD
P.O. BOX 165001
AUSTIN, TEXAS  78716-5001
(512) 328-8877

September 9, 2013

|  |  |
|---|---|
| Kennie Intervenors | Invoice#  19185    RBW |
| c/o Brazil & Dunn LLP | Our file#   05550    00000 |
| 4201 Cypress Creek Parkway #530 | Billing through 09/30/2013 |
| Attn: Chad Dunn |  |
| Houston, TX   77068 |  |

===============
Kennie Intervenors
===============

Accounts receivable balance carried forward                                   $0.00

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/2012 | RBW | Conference wtih Chad Dunn regarding photo ID case expert testimony. | 0.50 hrs. | 225.00 |
| 06/06/2012 | RBW | Finalize and edit final expert report. | 1.80 hrs. | 810.00 |
| 06/07/2012 | RBW | Several conference calls with Dunn regarding opinions, analysis and report; begin draft of expert report. | 2.50 hrs. | 1,125.00 |
| 06/08/2012 | RBW | Continue work on expert report.  Calls with dunn | 3.20 hrs. | 1,440.00 |
| 06/25/2012 | RBW | Receive and review documents from Dunn in preparation for deposition; review deposition of Lt. Mitchell | 2.50 hrs. | 1,125.00 |
| 06/29/2012 | RBW | Conference with Dunn to prepare for deposition | 1.50 hrs. | 675.00 |
| 06/29/2012 | RBW | Attend my deposition | 4.40 hrs. | 1,980.00 |
| 07/10/2012 | RBW | Conference with Dunn and Hebert to prepare for trial testimony. | 1.20 hrs. | 540.00 |
| 07/10/2012 | RBW | Travel to DC. | 4.50 hrs. | 2,025.00 |
| 07/11/2012 | RBW | Wait at courthouse for testimony, testify before court, travel home | 8.60 hrs. | 3,870.00 |

$13,815.00

<u>Billing Summary</u>

| | |
|---|---|
| Total professional services | $13,815.00 |
| Total of new charges for this invoice | $13,815.00 |
| **Total balance now due** | **$13,815.00** |